IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 |
| Plaintiff, | ) |
| | ) JURY TRIAL DEMANDED |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) ) ) |
| | ) |
| Defendants. | ) |

**NOTICE TO ADVERSE PARTY OF FILING OF**
**AFFIDAVIT OF ROBERT K. BESTE, JR AND AMENDMENT TO COMPLAINT**

TO: Paul A. Bradley, Esq. (I.D. No. 2156)
Jennifer M. Zelvin, Esq. (I.D. No. 4325)
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801

PLEASE TAKE NOTICE that an "Affidavit of Robert K. Beste, Jr. and Amendment to Complaint," was filed electronically on the 24th day of May, 2005, in the United States District Court for the District of Delaware.

Cohen, Seglias, Pallas, Greenhall
& Furman, P.C.

Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange Street, Suite 205, Nemours Bldg.
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff Creedon Controls, Inc.

Date: 5/24/05
RKB/msj
06894-0001