IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 |
| Plaintiff, | ) |
| | ) JURY TRIAL DEMANDED |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) ) ) |
| | ) |
| Defendants. | ) |

**AFFIDAVIT OF ROBERT K. BESTE, JR AND AMENDMENT TO COMPLAINT**

Being first duly sworn according to law, Robert K. Beste, Jr., Esquire does hereby depose and state as follows:

1. That he is the attorney for the Plaintiff in the captioned action.

2. That Defendant Banc One Building Corporation is not a corporation of the State of Delaware and is not a resident of the State of Delaware.

3. That the Summons and Complaint directed to Defendant Banc One Building Corporation was served upon the Secretary of State pursuant to 10 Del.C. §3104, on May 2, 2005.

4. That the Sheriff's Return was filed with the Office of the Prothonotary, on May 16, 2005.

5. That by letter dated May 17, 2005, sent by Registered Mail, Return Receipt requested, your Affiant sent a copy of the Summons, Complaint, and Sheriff's Return, to Defendant Banc One Building Corporation, which letter and enclosures constituted Notice to Defendant of the initiation of this action, as required by 10 Del.C. §3112. A copy of the letter dated May 17, 2005, containing such Notice, is attached hereto as Exhibit "A."

6. That attached hereto as Exhibit "B" is the original of the return receipt stamped by

personnel at the post office when Exhibit "A" was mailed by your Affiant.

7.  That attached hereto as Exhibit "C" is the original return receipt (green card) indicating delivery of the Registered letter and attachments, as directed to Defendant Banc One Building Corporation, which receipt was received in the offices of your Affiant on May 23, 2005.

_____
Robert K. Beste, Jr., Esq. (I.D. No. 154)

Sworn to and subscribed before me this 24th day of May 2005.

_____
Notarial Officer/Notary Public

MEREDITH S. JONES
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 26, 2008

RKB/msj
06894-0001