EXHIBIT "A"

# COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC

NEMOURS BUILDING
1007 ORANGE STREET, SUITE 205
WILMINGTON, DE 19801

TEL: 302-425-5089 • FAX: 302-425-5097
E.MAIL: rbeste@cohenseglias.com
www.cohenseglias.com

ROBERT K. BESTE, JR.
ATTORNEY AT LAW

May 17, 2005

**BY REGISTERED MAIL**
Banc One Building Corp.
1 Banc One Plaza
Mail Code IL1-0505
Chicago, IL 60670-0503

RE: Creedon Controls, Inc. v. Banc One Building Corporation, and Forest Electric Corporation; C. A. No. 05L-04-106 JRJ (Superior Court – DE)

Dear Sir/Madam:

Please be advised that this office represents Plaintiff in the captioned action.

Enclosed please find a copy of the Complaint, Summons, and Sheriff's Return. Service upon Banc One Building Corporation has been made in the above matter, by serving a copy of the within Complaint and Summons, upon the Secretary of State of the State of Delaware, in accordance with 10 Del. C. §3104. Service of such process upon the Secretary of State is as effective, for all intents and purposes, as if made upon your corporation personally, within the state of Delaware.

Very truly yours,

ROBERT K. BESTE, JR.

RKB/msj
Enclosures
cc: Paul A. Bradley, Esquire (w/out encl.)
    Creedon Controls, Inc. (w/out encl.)