# EXHIBIT "B"

| Registered No. RA0161230470US 0475US | Date Stamp |
|---|---|
| Reg. Fee $7.50 | |
| Handling Charge $0.00 | Return Receipt $1.75 | WILMINGTON DE 19801 04 05/17/2005 USPS |
| Postage $2.90 | Restricted Delivery $0.00 | |
| Received by Waters | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ $0.00 | ☐ With Postal Insurance  ☑ Without Postal Insurance | |

**OFFICIAL USE**

FROM: Robert K. Beste, Jr., Esq.
Cohen, Seglias, et al. - 100+
19801 Orange St., Ste 205, Nemours
Bldg. - Wilm. DE, 19801

TO: Banc One Building Corp.
1 Banc One Plaza
Chicago IL 60670, IL 1 - 6505
Chicago IL 60670-0503

PS Form 3806,    Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®