## **CERTIFICATE OF SERVICE**

I, Paul A. Bradley, Esquire, hereby certify that a true and correct copy of Defendant Forest Electric Corp.'s Answer to Complaint and Affirmative Defenses were served on this 24th day of May, 2005 on the following counsel of record via the Electronic Filing.

/S/ PAUL A. BRADLEY
Paul A. Bradley (DE Bar ID 2156)