IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) JURY TRIAL DEMANDED |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF MAILING OF NOTICE TO LIEN HOLDERS AND TENANTS OF FILING AN ACTION

STATE OF DELAWARE     }
                     } SS.
COUNTY OF NEW CASTLE }

BE IT REMEMBERED, that on this 3rd day of June, 2005, personally came before me, a Notary Public in and for the state and county aforesaid, Robert K. Beste, Jr., Esquire, who being by me duly sworn according to law, did depose and say:

1. That on April 22, 2005, a Notice to Lien Holders and Tenants of Filing of Action was mailed by Certified Mail, return receipt requested, to the following holders of liens, and tenants holding or possessing a leasehold estate for years or at will, in the real estate that is the subject of this action:

Banc One Building Corporation
4001 Governor Printz Boulevard
Wilmington, DE 19802

Union Wholesale Company
c/o James D. Heisman, Esquire
Connolly, Bove, Lodge & Hutz, LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
*(Mechanic's Lien Book 66, Pages 246-255)*

Fortress Steel Service, Inc.
c/o James D. Heisman, Esquire
Connolly, Bove, Lodge & Hutz, LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
*(Mechanic's Lien Book 66, Pages 269-277)*

J. E. Berkowitz, L.P.
c/o Theodore J. Tacconelli, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899
*(Mechanic's Lien Book 66, Pages 348-359)*

Active Industries, Inc.
c/o Theodore J. Tacconelli, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899
*(Mechanic's Lien Book 66, Pages 406-417)*

2. That a true and correct copy of the Notice to Lien Holders and Tenants of Filing of Action mailed by certified mail is attached hereto as Exhibit "A".

3. That the Notice to Lien Holders and Tenants of Filing of Action was posted on the common entrance door or in a common area of any building(s) on the real estate which is the subject of this action on April 22, 2005, at 3:08 p.m., by Adam Golden, of D.M. Professional Services, Inc., as set forth in the Affidavit attached hereto as Exhibit "B".

4. That the original Certified Mail receipts, obtained at the time of mailing by the person mailing the envelopes containing the notice, are attached hereto as Exhibit "C".

5. That the original return receipts (green cards) that were obtained at the time of delivery of the envelopes containing the notice, and the envelope addressed to "Banc One Building Corporation," at 4001 Governor Printz Boulevard, Wilmington, Delaware 19802, that was returned by the Post Office, marked "Refused," are attached hereto as Exhibit "D".

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

_____
Edward Seglias, Esq. (I.D. No. 2822)
Robert K. Beste, Jr., Esq. (ID #154)
1007 Orange Street
Nemours Building, Suite 205
Wilmington DE 19801
(302) 425-5089
Attorneys for Plaintiff

Sworn to and subscribed before me this 3rd day of June, 2005.

_____
Notarial Officer/Notary Public

MEREDITH S. JONES
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 26, 2006

RKB/msj
06894-0001