# EXHIBIT "B"

## AFFIDAVIT OF SERVICE

Court: **SUPERIOR COURT, NEW CASTLE COUNTY, DELAWARE**
Case No.: **05L-04-106 (JRJ)**

Plaintiff/Petitioner: **CREEDON CONTROLS, INC.**
vs.
Defendant/Respondent: **BANC ONE BUILDING CORPORATION, ET AL**

Received by D.M. Professional Services, Inc. to be served upon:

**NONE - POSTING**

        ss.

I, ADAM GOLDEN, depose and say that:

On **04/22/2005** at **3:08 PM**, I served the within **NOTICE TO LIENHOLDERS AND TENANTS OF FILING OF ACTION** on **NONE - POSTING** at **4001 GOVERNOR PRINTZ BOULEVARD, WILMINGTON, DE 19802** in the manner indicated below:

Comments/Prev. Attempts: **POSTED PROPERTY**

I declare under perjury that the information contained herein is true and correct that this affidavit was executed on this ___22___ day of ___April___, 20_05_.

X_____
ADAM GOLDEN
D.M. Professional Services, Inc.
5 Orchard Lane
Wilmington, DE  19809-1719
(800) 966-3624
Law Firm: ROBERT BESTE, JR., ESQUIRE, COHEN, SEGLIAS, PALLAS, GREENHALL &FURMAN, P.
Atty File#: 05L-04-106 (JRJ)

SUBSCRIBED AND SWORN TO BEFORE ME
A NOTARY PUBLIC THIS

___27___ day of ___April___, 20_05_
WITNESS MY HAND AND OFFICIAL SEAL TO

_____
NOTARY PUBLIC

[Notary Seal: ANNE M. FRANCE, MY COMMISSION EXPIRES MARCH 14, 2007, NOTARY PUBLIC, STATE OF DELAWARE]