**EXHIBIT "D"**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): A- Diana
C. Date of Delivery: 4-25

1. Article Addressed to:

Fortress Steel Service, Inc.
c/o James D. Heisman, Esquire
Connolly, Bove, Lodge & Hutz, LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   [Wilmington USPS postmark APR 25 2005]

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 2890 0000 6554 7193

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): A- Diana
C. Date of Delivery: 4-25

1. Article Addressed to:

Union Wholesale Company
c/o James D. Heisman, Esquire
Connolly, Bove, Lodge & Hutz, LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   [Wilmington USPS postmark APR 25 2005]

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 2890 0000 6554 7179

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Bryan Farmer
☐ Agent
☐ Addressee

B. Received by (Printed Name): Bryan Farmer
C. Date of Delivery

1. Article Addressed to:

J. E. Berkowitz, L.P.
c/o Theodore J. Tacconelli, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   [postmark APR 25 2005]

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 2890 0000 6554 7186

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>Bryan Tomes | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Active Industries, Inc.<br>c/o Theodore J. Tacconelli, Esquire<br>Ferry, Joseph & Pearce, P.A.<br>824 Market Street, Suite 904<br>P. O. Box 1351<br>Wilmington, DE  19899 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No | |
| | 3. Service Type<br>☒ Certified Mail     ☐ Express Mail<br>☐ Registered          ☒ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)         ☐ Yes | |
| 2. Article Number<br>   (Transfer from service label) | 7004 2890 0000 6554 7155 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

**CERTIFIED MAIL**

7004 2890 0000 6554 7162

A  ☐ INSUFFICIENT ADDRESS
C  ☐ ATTEMPTED NOT KNOWN    ● OTHER
S  ☐ NO SUCH NUMBER/ STREET
   ☐ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD

**RTS** RETURN TO SENDER

Refused
203

nc One Building Corporation
01 Governor Printz Boulevard
ilmington, DE 19802

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>A ☐ INSUFFICIENT ADDRESS<br>C ☐ ATTEMPTED NOT KNOWN  ● OTHER<br>S ☐ NO SUCH NUMBER/ STREET<br>  ☐ NOT DELIVERABLE AS ADDRESSED<br>  - UNABLE TO FORWARD<br>**RTS** RETURN TO SENDER | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2890 0000 6554 7162 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |