## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., certify that I am not less than 18 years of age, and that service of this Affidavit of Mailing of Notice to Lien Holders and Tenants of Filing an Action, was made electronically, on _June 3_, 2005, upon:

**BY FIRST-CLASS MAIL**

Paul A. Bradley, Esquire
McCarter & English
919 N. Market Street, Suite 1800
P. O. Box 111
Wilmington, DE 19899

                                            Cohen, Seglias, Pallas, Greenhall & Furman, P.C.

                                            Robert K. Beste, Jr., Esq. (I.D. No. 154)
                                            Edward Seglias, Esq. (I.D. No. 2822)
                                            1007 Orange Street
                                            Nemours Building, Suite 205
                                            Wilmington, DE 19801
                                            (302) 425-5089
                                            Attorneys for Plaintiff, Creedon Controls, Inc.

RKB/msj
06894-0001