## CERTIFICATE OF SERVICE

I, Jennifer M. Zelvin, Esquire, hereby certify that a true copy of the foregoing ***Defendant Bank One Building Corporation's Answer to Complaint and Affirmative Defenses*** was caused to be served upon the following counsel of record via Electronic Filing on the 13th day of June 2005.

**VIA U.S. MAIL**

Robert K. Beste, Jr., Esq.
Cohen Seglias Pallas Greenhall & Furman P.C.
Nemours Building, Suite 205
1007 Orange Street
Wilmington, DE 19801


Dated: June 13, 2005                /s/Jennifer M. Zelvin
                                            Jennifer M. Zelvin (DE # 4325)

WL1: 105035.01