IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) JURY TRIAL DEMANDED |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Robert K. Beste, Jr., Esquire, do hereby certify that on the 20 day of June, 2005, two (2) true and correct copies of Plaintiff Creedon Controls, Inc.'s Request for Production of Documents Directed to Defendants, were sent by First-Class Mail to the following:

Paul A. Bradley, Esquire
McCarter & English, P.A.
919 N. Market Street, Suite 1800
P. O. Box 111
Wilmington, DE  19899

COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.

_____
obert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange Street
Nemours Building, Suite 205
Wilmington, DE  19801
(302) 425-5089
Attorney for Plaintiff, Creedon Controls, Inc.

Dated:  June 20, 2005

RKB/msj
06894-0001