# EXHIBIT "A"

| | Who | Position/connection | Description of connection |
|---|---|---|---|
| I | **Bank One:** | | |
| | 1 Bank One Plaza, Chicago IL 60670-0503 | | |
| | Karl Auwater | | Headed projects in Wilm for Realestate Division |
| II | **Tishman:** | | |
| | 666 Fifth Avenue, New York, NY 10103-0256 | Tom Keene | Project Executive | Headed project for Tishman |
| | 666 Fifth Avenue, New York, NY 10103-0256 | Bob Alockca | Project Superintendent | Day to day project management |
| | 666 Fifth Avenue, New York, NY 10103-0256 | Don Blankinship | Project Manager - Days | field supervisor |
| | 666 Fifth Avenue, New York, NY 10103-0256 | Scott ? | Project Manager - Nights/Admin | field supervisor |
| III | **Forest** | | |
| | Two Penn Plaza, 4th Floor, New York, NY 10121 | Paul Angerame | VP, Trade Manager | headed project for Forest Electric |
| | Two Penn Plaza, 4th Floor, New York, NY 10121 | Len Beck | Q/A Field Supervisor | Day to day project management at CDC II |
| | Two Penn Plaza, 4th Floor, New York, NY 10121 | Terry Peng | Senior Contract Administrator | contract administrator |
| | Two Penn Plaza, 4th Floor, New York, NY 10121 | Roy Dantz | Senior Project Director | Day to day project management at CDC I |
| | Two Penn Plaza, 4th Floor, New York, NY 10121 | Juliane Lynch | Assistant Project Administrator | project administrator |
| | Two Penn Plaza, 4th Floor, New York, NY 10121 | Rick Flemingloss | Project Accountant | accountant |
| | Two Penn Plaza, 4th Floor, New York, NY 10121 | Walt Huzar | Project Manager CDC II | field supervisor - CDC I and CDC II |
| | Preferred Electric, PO Box # 8, Bear, DE 19701 | Kevin Boylan | Project Manager CDC II | Field supervisor - CDC II |
| | Preferred Electric, PO Box # 8, Bear, DE 19701 | Mike Roca | Project Manager CDC II | field supervisor - CDC I and CDC II |
| IV | EYP mission critical facilities, Inc. | | |
| | 81 Main Street, White Plains, NY 10601 | | Electrical Engineer | |
| V | **Subs (Electrical)** | | |
| | **Hatzel & Buehler** | | |
| | 3600 Silverside Road, Wilmington, DE 19810 | CDC I Jack McCartan | Project Manager | project manager - lighting package CDC I |
| | 3600 Silverside Road, Wilmington, DE 19810 | Phil Rybak | Superintendent | superintendent - lighting package CDC I |
| | 3600 Silverside Road, Wilmington, DE 19810 | Edward Hughes | GF | general foreman - lighting package CDC I |
| | **Conti Electric** | | | |
| | 812 First State Boulevard, Wilmington, DE 19804 | Jeff Taylor | VP | headed project - fire alarm CDC II |
| | 812 First State Boulevard, Wilmington, DE 19804 | Joe Genico | PM | project manager - fire alarm at CDC II |
| | **Superior Electric** | | | |
| | 36 Germay Drive, Wilmington, DE 19804 | CDC II Exterior/Data Ctr Keving Speakman | PM | headed project - RPP power at CDC II |
| | **Tangent** | | | |
| | 3700 Washington Avenue, Wilmington, DE 19808 | FO Bill Lane | PM | headed project - fiber optic cabling at CDC II |
| | **Furness Electric** | | | |
| | 337 Mitchell Dr, Wilmington, DE 19808-1362 | Power CDC II Joe Haweski | PM | project manager - power distribution at CDC II |

| | | | | |
|---|---|---|---|---|
| | | 1604 Todds Lane, Wilmington, DE 19802 | Dan Haun | PM | project manager - power distribution at CDC II |
| IV | Preferred Electric | PO Box # 8, Bear, DE 19701 | V/D CDC II<br>Joe Sparco<br>Rob Sharp | Owner<br>PM | headed project - voice/data at CDC II<br>project manager - voice/data at CDC II |
| V | Sub (Mech)<br>ID Griffith Mechanical | 735 South Market Street, Suite C, Wilmington, DE 19801 | Bob Cathell | Project Manager | Project manager - mechanical package at CDC II |
| V | Creedon Controls, Inc. | 3424 Old Capitol Trail, Wilmington, DE 19808<br>at Preferred Electric PO Box # 8, Bear, DE 19701<br>24 Lake Street, Smyrna, DE 19977-1747<br>2314 Sherman Ave, Wilmington, DE 19804-3829<br>RR 1 Box 130, Dagsboro, DE 19939<br>862 Hyde Park Drive, Arnold, MO 63010 | Charlie Doble<br>Rob Sharp<br>Fred Street<br>Paul Brainard<br>John Mulrooney<br>Robert Bowles | PM<br>GF 1<br>GF Nights/Days<br>GF 2<br>Foreman<br>Foreman | |
| VI | Vendors<br>Wesco | 5 Germay Drive, Wilmington, DE 19804 | Lights:<br>Mike Justice | Branch Manager | sold lighting fixture package CDC I & CDC II |
| | Mason East, Inc. | Two Neshaminy Interplex, Suite 205, Trevose, PA 19053 | Cable Tray/Seismic Eng<br>Ralph Burgos | Seismic Engineer | engineer for cabel tray |
| | Strut Service Co. | 135 S. Whitford Road, Exton, PA 19341 | Supports<br>Bill Stallman | Salesman | salesman or unistrut support CDC I and CDC II |
| | Atlantic Detroit Diesel | 180 Route 17 South, P.O. Box 950, Lodi, NJ 07644 | ATS<br>Mike McGovern | Salesman | sold automatic transfers switches CDC I and CDC II |
| | JDC Power Sys. Inc | 45 West 36th Street, 5th Floor, New York, NY 10018 | Panels<br>Joe Mastromonaco | Salesman | sold switch gear/panels CDC I and CDC II |
| | GS Metals | 3764 Longspur Road Pinckneyville, Illinois 62274 | Cable Tray<br>Gary Turner | Owners Rep. | sold cable tray CDC I and CDC II |
| VII | Professionals, CCI's | 2078 Pheasant Hill Road, Landsdale, PA 19446 | Dennis Link | KCS Pres | Hired as an assistant Project Mananger/Consultant |
| VIII | Others: | | Judy Cherry? | | |