## CERTIFICATE OF SERVICE

    I, Robert K. Beste, Jr., certify that I am not less than 18 years of age, and that service of Plaintiff's Initial Disclosures Pursuant to Rule 26(a)(1), was made on September, 1, 2005, upon:

**BY HAND and ELECTRONICALLY**

Paul A. Bradley, Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
P. O. Box 111
Wilmington, DE  19899

                                  **Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

                                  Robert K. Beste, Jr., Esq. (I.D. No. 154)
                                  1007 Orange Street
                                  Nemours Building, Suite 205
                                  Wilmington, DE 19801
                                  (302) 425-5089
                                  Attorneys for Plaintiff Creedon Controls, Inc.

RKB/msj
06894-0001