IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05CV300 (JJF) |
| v. | ) ) ) | |
| BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' INTITIAL DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26**

A. Name and address of individuals likely to have discoverable information.

    1.    Paul Angerame
           Forest Electric Corp.
           Two Penn Plaza, 4th Floor
           New York, NY 10121

    2.    Juliane Lynch
           Forest Electric Corp.
           Two Penn Plaza, 4th Floor
           New York, NY 10121

    3.    Terry Peng
           Forest Electric Corp.
           Two Penn Plaza, 4th Floor
           New York, NY 10121

    4.    Len Beck
           Forest Electric Corp.

    5.    Kevin Boylan
           Forest Electric Corp.

    6.    Walter Husar
           Forest Electric Corp.

7. Scott Capaldi
    Bank One Building Corp.
    2001 North Walnut Street
    Wilmington, DE 19801

8. Carl Auwarter
    Bank One Building Corp.

9. Thomas Keane
    Tishman Construction Corp.
    666 Fifth Avenue
    New York, NY 10103

10. Bob Allocca
    Tishman Construction Corp.
    4001 Governors Prince Boulevard
    Wilmington, DE 19802

11. Robert L. Smith
    Tishman Construction Corp.
    4001 Governors Prince Boulevard
    Wilmington, DE 19802

12. Rob Sharp

13. Dennis Link

14. Patricia Creedon
    Creedon Controls, Inc.
    3424 Old Capital Trail
    Wilmington, DE 19808

15. Charles Doble
    Creedon Controls, Inc.
    3424 Old Capital Trail
    Wilmington, DE 19808

16. Daniel Creedon
    address unknown

Defendants reserve the right to identify additional witnesses as more information becomes available through discovery.

B.  A copy of, or a description by category and location, of documents that defendants may use to support their claims.

1. Folders labeled:
   - Request for Proposal (RFP) 6 (b) – General Lighting & Power
   - Creedon notes
   - RFP 21 (a)(b) – Bid Review Meetings 2-20-04
   - RFP 21 (a)(b) – IT Cable Conveyance Systems – PODA
   - RFP 21 (a)(b) – Best & Final Price Bids
   - RFP 21 (a)(b) – IT Cable Conveyance Systems – PODA & Bids

2. Notebooks, including:
   - Certified Payroll
   - Conveyance Systems Phase II
   - Daily Manpower Report & Miscellaneous Documents
   - RFP 21 (b) – Conveyance Systems Phase I
   - RFP 6 (b) – General Lighting & Power

3. Folders consisting of Change Orders and Invoices for RFP 21 (b) & 6 (b)

4. Notebooks consisting of Correspondence for RFP 6 (b)
   - RFP 21 (b)

5. RFP 6 (b)

6. RFP 21 (b)

7. Pre-qualification Questionnaire for Creedon.

8. A packet of cancelled checks from Forest to Creedon.

9. Direct purchases accounts payable log.

10. Drawings/Notes for Phase II, Conveyance project.

11. RFP and specifications for Phase II Conveyance prepared by CSTechnology.

12. Electronic copies of drawings and as builts.

Defendants reserve the right to identify and rely on additional witnesses and documents not listed above as such documents become available through investigation and discovery and

plaintiff's claims are clarified. The above documents will be available for inspection at counsel's office at 919 North Market Street, Suite 1800, Wilmington, Delaware 19801 at a mutually convenient date and time.

                                                MCCARTER & ENGLISH, LLP

                                                /s/ Paul A. Bradley
                                                PAUL A. BRADLEY (DE Bar ID #2156)
                                                JAMES J. FREEBERY (DE Bar ID #3498)
                                                919 Market Street, Suite 1800
                                                P. O. Box 111
                                                Wilmington, DE  19899
                                                (302) 984-6300
                                                Attorneys for Defendants

Dated: September 1, 2005