## CERTIFICATE OF SERVICE

I, Paul A. Bradley, certify that service of Defendants' Initial Disclosures Pursuant to Rule 26 was made on September 1, 2005 upon:

**Via Hand Delivery & Electronically**

Robert K. Beste, Jr., Esquire
Cohen, Seglias, Pallas, Greenhall
  & Furman, P.C.
1007 Orange Street
Nemours Building, Suite 205
Wilmington, DE 19801

McCARTER & ENGLISH, LLP

/s/ Paul A. Bradley
Paul A. Bradley (DE Bar ID 2156)
919 North Market Street, Suite 1800
Wilmington, DE 19801
(302) 984-6300
Attorney for Defendants