IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation,<br><br>Defendants. | Civil Action No. 05-CV-300 |

## NOTICE OF RECORDS DEPOSITION

**PLEASE TAKE NOTICE** that the deposition of Dennis Link will take place on October 10, 2005 at 10:00 a.m. in the offices of McCarter & English, 919 North Market Street, Suite 1800, P.O. Box 111, Wilmington, Delaware. Deponent is to bring any and all documents, files, reports, agreements, electronic files, correspondence, e-mail and contracts relating to (A) Creedon Controls, Inc.; (B) Banc One Data Centers in Delaware;(C) Forest Electric Corporation; and (D) Dennis Link's employment and/or fee agreement with Cordon Controls, Inc. **PERSONAL APPEARANCE IS WAIVED IF RESPONSIVE DOCUMENTS ARE RECEIVED ON OR BEFORE OCTOBER 6, 2005.**

                                            McCARTER & ENGLISH, LLP

                                            /s/ Paul A. Bradley
                                            Paul A. Bradley (Del. Bar I.D. #2156)
                                            James J. Freebery (Del. Bar I.D. #3498)
                                            919 North Market Street, Suite 1800
                                            P.O. Box 111, Wilmington, DE  19899
                                            (302) 984-6300
                                            Attorneys for Defendants

Dated: September 23, 2005