**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of September, 2005, a copy of the foregoing Notice of Records Deposition of Dennis Link, was served electronically upon the following:

> Robert K. Beste, Jr., Esq.
> Cohen Seglias Pallas Greenhill & Furman P.C.
> Nemours Building, Suite 205
> 1007 Orange Street
> Wilmington, DE  19801

>> McCARTER & ENGLISH, LLP

>> /s/ Paul A. Bradley
>> Paul A. Bradley (Del. Bar I.D. #2156)
>> James J. Freebery (Del. Bar I.D. #3498)
>> 919 North Market Street, Suite 1800
>> P.O. Box 111
>> Wilmington, DE  19899
>> (302) 984-6300
>> Attorneys for Defendants