IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation, | ) ) ) | |
| | ) | C.A. NO. 05-CV-300-JJF |
| Plaintiff, | ) ) | |
| | ) | |
| v. | ) ) | |
| | ) | |
| BANC ONE BUILDING CORPORATION, an Illinois corporation, and FOREST ELECTRIC CORPORATION, a New York corporation, | ) ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that I, Jennifer M. Zelvin, Esquire hereby certify that on September 27, 2005 two true and correct copies of **Defendants Banc One Building Corporation And Forest Electric Corporation's First Set of Interrogatories Directed to Plaintiff Creedon Controls, Inc.** have been served in the manner listed below upon the following party via U.S. FIRST CLASS MAIL:

Robert K. Beste, Jr., Esq.
Cohen Seglias Pallas Greenhill & Furman P.C.
Nemours Building, Suite 205
1007 Orange Street
Wilmington, DE 19801

                                                               McCARTER & ENGLISH, LLP

                                                               /s/ Jennifer M. Zelvin
                                                               Paul A. Bradley (Del. Bar I.D. #2156)
                                                               James J. Freebery (Del. Bar I.D. #3498)
                                                                Jennifer M. Zelvin, (Del. Bar I.D. #4325)
                                                                919 North Market Street, Suite 1800
                                                                P.O. Box 111
                                                                Wilmington, DE 19899
                                                                (302) 984-6300
                                                                Attorneys for Defendants