IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BANC ONE BUILDING CORPORATION, an Illinois corporation, and FOREST ELECTRIC CORPORATION, a New York corporation,<br><br>Defendants. | C.A. NO. 05-CV-300-JJF<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that I, Jennifer M. Zelvin, Esquire hereby certify that on September 27, 2005 two true and correct copies of **Defendants Banc One Building Corporation And Forest Electric Corporation's First Request For Production Of Documents Directed To Plaintiff Creedon Controls, Inc.** have been served in the manner listed below upon the following party via U.S. FIRST CLASS MAIL:

Robert K. Beste, Jr., Esq.
Cohen Seglias Pallas Greenhill & Furman P.C.
Nemours Building, Suite 205
1007 Orange Street
Wilmington, DE  19801

                                             McCARTER & ENGLISH, LLP

                                             /s/ Jennifer M. Zelvin
                                             Paul A. Bradley (Del. Bar I.D. #2156)
                                             James J. Freebery (Del. Bar I.D. #3498)
                                             Jennifer M. Zelvin (Del. Bar I.D. #4325)
                                             919 North Market Street, Suite 1800
                                             P.O. Box 111
                                             Wilmington, DE  19899
                                             (302) 984-6300
                                             Attorneys for Defendants