IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation,<br><br>    Defendants. | :<br>:<br>:<br>:<br>: Civil Action No. 05-300 JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, Esquire, hereby certify that two true and correct copies of the Defendants Banc One Building Corporation and Forest Electric Corporation's Responses to Plaintiff's Request for Production of Documents were served on this 4th day of October, 2005 on the following counsel of record via United States Mail:

Robert K. Beste, Jr., Esquire
Cohen Seglias Pallas
 Greenhall & Furman, P.C.
Nemours Building, Suite 205
1007 Orange Street
Wilmington, DE 19801

            McCarter & English, LLP

        By: /s/ Paul A. Bradley
           Paul A. Bradley (DE Bar ID #2156)
           Michael P. Kelly (DE Bar ID #2295)
           919 N. Market Street, Suite 1800
           P.O. Box 111
           Wilmington, DE 19899
           (302) 984-6333
           Attorneys for Defendants