IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) JURY TRIAL DEMANDED |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) ) ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE

I, Robert K. Beste, Jr., Esquire, do hereby certify that on the 5th day of October, 2005, two (2) true and correct copies of Plaintiff Creedon Controls, Inc.'s Second Request for Production of Documents Directed to Defendants, were sent by First-Class Mail to the following:

Paul A. Bradley, Esquire
McCarter & English, P.A.
919 N. Market Street, Suite 1800
P. O. Box 111
Wilmington, DE 19899

                                                                COHEN, SEGLIAS, PALLAS,
                                                               GREENHALL & FURMAN, P.C.

                                                               Robert K. Beste, Jr., Esq. (I.D. No. 154)
                                                               1007 Orange Street
                                                               Nemours Building, Suite 205
                                                               Wilmington, DE 19801
                                                               (302) 425-5089
                                                               Attorney for Plaintiff, Creedon Controls, Inc.

Dated: 10/5/05
RKB/msj
06894-0001