IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation,<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-300 JJF<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I, James J. Freebery, Esquire, hereby certify that two true and correct copies of Defendants Banc One Building Corporation and Forest Electric Corporation's Amended Set of Interrogatories Directed to Plaintiff Creedon Controls, Inc. were served on this 21st day of October, 2005 on the following counsel of record via facsimile and United States Mail:

Robert K. Beste, Jr., Esquire
Cohen Seglias Pallas
　Greenhall & Furman, P.C.
Nemours Building, Suite 205
1007 Orange Street
Wilmington, DE 19801

　　　　　　　　　　　　　　　McCarter & English, LLP

　　　　By:　/s/ James J. Freebery
　　　　　　　Paul A. Bradley (DE Bar ID #2156)
　　　　　　　James J. Freebery (DE Bar ID #3498)
　　　　　　　919 N. Market Street, Suite 1800
　　　　　　　P.O. Box 111
　　　　　　　Wilmington, DE 19899
　　　　　　　(302) 984-6333
　　　　　　　Attorneys for Defendants