IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  C.A. No. 05-300 (JJF)<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I hereby certify that on this 4th day of November, 2005, I caused Defendants' Responses to Plaintiff's Second Request for Production of Documents to be served by hand delivery upon:

Robert K. Beste, Jr., Esquire
Cohen Seglias Pallas
  Greenhall & Furman, P.C.
Nemours Building, Suite 205
1007 Orange Street
Wilmington, DE 19801

McCarter & English, LLP

BY:   /s/ Paul A. Bradley
     Paul A. Bradley (DE Bar ID #2156)
     James J. Freebery (DE Bar ID #3498)
     919 N. Market Street, Suite 1800
     P.O. Box 111
     Wilmington, DE 19899
     (302) 984-6333
     Attorneys for Defendants

ME1\5306697.1