IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CREEDON CONTROLS, INC., a
Delaware corporation,

       Plaintiff,

v.                                          Civil Action No. 05-CV-300

BANC ONE BUILDING
CORPORATION, an Illinois
corporation; and FOREST ELECTRIC
CORPORATION, a New York
corporation,

       Defendants.

## NOTICE OF RECORDS DEPOSITION

**PLEASE TAKE NOTICE** that the deposition John Wheeler of Wheeler, Wolfenden and Dwares, P.A., will take place on Friday, December 9, 2005 at 10:00 a.m. in the offices of McCarter & English, 919 North Market Street, Suite 1800, P.O. Box 111, Wilmington, Delaware. Deponent is to bring any and all documents relating to Creedon Controls, Inc. and the project known as Bank One CDC-II Wilmington, including but not limited to: (a) All financial statements of Creedon Controls, Inc. from 2003 to the present; (b) Any and all reports, correspondence or other documents relating to the CDC-II project; (c) Any and all correspondence relating to Creedon Controls, Inc.; (d) Any work papers relating to Creedon Controls, Inc. and the CDC-II project. PERSONAL APPEARANCE IS WAIVED IF RESPONSIVE DOCUMENTS ARE RECEIVED ON OR BEFORE DECEMBER 5, 2005.

ME1\5353686.1

                                              McCARTER & ENGLISH, LLP

                                              /s/ Paul A. Bradley
                                              Paul A. Bradley (Del. Bar I.D. #2156)
                                              James J. Freebery (Del. Bar I.D. #3498)
                                              919 North Market Street, Suite 1800
                                              P.O. Box 111, Wilmington, DE  19899
                                              (302) 984-6300
                                              Attorneys for Defendants

Dated: November 23, 2005

ME1\5353686.1