IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CREEDON CONTROLS, INC., a
Delaware corporation,

      Plaintiff,

v.                                      Civil Action No. 05-CV-300

BANC ONE BUILDING
CORPORATION, an Illinois
corporation; and FOREST ELECTRIC
CORPORATION, a New York
corporation,

      Defendants.

## NOTICE OF RECORDS DEPOSITION

**PLEASE TAKE NOTICE** that the deposition of Marc Pelletier of Wilmington Trust Company, will take place on Friday, December 9, 2005 at 10:30 a.m. in the offices of McCarter & English, 919 North Market Street, Suite 1800, P.O. Box 111, Wilmington, Delaware. Deponent is to bring any and all documents, files, reports, agreements, electronic files, correspondence and e-mail contracts, relating to Creedon Controls, Inc. and the construction project known as the Bank One CDC-II Project, including, but not limited to all meeting notes, analysis, reports supplied by Creedon Controls, Inc. to Wilmington Trust and any financial statements for 2003 through 2005. **PERSONAL APPEARANCE IS WAIVED IF RESPONSIVE DOCUMENTS ARE RECEIVED ON OR BEFORE DECEMBER 5, 2005.**

                                                                McCARTER & ENGLISH, LLP

                                                                /s/ Paul A. Bradley
                                                                Paul A. Bradley (Del. Bar I.D. #2156)
                                                                James J. Freebery (Del. Bar I.D. #3498)
                                                               919 North Market Street, Suite 1800
                                                                P.O. Box 111, Wilmington, DE 19899
                                                                (302) 984-6300
Dated: November 23, 2005                             Attorneys for Defendants

                                                                                  ME1\5353697.1