## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of November, 2005, a copy of the foregoing Notice of Records Deposition of Marc Pelletier, Wilmington Trust Company, was served electronically upon the following:

>Robert K. Beste, Jr., Esquire
>Cohen Seglias Pallas Greenhill & Furman P.C.
>Nemours Building, Suite 205
>1007 Orange Street
>Wilmington, DE 19801

>McCARTER & ENGLISH, LLP


>/s/ Paul A. Bradley
>Paul A. Bradley (Del. Bar I.D. #2156)
>James J. Freebery (Del. Bar I.D. #3498)
>919 North Market Street, Suite 1800
>P.O. Box 111
>Wilmington, DE 19899
>(302) 984-6300
>Attorneys for Defendants

ME1\5353697.1