IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CREEDON CONTROLS, INC., a
Delaware corporation,

    Plaintiff,

v.                                      Civil Action No. 05-CV-300

BANC ONE BUILDING
CORPORATION, an Illinois
corporation; and FOREST ELECTRIC
CORPORATION, a New York
corporation,

    Defendants.

## NOTICE OF RECORDS DEPOSITION

**PLEASE TAKE NOTICE** that the deposition of International Brotherhood of Electrical Workers, Local Union 313 will take place on Friday, December 9, 2005 at 11:00 a.m. in the offices of McCarter & English, 919 North Market Street, Suite 1800, P.O. Box 111, Wilmington, Delaware. Deponent is to bring any and all documents, files, reports, agreements, electronic files, correspondence, e-mail and contracts relating to d the construction project known as the Bank One CDC-II Project Wilmington, including but not limited to: (a) All reports submitted by Creedon Controls, Inc. to the Union; (2) All log books maintained by all foremen, general foremen, union members and/or others relating to the CDC-II Project; (3) All documents reflecting the hours spent by union members on the CDC-II Project in the employ of Creedon Controls, Inc.; and (4) All records reflecting benefits paid to the union by Creedon Controls, Inc. relating to the CDC-II Project. **PERSONAL APPEARANCE IS WAIVED IF RESPONSIVE DOCUMENTS ARE RECEIVED ON OR BEFORE DECEMBER 5, 2005.**

                                      McCARTER & ENGLISH, LLP

                                      /s/ Paul A. Bradley
                                      Paul A. Bradley (Del. Bar I.D. #2156)
                                      James J. Freebery (Del. Bar I.D. #3498)
                                      919 North Market Street, Suite 1800
                                      P.O. Box 111, Wilmington, DE  19899
                                      (302) 984-6300
                                      Attorneys for Defendants

Dated:  November 23, 2005

ME1\5353663.1