IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation,<br><br>    Defendants. | )<br>) C. A. No. 05CV300 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF RECORDS DEPOSITION *DUCES TECUM*

TO:    Paul A. Bradley, Esquire
         McCarter & English, P.A.
         919 N. Market Street, Suite 1800
         P. O. Box 111
         Wilmington, DE 19899

       PLEASE TAKE NOTICE that the undersigned will the oral depositions of Defendant Banc One Building Corporation, on Wednesday, December 21, 2005, at 10:00 a.m., at the offices of Cohen, Seglias, Pallas, Greenhall & Furman, P.C., at 1007 Orange Street, Suite 205, Wilmington, Delaware 19801. In accordance with Rule 30(b)(6), Defendant Banc One Building Corporation is to designate and produce one or more witnesses competent to testify, and provide information with respect to those issues and matters as set forth in the attached Exhibit "A."

                                              Cohen, Seglias, Pallas, Greenhall & Furman, P.C.

                                              Robert K. Beste, Jr., Esq. (ID #154)
                                              1007 Orange St., Nemours Bldg., Suite 205
                                              Wilmington, DE 19801
                                              (302) 425-5089
                                              Attorneys for Plaintiff

Date:  11/28/05

cc: Wilcox & Fetzer, Court Reporters
RKB/msj (06894-0001)