## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., Esquire, do hereby certify that on the 28th day of November 2005, two (2) true and correct copies of the attached Notice of Deposition, were provided to the following, via electronic filing:

Paul A. Bradley, Esquire
McCarter & English, P.A.
919 N. Market Street, Suite 1800
P. O. Box 111
Wilmington, DE 19899

                                              COHEN, SEGLIAS, PALLAS,
                                              GREENHALL & FURMAN, P.C.

                                              Robert K. Beste, Jr., Esq. (I.D. No. 154)
                                              1007 Orange Street
                                              Nemours Building, Suite 205
                                              Wilmington, DE 19801
                                              (302) 425-5089
                                              Attorney for Plaintiff, Creedon Controls, Inc.

Dated: 11/28/05
RKB/msj
06894-0001