IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF RECORDS DEPOSITION

TO:   Paul A. Bradley, Esquire
      McCarter & English, P.A.
      919 N. Market Street, Suite 1800
      P. O. Box 111
      Wilmington, DE  19899

PLEASE TAKE NOTICE that the undersigned will the oral depositions of Defendant Forest Electric Corporation, on Monday, December 19, 2005, at 10:00 a.m., at the offices of Cohen, Seglias, Pallas, Greenhall & Furman, P.C., at 1007 Orange Street, Suite 205, Wilmington, Delaware 19801. In accordance with Rule 30(b)(6), Defendant Forest Electric Corporation is to designate and produce one or more witnesses competent to testify, and provide information with respect to those issues and matters as set forth in the attached Exhibit "A."

                                                                    Cohen, Seglias, Pallas, Greenhall & Furman, P.C.

                                                                    _____
                                                                    Robert K. Beste, Jr., Esq. (ID #154)
                                                                    1007 Orange St., Nemours Bldg., Suite 205
                                                                    Wilmington, DE 19801
                                                                    (302) 425-5089
                                                                    Attorneys for Plaintiff

Date: 11/28/05

cc: Wilcox & Fetzer, Court Reporters
RKB/msj (06894-0001)