IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No. 05-300 JJF<br>:<br>:<br>:<br>:<br>:<br>: |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW THE APPEARANCE of Paul A. Bradley, Esquire of McCarter & English LLP as counsel for defendant, Banc One Building Corporation, and

PLEASE ENTER THE APPEARANCE of Lawrence C. Ashby of Ashby & Geddes as counsel for defendant, Banc One Building Corporation.

ASHBY & GEDDES

_/s/ L.C. Ashby_
Lawrence C. Ashby (DE ID# 468)
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899-1150
(302) 654-1888

Date: 12/8/05

McCARTER & ENGLISH LLP

_/s/ Paul A. Bradley_
Paul A. Bradley (DE ID #2156)
James J. Freebery (DE ID #3498)
919 North Market Street, Suite #1800
P. O. Box 111
Wilmington, DE 19899
(302) 984-6300

Date: 12/7/05

ME1\5369165.1