IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

TO: Paul A. Bradley, Esquire  
McCarter & English, P.A.  
919 N. Market Street, Suite 1800  
P. O. Box 111  
Wilmington, DE 19899

Lawrence C. Ashby, Esq./Philip Trainer, Jr., Esq.  
Ashby & Geddes  
222 Delaware Avenue  
P. O. Box 1150  
Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned will the oral deposition of **Defendant Forest Electric Corporation**, on Wednesday, January 11, 2006, at 10:00 a.m., at the offices of Cohen, Seglias, Pallas, Greenhall & Furman, P.C., at 1007 Orange Street, Suite 205, Wilmington, Delaware 19801. In accordance with Rule 30(b)(6), Defendant Forest Electric Corporation is to designate and produce one or more witnesses competent to testify, and provide information with respect to those issues and matters as set forth in the attached Exhibit "A."

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

Robert K. Beste, Jr., Esq. (ID #154)  
1007 Orange St., Nemours Bldg., Suite 205  
Wilmington, DE 19801  
(302) 425-5089  
Attorneys for Plaintiff

Date: 12/19/05

cc: Wilcox & Fetzer, Court Reporters  
RKB/msj  
(06894-0001)