## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., Esquire, do hereby certify that on the 19 day of December, 2005, two (2) true and correct copies of the attached Notice of Deposition (of Forest Electric Corporation), were provided to the following, via electronic filing:

Paul A. Bradley, Esquire
McCarter & English, P.A.
919 N. Market Street, Suite 1800
P. O. Box 111
Wilmington, DE 19899

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.

_____
Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange Street
Nemours Building, Suite 205
Wilmington, DE 19801
(302) 425-5089
Attorney for Plaintiff, Creedon Controls, Inc.

Dated: 12/19/05
RKB/msj
06894-0001