IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

TO:  Paul A. Bradley, Esquire  
McCarter & English, P.A.  
919 N. Market Street, Suite 1800  
P. O. Box 111  
Wilmington, DE 19899  

Lawrence C. Ashby, Esq./Philip Trainer, Jr., Esq.  
Ashby & Geddes  
222 Delaware Avenue  
P. O. Box 1150  
Wilmington, DE 19899  

PLEASE TAKE NOTICE that the undersigned will the oral deposition of Mr. Terry Peng, on Wednesday, January 18, 2006, at 10:00 a.m., at the offices of Cohen, Seglias, Pallas, Greenhall & Furman, P.C., at 1007 Orange Street, Suite 205, Nemours Building, Wilmington, Delaware 19801.

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

_____
Edward Seglias, Esq. (I. D. No. 2822)  
Robert K. Beste, Jr., Esq. (I.D. No. 154)  
1007 Orange St., Nemours Bldg., Suite 205  
Wilmington, DE 19801  
(302) 425-5089  
Attorneys for Plaintiff, Creedon Controls, Inc.

Date: 1/3/06

cc: Wilcox & Fetzer, Court Reporters

RKB/msj  
(06894-0001)