## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., Esquire, do hereby certify that on the 3rd day of January, 2006, the attached Notice of Deposition of Terry Peng, was provided to the following, via electronic filing:

Paul A. Bradley, Esquire
McCarter & English, P.A.
919 N. Market Street, Suite 1800
P. O. Box 111
Wilmington, DE 19899

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.

Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange Street
Nemours Building, Suite 205
Wilmington, DE 19801
(302) 425-5089
Attorney for Plaintiff, Creedon Controls, Inc.

RKB/msj
06894-0001