IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) | |
| | ) | C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Banc One Building Corporation, an Illinois | ) | |
| corporation; and Forest Electric Corporation, a | ) | |
| New York corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION

TO:   Paul A. Bradley, Esquire                    Lawrence C. Ashby, Esq./Philip Trainer, Jr., Esq.
      McCarter & English, P.A.                    Ashby & Geddes
      919 N. Market Street, Suite 1800            222 Delaware Avenue
      P. O. Box 111                               P. O. Box 1150
      Wilmington, DE  19899                       Wilmington, DE  19899

PLEASE TAKE NOTICE that the undersigned will the oral deposition of Mr. Len Beck, on Thursday, January 19, 2006, at 10:00 a.m., at the offices of Cohen, Seglias, Pallas, Greenhall & Furman, P.C., at 1007 Orange Street, Suite 205, Nemours Building, Wilmington, Delaware 19801.

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

Edward Seglias, Esq. (I.D. No. 2822)
Robert K. Beste, Jr., Esq. (I.D. No.154)
1007 Orange St., Nemours Bldg., Suite 205
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff, Creedon Controls, Inc.

Date: 1/3/06

cc:  Wilcox & Fetzer, Court Reporters

RKB/msj
(06894-0001)