IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>v.<br><br>BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation,<br><br>      Defendants. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 05-CV-300<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF RECORDS DEPOSITION**

**PLEASE TAKE NOTICE** that the deposition of Fred Street will take place on Friday, January 20, 2006 at 2:00 p.m. in the offices of McCarter & English, 919 North Market Street, Suite 1800, P.O. Box 111, Wilmington, Delaware and continuing day to day until completed. Deponent is to bring any and all documents relating to Creedon Controls, Inc. and the project known as Bank One CDC-II Wilmington. Defendant shall produce all records on Exhibit A.

                                          McCARTER & ENGLISH, LLP

                                          /s/ Paul A. Bradley
                                          Paul A. Bradley (Del. Bar I.D. #2156)
                                          James J. Freebery (Del. Bar I.D. #3498)
                                          919 North Market Street, Suite 1800
                                          P.O. Box 111, Wilmington, DE 19899
                                          (302) 984-6300
                                          Attorneys for Defendant
                                          Forest Electric Corporation

Dated: January 6, 2006

cc:    Corbett & Associates

ME1\5403862.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of January, 2006, a copy of the foregoing Notice of Records Deposition of Fred Street was served electronically upon the following counsel of record:

Robert K. Beste, Jr., Esquire
Cohen Seglias Pallas Greenhill & Furman P.C.
Nemours Building, Suite 205
1007 Orange Street
Wilmington, DE 19801

Lawrence C. Ashby, Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19801

McCARTER & ENGLISH, LLP

/s/ Paul A. Bradley
Paul A. Bradley (Del. Bar I.D. #2156)
James J. Freebery (Del. Bar I.D. #3498)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6300
Attorneys for Defendant
Forest Electric Corporation

ME1\5403862.1