## **EXHIBIT A**

1. Any and all documents in your possession relating to the Banc One CDC I and CDC II job.

2. Any and all notebooks and/or logbooks in your possession kept pertaining to the Banc One CDC I and CDC II job.

3. Any and all written interviews in your possession pertaining to the Banc One CDC I and CDC II job.

4. Any and all statements in your possession pertaining to the Banc One CDC I and CDC II job.

ME1\5409464.1