IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : Civil Action No. 05-CV-300 <br> : <br> : <br> : <br> : <br> : |

### NOTICE OF DEPOSITION *DUCES TECUM*

**PLEASE TAKE NOTICE** that the deposition of W. Paul Brainard, will take place on Friday, January 20, 2006 at 10:00 a.m. in the offices of McCarter & English, 919 North Market Street, Suite 1800, P.O. Box 111, Wilmington, Delaware continuing from day to day until completed. Deponent shall produce any and all records listed on the copy of the attached Subpoena and Exhibit A.

McCARTER & ENGLISH, LLP

/s/ Paul A. Bradley
Paul A. Bradley (Del. Bar I.D. #2156)
James J. Freebery (Del. Bar I.D. #3498)
919 North Market Street, Suite 1800
P.O. Box 111, Wilmington, DE 19899
(302) 984-6300
Attorneys for Defendant
Forest Electric Corporation

Dated: January 6, 2006

cc:    Corbett & Associates

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of January, 2006, a copy of the foregoing Notice of Deposition *Duces Tecum* of W. Paul Brainard, was served electronically upon the following counsel of record:

Robert K. Beste, Jr., Esquire
Cohen Seglias Pallas Greenhill & Furman P.C.
Nemours Building, Suite 205
1007 Orange Street
Wilmington, DE 19801

Lawrence C. Ashby, Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19801

McCARTER & ENGLISH, LLP

/s/ Paul A. Bradley
Paul A. Bradley (Del. Bar I.D. #2156)
James J. Freebery (Del. Bar I.D. #3498)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6300
Attorneys for Defendant
Forest Electric Corporation