IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-300 JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This _____ day of _____, 2006, defendant Banc One Building Corporation, having filed the Motion of Banc One Building Corporation for Protective Order Pursuant to Rule 26(c) (the "Motion"), and the Court, after considering any and all responses to the Motion, due notice having been given, now therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED,

AND IT IS FURTHER ORDERED that depositions shall not take place until the parties have finished production of documents, which shall be completed no later than _____,__, 2006

                _____
                The Honorable Joseph J. Farnan, Jr.
                United States District Court Judge

165411.1