IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation,<br><br>Defendants. | Civil Action No. 05-CV-300 |

**JOINDER OF DEFENDANT FOREST ELECTRIC CORPORATION
IN BANC ONE BUILDING CORPORATION'S MOTION FOR
PROTECTIVE ORDER PURSUANT TO RULE 26(c)**

Defendant Forest Electric Corporation ("Forest") hereby joins Defendant Banc One Building Corporation's Motion for Protective Order Pursuant to Rule 26(c). Forest relies on the following in support of its Joinder:

A.   Forest adopts Banc One Building Corporation's Motion filed on January 9, 2006 at document number 38.

B.   Forest seeks a protective order on the same basis expressed in the motion identified above.

WHEREFORE, Defendant Forest Electric Corporation hereby joins defendant Banc One Building Corporation's Motion for a Protective Order.

ME1\5421793.1

                                        Respectfully submitted,

                                        MCCARTER & ENGLISH LLP

By:    /s/ Paul A. Bradley
        Paul A. Bradley (DE ID No. 2156)
        James J. Freebery (DE ID No. 3498)
        919 North Market Street, Suite 1800
        P.O. Box 111
        Wilmington, DE  19899
        (302) 984-6300
        Attorneys for Defendant,
Date:  January 10, 2006        Forest Electric Corporation

ME1\5421793.1

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, hereby certify that on January 10, 2006, I caused a copy of the foregoing Joinder of Defendant Forest Electric Corporation in Banc One Building Corporation's Motion for Protective Order Pursuant to Rule 26(c) to be served upon counsel of record via the electronic filing.

/s/ Paul A. Bradley
Paul A. Bradley (DE Bar ID #2156)

ME1\5421793.1