# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

January 10, 2006

Anita Bolton                                              HAND DELIVERY
United States District Court
844 King Street
Wilmington, Delaware 19801

    Re:    *Creedon Controls, Inc. v. Banc One Building Corporation, et al.,*
             C.A. No. 05-300-JJF

Dear Mrs. Bolton:

    We represent defendant Banc One Building Corporation ("BOBC") in the above matter. On January 9, 2006, BOBC filed its Motion of Banc One Building Corporation for Protective Order (D.I. 38). "Exhibit A," referenced in the motion, was inadvertently not attached to the motion. Enclosed is a floppy disk containing "Exhibit A" to the motion. We apologize for any inconvenience this may have caused the Court.

    If you have any questions or concerns, we are available at the Court's convenience.

Very truly yours,

/s/ Joseph C. Handlon

Joseph C. Handlon

JCH/km
165432.1

Enclosure