IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-300 JJF |
| BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Philip Trainer, Jr., Esquire, do hereby certify that on the 10th day of January 2006, two copies of Defendant Banc One Building Corporation's Amended and Supplemental Response to Plaintiff's Second Request for Production of Documents were served by overnight delivery, upon the following:

Robert K. Beste, Jr., Esquire
Cohen, Seglias, Pallas, Greenhall & Furman
1007 Orange Street, Ste. 205
Wilmington, DE  19801

Paul Bradley, Esq.
McCarter & English
919 N. Market St., Ste. 1800
Wilmington, DE  19899

ASHBY & GEDDES

/s/ Philip Trainer, Jr.
Lawrence C. Ashby (I.D. #468)
Philip Trainer, Jr. (I.D. #2788)
222 Delaware Avenue, 17th Fl.
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
Attorneys for Defendant Banc One Building Corporation

Dated: January 11, 2006
165489.1