IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, TO-WIT, this ____ day of _____, 2006, Defendant Banc One Building Corporation's Motion for Protective Order Pursuant to Rule 26(c), having been considered;

IT IS ORDERED that Banc One's Motion for Protective Order is denied.

_____
                                         J.