IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-300 JJF |
| BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

I, Ricardo Palacio, do hereby certify that on the 24th day of January 2006, Defendant Banc One Building Corporation's Response/Objection to Creedon Controls, Inc.'s Notice of Records Deposition Deces Tecum was served by hand delivery, upon the following:

Robert K. Beste, Jr., Esquire
Cohen, Seglias, Pallas, Greenhall & Furman
1007 Orange Street, Ste. 205
Wilmington, DE 19801

Paul Bradley, Esq.
McCarter & English
919 N. Market St., Ste. 1800
Wilmington, DE 19899

ASHBY & GEDDES

/s/ Ricardo Palacio

Lawrence C. Ashby (I.D. #468)
Philip Trainer, Jr. (I.D. #2788)
Ricardo Palacio (I.D. #3765)
222 Delaware Avenue, 17th Fl.
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Attorneys for Defendant Banc One Building Corporation

Dated: January 25, 2006
166007.1