IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation,<br><br>       Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-CV-300<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SERVICE**

    I, Paul A. Bradley, do hereby certify that on the 26th day of January 2006, Defendant Forest Electric Corporation's Objection to Creedon Controls, Inc.'s Notice of Records Deposition Duces Tecum was served by hand delivery on January 10, 2006, upon the following:

| | |
|---|---|
| Robert K. Beste, Jr., Esquire<br>Cohen Seglias Pallas Greenhill & Furman P.C.<br>Nemours Building, Suite 205<br>1007 Orange Street<br>Wilmington, DE 19801 | Lawrence C. Ashby, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue<br>P. O. Box 1150<br>Wilmington, DE 19801 |

                                        McCARTER & ENGLISH, LLP

                                        /s/ Paul A. Bradley
                                        Paul A. Bradley (Del. Bar I.D. #2156)
                                        James J. Freebery (Del. Bar I.D. #3498)
                                        919 North Market Street, Suite 1800
                                        P.O. Box 111, Wilmington, DE 19899
                                        (302) 984-6300
                                        Attorneys for Defendant
                                        Forest Electric Corporation

Dated: January 26, 2006

ME1\5463999.1