IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : Civil Action No. 05-CV-300 (JJF) <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, a subpoena, attached hereto as Exhibit 1, was served on GemGroup, Atten: Scott Ernsberger, Brandywine Corporate Center, St. 303, 650 Naamans Road, Claymont, Delaware 19703.

McCARTER & ENGLISH, LLP

/s/ Paul A. Bradley

By:_____
Paul A. Bradley (Del. Bar I.D. #2156)
James J. Freebery (Del. Bar I.D. #3498)
919 North Market Street, Suite 1800
Wilmington, DE 19899
(302) 984-6300

Attorneys for Defendant
Forest Electric Corporation

Dated: February 16, 2006

ME1\5502073.1

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, do hereby certify that on this 16th day of February, 2006, Notice of Service of Subpoena was served via e-file upon the following attorneys of record:

Robert K. Beste, Jr., Esquire
Cohen Seglias Pallas Greenhill & Furman P.C.
Nemours Building, Suite 205
1007 Orange Street
Wilmington, DE  19801

Lawrence C. Ashby, Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE  19801

McCARTER & ENGLISH, LLP

/s/ Paul A. Bradley
Paul A. Bradley (Del. Bar I.D. #2156)
James J. Freebery (Del. Bar I.D. #3498)
919 North Market Street, Suite 1800
P.O. Box 111, Wilmington, DE  19899
(302) 984-6300
Attorneys for Defendant
Forest Electric Corporation

Dated:  January 26, 2006