IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF MOTION

TO:   Paul A. Bradley, Esquire
      McCarter & English
      919 N. Market Street, Suite 1800
      P. O. Box 111
      Wilmington, DE 19899

      Lawrence C. Ashby, Esquire
      Ashby & Geddes
      222 Delaware Avenue
      P. O. Box 1150
      Wilmington, DE 19899

   PLEASE TAKE NOTICE that the attached Plaintiff's Motion to Compel Discovery, shall be presented to the Court, at a time and on a date convenient to the Court.

COHEN, SEGLIAS, PALLAS, GREENHALL
& FURMAN, P.C.

_/s/ Robert Beste_
Edward Seglias, Esq. (I.D. No. 2822)
Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange Street, Nemours Bldg., Suite 205
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff, Creedon Controls, Inc.

Date: February 21, 2006