IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, TO-WIT, this ____ day of _____, 2006, Plaintiff Creedon Controls, Inc.'s Motion to Compel Discovery, having been considered;

IT IS ORDERED that Plaintiff's motion is granted, and within _____ day of this Order, Defendants shall respond to discovery requests, without regard to whether it specifically involves Plaintiff's work.

_____
                                                                                                                J.