## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., certify that I am not less than 18 years of age, and that service of

"Plaintiff's Motion to Compel Dioscovery," was made both electronically and by First-Class

Mail, on February ___2 (9___ , 2006, upon:


Paul A. Bradley, Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
P. O. Box 111
Wilmington, DE  19899

Lawrence C. Ashby, Esquire
Paul Trainer, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE  19899


**Cohen, Seglias, Pallas, Greenhall &
Furman, P.C.**

Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange Street
Nemours Building, Suite 205
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff Creedon Controls, Inc.


RKB/msj
06894-0001