IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-300 JJF |
| BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned moves the admission *pro hac vice* of Charles A. Patrizia of Paul, Hastings, Janofsky & Walker LLP, 875 15th Street, N.W., Washington, D.C. 20005 in this matter.

ASHBY & GEDDES

/s/ Philip Trainer, Jr.
Philip Trainer, Jr. (I.D. #2788)
222 Delaware Avenue, 17th Fl.
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Defendant Banc One Building Corporation*

Dated: February 23, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: *[signature]*
Charles A. Patrizia
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 2005
(202) 551-1700

Dated: February 21, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )   Civil Action No. 05-300 JJF |
| BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

### ORDER

This _____ day of _____, 2006, the Court having considered the motion for the admission *pro hac vice* of Charles A. Patrizia in the above action; now, therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE          )
                           ) SS.
COUNTY OF NEW CASTLE       )

On this 23rd day of February 2006, I personally caused to be served a copy of the foregoing **MOTION FOR ADMISSION PRO HAC VICE** upon counsel at the addresses and in the manner indicated:

Robert K. Beste, Jr., Esq.                          *VIA ELECTRONIC FILING*
Cohen Seglias Pallas Greenhill & Furman PC
1007 Orange Street, Suite 205
Wilmington, DE  19801

Paul A. Bradley, Esq.                               *VIA ELECTRONIC FILING*
James J. Freebery
McCarter & English, LLP
919 N. Market St., Ste. 1800
P.O. Box 111
Wilmington, DE  19899

_____
Diana L. Boggs

SWORN TO AND SUBSCRIBED before me this 23rd day of February 2006.

_____
Notary Public

166741.1