IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>v.<br><br>BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation,<br><br>      Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No. 05-CV-300 (JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned moves the admission *pro hac vice* of Allen J. Ross, Brown, Raysman, Millstein, Felder & Steiner, LLP, 900 Third Avenue, New York, New York 10022 to represent Forest Electric Corporation in this matter.

                                        McCARTER & ENGLISH, LLP

                                        /s/ Paul A. Bradley

                                By:_____
                                        Paul A. Bradley (Del. Bar I.D. #2156)
                                          James J. Freebery (Del. Bar I.D. #3498)
                                          919 North Market Street, Suite 1800
                                          Wilmington, DE  19899
                                          (302) 984-6300

                                      Attorneys for Defendant
                                      Forest Electric Corporation

Dated: March 6, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk's Office upon the filing of this motion.

Date: _March 6, 2006_   _/s/ Allen J. Ross_
Allen J. Ross
Brown, Raysman, Millstein, Felder & Steiner, LLP
900 Third Avenue
New York, NY 10022
(212) 895-2810

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No. 05-300 JJF<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, Esquire, hereby certify that a true and correct copy of Motion for Admission Pro Hac Vice of Allen J. Ross were served on this 6th day of March, 2006, on the following counsel of record via e-file and facsimile:

Robert K. Beste, Jr., Esquire
Cohen Seglias Pallas
   Greenhall & Furman, P.C.
Nemours Building, Suite 205
1007 Orange Street
Wilmington, DE  19801

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Ashby & Geddes, P.A.
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE  19899

                             **MCCARTER & ENGLISH, LLP**

               BY:    **/S/ PAUL A. BRADLEY**
                         Paul A. Bradley (DE Bar ID #2156)
                         James J. Freebery (DE Bar ID #3498)
                         919 N. Market Street, Suite 1800
                         P.O. Box 111
                         Wilmington, DE  19899
                         (302) 984-6333
                         Attorneys for Defendants

ME1\5524747.1