IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 05-CV-300 (JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* for Allen J. Ross is GRANTED.


Date:_____        _____
                                   United States District Judge