# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation, )<br>)<br>)   Plaintiff, )<br>)<br>v. )<br>)<br>BANC ONE BUILDING CORPORATION, an Illinois corporation, and FOREST ELECTRIC CORPORATION, a New York corporation, )<br>)<br>)   Defendants. )<br>)<br>) | C.A. NO. 05-CV-300-JJF<br><br>JURY TRIAL DEMANDED |

## DEFENDANT BANC ONE BUILDING CORPORATION'S MOTION TO AMEND ITS ANSWER TO PLAINTIFF'S COMPLAINT

Defendant Banc One Building Corporation ("BOBC"), by and through its undersigned counsel, hereby respectfully moves, pursuant to Fed. R. Civ. P. 15, for leave to amend its answer to plaintiff's complaint in the above-captioned action by filing **DEFENDANT BANC ONE BUILDING CORPORATION'S AMENDED ANSWER TO COMPLAINT** (the "Proposed Amended Answer") and accompanying Affidavit of Thomas Hennessey, Esq. pursuant to 10 Del. C. § 3901 (the "Hennessey Affidavit").

The grounds for this motion are fully set forth in BOBC's supporting memorandum of law being served and filed contemporaneously herewith.

LEGAL_US_E # 70598316.4

1

Dated: March 10, 2006

ASHBY & GEDDES, P.A.

_____
Lawrence C. Ashby (#468)
Philip Trainer, Jr. (#2788)
222 Delaware Avenue
17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302)-654-1888

-and-

Of Counsel:

**PAUL, HASTINGS, JANOFSKY
    & WALKER, LLP**

75 East 55th Street
New York, New York 10022
212-318-6000

*Attorneys for Defendant Banc One Building Corporation*

167310.2

LEGAL_US_E # 70598316.4

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that the subject of the attached motion was discussed with opposing counsel, and that no agreement could be reached regarding the requested relief.

Philip Trainer, Jr. (#2788)

## CERTIFICATE OF SERVICE

I, Ricardo Palacio, hereby certify that, on March 10, 2006, I caused one copy of the foregoing to be served upon the parties listed below in the manner indicated:

**Via Hand Delivery**  
Robert K. Beste, Jr., Esquire  
Cohen, Seglias, Pallas, Greenhall & Furman  
1007 Orange Street, Ste. 205  
Wilmington, DE 19801

**Via Hand Delivery**  
Paul Bradley, Esq.  
McCarter & English  
919 N. Market St., Ste. 1800  
Wilmington, DE 19899

Ricardo Palacio

167203.1