IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) <br> ) C.A. No. 05CV300 (JJF) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) <br> ) <br> ) <br> ) |
| Defendants. | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on March 14, 2006 the following was served upon the parties below in the manner so indicated:

- **Defendant Banc One Building Corporation's Second Request for Production of Documents Directed to Plaintiff Creedon Controls, Inc.**

<u>**Via Hand Delivery**</u>
Robert K. Beste, Jr., Esq.
Cohen Seglias Pallas
Greehall & Furman P.C.
Nemours Building, Suite 205
1007 Orange Street
Wilmington, DE 19801

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

|  |  |
|---|---|
| Dated: March 14, 2006 | **ASHBY & GEDDES, P.A.** |
|  | _/s/_ (#3765) |
|  | Lawrence C. Ashby (#468) |
|  | Philip Trainer, Jr. (#2788) |
|  | 222 Delaware Avenue |
|  | 17th Floor |
|  | P.O. Box 1150 |
|  | Wilmington, Delaware 19899 |
|  | (302)-654-1888 |
|  |  |
|  | -and- |
|  |  |
| Of Counsel: | **PAUL, HASTINGS, JANOFSKY & WALKER, LLP** |
|  |  |
|  | 75 East 55th Street |
|  | New York, New York 10022 |
|  | 212-318-6000 |
|  |  |
|  | _Attorneys for Defendant Banc One Building Corporation_ |

167601.1