IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C.A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on March 14, 2006 the following was served upon the parties below in the manner so indicated:

- **Defendant Banc One Building Corporation's First Request for Production of Documents Directed to Defendant Forest Electric Corporation**

<u>**Via Hand Delivery**</u>
McCarter & English
Paul Bradley, Esq.
919 North Market Street
Suite 1800
Wilmington, DE 19899

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

| | |
|---|---|
| Dated: March 14, 2006 | **ASHBY & GEDDES, P.A.** |
| | */s/* (#3765) |
| | Lawrence C. Ashby (#468) |
| | Philip Trainer, Jr. (#2788) |
| | 222 Delaware Avenue |
| | 17th Floor |
| | P.O. Box 1150 |
| | Wilmington, Delaware 19899 |
| | (302)-654-1888 |
| | |
| | -and- |
| | |
| Of Counsel: | **PAUL, HASTINGS, JANOFSKY & WALKER, LLP** |
| | |
| | 75 East 55th Street |
| | New York, New York 10022 |
| | 212-318-6000 |
| | |
| | *Attorneys for Defendant Banc One Building Corporation* |

167599.1