IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation,<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 05-300 JJF<br>:<br>:<br>:<br>:<br>:<br>: |

### DEFENDANT FOREST ELECTRIC CORPORATION'S MOTION TO AMEND ITS ANSWER TO PLAINTIFF'S COMPLAINT

Defendant Forest Electric Corporation ("Forest Electric"), by and through its undersigned counsel, hereby respectfully moves, pursuant to Fed.Riv.C.P. 15, for leave to amend its answer to plaintiff's complaint in the above-captioned action by filing Defendant Forest Electric Corp.'s Amended Answer to Complaint and Affirmative Defenses.

The grounds for this motion are fully set forth in Forest Electric's supporting memorandum of law being served and file contemporaneously herewith.

MCCARTER & ENGLISH, LLP

BY:　/s/ PAUL A. BRADLEY
　　　Paul A. Bradley (DE Bar ID #2156)
　　　James J. Freebery (DE Bar ID #3498)
　　　Christopher A. Selzer (DE Bar ID #4305)
　　　919 N. Market Street, Suite 1800
　　　P.O. Box 111
　　　Wilmington, DE  19899
　　　(302) 984-6333

　　　Attorneys for Defendant
　　　Forest Electric Corporation

Dated: March 15, 2006

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that prior to filing this motion, the below attempted to contact counsel for Creedon to discuss this motion and was not able to speak with counsel for Creedon.

*/s/ Christopher A. Selzer*
Christopher A. Selzer (DE Bar ID #4305)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 05-300 JJF<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, Esquire, hereby certify that two true and correct copies of Defendant Forest Electric Corporation's Motion to Amend Its Answer to Plaintiff's Complaint were served on this 15th day of March, 2006, on the following counsel of record via hand delivery and e-file:

Robert K. Beste, Jr., Esquire
Cohen Seglias Pallas
  Greenhall & Furman, P.C.
Nemours Building, Suite 205
1007 Orange Street
Wilmington, DE 19801

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Ashby & Geddes, P.A.
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

                McCARTER & ENGLISH, LLP

BY:   /s/ PAUL A. BRADLEY
        Paul A. Bradley (DE Bar ID #2156)
        James J. Freebery (DE Bar ID #3498)
        Christopher A. Selzer (DE Bar ID #4305)
        919 N. Market Street, Suite 1800
        P.O. Box 111
        Wilmington, DE 19899
        (302) 984-6333
        Attorneys for Defendant
        Forest Electric Corporation

ME1\5524747.1