## CERTIFICATE OF SERVICE

I, Ricardo Palacio, hereby certify that, on the 30th day of March 2006, I caused a true and correct copy of the *Defendant Banc One Building Corporation's Reply memorandum of Law in Further Support of it Motion to Amend its Answer to Plaintiff's Complaint* to be served upon the below listed counsel in the manner so indicated.

                                                                                    Ricardo Palacio (#3765)

| **Via Hand Delivery** | **Via Hand Delivery** |
|---|---|
| Paul Bradley, Esq. | Robert K. Beste, Jr., Esq. |
| McCarter & English | Cohen Seglias Pallas Greehall & Furman P.C. |
| 919 North Market Street | Nemours Building, Suite 205 |
| Suite 1800 | 1007 Orange Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |

168143v1