## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

CREEDON CONTROLS, INC., a
Delaware corporation,

   Plaintiff,

   v.

BANC ONE BUILDING CORPORATION, an
Illinois corporation; and FOREST ELECTRIC
CORPORATION, a New York corporation,

   Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No. 05-300 JJF

## CERTIFICATE OF SERVICE

   I, Paul A. Bradley, Esquire, hereby certify that a true and correct copy of Reply

Memorandum of Law in Furtherance of Forest Electric Corporation's Motion to Amend its

Answer to Plaintiff's Complaint was served on this 4th day of April, 2006, on the following

counsel of record via hand delivery and e-file:

| | |
|---|---|
| Robert K. Beste, Jr., Esquire | Lawrence C. Ashby, Esquire |
| Cohen Seglias Pallas | Philip Trainer, Jr., Esquire |
|  Greenhall & Furman, P.C. | Ashby & Geddes, P.A. |
| Nemours Building, Suite 205 | 222 Delaware Avenue |
| 1007 Orange Street | P. O. Box 1150 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |

### MCCARTER & ENGLISH, LLP

BY: **/S/ PAUL A. BRADLEY**

Paul A. Bradley (DE Bar ID #2156)
James J. Freebery (DE Bar ID #3498)
Christopher A. Selzer (DE Bar ID #4305)
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6333
Attorneys for Defendant
Forest Electric Corporation

ME1\5524747.1