IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) |
| | ) |
| Defendants. | ) |

**OBJECTIONS OF PLAINTIFF CREEDON CONTROLS, INC.
TO DEFENDANT BANC ONE BUILDING CORPORATION'S
SECOND REQUEST FOR PRODUCTION
<u>OF DOCUMENTS DIRECTED TO PLAINTIFF</u>**

On March 14, 2006, Banc One Building Corporation (hereinafter "Banc One") served upon Plaintiff Creedon Controls, Inc. (hereinafter "CCI"), its Second Request for Production of Documents Directed to Plaintiff. In accordance with the Rule 16 Scheduling Order, stipulating to by counsel for the parties, and entered as an Order of the Court on July 28, 2005, interrogatories and document requests were to be completed by November 30, 2005. This request is outside of the time limits of the Scheduling Order; and, for that reason, Plaintiff need not respond.

COHEN, SEGLIAS, PALLAS, GREENHALL
& FURMAN, P.C.

_____
Edward Seglias, Esq. (I.D. No. 2822)
Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange Street, Nemours Bldg., Suite 205
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff, Creedon Controls, Inc.

Date: 4/10/06
RKB/msj
06894-0001