## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., certify that I am not less than 18 years of age, and that service of "Objections of Plaintiff Creedon Controls, Inc. to Defendant Banc One Building Corporation's Second Request for Production of Documents Directed to Plaintiff," was made both electronically and by First-Class Mail, on April 10, 2006, upon:

Paul A. Bradley, Esquire
James J. Freebery, Esquire
Christopher A. Selzer, Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
P. O. Box 111
Wilmington, DE 19899

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

                                          **Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

                                          Robert K. Beste, Jr., Esq. (I.D. No. 154)
                                          1007 Orange Street
                                          Nemours Building, Suite 205
                                          Wilmington, DE 19801
                                          (302) 425-5089
                                          Attorneys for Plaintiff, Creedon Controls, Inc.

RKB/msj
06894-0001