IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) ) ) |
| | ) |
| Defendants. | ) |

### RE-NOTICE OF DEPOSITION

TO:  Paul A. Bradley, Esq.          Lawrence C. Ashby, Esq.
     James J. Freebery, Esq.        Philip Trainer, Jr., Esq.
     McCarter & English, P.A.       Ashby & Geddes
     919 N. Market Street, Suite 1800   222 Delaware Avenue
     P. O. Box 111                  P. O. Box 1150
     Wilmington, DE 19899           Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned will the oral deposition of **Defendant Banc One Building Corporation**, on Thursday, May 11, 2006, at 10:00 a.m., at the offices of Cohen, Seglias, Pallas, Greenhall & Furman, P.C., at 1007 Orange Street, Suite 205, Wilmington, Delaware 19801. In accordance with Rule 30(b)(6), Defendant Banc One Building Corporation is to designate and produce one or more witnesses competent to testify, and provide information with respect to those issues and matters as set forth in the attached Exhibit "A."

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

_____
Robert K. Beste, Jr., Esq. (ID #154)
1007 Orange St., Nemours Bldg., Suite 205
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff

Date: 4/13/06

cc: Wilcox & Fetzer, Court Reporters
RKB/msj
(06894-0001)