IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois | ) |
| corporation; and Forest Electric Corporation, a | ) |
| New York corporation, | ) |
| | ) |
| Defendants. | ) |

## RE-NOTICE OF DEPOSITION

TO:

Paul A. Bradley, Esq.               Lawrence C. Ashby, Esq.
James J. Freebery, Esq.             Philip Trainer, Jr., Esq.
McCarter & English, P.A.            Ashby & Geddes
919 N. Market Street, Suite 1800    222 Delaware Avenue
P. O. Box 111                       P. O. Box 1150
Wilmington, DE  19899               Wilmington, DE  19899

PLEASE TAKE NOTICE that the undersigned will the oral deposition of **Defendant Forest Electric Corporation**, on Wednesday, May 10, 2006, at 10:00 a.m., at the offices of Cohen, Seglias, Pallas, Greenhall & Furman, P.C., at 1007 Orange Street, Nemours Building, Suite 205, Wilmington, Delaware 19801. In accordance with Rule 30(b)(6), Defendant Forest Electric Corporation is to designate and produce one or more witnesses competent to testify, and provide information with respect to those issues and matters as set forth in the attached Exhibit "A."

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

Robert K. Beste, Jr., Esq. (ID #154)
1007 Orange St., Nemours Bldg., Suite 205
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff

Date: 4/13/06

cc:  Wilcox & Fetzer, Court Reporters
RKB/msj                                    (06894-0001)