## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., Esquire, do hereby certify that on the 13th day of April, 2006, a copy of the attached Re-Notice of Deposition **(of Forest Electric Corporation)**, was provided to the following, by First-Class Mail and electronically:

Paul A. Bradley, Esquire
James J. Freebery, Esquire
McCarter & English, P.A.
919 N. Market Street, Suite 1800
P. O. Box 111
Wilmington, DE 19899

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

                                            COHEN, SEGLIAS, PALLAS,
                                            GREENHALL & FURMAN, P.C.

                                            /s/ Robert K. Beste, Jr.
                                            Robert K. Beste, Jr., Esq. (I.D. No. 154)
                                            1007 Orange Street
                                            Nemours Building, Suite 205
                                            Wilmington, DE 19801
                                            (302) 425-5089
                                            Attorney for Plaintiff, Creedon Controls, Inc.

Dated: 4/13/06
RKB/msj
06894-0001