IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-CV-300 |

## NOTICE OF SERVICE

I, Paul A. Bradley, hereby certify that on this 12th day of April, 2006, a copy of the foregoing Defendant Forest Electric Corporation's Responses to First Request for Production of Documents of Defendant Banc One Building Corporation, was served by hand delivery upon the following:

Robert K. Beste, Jr., Esquire
Cohen Seglias Pallas Greenhill & Furman P.C.
Nemours Building, Suite 205
1007 Orange Street
Wilmington, DE 19801

Philip Trainer, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19801

McCARTER & ENGLISH, LLP

/s/ Paul A. Bradley
Paul A. Bradley (Del. Bar I.D. #2156)
James J. Freebery (Del. Bar I.D. #3498)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6300
Attorneys for Defendant
Forest Electric Corporation

ME1\5602059.1