IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) |
| | ) |
| Defendants. | ) |

### NOTICE TO VACATE DEPOSITIONS

TO: Paul A. Bradley, Esquire  
McCarter & English, P.A.  
919 N. Market Street, Suite 1800  
P. O. Box 111  
Wilmington, DE 19899  

Lawrence C. Ashby, Esq./Philip Trainer, Jr., Esq.  
Ashby & Geddes  
222 Delaware Avenue  
P. O. Box 1150  
Wilmington, DE 19899

PLEASE TAKE NOTICE that the Rule 30(b)(6) Depositions of:

(1) **Defendant Forest Electric Corporation**, scheduled for Wednesday, May 10, 2006, at 10:00 a.m.; and
(2) **Defendant Banc One Building Corporation**, scheduled for Thursday, May 11, 2006, at 10:00 a.m.

are hereby vacated, without prejudice, and will be scheduled at a later date.

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

_____
Robert K. Beste, Jr., Esq. (ID #154)
1007 Orange St., Nemours Bldg., Suite 205
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff

Date: 4/27/06

cc: Wilcox & Fetzer, Court Reporters
RKB/msj
(06894-0001)