## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., Esquire, do hereby certify that on the ____ day of April, 2006, two (2) true and correct copies of the attached Notice of Vacating Deposition (of Forest Electric Corporation and of Banc One Building Corporation), were provided to the following, via electronic filing:

Paul A. Bradley, Esquire
McCarter & English, P.A.
919 N. Market Street
P. O. Box 111
Wilmington, DE 19899

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Ashby & Geddes,
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899-1150

COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.

_____
Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange Street
Nemours Building, Suite 205
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff, Creedon Controls, Inc.

RKB/msj
06894-0001