## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., certify that I am not less than 18 years of age, and that service of the Affidavit of Patricia Creedon was made both electronically and by First-Class Mail, on May 4, 2006, upon:

Paul A. Bradley, Esquire
James J. Freebery, Esquire
Christopher A. Selzer, Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
P. O. Box 111
Wilmington, DE  19899

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE  19899

                                      **Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

                                      _____
                                      Robert K. Beste, Jr., Esq. (I.D. No. 154)
                                      1007 Orange Street
                                      Nemours Building, Suite 205
                                      Wilmington, DE 19801
                                      (302) 425-5089
                                      Attorneys for Plaintiff, Creedon Controls, Inc.

RKB/msj
06894-0001