IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:   Paul A. Bradley, Esquire
McCarter & English
919 N. Market Street, Suite 1800
P. O. Box 111
Wilmington, DE 19899

Lawrence C. Ashby, Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

    PLEASE TAKE NOTICE that the attached Plaintiff's Motion to Strike the Designation of "Highly Confidential" from Discovery Documents, and/or Reaffirmation of Stipulation and Order Governing the Production and Exchange of Confidential Information, shall be presented to the Court, at a time and on a date convenient to the Court.

COHEN, SEGLIAS, PALLAS, GREENHALL
& FURMAN, P.C.

*/s/ Robert Beste*

Edward Seglias, Esq. (I.D. No. 2822)
Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange Street, Nemours Bldg., Suite 205
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff, Creedon Controls, Inc.

Date: 5/4/06