IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, TO-WIT, this ____ day of _____, 2006, Plaintiff Creedon Controls, Inc.'s Motion to Strike Designation of "Highly Confidential" from Discovery Documents and/or Reaffirmation of the Stipulation and Order Governing the Production and Exchange of Confidential Information ("Confidentiality Order"), having been considered;

IT IS ORDERED that Plaintiff's motion is granted, and all references to "Highly Confidential" shall be stricken, and considered as being "Confidential" within the meaning of the Stipulation and Order Governing the Production and Exchange of Confidential Information, entered as an Order by this Court on December 6, 2005, and such documents may be disclosed to parties, permitted by such Order.

_____
J.

RKB/msj
06894-0001