```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF DELAWARE
```

CREEDON CONTROLS, INC., a     :
Delaware Corporation,         :
                              :
    Plaintiff,            :
                              :
v.                            : Civil Action No. 05-300-JJF
                              :
BANC ONE BUILDING CORPORATION,:
an Illinois Corporation; and  :
FOREST ELECTRIC CORPORATION, a:
New York Corporation,         :
                              :
    Defendants.           :

## MEMORANDUM ORDER

The parties have been unable to agree to a second Scheduling Order but have discussed the matter extensively. It appears that without intervention by the Court, discovery will not proceed.

NOW THEREFORE, IT IS HEREBY ORDERED that the depositions shall be commenced no later than **May 22, 2006** and completed by **June 28, 2006** unless an agreed upon schedule is filed by **May 15, 2006**. Further, the order of the schedule of depositions shall be as follows:

- Patricia Creedon
- Creedon Controls, Inc. - 30(b)(6)
- Charles Doble
- Fred Street
- Paul Brainard
- Dennis Link
- Forest Electric Corporation - 30(b)(6)
- Terry Peng

- Len Beck

- Banc One Building Corporation - 30(b)(6)

All depositions shall be in accordance with the Federal Rules of Civil Procedure, including length.

May 8, 2006
DATE

UNITED STATES DISTRICT JUDGE