IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, <br><br> Defendants. | ) <br> ) C.A. No. 05CV300 (JJF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on May 11, 2006 the following was served upon the parties below in the manner so indicated:

- **Defendant Banc One Building Corporation's Response to Defendant Forest Electric's First Request for Production of Documents.**

<u>**Via Hand Delivery**</u>
Paul Bradley, Esq.
McCarter & English
919 North Market Street
Suite 1800
Wilmington, DE 19899

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

|  |  |
|---|---|
| Dated: May 11, 2006 | **ASHBY & GEDDES, P.A.** |
|  | _[signature]_ |
|  | Lawrence C. Ashby (#468) |
|  | Philip Trainer, Jr. (#2788) |
|  | Ricardo Palacio (#3765) |
|  | 222 Delaware Avenue |
|  | 17th Floor |
|  | P.O. Box 1150 |
|  | Wilmington, Delaware 19899 |
|  | (302)-654-1888 |
|  |  |
|  | -and- |
|  |  |
| Of Counsel: | **PAUL, HASTINGS, JANOFSKY & WALKER, LLP** |
|  |  |
|  | 75 East 55th Street |
|  | New York, New York 10022 |
|  | 212-318-6000 |
|  |  |
|  | *Attorneys for Defendant Banc One Building Corporation* |

169366.1