IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) ) ) ) |
| | ) |
| Defendants. | ) |

### NOTICE OF MOTION

TO: Paul A. Bradley, Esquire
McCarter & English
919 N. Market Street, Suite 1800
P. O. Box 111
Wilmington, DE 19899

Lawrence C. Ashby, Esq./Philip Trainer, Jr., Esq.
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

PLEASE TAKE NOTICE that the attached "Plaintiff Creedon Controls, Inc.'s Motion to Strike Forest Electric Corporation's Designation of 'Highly Confidential' Documents; or, in the Alternative, to Compel Forest Electric Corporation to Provide Discovery," shall be presented to the Court, at a time and on a date convenient to the Court.

COHEN, SEGLIAS, PALLAS, GREENHALL
& FURMAN, P.C.

Edward Seglias, Esq. (I.D. No. 2822)
Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange Street, Nemours Bldg., Suite 205
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff, Creedon Controls, Inc.

Date: May 17, 2006