## CERTIFICATE OF COUNSEL

The undersigned hereby certifies that, on May 17, 2006, the substance of this Motion was discussed with counsel for Forest Electric Corporation, and no resolution could be reached.

Robert K. Beste, Jr., Esq. (I.D. No. 154)
Cohen, Seglias, Pallas, Greenhall &
Furman, P.C.
1007 Orange St., Nemours Bldg., Ste. 1130
Wilmington, DE 19801
Phone: (302) 425-5089
Attorneys for Plaintiff

RKB/msj
06894-0001