IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, TO-WIT, this ____day of _____, 2006, upon consideration of Plaintiff Creedon Controls, Inc.'s Motion to Strike Forest Electric Corporation's Designation of "Highly Confidential" Documents; or, in the Alternative to Compel Forest Electric Corporation to Provide Discovery, it is ordered as follows:

1. Any demarcation by Forest Electric Corporation of bid drawings, as being "highly confidential" is hereby stricken; and

2. Forest Electric Corporation shall provide to Creedon Controls, Inc., and its principal shareholder, and president, and key employees, copies of such "bid drawings" – free of any restriction – except as may be delineated in the Confidentiality Order entered by this Court on December 6, 2005. (D.E. 27).

_____, J.

RKB/msj
06894-0001