**EXHIBIT "2"**



Paul A. Bradley

Partner
302.984.6333
Fax 302.984.6399
pbradley@mccarter.com

McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
tel 302.984.6300
fax 302.984.6399
www.mccarter.com



**McCARTER ENGLISH**

ATTORNEYS AT LAW

May 16, 2006

**<u>Via Facsimile</u>**

Robert K. Beste, Jr., Esquire
Cohen Seglias Pallas Greenhall & Furman PC
Nemours Building
1007 Orange Street, Suite 205
Wilmington, DE 19801

Philip Trainer, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

Re:    Creedon Controls, Inc. v. Banc One Building Corporation, an Illinois corporation and
       Forest Electric Corporation, a New York corporation
       <u>C.A. No. 05CV300(JJF)</u>

Dear Bob and Phil:

We have copies of the bid drawings for review at your convenience. These documents are to be treated as Highly Confidential under the Confidentiality Order proposed by Banc One Building Corporation.

Also, I am enclosing herewith additional documents being produced by Forest Electric which contain Bates Nos. FE 014558-FE 014566.

Please let me know if you have any questions.

Very Truly Yours,

Paul A. Bradley

PAB/tmp

HARTFORD        STAMFORD        NEW YORK CITY        NEWARK        PHILADELPHIA        WILMINGTON        BALTIMORE
860.275.6700    203.324.1800    212.609.6800    973.622.4444    215.979.3800    302.984.6300    410.659.8500

ME1 5616412.1