## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., certify that I am not less than 18 years of age, and that service of "Plaintiff Creedon Control, Inc.'s Motion to Strike Forest Electric Corporation's Designation of "Highly Confidential" Documents; or, in the Alternative, to Compel Forest Electric Corporation to Provide Discovery," was made both electronically and by First-Class Mail, on May17, 2006, upon:

### BY ELECTRONIC FILING AND BY FIRST-CLASS MAIL

Paul A. Bradley, Esquire
James J. Freebery, Esquire
Christopher A. Selzer, Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
P. O. Box 111
Wilmington, DE 19899

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

                                                Cohen, Seglias, Pallas, Greenhall &
                                                Furman, P.C.

                                                Robert K. Beste, Jr., Esq. (I.D. No. 154)
                                                1007 Orange Street
                                                Nemours Building, Suite 205
                                                Wilmington, DE 19801
                                                (302) 425-5089
                                                Attorneys for Plaintiff, Creedon Controls, Inc.

RKB/msj
06894-0001