IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) |
| | ) |
| Defendants. | ) |

**WITHDRAWAL OF DOCKET ENTRY NO. 86**

On May 17, 2006, Plaintiff, Creedon Controls, Inc. ("CCI") filed a Motion to Strike Forest Electric Corporation's Designation of 'Highly Confidential' Documents; or, in the Alternative, to Compel Forest Electric Corporation to Provide Discovery (D.E. 86). The parties have reached an accommodation, with respect to the subject matter of such motion, and CCI does hereby withdraw such motion.

COHEN, SEGLIAS, PALLAS, GREENHALL
& FURMAN, P.C.

_____
Edward Seglias, Esq. (I.D. No. 2822)
Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange Street, Nemours Bldg., Suite 1130
Wilmington, DE 19801
Phone: (302) 425-5089
Attorneys for Plaintiff, Creedon Controls, Inc.

Date: 5/18/06
RKB/msj
06894-0001