## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., certify that I am not less than 18 years of age, and that service of the Withdrawal of Docket Entry 86 ("Plaintiff Creedon Control, Inc.'s Motion to Strike Forest Electric Corporation's Designation of "Highly Confidential" Documents; or, in the Alternative, to Compel Forest Electric Corporation to Provide Discovery") was made both electronically and by First-Class Mail, on May 18, 2006, upon:

### BY ELECTRONIC FILING AND BY FIRST-CLASS MAIL

Paul A. Bradley, Esquire
James J. Freebery, Esquire
Christopher A. Selzer, Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
P. O. Box 111
Wilmington, DE  19899

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE  19899

**Cohen, Seglias, Pallas, Greenhall &
Furman, P.C.**

Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange Street
Nemours Building, Suite 205
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff, Creedon Controls, Inc.

RKB/msj
06894-0001