IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, ) | |
| ) C. A. No. 05CV300 (JJF) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | |
| ) | |
| Banc One Building Corporation, an Illinois ) NON-ARBITRATION CASE | |
| corporation; and Forest Electric Corporation, a ) | |
| New York corporation, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION**
**REGARDING MOTIONS TO AMEND DEFENDANTS'**
**ANSWERS, D.E. 59 AND 64, AND AMENDMENT TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREEED, by and between counsel for the undersigned parties, as follows:

1.      Plaintiff Creedon Controls, Inc. (hereinafter "Plaintiff") shall be permitted to amend its Complaint in such form as is attached hereto (without exhibits) as Exhibit A (the "Amended Complaint").

2.      Defendants, Banc One Building Corporation and Forest Electric Corporation (hereinafter "Defendants"), do not oppose the filing of the Amended Complaint, but otherwise reserve all defenses, objections, as well as the right to file any further answer or motions with regard to the allegations made in the Amended Complaint, in accordance with the Federal Rules of Civil Procedure and consistent with the Scheduling Order entered by the Court on July 29, 2005.

3.      Plaintiff withdraws its opposition to Defendants' Amended Answers (D.E. 66 and 67) and, as a result, Defendants' Motions to Amend their Answers (D. E. 59 and 64) are hereby withdrawn, and need not be resolved by the Court.

4. Plaintiff shall file its Amended Complaint and Defendants shall file their Amended Answers within three business days of the date of this Stipulation. Defendants shall thereafter answer, plead or otherwise respond to the Amended Complaint within the time allowed by the Federal Rules of Civil Procedure.

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

_____
Robert K. Beste, Jr., Esq. (I. D. No. 154)
Edward Seglias, Esq. (I. D. No. 2822)
1007 Orange Street, Nemours Bldg., Suite 1130
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff, Creedon Controls, Inc.

**McCarter & English, LLP**

_____
Paul A. Bradley, Esq. (I. D. No. 2156)
James J. Freebery, Esq. (3498)
Christopher A. Selzer, Esq. (4305)
919 N. Market Street, Suite 1800
P. O. Box 111
Wilmington, DE 19899
(302) 984-6300
Attorneys for Defendant, Forest Electric Corporation

**Ashby & Geddes**

_____
Lawrence C. Ashby, Esq. (I. D. No. 468)
Philip Trainer, Jr., Esq. (I. D. No. 2788)
Ashby & Geddes
222 Delaware Avenue - P. O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Attorneys for Banc One Building Corporation