IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| CREEDON CONTROLS, INC., a Delaware corporation, | ) ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | C. A. No. 05-300 (JJF) |
| BANC ONE BUILDING CORPORATION, an Illinois corporation, and FOREST ELECTRIC CORPORATION, a New York corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATED SCHEDULING ORDER REGARDING DEPOSITIONS**

Plaintiff Creedon Controls, Inc. ("Creedon"), and defendants Banc One Building Corporation ("Banc One") and Forest Electric Corporation ("Forest", and together with Creedon and Banc One, the "Parties"), by and through their undersigned counsel, and pursuant to the Court's Memorandum Order dated May 8, 2006, hereby agree and stipulate to the following schedule governing the order and taking of depositions in this action:

1. Unless otherwise agreed to by the Parties, depositions of the following individuals or entities, as the case may be, shall be taken on the dates, and at the times, set forth below:

| DEPONENT | DATE | TIME |
|---|---|---|
| 1. Patricia Creedon | May 22, 2006 | 9:30 am (ET) |
| 2. Creedon Controls, Inc. – 30(b)(6) | May 23, 2006 | 9:30 am (ET) |
| 3. Charles Doble | May 26, 2006 | 9:30 am (ET) |
| 4. Fred Street | May 30, 2006 | 9:30 am (ET) |
| 5. Paul Brainard | June 6, 2006 | 9:30 am (ET) |
| 6. Dennis Link | May 31, 2006 | 9:30 am (ET) |

| 7. Forest Electric Corporation -- 30(b)(6) | June 1, 2006 | 12:00-5:00 pm (ET) |
|---|---|---|
| 8. Terry Peng | June 9, 2006 | 8:30 am (ET) |
| 9. Len Beck | June 13, 2006 | 9:30am (ET) |
| 10. Banc One Building Corporation -- 30(b)(6) | June 12, 2006 | 9:30 am (ET) |

2.  The depositions of Ms. Creedon, Creedon Controls, Inc. and Messrs. Doble, Street, Brainard and Link shall be taken at the offices of Ashby & Geddes, 222 Delaware Avenue, 17th Floor, Wilmington, DE 19801. The depositions of Forest Electric Corp., Banc One Building Corporation and Messrs. Peng and Beck shall be taken at the offices of Cohen Seglias Pallas Greenhall & Furman PC, Nemours Building, 1007 Orange Street, Suite 205, Wilmington, DE 19801.

ASHBY & GEDDES

Lawrence C. Ashby (#468)
Philip Trainer, Jr. (#2788)
Ricardo Palacio (#3765)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

MCCARTER & ENGLISH

Paul Bradley, Esq. (#2156)
919 North Market Street
Suite 1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6300

*Attorneys for Forest Electric Corporation*

-and-

| | |
|---|---|
| PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>Charles Patrizia, Esq.<br>Jodi A. Kleinick, Esq.<br>75 East 55th Street<br>New York, NY 10022<br>(212) 318-6000<br><br>*Attorneys for Banc One Building Corporation* | COHEN SEGLIAS PALLAS GREEHALL & FURMAN P.C.<br><br>_____<br>Robert K. Beste, Jr., Esq. (#154)<br>Nemours Building, Suite 205<br>1007 Orange Street<br>Wilmington, DE 19801<br>(302) 425-5089<br><br>*Attorneys for Creedon Controls, Inc.* |

SO ORDERED this _____, day of May, 2006

_____
Joseph J. Farnan
United States District Court Judge

169439.1