IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No._____ |
| Plaintiff, | ) |
| | ) JURY TRIAL DEMANDED |
| v. | ) |
| | ) AFFIDAVIT OF DEFENSE |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) REQUIRED BY 10 DEL. C. '3901 |
| | ) |
| | ) NON-ARBITRATION CASE |
| | ) |
| Defendants. | ) |

## AFFIDAVIT

STATE OF DELAWARE         :
                                              : SS
NEW CASTLE COUNTY     :

BEING FIRST DULY SWORN, according to law, the undersigned does depose and state the following:

1. That I am the President of Creedon Controls, Inc.;
2. That I have reviewed the attached Amended Complaint and Statement of Claim for Mechanics' Lien and incorporated exhibits;
3. That the facts stated in the attached Amended Complaint and Statement of Claim for Mechanics' Lien are true and correct; and
4. That the principal sum of $3,400,406, plus interest, counsel fees, and costs of this action are demanded for Creedon Controls, Inc., and that the sums are justly due and owing.

CREEDON CONTROLS, INC.

BY: *Patricia Creedon*
Patricia Creedon, President

SWORN TO AND SUBSCRIBED before me, the 25th day of May, 2006.

*Lori M. Whitlock*
Notary Public/Notarial Officer
My Commission Expires: 5/30/07

LORI M. WHITLOCK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 30, 2007

RKB/msj
06894-0001