# EXHIBIT "C"

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No._____ |
| Plaintiff, | ) |
| | ) JURY TRIAL DEMANDED |
| v. | ) |
| | ) **AFFIDAVIT OF DEFENSE** |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) **REQUIRED BY 10 DEL. C. §3901** |
| | ) |
| | ) **NON-ARBITRATION CASE** |
| | ) |
| Defendants. | ) |

## BILL OF PARTICULARS

The undersigned, being first duly sworn, does depose and state as follows:

1. An itemization of the claims of Creedon Controls, Inc., in the captioned litigation, is set forth in the attached Application and Certificate for Payment (A1A Document G702, 7 pages), and the Total Claim Summary Project No. 2357.

2. The principal sum demanded by Creedon Controls, Inc., as set forth in the attachment, is justly due and correct, and no part of these amounts has been paid.

3. That this Bill of Particulars is made in support of Creedon Controls, Inc.'s Complaint and Statement of Claim for Mechanics' Lien.

**CREEDON CONTROLS, INC.**

BY: *Patricia Creedon*
PATRICIA CREEDON, President

SWORN TO AND SUBSCRIBED before me, this 4th day of Apr., 2005.

_____
Notary Public/Notarial Officer

RKB/msj
05023-0001

Bank One
CDC II Brandywine, Delaware
Bill of Particulars/Claims Summary
Project #2357

As of March 31, 2005

| | | Amount | Remarks |
|---|---|---:|---|
| **Retainage Due** | | | |
| | Retainage | 181,380 | AIA dated October 31, 2004 |
| Total Retainage Due | | $181,380 | |
| **Change Orders Balance Due:** | | | |
| Work Approved Prior-Unpaid: | | | |
| | Billed net of retainage | $29,864 | AIA dated September 7, 2004 |
| | PCOs not submitted prior | 39,248 | PCO Spreadsheet dated March 31, 2005 and PCO detail |
| | PCOs repriced and rebilled | 77,572 | Forest 1/12/04 email and Contract Addendum 1 |
| Not Approved Prior-Unpaid: | | | |
| | PCO #51-Billed AIA through 5/31/04 | 1,588,402 | Critical Events-removed from 5/31/04 AIA to receive paym't for balance; some changes made |
| | PCO #52-Latest Bill: March 31, 2005 | 531,066 | Critical Events-subsequent to original list. |
| Total Change Order Balance Due | | $2,266,152 | |
| **Other Damages-Not approved prior-unpaid:** | | | |
| (PCO #53-Latest Bill: March 31, 2005) | | | |
| Labor: | | | |
| | Delays-non-excusable | See Remarks | Labor Productivity Impact in addition to Critical Events |
| | Rescheduling & Resequencing | See Remarks | Labor Productivity Impact in addition to Critical Events |
| | Failure to Timely Respond to RFIs | See Remarks | Listed on PCO #51 detail without amount |
| | Failure to Timely Respond to PCO's | See Remarks | Listed on PCO #51 detail without amount |
| | Eliminate Night Shift | See Remarks | Labor Productivity Impact-less delay on night shift |
| | Restricted Access | See Remarks | Labor Productivity Impact in addition to Critical Events |
| | Obstructed Work Area | See Remarks | Labor Productivity Impact in addition to Critical Events |
| | Limited Secure Storage | See Remarks | Labor Productivity Impact in addition to Critical Events |
| | Rate of Manpower Consumption | See Remarks | Manpower Consumption vs. Estimate |
| | Stacking of Trades | See Remarks | Labor Productivity Impact |
| Subtotal Other Damages-Labor: | | $70,620 | |
| Material: | | | |
| | Material Price Changes | 24,049 | Copper & steel: bid versus delayed purchase |
| Subtotal Other Damages-Material: | | $24,049 | |
| Site Office: | | | |
| | Extended Overhead | 15,604 | |
| Subtotal Other Damages-Site Office: | | $15,604 | |
| Home Office: | | | |
| | Interest on Working Capital Line | 143,571 | Bank Statements |
| | Interest on Late Payments | 29,459 | Days Outstanding Cash Spreadsheet |
| | Extended Home Office Overhead | 202,594 | Eichleay Spreadsheet |
| | Gross Receipts Tax | 52,330 | Tax Form-Amount Billed through 9/7/04 Only |
| Subtotal Other Damages-Home Office: | | $427,954 | |
| Total Other Damages | | $538,226 | PCO #53-Latest Bill: March 31, 2005 |
| **Project Claim (as of March 31, 2005)** | | $2,985,758 | |

# APPLICATION AND CERTIFICATE FOR PAYMENT

| | | |
|---|---|---|
| TO (OWNER): Bank One | PROJECT: CDC II - Brandywine General Lighting & Power | APPLICATION NO: Fourteen |
| FROM (CONTRACTOR): Creedon Controls, Inc. | VIA (ARCHITECT): | PERIOD TO: 3/31/2005 |
| CONTRACT FOR: Electrical | | PROJECT NOS: |
| | | CONTRACT DATE: |

AIA DOCUMENT G702

PAGE 1 OF 7 PAGES

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM . . . . . . . . . . . . . . . . | | 3,184,600.00 |
| 2. Net change by Change Orders . . . . . . . . . . . . . . | | 3,217,506.02 |
| 3. CONTRACT SUM TO DATE (Line 1 + 2) . . . . . . . . | | 6,402,106.02 |
| 4. TOTAL COMPLETED & STORED TO DATE . . . . . . $ | | 6,402,106.02 |
|    (Column G on G703) | | |
| 5. RETAINAGE | | |
|    a. ____ % of Completed Work  $ | | |
|        (Columns D + E on G703) | | |
|    b. ____ % of Stored Material  $ | | |
|        (Column F on G703) | | |
|    Total Retainage (line 5a + 5b or | | |
|    Total in Column I on G703) . . . . . . . . . . . . . . . | | 6,402,106.02 |
| 6. TOTAL EARNED LESS RETAINAGE . . . . . . . . . . | | |
|    (Line 4 less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT | | 3,627,591.79 |
|    (Line 6 from prior Certificate) . . . . . . . . . . . . . | | |
| 8. CURRENT PAYMENT DUE . . . . . . . . . . . . . . . . $ | | 2,774,514.23 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | | |
|    (Line 3 less Line 6)  $ | | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | $442,991.79 | |
| TOTALS | $2,774,514.23 | |
| NET CHANGES by Change Order | $3,217,506.02 | |
| | $3,217,506.02 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Creedon Controls, Inc.
3424 Old Capital Trail
Wilmington, DE 19808

By: _signature_  Date: 03/31/05

State of: Delaware
County of: New Castle
Subscribed and sworn to before me this _____ day of _____
Notary Public: _signature_
My Commission expires: 05/30/05   MAY 3

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED  $ _____
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:
By: _____  Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 * APPLICATION AND CERTIFICATION FOR PAYMENT * 1992 EDITION * AIA * ©1992 * THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON DC, 20006-5292 * WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G702-1992

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification, is attached.
In Tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703    (instructions on reverse side)

APPLICATION NO: Fourteen
APPLICATION DATE: 3/31/2005
PERIOD TO: 3/31/2005
ARCHITECTS PROJECT NO:

PAGE 2 OF 7 PAGES

| A | B | C | D | E | F | G | % | H |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE) |
| 1 | Mobilization | $50,000.00 | $50,000.00 | | | $50,000.00 | 100% | | |
| 2 | Design/Engineering | $75,000.00 | $75,000.00 | | | $75,000.00 | 100% | | |
| 3 | Area "A" | | | | | | | | |
| 4 | Fixtures | $190,000.00 | $190,000.00 | | | $190,000.00 | 100% | | |
| 5 | Fixture Supports | $175,000.00 | $175,000.00 | | | $175,000.00 | 100% | | |
| 6 | Lighting Conduit | $35,000.00 | $35,000.00 | | | $35,000.00 | 100% | | |
| 7 | Lighting Wire | $45,000.00 | $45,000.00 | | | $45,000.00 | 100% | | |
| 8 | Lighting Devices | $2,500.00 | $2,500.00 | | | $2,500.00 | 100% | | |
| 9 | Gear/Panels | $63,000.00 | $63,000.00 | | | $63,000.00 | 100% | | |
| 10 | Tele/Data Rough-in | $5,000.00 | $5,000.00 | | | $5,000.00 | 100% | | |
| 11 | Power Conduit | $62,500.00 | $62,500.00 | | | $62,500.00 | 100% | | |
| 12 | Power Wire | $35,000.00 | $35,000.00 | | | $35,000.00 | 100% | | |
| 13 | Power Devices | $5,000.00 | $5,000.00 | | | $5,000.00 | 100% | | |
| 14 | Area "B" | | | | | | | | |
| 15 | Fixtures | $175,000.00 | $175,000.00 | | | $175,000.00 | 100% | | |
| 16 | Fixture Supports | $115,000.00 | $115,000.00 | | | $115,000.00 | 100% | | |
| 17 | Lighting Conduit | $35,000.00 | $35,000.00 | | | $35,000.00 | 100% | | |
| 18 | Lighting Wire | $32,500.00 | $32,500.00 | | | $32,500.00 | 100% | | |
| 19 | Lighting Devices | $2,000.00 | $2,000.00 | | | $2,000.00 | 100% | | |
| 20 | Gear/Panels | $70,000.00 | $70,000.00 | | | $70,000.00 | 100% | | |
| 21 | Tele/Data Rough-in | $5,000.00 | $5,000.00 | | | $5,000.00 | 100% | | |
| 22 | Power Conduit | $90,000.00 | $90,000.00 | | | $90,000.00 | 100% | | |
| 23 | Power Wire | $35,000.00 | $35,000.00 | | | $35,000.00 | 100% | | |
| 24 | Power Devices | $5,000.00 | $5,000.00 | | | $5,000.00 | 100% | | |

AIA DOCUMENT G703 * CONTINUATION SHEET FOR G702 * 1992 EDITION * AIA * ©1992 * THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON DC, 20006-5292 * WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G703-1992


CAUTIO : You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

# CONTINUATION SHEET

AIA DOCUMENT G703   (instructions on reverse side)

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification, is attached.
In Tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO:
APPLICATION DATE: 3/31/2005
PERIOD TO: 3/31/2005
ARCHITECTS PROJECT NO:

PAGE 3 OF 7 PAGES — Fourteen

| A | B | C | D | E | F | G | % | H |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE) |
| 25 | Area "C" | | | | | | | |
| 26 | Fixtures | $190,000.00 | $190,000.00 | | | $190,000.00 | 100% | |
| 27 | Fixture Supports | $175,000.00 | $175,000.00 | | | $175,000.00 | 100% | |
| 28 | Lighting Conduit | $35,000.00 | $35,000.00 | | | $35,000.00 | 100% | |
| 29 | Lighting Wire | $45,000.00 | $45,000.00 | | | $45,000.00 | 100% | |
| 30 | Lighting Devices | $2,500.00 | $2,500.00 | | | $2,500.00 | 100% | |
| 31 | Gear/Panels | $63,000.00 | $63,000.00 | | | $63,000.00 | 100% | |
| 32 | Tele/Data Rough-in | $5,000.00 | $5,000.00 | | | $5,000.00 | 100% | |
| 33 | Power Conduit | $62,500.00 | $62,500.00 | | | $62,500.00 | 100% | |
| 34 | Power Wire | $35,000.00 | $35,000.00 | | | $35,000.00 | 100% | |
| 35 | Power Devices | $5,000.00 | $5,000.00 | | | $5,000.00 | 100% | |
| 36 | Area "D" | | | | | | | |
| 37 | Fixtures | $213,000.00 | $213,000.00 | | | $213,000.00 | 100% | |
| 38 | Fixture Supports | $105,000.00 | $105,000.00 | | | $105,000.00 | 100% | |
| 39 | Lighting Conduit | $100,700.00 | $100,700.00 | | | $100,700.00 | 100% | |
| 40 | Lighting Wire | $52,000.00 | $52,000.00 | | | $52,000.00 | 100% | |
| 41 | Lighting Devices | $5,000.00 | $5,000.00 | | | $5,000.00 | 100% | |
| 42 | Gear/Panels | $143,000.00 | $143,000.00 | | | $143,000.00 | 100% | |
| 43 | Tele/Data Rough-in | $5,000.00 | $5,000.00 | | | $5,000.00 | 100% | |
| 44 | Power Conduit | $117,500.00 | $117,500.00 | | | $117,500.00 | 100% | |
| 45 | Power Wire | $82,500.00 | $82,500.00 | | | $82,500.00 | 100% | |
| 46 | Power Devices | $5,000.00 | $5,000.00 | | | $5,000.00 | 100% | |
| 47 | Area "E" | | | | | | | |
| 48 | Fixtures | $75,000.00 | $75,000.00 | | | $75,000.00 | 100% | |

AIA DOCUMENT G703 * CONTINUATION SHEET FOR G702 * 1992 EDITION * AIA * ©1992 * THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON DC., 20006-5292 * WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

G703-1992

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification, is attached.
In Tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703   (instructions on reverse side)

APPLICATION NO: Fourteen
APPLICATION DATE: 3/31/2005
PERIOD TO: 3/31/2005
ARCHITECTS PROJECT NO:

PAGE 4 OF 7 PAGES

| A | B | C | D | E | F | G | % | H |
|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | (G ÷ C) | BALANCE TO FINISH (C - G) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | RETAINAGE (IF VARIABLE) |
| 49 | Fixture Supports | $5,000.00 | $5,000.00 | | | $5,000.00 | 100% | |
| 50 | Lighting Conduit | $13,000.00 | $13,000.00 | | | $13,000.00 | 100% | |
| 51 | Lighting Wire | $7,500.00 | $7,500.00 | | | $7,500.00 | 100% | |
| 52 | Lighting Devices | $5,000.00 | $5,000.00 | | | $5,000.00 | 100% | |
| 53 | Gear/Panel | $35,000.00 | $35,000.00 | | | $35,000.00 | 100% | |
| 54 | Tele/Data Rough-in | $2,500.00 | $2,500.00 | | | $2,500.00 | 100% | |
| 55 | Power Conduit | $19,000.00 | $19,000.00 | | | $19,000.00 | 100% | |
| 56 | Power Wire | $25,000.00 | $25,000.00 | | | $25,000.00 | 100% | |
| 57 | Power Devices | $5,000.00 | $5,000.00 | | | $5,000.00 | 100% | |
| 58 | 700 ST Hours @ $60/Hr | $42,000.00 | $42,000.00 | | | $42,000.00 | 100% | |
| 59 | 300 OT Hours @ $90/Hr | $27,000.00 | $27,000.00 | | | $27,000.00 | 100% | |
| 60 | Unspecified Scope & Testing | $10,000.00 | $10,000.00 | | | $10,000.00 | 100% | |
| 61 | Contingency | $126,800.00 | $126,800.00 | | | $126,800.00 | 100% | |
| 62 | Bonding | $32,600.00 | $32,600.00 | | | $32,600.00 | 100% | |

AIA DOCUMENT G703 * CONTINUATION SHEET FOR G702 * 1992 EDITION * AIA * ©1992 * THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON DC, 20006-5292 * WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G703-1992

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.



# CONTINUATION SHEET

AIA DOCUMENT G703

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification, is attached.
In Tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

(Instructions on reverse side)

APPLICATION NO: Fourteen
APPLICATION DATE: 3/31/2005
PERIOD TO: 3/31/2005
ARCHITECTS PROJECT NO:

PAGE 5 OF 7 PAGES

| A | B | C | D | E | F | G | | H |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE) |
| 1 | CCI PCO#2 - January | $7,014.07 | $6,760.21 | $253.86 | | $7,014.07 | 100% | | |
| 2 | CCI PCO#3 - January | $49,337.51 | $40,979.10 | $8,358.41 | | $49,337.51 | 100% | | |
| 3 | CCI PCO#3 - February | $22,883.64 | $19,292.05 | $3,591.59 | | $22,883.64 | 100% | | |
| 4 | CCI PCO#4 - February | $92,447.02 | $72,489.00 | $19,958.02 | | $92,447.02 | 100% | | |
| 5 | CCI PCO#16 - February | $2,514.87 | $2,053.00 | $461.87 | | $2,514.87 | 100% | | |
| 6 | CCI PCO#3 - March | $54,559.00 | $43,006.23 | $11,552.77 | | $54,559.00 | 100% | | |
| 7 | CCI PCO#4 - March | $30,488.12 | $29,541.61 | $946.51 | | $30,488.12 | 100% | | |
| 8 | CCI PCO#10 - March | $6,114.79 | $5,416.48 | $698.31 | | $6,114.79 | 100% | | |
| 9 | CCI PCO#15 - March | $5,149.67 | $4,684.44 | $465.23 | | $5,149.67 | 100% | | |
| 10 | CCI PCO#24 - March | $19,920.96 | $16,993.55 | $2,927.41 | | $19,920.96 | 100% | | |
| 11 | CCI PCO#21 - March | $6,553.24 | $6,291.00 | $262.24 | | $6,553.24 | 100% | | |
| 12 | CCI PCO#3 - April | $21,946.16 | $19,669.40 | $2,276.76 | | $21,946.16 | 100% | | |
| 13 | CCI PCO#8 - April | $18,012.71 | $16,611.41 | $1,401.30 | | $18,012.71 | 100% | | |
| 14 | CCI PCO#15 - April | $8,471.83 | $7,347.19 | $1,124.64 | | $8,471.83 | 100% | | |
| 15 | CCI PCO#16 - April | $892.60 | $828.50 | $64.10 | | $892.60 | 100% | | |
| 16 | CCI PCO#22 - April | $14,994.80 | $14,047.42 | $947.38 | | $14,994.80 | 100% | | |
| 17 | CCI PCO#24 - April | $166.64 | $149.25 | $17.39 | | $166.64 | 100% | | |
| 18 | CCI PCO#25 - April | $648.16 | $641.53 | $6.63 | | $648.16 | 100% | | |
| 19 | CCI PCO#30 - April | $6,585.00 | $6,185.38 | $399.62 | | $6,585.00 | 100% | | |
| 20 | CCI PCO#34 - April | $802.24 | $791.13 | $11.11 | | $802.24 | 100% | | |
| 21 | CCI PCO#3 - May | $18,091.57 | $14,608.28 | $3,483.29 | | $18,091.57 | 100% | | |
| 22 | CCI PCO#8 - May | $16,247.30 | $15,521.09 | $726.21 | | $16,247.30 | 100% | | |
| 23 | CCI PCO#10 - May | $2,132.15 | $2,033.12 | $99.03 | | $2,132.15 | 100% | | |
| 24 | | | | | | | | | |

AIA DOCUMENT G703. * CONTINUATION SHEET FOR G702 * 1992 EDITION * AIA * ©1992 * THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON DC., 20006-5292 * WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G703-1992

CAUTION : You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification, is attached.
In Tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703 (instructions on reverse side)

APPLICATION NO: **Fourteen**
APPLICATION DATE: **3/31/2005**
PERIOD TO: **3/31/2005**
ARCHITECTS PROJECT NO:

PAGE 6 OF 7 PAGES

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | H BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE) 10.0% |
|---|---|---|---|---|---|---|---|---|---|
| 25 | CCI PCO#15 - May | $149.20 | $116.20 | $33.00 | | $149.20 | 100% | | |
| 26 | CCI PCO#17 - May | $372.30 | $361.28 | $11.02 | | $372.30 | 100% | | |
| 27 | CCI PCO#24 - May | $2,328.08 | $2,024.09 | $303.99 | | $2,328.08 | 100% | | |
| 28 | CCI PCO#30 - May | $5,010.53 | $4,690.17 | $320.36 | | $5,010.53 | 100% | | |
| 29 | CCI PCO#32 - May | $8,805.04 | $8,019.15 | $785.89 | | $8,805.04 | 100% | | |
| 30 | CCI PCO#3 - June | $12,217.95 | $10,341.36 | $1,876.59 | | $12,217.95 | 100% | | |
| 31 | CCI PCO#4 - June | $2,430.87 | $2,177.18 | $253.69 | | $2,430.87 | 100% | | |
| 32 | CCI PCO#8 - June | $2,470.80 | $2,491.77 | ($20.97) | | $2,470.80 | 100% | | |
| 33 | CCI PCO#10 - June | $1,236.94 | $1,102.06 | $134.88 | | $1,236.94 | 100% | | |
| 34 | CCI PCO#15 - June | $1,920.19 | $1,946.29 | ($26.10) | | $1,920.19 | 100% | | |
| 35 | CCI PCO#28 - June | $12,489.15 | $11,237.91 | $1,251.24 | | $12,489.15 | 100% | | |
| 36 | CCI PCO#36 - June | $7,240.94 | $7,443.77 | ($202.83) | | $7,240.94 | 100% | | |
| 37 | CCI PCO#3 - July | $11,649.51 | $11,524.72 | $124.79 | | $11,649.51 | 100% | | |
| 38 | CCI PCO#35 - July | $2,892.64 | $2,354.23 | $538.41 | | $2,892.64 | 100% | | |
| 39 | CCI PCO#36 - July | $6,074.32 | $5,771.04 | $303.28 | | $6,074.32 | 100% | | |
| 40 | CCI PCO#37 - July | $20,150.16 | $17,686.93 | $2,463.23 | | $20,150.16 | 100% | | |
| 41 | CCI PCO#39 - July | $3,282.42 | $2,957.34 | $325.08 | | $3,282.42 | 100% | | |
| 42 | CCI PCO#40 - July | $934.72 | $887.73 | $46.99 | | $934.72 | 100% | | |
| 43 | CCI PCO#3 - August | $7,099.08 | $6,358.21 | $740.87 | | $7,099.08 | 100% | | |
| 44 | CCI PCO#8 - August | $7,678.92 | $6,709.94 | $968.98 | | $7,678.92 | 100% | | |
| 45 | CCI PCO#15 - August | ($446.83) | ($497.67) | $50.84 | | ($446.83) | 100% | | |
| 46 | CCI PCO#19 - August | $2,594.81 | $2,187.49 | $407.32 | | $2,594.81 | 100% | | |
| 47 | CCI PCO#28 - August | $15,821.61 | $13,789.81 | $2,031.80 | | $15,821.61 | 100% | | |
| 48 | CCI PCO#35 - August | $888.57 | $841.28 | $47.29 | | $888.57 | 100% | | |

AIA DOCUMENT G703 * CONTINUATION SHEET FOR G702 * 1992 EDITION * AIA * ©1992 * THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON DC., 20006-5292 * WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G703-1992

CAUTION : You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

# CONTINUATION SHEET   AIA DOCUMENT G703

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification, is attached.
In Tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

(instructions on reverse side)

APPLICATION NO: **Fourteen**
APPLICATION DATE: 3/31/2005
PERIOD TO: 3/31/2005
ARCHITECTS PROJECT NO:

PAGE 7 OF 7 PAGES

| A | B | C | D | E | F | G | % | H |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE) |
| 49 | CCI PCO#41 - August | $5,065.77 | $4,246.63 | $819.14 | | $5,065.77 | 100% | | |
| 50 | CCI PCO#42 - August | $1,220.38 | $1,081.39 | $138.99 | | $1,220.38 | 100% | | |
| 51 | CCI PCO#43 - August | $1,183.94 | $1,066.31 | $117.63 | | $1,183.94 | 100% | | |
| 52 | CCI PCO#44 - August | $2,641.37 | $2,214.65 | $426.72 | | $2,641.37 | 100% | | |
| 53 | CCI PCO#45 - August | $149.20 | $183.02 | ($33.82) | | $149.20 | 100% | | |
| 54 | CCI PCO#01 - September | $4,185.84 | $4,011.00 | $174.84 | | $4,185.84 | 100% | | |
| 55 | CCI PCO#08 - September | $3,589.84 | $3,049.62 | $540.22 | | $3,589.84 | 100% | | |
| 56 | CCI PCO#33 - September | $4,984.21 | $4,464.05 | $520.16 | | $4,984.21 | 100% | | |
| 57 | CCI PCO#46 - September | $6,050.17 | $5,798.54 | $251.63 | | $6,050.17 | 100% | | |
| 58 | CCI PCO#47 - September | $418.33 | $540.32 | ($121.99) | | $418.33 | 100% | | |
| 59 | CCI PCO#48 - September | $1,118.47 | $1,053.33 | $65.14 | | $1,118.47 | 100% | | |
| 60 | CCI PCO#49 - September | $603.34 | $831.79 | ($228.45) | | $603.34 | 100% | | |
| 61 | CCI PCO#50 - September | $298.40 | $232.40 | $66.00 | | $298.40 | 100% | | |
| 62 | CCI PCO#51 - March 05 | $1,588,401.60 | | $1,588,401.60 | | $1,588,401.60 | 100% | | |
| 63 | CCI PCO#52 - March 05 | $531,066.15 | | $531,066.15 | | $531,066.15 | 100% | | |
| 64 | CCI PCO#53 - March 05 | $538,225.84 | | $538,225.84 | | $538,225.84 | 100% | | |
| 65 | Contingency - PCO2&3 Jan04 | ($54,243.91) | ($54,243.91) | | | ($54,243.91) | 100% | | |
| 66 | CCI PCO# 5 | ($5,168.36) | | ($5,168.36) | | ($5,168.36) | 100% | | |
| 67 | CCI PCO#6 | $12,006.49 | | $12,006.49 | | $12,006.49 | 100% | | |
| 68 | CCI PCO#11 | $1,590.67 | | $1,590.67 | | $1,590.67 | 100% | | |
| 69 | CCI PCO#26 | $1,156.73 | | $1,156.73 | | $1,156.73 | 100% | | |
| 70 | CCI PCO#27 | $20,208.90 | | $20,208.90 | | $20,208.90 | 100% | | |
| 71 | CCI PCO# 29 | $9,088.87 | | $9,088.87 | | $9,088.87 | 100% | | |
| 72 | CCI PCO#31 | $2,397.81 | | $2,397.81 | | $2,397.81 | 100% | | |
|  |  | $6,402,106.02 | $3,627,591.79 | $2,774,514.23 | | $6,402,106.02 | 100% | | |



AIA DOCUMENT G703 * CONTINUATION SHEET FOR G702 * 1992 EDITION * AIA * ©1992 * THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON DC., 20006-5292 * WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G703-1992

CAUTIO : You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.