EXHIBIT "D"

```
20030703-0079856
Pages: 5    F: $55.00
07/03/03 01:05:58 PM
T20030058012
Michael E. Kozikowski
New Castle Recorder    DEE
```

Parcel No. 06-149.00-002
Prepared by and Return to:
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

## DEED

THIS DEED, Made this 27th day of June, in the year of our LORD two thousand and three (2003),

BETWEEN, THE CITY OF WILMINGTON, a municipal corporation of the State of Delaware, party of the first part,

AND

BANC ONE BUILDING CORPORATION, an Illinois corporation, party of the second part;

WITNESSETH, That the said party of the first part, for and in consideration of the sum of TEN AND 00/100 DOLLARS ($10.00) lawful money of the United States of America, the receipt whereof is hereby acknowledged, hereby grants and conveys unto the said party of the second part, its successors and/or it assigns,

All that certain lot, piece or parcel of land, situate on Governor Printz Boulevard, Brandywine Hundred, New Castle County, State of Delaware, and shown as Parcel No. 2 on a Record Minor Land Development Plan prepared by VanDemark & Lynch, Inc., Engineers, Planners and Surveyors, Wilmington, Delaware, recorded May 20, 1981 in the Office of the Recorder of Deeds in and for New Castle County, Delaware, in Microfilm No. 5976, and being more particularly described as follows:

BEGINNING at a point where the line dividing the corporate limits of the City of Wilmington and limits of Brandywine Hundred, New Castle County intersect with the northeasterly side of the Governor Printz Boulevard at 100 feet wide, said point being a corner for lands now or formerly of Exxon Corporation and being distant the three (3) following described courses and distances measured along lines of the said Governor Printz Boulevard from its intersection with the road connecting East Lea Boulevard with the said Governor Printz Boulevard:

```
NCC 47460 07/03/03 12:19:00
$0.00 ST
$0.00 NC
```

1. North 73 degrees 41"30" West 80.94 feet to a point;
2. South 16 degrees 18'30" West 10.00 feet to a point; and
3. North 73 degrees 41'30" West 57.00 feet to the point of Beginning.

THENCE from the said point of Beginning and continuing along the northeasterly side of Governor Printz Boulevard, the two (2) following described courses and distances:

1. North 73 degrees 41'30" West 370.39 feet to a point of curvature; and
2. Northwesterly by a curve to the left having a radius of 1,578.16 feet, an arc distance of 327.71 feet to a point, a corner for lands now or formerly of Wilmington Suburban Water Corporation, said point being distant by a chord of North 79 degrees 37'00" West 327.11 feet from the last described point.

THENCE, leaving the said northeasterly side of Governor Printz Boulevard and by lines of said lands now or formerly of Wilmington Suburban Water Corporation, the four (4) following described courses and distances:

1. North 25 degrees 20'14" West 372.64 feet to a point;
2. North 14 degrees 43'29" West 416.71 feet to a point;
3. North 61 degrees 46'25" East 166.34 feet to a point; and
4. North 39 degrees 47'01" East 397.21 feet to a point on a line of lands now or formerly of Goodwill Industries of Delaware and Delaware County, Inc. (Microfilm No. 12647).

THENCE along the southwesterly line of said lands now or formerly of Goodwill Industries of Delaware and Delaware County, Inc. South 32 degrees 32'40" East 1,245.07 feet to a point,

THENCE continuing along lines of said lands now or formerly of Goodwill Industries of Delaware and Delaware County, Inc and said lands now or formerly of Exxon Corporation, South 16 degrees 55'50" West 215.32 feet to a point on the said line dividing the limits of the City of Wilmington from Brandywine Hundred, New Castle County.

THENCE thereby South 62 degrees 52'30" West 72.05 feet to a point on the said northeasterly side Governor Printz Boulevard and the point and place of Beginning. Containing within said metes and bounds 16.906 acres being the same more or less.

TOGETHER with the use of a proposed 20 foot wide easement for ingress, egress and regress and a utility crossing, the said lands of the Wilmington Suburban Water Company and joining other lands of Luke Investments Co., to the southwest as shown on the Record Minor Land Development Plan recorded May 20, 1981 in the Office of the Recorder of Deeds in and for New Castle County on Microfilm No. 5976.

2

SAID LANDS AND PREMISES being now more particularly bounded and described in accordance with a Record Land Title Survey prepared by VanDemark & Lynch, Inc., Engineers, Planners and Surveyors, Wilmington, Delaware, as follows, to wit:

All that certain tract, piece or parcel of land situate on Governor Printz Boulevard, Brandywine Hundred, New Castle County, State of Delaware, and shown on a plan prepared by VanDemark & Lynch, Inc., Engineers, Planners and Surveyors, Wilmington, Delaware, Drawing No. 36349-B, dated February 10, 2003, revised through June 23, 2003, and entitled "ALTA/ACSM Land Title Survey, prepared for Bank One Core Data Center #2" and more particularly described as follows, to wit:

BEGINNING at an iron pin set on the northerly side of Governor Printz Boulevard, U.S. Route 13 (a public road at 100 feet wide), the said point being a corner for land now or formerly of E. Earl Downing, Inc. (Deed Record W, Volume 109, Page 86), the said point being also on the political dividing line between the City of Wilmington and Brandywine Hundred, the said point being measured the three (3) following described courses and distances along the said northerly side of Governor Printz Boulevard from its intersection with the westerly side of the connecting road (a public road at 100 feet wide) for East Lea Boulevard:

1. North 73 degrees 41"30" West 80.94 feet to a point;
2. South 16 degrees 18'30" West 10.00 feet to a point; and
3. North 73 degrees 41'30" West 110.95.00 feet to the point of Beginning.

THENCE from the point of Beginning; continuing along the said northerly side of Governor Printz Boulevard, the two (2) following described courses and distances:

1. North 73 degrees 41'30" West 370.39 feet to an iron pin set; and
2. Westerly, by a curve to the left having a radius of 1,578.16 feet, an arc length of 328.56 feet to an iron pipe found, a corner for land now or formerly of Wilmington Suburban Water Company (Deed Record K, Volume 56, Page 476), said point being distant by a chord of North 79 degrees 39'21" West 327.97 feet from the last described point;

THENCE, leaving the said side of Governor Printz Boulevard, along the said land now or formerly of Wilmington Suburban Water Company, the four (4) following described courses and distances:

1. North 25 degrees 22'14" West 372.43 feet to an iron pipe found;
2. North 14 degrees 43'29" West 416.71 feet to a nail set in concrete;
3. North 61 degrees 46'25" East 166.86 feet to a nail set in concrete; and
4. North 39 degrees 47'01" East 397.75 feet to an iron pin set on the line for land now or formerly of Goodwill Industries of Delaware (Deed Record 1345, Page 22);

THENCE along the said land now or formerly of Goodwill Industries of Delaware, South 32 degrees 32'40" East 1,243.43 feet to a stone found,

3

THENCE continuing along the said land now or formerly of Goodwill Industries of Delaware, and land now or formerly of ACE Petroleum, Inc. (Deed Record 2079, Page 130), South 16 degrees 55'50" West 215.32 feet to an iron pipe found, a corner for said land now or formerly of E. Earl Downing, Inc.;

THENCE along the said land now or formerly of E. Earl Downing, Inc., South 62 degrees 52'30" West 72.05 feet to the point and place of Beginning. Containing within said metes and bounds, 16.928 acres of land, being the same, more or less.

**UNDER AND SUBJECT, FURTHER,** to all covenants, conditions, easements, rights-of-way, reservations, restrictions, and agreements of record in the Office of the Recorder of Deeds in and for New Castle County and State of Delaware.

**BEING** the same lands and premises which Wilmington UDAG Corporation, by Deed dated August 30, 2000, of record in the Office of the Recorder of Deeds in and for New Castle County, Delaware, at Deed Book 2911, Page 119, granted and conveyed unto the City of Wilmington, party of the first part hereto, in fee.

GRANTEES' ADDRESS:
Banc One Building Corporation
One Bank One Plaza
Chicago, IL 60670

*IN WITNESS WHEREOF, the said City of Wilmington hath caused its name by William S. Montgomery, Administrative Assistant to the Mayor, to be hereunto set, and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by the City Clerk, the day and year aforesaid.*

*Signed, Sealed, and Delivered in the Presence of:*

**CITY OF WILMINGTON**

By: William S. Montgomery (SEAL)

Attest: Maribel Ruiz (SEAL)
Officer:
City Clerk

4

STATE OF __DELAWARE__, COUNTY OF __NEW CASTLE__ ; SS.

BE IT REMEMBERED, That on this _17th_ day of June, in the year of our LORD, two thousand and three (2003), personally came before me, the Subscriber, a Notary Public for the State and County aforesaid, _William S. Montgomery_, _Acting Mayor_ of the City of Wilmington, a municipal corporation existing under the laws of the State of Delaware, party to this Indenture, personally known to me to be such, and acknowledged this Indenture to be his act and deed and the act and deed of said municipal corporation, that the signature of the _Acting Mayor_ thereto is in his own proper handwriting and the seal affixed is the common and corporate seal of said corporation, and that his act of sealing, executing, and delivering said Indenture was duly authorized by a resolution of the Council of the City of Wilmington.

GIVEN under my Hand and Seal of Office, the day and year aforesaid.

_____
Notary Public

_CAROL A. CASNER_
NOTARY/Printed Name
Commission Expires: _n/a_

Approved as to form
_____
First Assistant City Solicitor

CAROL A. CASNER
Attorney At Law  DE
29 Del. C. § 4323 (a)
Notarial Officer

5