## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., certify that I am not less than 18 years of age, and that service of the "Amended Complaint and Statement of Claim for Mechanics' Lien," was made both electronically and by First-Class Mail, on June 1, 2006, upon:

**BY ELECTRONIC FILING AND BY FIRST-CLASS MAIL**

Paul A. Bradley, Esquire
James J. Freebery, Esquire
Christopher A. Selzer, Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
P. O. Box 111
Wilmington, DE  19899

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE  19899

Cohen, Seglias, Pallas, Greenhall &
Furman, P.C.

_/s/ Robert K. Beste, Jr._
Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange Street
Nemours Building, Suite 205
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff, Creedon Controls, Inc.

RKB/msj
06894-0001