## CERTIFICATE OF SERVICE

I, Ricardo Palacio, hereby certify that, on June 2, 2006, I caused one copy of the foregoing to be served upon the parties listed below in the manner indicated:

**Via Hand Delivery**
Robert K. Beste, Jr., Esquire
Cohen, Seglias, Pallas, Greenhall & Furman
1007 Orange Street, Ste. 205
Wilmington, DE  19801

**Via Hand Delivery**
Paul Bradley, Esq.
McCarter & English
919 N. Market St., Ste. 1800
Wilmington, DE  19899

Ricardo Palacio

167203.1