IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CREEDON CONTROLS, INC.,          :
                                 :
        Plaintiff,               :
                                 :
v.                               :   Civil Action No. 05-300-JJF
                                 :
BANC ONE BUILDING CORP. and      :
FOREST ELECTRIC CORP.,           :
                                 :
        Defendants.              :

## ORDER

WHEREAS, the Court conducted a discovery conference on June 1, 2006;

WHEREAS, pending motions were resolved at the hearing;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion To Compel Discovery (D.I. 51) is **GRANTED**, as discussed at the discovery conference.

2. Plaintiff's Motion To Strike The Designation Of "Highly Confidential" From Discovery Documents, And/Or Reaffirmation Of The Stipulation And Order Governing The Production And Exchange Of Confidential Information (D.I. 81) is **GRANTED**, as discussed at the discovery conference.

June 3, 2006

_____
UNITED STATES DISTRICT JUDGE