IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) ) ) |
| | ) |
| Defendants. | ) |

### NOTICE OF RECORDS DEPOSITION

**PLEASE TAKE NOTICE** that the deposition of Tishman Construction Corporation of Maryland will take place on June 19, 2006 at 10:00 a.m., in the offices of Cohen, Seglias, Pallas, Greenhall & Furman, P.C., 1007 Orange Street, Nemours Bldg., Suite 1130, Wilmington, DE 19801. Deponent is to bring any and all documents relating to Banc One Building Corporation ("BOBC") and Forest Electric Corporation ("FEC") and the project known as Bank One CDC-II Wilmington, including but not limited to: (a) any and all documents, including electronic documents, concerning logs and meeting minutes (daily, weekly, monthly), including any review of work, performed or otherwise, by Creedon Controls, Inc. ("CCI"), as well as any "D-Scope" meetings and minutes relating thereto; (b) any and all documents, including electronic documents, concerning scheduling, timing, sequencing, projections, CPM schedules, bar charts, timetables, and any updates revisions or amendments, whether or not submitted or approved; and (c) any and all

documents, including electronic documents, concerning any matter in dispute or alleged to be in dispute by Tishman, BOBC and/or FEC.

                COHEN, SEGLIAS, PALLAS,
                GREENHALL & FURMAN, P.C.

                _____
                Edward Seglias, Esq. (I.D. No. 2822)
                Robert K. Beste, Jr., Esq. (I.D. No. 154)
                1007 Orange Street, Nemours Bldg., Suite 1130
                Wilmington, DE 19801
                (302) 425-5089
                Attorneys for Plaintiff

Date: June 6, 2006

06894-0001