IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
|  | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) |
|  | ) |
| Defendants. | ) |

### NOTICE OF SERVICE OF SUBPOENA

TO: Paul A. Bradley, Esq. (I.D. No. 2156)
McCarter & English, LLP
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

Philip Trainer, Jr., Esq.(I.D. No. 2788)
Ashby & Geddes
222 Delaware Avenue, 17th Fl.
P.O. Box 1150
Wilmington, DE 19899

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, a Subpoena was served upon Tishman Construction Corporation of Maryland, c/o Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808, on June 6, 2006, by D.M. Professional Services, Inc.

**COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.**

_/s/ Robert Beste_
Edward Seglias, Esq. (I.D. No. 2822)
Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange Street, Nemours Bldg., Suite 1130
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff

Date: June 7, 2006

06894-0001