IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DEPOSITION

TO: Paul A. Bradley, Esquire  
McCarter & English, P.A.  
919 N. Market Street, Suite 1800  
P. O. Box 111  
Wilmington, DE 19899

Lawrence C. Ashby, Esq./Philip Trainer, Jr., Esq.  
Ashby & Geddes  
222 Delaware Avenue  
P. O. Box 1150  
Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned will the oral deposition of Mr. Phillip Altheim, on Wednesday, June 28, 2006, at 10:00 a.m., at the offices of Cohen, Seglias, Pallas, Greenhall & Furman, P.C., at 1007 Orange Street, Suite 1130 (11th Flr.), Nemours Building, Wilmington, Delaware 19801.

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

_____
Edward Seglias, Esq. (I. D. No. 2822)  
Robert K. Beste, Jr., Esq. (I.D. No. 154)  
1007 Orange St., Nemours Bldg., Suite 1130  
Wilmington, DE 19801  
(302) 425-5089  
Attorneys for Plaintiff, Creedon Controls, Inc.

Date: June 7, 2006  
cc: Wilcox & Fetzer, Court Reporters

RKB/msj  
(06894-0001)