## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., Esquire, do hereby certify that on the 7th day of June, 2006, the Notice of Deposition of Phillip Altheim, was provided to the following, via electronic filing and by First-Class mail:

Paul A. Bradley, Esquire
McCarter & English, P.A.
919 N. Market Street, Suite 1800
P. O. Box 111
Wilmington, DE  19899

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE  19899

                                      COHEN, SEGLIAS, PALLAS,
                                      GREENHALL & FURMAN, P.C.

                                      Robert K. Beste, Jr., Esq. (I.D. No. 154)
                                      1007 Orange Street
                                      Nemours Building, Suite 205
                                      Wilmington, DE  19801
                                      (302) 425-5089
                                      Attorney for Plaintiff Creedon Controls, Inc.

RKB/msj
06894-0001