IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

TO:  Paul A. Bradley, Esquire           Lawrence C. Ashby, Esq./Philip Trainer, Jr., Esq.
     McCarter & English, P.A.           Ashby & Geddes
     919 N. Market Street, Suite 1800   222 Delaware Avenue
     P. O. Box 111                      P. O. Box 1150
     Wilmington, DE 19899               Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned will the oral deposition of **Defendant Forest Electric Corporation**, on Wednesday, June 28, 2006, at 1:00 p.m., at the offices of Cohen, Seglias, Pallas, Greenhall & Furman, P.C., at 1007 Orange Street, Suite 1130 (11th Flr.), Wilmington, Delaware 19801. In accordance with Rule 30(b)(6), Defendant Forest Electric Corporation is to designate and produce one or more witnesses competent to testify, and provide information with respect to those issues and matters as set forth in the attached Exhibit "A."

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

Edward Seglias, Esq. (I. D. No. 2822)
Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange St., Nemours Bldg., Suite 1130
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff

Date: June 7, 2006
cc: Wilcox & Fetzer, Court Reporters
RKB/msj
(06894-0001)