## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., Esquire, do hereby certify that on the 7th day of June, 2006, a true and correct copies of the attached Notice of 30(b)(6) Deposition of Forest Electric Corporation, were provided to the following, via electronic filing and by First-Class Mail:

Paul A. Bradley, Esquire
McCarter & English, P.A.
919 N. Market Street, Suite 1800
P. O. Box 111
Wilmington, DE 19899

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

                                  COHEN, SEGLIAS, PALLAS,
                                  GREENHALL & FURMAN, P.C.

                                  /s/ Robert K. Beste, Jr.
                                  Robert K. Beste, Jr., Esq. (I.D. No. 154)
                                  1007 Orange Street
                                  Nemours Building, Suite 1130
                                  Wilmington, DE 19801
                                  (302) 425-5089
                                  Attorney for Plaintiff, Creedon Controls, Inc.

Dated: June 7, 2006
RKB/msj
06894-0001