IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation, : : : | |
| Plaintiff, : : | |
| v. : : | Civil Action No. 05-300-JJF |
| BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation, : : : : : | |
| Defendants. : | |

## ORDER

At Wilmington this **9th** day of **June, 2006**,

IT IS ORDERED that the mediation conference has been rescheduled for **Wednesday, August 2, 2006** beginning at **10:00 a.m.** The parties shall be permitted to file supplemental submissions of no more than **five (5) pages, double-spaced, 12 pt. font**, which shall be due on or before **Friday, July 21, 2006.** All other provisions of the Court's August 25, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE