IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois | ) |
| corporation; and Forest Electric Corporation, a | ) |
| New York corporation, | ) |
| | ) |
| Defendants. | ) |

## RE-NOTICE OF DEPOSITION

TO:   Paul A. Bradley, Esquire                Lawrence C. Ashby, Esq./Philip Trainer, Jr., Esq.
         McCarter & English, P.A.                   Ashby & Geddes
         919 N. Market Street, Suite 1800      222 Delaware Avenue
         P. O. Box 111                                   P. O. Box 1150
         Wilmington, DE  19899                    Wilmington, DE  19899

PLEASE TAKE NOTICE that the undersigned will the oral deposition of **Defendant Banc One Building Corporation**, on Monday, June 26, 2006, at 2:00 p.m., at the offices of Cohen, Seglias, Pallas, Greenhall & Furman, P.C., at 1007 Orange Street, Suite 1130, Nemours Building, Wilmington, Delaware 19801. In accordance with Rule 30(b)(6), Defendant Banc One Building Corporation is to designate and produce one or more witnesses competent to testify, and provide information with respect to those issues and matters as set forth in the attached Exhibit "A."

                                                              **Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

                                                              Robert K. Beste, Jr., Esq. (I.D. No. 154)
                                                              Edward Seglias, Esq. (I. D. No. 2822)
                                                              1007 Orange St., Nemours Bldg., Suite 1130
                                                              Wilmington, DE 19801
                                                              (302) 425-5089
Date: _____      Attorneys for Plaintiff
cc: Wilcox & Fetzer, Court Reporters
RKB/msj
(06894-0001)