## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., Esquire, do hereby certify that on the 12th day of June, 2006, two (2) true and correct copies of the attached Plaintiff's Re-Notice of Deposition of Defendant Banc One Building Corporation, were provided to the following, via electronic filing and by First-Class Mail:

Paul A. Bradley, Esquire
McCarter & English, P.A.
919 N. Market Street, Suite 1800
P. O. Box 111
Wilmington, DE  19899

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE  19899

COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.

Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange Street
Nemours Building, Suite 205
Wilmington, DE  19801
(302) 425-5089
Attorney for Plaintiff, Creedon Controls, Inc.

Dated: June 12, 2006
RKB/msj
06894-0001