IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-300 JJF<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF MOTION OF BANC ONE BUILDING
CORPORATION FOR PROTECTIVE ORDER PURSUANT TO RULE 26(c)**

PLEASE TAKE NOTICE that Banc One Building Corporation ("BOBC"), hereby withdraws it's Motion for Protective Order Pursuant to Rule 26(c) [Docket No. 101] which was served on June 9, 2006.

ASHBY & GEDDES, P.A.

*Philip Trainer, Jr.*
Lawrence C. Ashby (I.D. #468)
Philip Trainer, Jr. (I.D. #2788)
222 Delaware Ave.
P.O. Box 1150
Wilmington, DE 19899
(302)-654-1888

Date: June 12, 2006              *Attorneys for Banc One Building Corporation*
170368.1

2

## CERTIFICATE OF SERVICE

I, Ricardo Palacio, hereby certify that, on June 12, 2006, I caused one copy of the foregoing to be served upon the parties listed below in the manner indicated:

**Via Hand Delivery**
Robert K. Beste, Jr., Esquire
Cohen, Seglias, Pallas, Greenhall & Furman
1007 Orange Street, Ste. 205
Wilmington, DE 19801

**Via Hand Delivery**
Paul Bradley, Esquire
McCarter & English
919 N. Market St., Ste. 1800
Wilmington, DE 19801

**Via Hand Delivery**
Paul Bradley, Esquire
Maron & Marvel, P.A.
1300 North Broom Street
Wilmington, DE 19806

_____
Ricardo Palacio

170368v1