IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | C.A. NO. 05-CV-300-JJF |
| v. | | |
| BANC ONE BUILDING CORPORATION, an Illinois corporation, and FOREST ELECTRIC CORPORATION, a New York corporation, | | JURY TRIAL DEMANDED |
| Defendants. | | |

### NOTICE OF DEPOSITION AND SUBPOENA OF JOHN MULRONEY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45

**PLEASE TAKE NOTICE** that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Forest Electric Corporation will take the oral deposition of John Mulroney at the offices of Maron & Marvel, P.A., 1201 North Market Street, Suite 900, Wilmington, DE 19801, beginning at 9:00 a.m. on June 26, 2006, continuing day to day until complete.

**NOTICE IS FURTHER GIVEN THAT** the deposition will be recorded stenographically by a certified reporter and notary public or such other person authorized to administer oaths under the laws of the United States, and shall continue from day to day until completed.

**NOTICE IS FURTHER GIVEN THAT** pursuant to the Federal Rules of Civil Procedure, Defendant Forest Electric Corporation will serve upon John Mulroney a Subpoena in a Civil Case. Attached hereto as Exhibit A is a true and correct copy of the Subpoena.

                                MARON & MARVEL, P.A.

                                /s/ Paul A. Bradley
                                Paul A. Bradley (DE Id No. 2156)
                                1300 North Broom Street
                                Wilmington, DE  19806
                                (302) 425-5177
                                Attorney for Defendant
                                Forest Electric Corporation

Dated:  June 14, 2006