## CERTIFICATE OF SERVICE

I, Paul A. Bradley, Esquire, hereby certify that, on June 14, 2006, I caused a true and correct copy of the Notice of Deposition and Subpoena of John Mulroney pursuant to Federal Rule of Civil Procedure 45 to be served upon counsel of record via electronic filing.

/s/ Paul A. Bradley
Paul A. Bradley (Bar Id No. 2156)

{56141.00001 / W0020166}