## CERTIFICATE OF SERVICE

I, Ricardo Palacio, hereby certify that, on June 14, 2006, I caused a true and correct copy of the *Notice of Deposition and Subpoena of The Wilmington Trust Company, Pursuant to Federal Rules of Civil Procedure 30 (b)(6) and 45* to be served upon the below listed counsel in the manner so indicated.

**Via Hand Delivery**
Paul Bradley, Esq.
Maron & Marvel
1300 North Broom Street
Wilmington, DE 19899

**Via Hand Delivery**
Robert K. Beste, Jr., Esq.
Cohen Seglias Pallas Greehall & Furman P.C.
Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801

Ricardo Palacio (#3765)

170452.1