IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

TO:  Paul A. Bradley, Esquire             Lawrence C. Ashby, Esq./Philip Trainer, Jr., Esq.
     Maron & Marvel, P.A.                 Ashby & Geddes
     1201 N. Market Street, Suite 900     222 Delaware Avenue
     Wilmington, DE 19801                 P. O. Box 1150
                                          Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned will the oral deposition of Thomas M. Hennessey, Esquire, on Wednesday, June 28, 2006, at 2:30 p.m., at the offices of Cohen, Seglias, Pallas, Greenhall & Furman, P.C., at 1007 Orange Street, Suite 1130 (11th Floor), Nemours Building, Wilmington, Delaware 19801.

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

_____
Edward Seglias, Esq. (I. D. No. 2822)
Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange St., Nemours Bldg., Suite 1130
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff, Creedon Controls, Inc.

Date: June 16, 2006

cc: Wilcox & Fetzer, Court Reporters
RKB/msj
(06894-0001)