## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., certify that I am not less than 18 years of age, and that service of the "Notice of Deposition of Thomas M. Hennessey, Esquire," was made both electronically and by First-Class Mail, on June 15, 2006, upon:

Paul A. Bradley, Esquire
Maron & Marvel, P.A.
1201 N. Market Street, Suite 900
Wilmington, DE 19801

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

          **Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

          _/s/ Robert K. Beste_
          Robert K. Beste, Jr., Esq. (I.D. No. 154)
          1007 Orange Street
          Nemours Building, Suite 205
          Wilmington, DE 19801
          (302) 425-5089
          Attorneys for Plaintiff, Creedon Controls, Inc.

RKB/msj
06894-0001