IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SUPPLEMENTAL RULE 30(b)(6) DEPOSITION OF DEFENDANT BANC ONE BUILDING CORPORATION – *DUCES TECUM***

TO:  Paul A. Bradley, Esquire          Lawrence C. Ashby, Esq./Philip Trainer, Jr., Esq.
     Maron & Marvel, P.A.              Ashby & Geddes
     1201 N. Market St., Suite 900     222 Delaware Avenue
     Wilmington, DE  19801             Wilmington, DE  19801

PLEASE TAKE NOTICE that the undersigned will the oral deposition of **Defendant Banc One Building Corporation**, on Monday, June 28, 2006, at 4:00 p.m., at the offices of Cohen, Seglias, Pallas, Greenhall & Furman, P.C., at 1007 Orange Street, Suite 1130, Nemours Building, Wilmington, Delaware 19801. In accordance with Rule 30(b)(6), Defendant Banc One Building Corporation is to designate and produce one or more witnesses competent to testify, and provide information with respect to those issues and matters as set forth in the attached Exhibit "A." Deponent is directed to have its assigned witnesses bring with them, documents set forth in the attached Exhibit "B."

This Supplemental Deposition is with respect to the matters and documents set forth in Exhibits "A" and "B." This Supplemental Deposition is in addition to the Rule 30(b)(6) deposition of Banc One Building Corporation, previously scheduled for Monday, June 26, 2006, at 2:00 p.m., and filed as D. E. 99 in this matter. That additional deposition will still take place.

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

_____
Robert K. Beste, Jr., Esq. (I.D. No. 154)
Edward Seglias, Esq. (I. D. No. 2822)
1007 Orange St., Nemours Bldg., Suite 1130
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff

Date: June 16, 2006
cc:  Wilcox & Fetzer, Court Reporters
RKB/msj                                                                (06894-0001)