## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., Esquire, do hereby certify that, on the 16 day of June, 2006, a copy of "Plaintiff Creedon Controls, Inc.'s Notice of Rule 30(b)(6) Supplemental Deposition of Defendant Banc One Building Corporation – *Duces Tecum*" was provided to the following, by both electronic filing and First-Class Mail:

Paul A. Bradley, Esquire
Maron & Marvel, P.A.
1201 N. Market Street, Suite 900
Wilmington, DE 19801

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

                          COHEN, SEGLIAS, PALLAS,
                          GREENHALL & FURMAN, P.C.

                          Robert K. Beste, Jr., Esq. (I.D. No. 154)
                          1007 Orange Street
                          Nemours Building, Suite 205
                          Wilmington, DE 19801
                          (302) 425-5089
                          Attorney for Plaintiff, Creedon Controls, Inc.

Dated: 6/16/06
RKB/msj
06894-0001