## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation, | ) ) ) | |
| | ) | C.A. NO. 05-CV-300-JJF |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BANC ONE BUILDING CORPORATION, an Illinois corporation, and FOREST ELECTRIC CORPORATION, a New York corporation, | ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) ) ) ) | |

## MOTION OF DEFENDANT BANC ONE BUILDING CORPORATION FOR SUMMARY JUDGMENT

For the reasons set forth in the accompanying memorandum of law, including a statement of undisputed facts, defendant Banc One Building Corporation hereby moves this Court, under Fed. R. Civ. P. 56, for entry of summary judgment in its favor.

Dated: July 14, 2006

**ASHBY & GEDDES, P.A.**

By:   /s/ Ricardo Palacio
Philip Trainer, Jr. (I.D. #2788)
Ricardo Palacio (I.D. #3765)
222 Delaware Avenue
17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302)-654-1888

LEGAL_US_E # 71399072.1

Of Counsel:

**PAUL, HASTINGS, JANOFSKY & WALKER, LLP**

75 East 55th Street
New York, New York 10022
212-318-6000

Attorneys for Defendant Banc One Building
Corporation

171266.1