## CERTIFICATE OF SERVICE

I, Ricardo Palacio, hereby certify that, on July 14, 2006, I caused a true and correct copy of the foregoing to be served upon the below listed counsel in the manner so indicated.

| **Via Hand Delivery** | **Via Hand Delivery** |
|---|---|
| Paul Bradley, Esq. | Robert K. Beste, Jr., Esq. |
| Maron & Marvel | Cohen Seglias Pallas Greehall & Furman P.C. |
| 1201 North Market Street | Nemours Building, Suite 1130 |
| Wilmington, DE 19899 | 1007 Orange Street |
| | Wilmington, DE 19801 |

Ricardo Palacio (#3765)

171280.1