~~expenses as set forth~~ on Schedule 8.01 to these General Conditions ("**General Conditions Items**"). Payments related to such General Conditions Items are herein called "**General Conditions Payments**" and shall be deemed to be a portion of the Contract Sum. The agreed upon amounts for General Conditions Payments set forth in this Agreement are the sole payments Electrical Trade Manager is entitled to recover for General Conditions Items.

8.02    Subject to additions and deductions by change orders as provided for in the Contract Documents, Owner shall pay Electrical Trade Manager, pursuant to the Contract Documents, for performance of the Work, the Contract Sum set forth in the Agreement. Included within the Contract Sum are all sales, consumer, use, personal property and other similar taxes applicable to the Work or any portion thereof provided by Electrical Trade Manager. Prior to the time Electrical Trade Manager orders any materials or equipment for the Work or performs any labor on the Site, Electrical Trade Manager shall be entitled to receive progress payments only to cover Electrical Trade Manager's reasonable out-of-pocket costs and expenses incurred in the performance of Electrical Trade Manager's services under the Contract Documents. Electrical Trade Manager shall submit to Owner no later than the 25th day of each month an itemized application for payment substantially in the form of Schedule 8.02 attached hereto (the form of which must be satisfactory to Owner), notarized, supported by such documents and data substantiating Electrical Trade Manager's right to payment as Owner may reasonably require, and reflecting retainage as provided elsewhere in the Contract Documents ("**application for payment**"). Notwithstanding anything to the contrary contained in the Contract Documents, Owner requires, as a condition of approving and/or making a progress payment, that Electrical Trade Manager furnish Owner (a) with respect to the current application for payment, an affidavit listing every subcontractor in connection with the Work and the amounts due or to become due to such subcontractors for Work done and materials furnished through the date of said application for payment; (b) with respect to the current application for payment, a certified payroll for such month; and (c) with respect to the payment made for the preceding month, evidence satisfactory to Owner that all payrolls, bills for materials and equipment delivered to the Site, and other indebtedness related to the Work and giving rise to all previous applications for payment up to, but not including, the current one have been paid in full or otherwise satisfied; (d) lien waivers from Electrical Trade Manager covering all Work performed through the date of the current application for payment; (e) lien waivers from each subcontractor covering the payments made through the preceding application for payment; (f) a sworn acknowledgment of payments and credits to which Owner is entitled by Electrical Trade Manager; and (g) Electrical Trade Manager's statement of percentage of completion of each itemized component of the Schedule of Values and the Work as a whole; provided, however, that notwithstanding any provisions of the Contract Documents which are or may appear to be to the contrary, in no event shall Owner be obligated to pay to Electrical Trade Manager an amount which exceeds the cost of the Work incurred by Electrical Trade Manager plus amounts owed for Electrical Trade Manager's Fee, plus amounts for General Conditions Payments, in each case to the date of the current application for payment less amounts paid to date and less retainage as provided elsewhere in the Contract Documents. Unless otherwise provided in the Contract Documents, the "**Cost of the Work**", "**cost of the Work**", and "**cost**" shall be limited to the following: cost of materials, including sales tax and cost of delivery; cost of labor, including social security, old age, and unemployment insurance, and fringe benefits required by agreement or custom; worker's or workers' compensation insurance, bond premiums; and rental value of equipment and machinery. As used throughout the Contract Documents, the terms "**Cost of the Work**", "**cost of the Work**" and "**cost**" shall not include (i) Electrical Trade Manager's Fee, (ii) General Conditions Payments, and (iii) any expense or cost which would or could be included in General Conditions Items separate and apart from the General Conditions Payment. Each application for payment shall be accompanied by such other information as Owner may require.

8.03    Owner will, within 30 days after the receipt of Electrical Trade Manager's application for payment, either approve the application for payment and issue payment to Electrical Trade Manager for such amount as Owner determines is properly due, or notify Electrical Trade Manager in writing of Owner's reasons for withholding such approval and payment. Electrical Trade Manager shall promptly pay each subcontractor and direct material supplier, upon receipt of payment from Owner, out of the amount paid to Electrical Trade Manager on account of such subcontractor's Work or each material supplier's supplies, the amount to which said subcontractor or material supplier is entitled.

8.04    Payments may be withheld by Owner, among other things, on account of (a) defective Work not remedied; (b) claims filed; (c) failure of Electrical Trade Manager to make payments properly to subcontractors or for labor, materials or equipment; (d) damages to another contractor; (e) unsatisfactory prosecution of the Work by

Banc One 03963

Electrical Trade Manager, including the fact that the Work has not progressed to the point indicated in the application for payment, (f) failure of Electrical Trade Manager to fully comply with the procedures set forth in this Article 8; (g) evidence that the Work cannot be completed for the unpaid balance of the Contract Sum; or (h) Electrical Trade Manager's breach of the Contract Documents, not remedied or cured.

8.05    Owner shall retain from each progress payment a retainage (the **"Retainage"**) in the amount of 10% of the Contract Sum eligible for payment to Electrical Trade Manager until the Work is finally complete. Owner shall not be obligated to release the Retainage for subcontractors who have performed work in connection with the Work until all of the Work is complete. Following Electrical Trade Manager's request Owner, acting in its sole and absolute discretion and under no obligation, contractual or otherwise to do so, may approve (i) the payment of all retainage owed to any subcontractor following final completion of such subcontractor's Work and presentation of a final lien waiver from such subcontractor and (ii) reduce Retainage from 10% to any lesser percent of the Contract Sum following substantial completion of the Work.

8.06    When Electrical Trade Manager considers that the Work has reached the point of substantial completion, Electrical Trade Manager shall prepare for submission to Owner a preliminary list of uncompleted items of the Work (**"Punch List Items"**) (a) which do not interfere with the use and occupancy of any area of the Site for its intended purpose and (b) which as a group are capable of being completed by Electrical Trade Manager within 30 days of issuance of any Punch List (the **"Punch List"** is the list containing the Punch List Items). Substantial completion shall include the following: (i) all systems relating to the Work shall have been fully commissioned, in accordance with industry standards and standards set forth in the Contract Documents for documenting and verifying the operation and performance of such systems in conformity with the design intent, (ii) all improvements included in the Work shall be ready for occupancy for their intended purposes, and (iii) a certificate of occupancy, as required, shall have been duly issued by the applicable governmental authorities. Owner shall have the right to add items to the preliminary Punch List submitted by Electrical Trade Manager based upon Owner's inspection of the Work. Such revised Punch List, when approved along with Owner's determination of substantial completion, shall be the Punch List which must be completed by Electrical Trade Manager by the date for final completion. The failure to include any items on such list does not alter the responsibility of Electrical Trade Manager to complete all Work in accordance with the Contract Documents. When Owner, on the basis of an inspection, determines that the Work has reached the point of substantial completion, Owner will then prepare a Certificate of Substantial Completion which shall establish the date of substantial completion and shall state the responsibilities of Owner and Electrical Trade Manager for security, maintenance, heat, utilities and damage to the Work, and, except as otherwise provided, insurance and warranties required by the Contract Documents shall commence on the date of substantial completion of the Work. The Certificate of Substantial Completion shall be in the form of <u>Schedule 8.06</u> hereto and shall be submitted to Electrical Trade Manager for Owner's and Electrical Trade Manager's written acceptance of the responsibilities assigned to them therein. Upon substantial completion of the Work and upon application by Electrical Trade Manager and execution of a Certificate of Substantial Completion by Owner, Owner shall make payment for such Work or portion thereof, as provided elsewhere in the Contract Documents.

8.07    Upon receipt of written notice that the Work is ready for final inspection (and all Punch List Items have been rectified) and upon receipt of an acceptance of a final application for payment, Owner, or its designee, will promptly make such final inspection and when it finds the Work acceptable under the Contract Documents, it will promptly approve the final application for payment and issue the final payment, accompanied by a statement that the Work has been completed in accordance with the terms and conditions of the Contract Documents.

8.08    The final payment shall not become due until Electrical Trade Manager submits to Owner (a) an affidavit that all payrolls, bills for materials and equipment, and other indebtedness connected with the Work for which Owner or its property might in any way be responsible have been paid or otherwise satisfied; (b) consent of surety, if any, to final payment; (c) if required by Owner, other data establishing payment or satisfaction of all such obligations, such as receipts, releases and waivers of all possible liens arising out of the Contract Documents, Electrical Trade Manager's and subcontractors' affidavits, to the extent and in such form as may be designated by Owner; and (d) as-built drawings, operations and maintenance date, warranties, and such other data as may be required by the Contract Documents. The acceptance of final payment by Electrical Trade Manager shall constitute a waiver of all claims by Electrical Trade Manager against Owner, except those previously made and specifically reaffirmed in writing with Electrical Trade Manager's application for final payment and still unsettled.

Banc One 03964

8.09    (a)    Electrical Trade Manager warrants that, to the extent Electrical Trade Manager is paid for same, title to all Work, materials and equipment covered by an application for payment will pass to Owner either by incorporation in the Project or upon the receipt of payment by Electrical Trade Manager, whichever occurs first, free and clear of all liens, claims, security interests or encumbrances ("**Liens**"). However, Electrical Trade Manager shall remain responsible for the care and custody of such materials, equipment, and Work until such time as Owner accepts (in writing) such responsibility. Electrical Trade Manager further warrants that no Work, materials or equipment covered by an application for payment will have been acquired by Electrical Trade Manager, or by any other person performing Work at the Site of furnishing materials and equipment for the Project, subject to an agreement under which as interest therein or an encumbrance thereon is retained by the seller or otherwise imposed by Electrical Trade Manager or such person.

(b)    In the event that a lien is filed of record as a claim against the Site, the Building, or other improvement on or around the Site or against any monies due or to become due for any Work performed, or any materials furnished for the Work, then in addition to any other right or remedy Owner has under the Contract Documents or at law or equity and unless such lien is the result of Owner's failure to pay Electrical Trade Manager amounts due under the Contract for Work and concerning which there is no dispute, Owner may withhold from Electrical Trade Manager a reasonable amount until said claim or lien has been discharged or there has been furnished to Owner security satisfactory to Owner such that Owner will be protected and held harmless from any liability, fees or costs in connection therewith. In addition, if Electrical Trade Manager fails to remove any such lien by payment or release or to furnish to Owner such satisfactory security, within ten (10) days after written demand, such failure shall constitute a default hereunder. Without limitation of Owner's other rights and remedies, if such a default occurs, Owner may, but shall not be obligated to, procure a bond or other security reasonably calculated to protect Owner from any liability in connection with such default and Owner may back-charge Electrical Trade Manager for all costs and expenses incurred in connection therewith.

## ARTICLE 9    PROTECTION OF PERSONS AND PROPERTY

9.01    Electrical Trade Manager shall be responsible for initiating, maintaining and supervising all safety precautions and programs in connection with the Work. Electrical Trade Manager shall designate a responsible member of its organization at the Site, which person shall be approved by Owner in writing, whose duty shall be the promotion of safety and prevention of accidents, and who shall be responsible for enforcing all Government Requirements, and rules, regulations and orders of Owner pertaining thereto. This person shall be Electrical Trade Manager's superintendent unless otherwise designated by Electrical Trade Manager in writing to Owner.

9.02    Electrical Trade Manager shall take all reasonable precautions for the safety of and provide all reasonable protection to prevent damage, injury or loss to all of its employees at the Site and all other persons who may be affected thereby, and all property at the Site or otherwise used in connection with the Work. Such safety and security precautions shall be designed to take into account all risks associated with the location of the Site and may include, to the extent reasonably necessary or appropriate to provide adequate protection, fences and security guards or watchmen. Electrical Trade Manager shall remove, within 24 hours of the discovery thereof, or any graffiti placed on the Site or any improvements, fences or barricades. Electrical Trade Manager shall not use in connection with the Work or store at or near the Site any explosives. Electrical Trade Manager shall permit no open burning on the Site. Electrical Trade Manager shall provide a fire watch during all open flame activities. There shall be a second person equipped with not less than a ten (10) pound dry chemical or two and one half (2-1/2) gallon water fire extinguisher; in computer areas, not less than a nine (9) pound halon fire extinguisher shall be provided. Electrical Trade Manager shall provide Owner and Building Owner/Manager, if different from Owner, adequate notice of any smoke or significant noise-producing operations. These operations shall be restricted from normal hours unless approved in writing by Owner and Building Owner/Manager, if different from Owner. Without limitation of Electrical Trade Manager's obligations, Owner may provide watchmen if Owner deems it necessary for the proper protection of the Work and Site; however, Owner shall not be liable for any acts or omissions of said watchmen.

9.03    Electrical Trade Manager shall promptly report in writing to Owner all accidents whatsoever arising out of the performance of the Work, whether on or off the Site, which cause death, personal injury or property damage, giving full details and statements of witnesses. If death or serious injuries or serious damages are

G-16

Banc One 03965

caused, the accident shall be reported to Owner immediately by telephone or messenger, which report shall be followed as promptly as practicable by notice in writing to Owner. Any additional compensation or extension of time claimed by Electrical Trade Manager on account of emergency work shall be determined as provided in Article 10 for Changes in Work; provided, however, that Electrical Trade Manager shall not be entitled to additional compensation or additional time to the extent that the foregoing is due to the act or omission of Electrical Trade Manager or a person or entity for which Electrical Trade Manager is responsible.

9.04    Electrical Trade Manager shall permit only previously authorized personnel on the Site. At any time and from time to time Owner may elect to initiate security procedures that prohibit access to the Site (or portions thereof designated by Owner) except by persons specifically registered with Owner, in which event the following provisions as directed by Owner shall apply: (i) Electrical Trade Manager shall, prior to the commencement of the Work, submit to Owner's Project Manager the names of all personnel either directly employed by Electrical Trade Manager or in the employ of any subcontractor who will be present on the Site; (ii) all construction personnel will be required to register with Owner's security force and/or personnel and wear badges as furnished by Owner; (iii) Owner shall not be required to furnish any construction personnel or anyone else associated with Electrical Trade Manager with such badges unless and until Electrical Trade Manager has delivered to Owner the certificates of insurance required by Schedule A to these General Conditions to Single Project Construction Services Agreement; (iv) at Owner's election, personnel not displaying badge identification will be removed from the Site until properly registered and/or wearing badges; (v) all badges shall be maintained and controlled by Electrical Trade Manager and shall be returned to Owner upon completion of the Work; and (vi) if additional or special personnel shall be needed for the efficient completion of the Work, then Electrical Trade Manager shall submit a list of names of all such personnel at least 48 hours prior to their appearance on the Site.

ARTICLE 10    CHANGES IN THE WORK

10.01    Contract Sum and the contract time including the Project Schedule may be changed only by change order signed by or on behalf of Owner and Electrical Trade Manager.

10.02    Owner, without invalidating the Contract, may order changes in the Work consisting of additions, deletions or other revisions, and the Contract Sum and the contract time shall be adjusted by agreement between Owner and Electrical Trade Manager. All such changes in the Work shall be authorized by change order in the form of Schedule 10.02 hereto and shall be performed under the applicable conditions of the Contract Documents. Any Work expressly included in the plans and specifications shall be performed by Electrical Trade Manager at no extra cost to Owner, notwithstanding any order from Owner to Electrical Trade Manager which might contemplate such Work as an extra.

10.03    The cost or credit to Owner resulting from a change in the Work shall be determined in one or more of the following ways:

10.03.01    Lump Sum Method.

(a)    Compensation for additional work: Within fourteen (14) days after receipt of a bulletin for changes in the work requested of Electrical Trade Manager by Owner, and not covered by agreed upon "unit prices", Electrical Trade Manager shall submit to Owner's Project Manager for Owner's approval an itemized lump-sum proposal stating the amount to be added to or deducted from the Contract Sum by cost code, and the effect, if any, on the Completion Schedule by reason of such changes. The lump-sum price for additional or deleted work not covered by "unit prices" shall be determined as follows:

(i)    For additional work to be performed by the subcontractors, a lump-sum itemized price to show the net amount of each subcontractor's direct costs for labor, materials, equipment rental, and transportation, plus the percentage fee thereof stipulated herein to cover all other charges, for or in connection with such work of Electrical Trade Manager and subcontractors. The percentage fee(s) include all charges for layout, supervision (field and home office), small tools and related items, general expenses, General Conditions Items, fees, overhead and profit of Electrical Trade Manager and subcontractors. Electrical Trade Manager understands that the net amount of the subcontractors' direct costs for labor, materials, equipment rental and transportation above stated

G-17

Banc One 03966

shall not include any markup by subcontractors for layout, supervision (field and home office), small tools and related items, general expenses, overhead and profit, and other related items, nor any markup for the costs of product and/or equipment purchased directly by Owner and furnished to subcontractor.

(ii)    For additional work to be performed by Electrical Trade Manager's own forces, a lump-sum itemized price to show the net amount of Electrical Trade Manager's direct costs for labor, materials, equipment rental and transportation, plus the percentage fee thereof stipulated herein to cover all other charges for, or in connection with, such work, including all charges for layout, supervision (field and home office), small tools and related items, general expenses, overhead, and profit. Electrical Trade Manager shall not include any markup for the costs of product and/or equipment purchased directly by Owner and furnished to Electrical Trade Manager.

(b)    Credit for deleted work not covered by agreed upon **"unit prices"** shall be determined as follows:

(i)    For deleted work to be performed by subcontractors, Owner shall receive a lump-sum credit equal to the net credit to Electrical Trade Manager as itemized by subcontractors for labor, materials, equipment, transportation, and taxes, plus the percentage fee thereof stipulated herein covering such items as normal charges for layout, supervision (field and home office), general expenses, overhead and profit of Electrical Trade Manager and subcontractors.

(ii)    For deleted work to be performed by Electrical Trade Manager's own forces, Owner shall receive a lump-sum credit equal to the net estimated saving to Electrical Trade Manager on account of the deleted work for labor, material, equipment, transportation, and taxes, plus the percentage fee thereof stipulated herein covering such items as normal charges for layout, supervision (field and home office), general expenses, overhead, and profit.

10.03.02    Time and Materials Method.    If Owner elects to direct that extra work be performed on a time and material basis, percentages as stipulated below will be allowed in addition to actual "on site" costs of such extra work. Percentages shall be applied to approved invoiced costs of materials and to approved payrolls as follows: Requests for payment for work performed on a time and material basis shall be submitted within ten (10) days after completion of such work. When work on a time and material basis continues for more than two weeks, Electrical Trade Manager shall submit a weekly report to Owner's Project Manager apprising such Project Manager of work performed during the preceding week to include: material quantities, labor time, equipment rental time and other operating cost information.

10.03.03    Computations of Percentages for Combined Overhead and Profit.

(a)    The percentages set forth on Exhibit E to the Agreement shall be applied for combined overhead and profit, as appropriate, unless otherwise stated, and are maximums that may be added to approved costs. Those percentages set forth on Exhibit E for change orders are Electrical Trade Manager's sole payment of fees and General Conditions Items related to such Change Orders and any Electrical Trade Manager Fee or percentage for General Conditions Items set forth in Section 3 of the Agreement shall not apply to any such Change Order. Electrical Trade Manager shall not include any markup for the costs of product and/or equipment purchased directly by Owner and furnished to Electrical Trade Manager.

(b)    Electrical Trade Manager agrees that these percentages are fair, and that they include adequate compensation for supervision, overhead, bond, profit and all other general expense. No percentage fee or other markup of any kind shall be applicable to any premium portion of wages, taxes, or related benefits. If Owner issues a field order or bulletin for any addition or deletion as to which unit prices (pursuant to Section 10.04) are applicable, the Contract Sum shall be adjusted by the amount of such unit prices in lieu of the negotiated sum here in above mentioned, and the percentage fee markup shall not be applied thereto.

10.04    The rates and unit prices set forth on Exhibit F to the Agreement shall apply to all change orders involving the labor or materials set forth on Exhibit F to the Agreement which Owner notifies Electrical Trade

G-18

Banc One 03967

Manager in writing will be applicable to a particular change order and are all inclusive of all expenses and costs related to such rates and unit prices.

10.05    Owner, without invalidating the Contract, may order changes in the Work prior to the execution of an appropriate change order hereunder, and, upon receipt of a written order from Owner, Electrical Trade Manager shall proceed with the Work and incorporate such change into the Work pending execution of an appropriate change order as set forth in this Article 10; provided, however, that if Owner and Electrical Trade Manager are unable to agree upon a different price for such Change Order within 30 days, then the Electrical Trade Manager shall be entitled to a Change Order based upon the time and materials method set forth in Section 10.03.02 above.

10.06    If Electrical Trade Manager claims that additional cost is involved because of (i) any order by Owner to stop the Work pursuant to Section 2.04 where Electrical Trade Manager was not at fault, (ii) failure of payment by Owner to Electrical Trade Manager of non-disputed amounts owed to Electrical Trade Manager, or (iii) any other provision herein under which Electrical Trade Manager is entitled to claim additional cost, Electrical Trade Manager shall make such claim as provided in this Section. If Electrical Trade Manager believes it is entitled to make a claim for an increase in the Contract Sum, Electrical Trade Manager shall give Owner written notice thereof within 20 days after the occurrence of the event giving rise to such claim. This notice shall be given before proceeding to execute the Work, except in an emergency endangering life or property, in which case Electrical Trade Manager shall proceed in accordance with Section 9.03. No such claim shall be valid unless made as required in this Section; however, the mere presentation of such a claim shall not establish the validity thereof. Any change in the Contract Sum resulting from such a claim which is valid shall be authorized by change order.

ARTICLE 11    UNCOVERING AND CORRECTION OF WORK

11.01    If any portion of the Work is improperly covered, such Work must, if required in writing by Owner, be uncovered for Owner's observation and shall be replaced at Electrical Trade Manager's expense.

11.02    (a)    Electrical Trade Manager shall promptly repair or, if necessary in Owner's opinion, remove all Work rejected by Owner as defective or as failing to conform to the Contract Documents, whether such Work is observed before or after final completion and whether or not it is fabricated, installed or completed. Electrical Trade Manager shall bear all costs of correcting such rejected Work and shall be responsible for time lost correcting such rejected Work. Electrical Trade Manager shall bear the cost of making good all work of Owner or separate contractors destroyed or damaged by such repair or removal.

(b)    If, within one year after the date of final completion of the Work or within one year after acceptance by Owner of designated equipment or within such longer period of time as may be prescribed by law or by the terms of any applicable special warranty required by the Contract Documents, any of the Work is found to be defective or not in accordance with the Contract Documents, Electrical Trade Manager shall correct it promptly after receipt of a written notice from Owner to do so unless Owner has previously given Electrical Trade Manager a written acceptance of such condition. This obligation shall survive termination of the Contract.

(c)    Within sixty (60) days after the discovery of defective or nonconforming Work, Owner may choose to accept same instead of requiring its removal and correction by giving written notice thereof to Electrical Trade Manager, in which case a change order will be issued to reflect a reduction in the Contract Sum where appropriate and equitable. Such adjustment shall be effected whether or not final payment has been made.

11.03    Electrical Trade Manager acknowledges that, in performing its obligations under this Article 11, its access to the Building may be limited by Owner's operations, if any, on a 24-hour-per-day, seven-days-per-week basis and by Owner's special security procedures, if any, and agrees that such limitations shall not relieve Electrical Trade Manager of such obligations or otherwise modify or limit such obligations.

Banc One 03968

ARTICLE 12     TERMINATION

12.01     If the Work is stopped in whole or in substantial part for a period of 180 days under an order of any court or other public authority having jurisdiction or as a result of an act of government, such as a declaration of a national emergency making materials unavailable, through no act or fault of Electrical Trade Manager or any subcontractor or any of their employees or agents, or if the Work in whole or in substantial part is stopped for a period of 60 days by Electrical Trade Manager because Owner has not made payment of undisputed amounts therefor (other than as permitted by the Contract Documents), then Electrical Trade Manager may, upon 30 additional days' written notice to Owner, terminate the Contract Documents and recover from Owner payment for all Work properly executed and for any proven loss sustained upon any materials, equipment, tools, construction equipment and machinery together with reasonable out-of-pocket costs incurred by Electrical Trade Manager in shutting down the Work; provided, however, that Electrical Trade Manager shall in no event be entitled to recover for lost profits or consequential or other damages.

12.02     (a)     Owner may terminate the Contract Documents at any time without cause and without prior notice to Electrical Trade Manager, and in such event, Owner will pay Electrical Trade Manager for that portion of the Contract Sum, less the aggregate of previous payments, allocable to the Work completed as of the date of termination. Owner will not be responsible to reimburse Electrical Trade Manager for any continuing contractual commitment to subcontractors or for penalties or damages for canceling such contractual commitments inasmuch as Electrical Trade Manager shall make all subcontracts and other commitments subject to this provision. In the event of termination by Owner, Owner may require Electrical Trade Manager promptly to assign to it all or some subcontracts, construction, plant, materials, tools, equipment, appliances, rental agreements, and any other commitments which Owner in its sole discretion chooses to take by assignment, and in such event, Electrical Trade Manager shall promptly execute and deliver to Owner written assignment of the same. Owner shall reimburse Electrical Trade Manager for taking possession and use of any materials, equipment, tools, construction equipment and machinery on the Site as set forth in Section 12.02(b)(i) and (ii) below.

(b)     If Electrical Trade Manager is adjudged as bankrupt, or if Electrical Trade Manager makes a general assignment for the benefit of Electrical Trade Manager's creditors, or if a receiver is appointed on account of Electrical Trade Manager's insolvency, or if any provision of the bankruptcy law is invoked by or against Electrical Trade Manager, or if Electrical Trade Manager persistently or repeatedly refuses or fails (except in cases for which extension of contract time is provided) to supply enough properly skilled workmen or proper materials, or if Electrical Trade Manager fails to make proper payment for materials or labor, or disregards any Government Requirements, or if Electrical Trade Manager fails to perform and prosecute the Work properly, or fails to complete the Work entirely on or before any date established for partial or final completion, or a labor dispute causes substantial disruptions or delays, through work stoppages, picketing, jurisdictional disputes or similar actions or failures to act by subcontractors or, without limitation, otherwise fails to perform any provisions of the Contract Documents, then notwithstanding any other rights or remedies granted Owner under the Contract Documents, Owner may, without prejudice to any other right or remedy (i) terminate the employment of Electrical Trade Manager and take possession of the Site and of all materials, equipment, tools, construction equipment and machinery thereon owned by Electrical Trade Manager (to the extent any of same have not been paid for by Owner, Owner shall lease same from Electrical Trade Manager at a rate equal to 80% of the standard book rate as reflected in the Rental Rate Blue Book for Construction, latest edition), (ii) use Electrical Trade Manager's equipment for which Owner was paying a leasing fee so long as Owner continues to pay such leasing fee, and/or (iii) may finish the Work by whatever method Owner may deem expedient. In such case, Electrical Trade Manager shall not be entitled to receive any further payment until the Work is finished. If the unpaid balance of the Contract Sum plus leasing fees referred to in (ii) above shall exceed: (1) the expense of completing the Work including compensation for additional managerial and administrative services, plus (2) Owner's losses and damages because of Electrical Trade Manager's default, such excess shall be paid to Electrical Trade Manager. If such expense plus Owner's losses and damages shall exceed such unpaid balance, Electrical Trade Manager shall pay the difference to Owner promptly on demand and Owner may resort to any other rights or remedies Owner may have by law or under the Contract Documents.

G-20

Banc One 03969

*     *     *     *     *     *     *

[The next page is the list of Schedules to General Conditions to Single Project Construction Services Agreement.]

Single Project Construction Services Agreement  3/03/2003

Banc One 03970

## LIST OF SCHEDULES

### TO

### GENERAL CONDITIONS TO SINGLE PROJECT CONSTRUCTION SERVICES AGREEMENT

| | |
|---|---|
| SCHEDULE A | Owner Controlled Insurance Program |
| SCHEDULE 8.01 | General Conditions Items |
| SCHEDULE 8.02 | Application for Payment Form |
| SCHEDULE 8.06 | Certificate of Substantial Completion |
| SCHEDULE 10.02 | Change Order Form |
| RIDER 1 | |

Single Project Construction Services Agreement  3/03/2003

Banc One 03971

**SCHEDULE A**
**INSURANCE**
**OWNER CONTROLLED INSURANCE PROGRAM**
**Bank One - Delaware Projects**

**A.**   **Owner Controlled Insurance Program**

The Owner has elected to implement an Owner Controlled Insurance Program (OCIP) that will provide Workers' Compensation, Employer's Liability, General Liability and Excess Liability Insurance for the Construction Manager, Electrical Trade Manager, and all eligible Contractors of every tier providing direct labor on the Project. The Owner agrees to pay all premium associated with the OCIP including deductibles or self-insured retention unless otherwise stated in the Contract Documents.

The Owner will also provide Builder's Risk coverage as outlined in Section G (4).

Eligible Contractors include all contractors providing direct labor on the project site (see definition of ineligible contractors below). Temporary labor services and leasing companies that include direct labor on the project site are to be treated as a contractor.

**B.**   **Applicability of the OCIP**

The following types of contractors (hereinafter called ineligible contractors) shall not be eligible for coverage in the OCIP: consultants, suppliers, vendors, materials dealers, guard services, janitorial services, truckers (including trucking to the project where delivery is the only scope of work performed), and other temporary project services. In addition to the above, the Owner may choose not to include in the OCIP contractors of any tier whose contract, on a single basis, does not exceed $10,000 in value. Ineligible contractors shall be required to maintain their own insurance of the types and with the limits as set forth in Section L, at their own expense, and shall promptly furnish the Owner, or its designated representative, certificates of insurance giving evidence that all required insurance is in force.

**C.**   **Insurance Cost Identification**

The Construction Manager and all eligible Contractors shall identify the cost of insurance on the Project, Form 2. The Construction Manager and all Contractors of every tier agree to identify all costs associated with the cost of insurance for all work, including but not limited to insurance premiums, expected losses within any retention or deductible program (loss rate), claims handling charges, service and broker fees, overhead and profit, using Form 2 (Insurance Cost Identification Worksheet).

By completing and submitting this insurance cost information, including supporting documents to the Owner, Construction Manager and Contractors warrant that all cost for insurance as described in this paragraph have been correctly identified. Coverage and limit requirements are:

**(1)**   **Workers' Compensation and Employer's Liability Insurance:**

WORKERS' COMPENSATION INSURANCE WITH Statutory Benefits as provided by state statute; and EMPLOYER'S LIABILITY LIMITS:

(a)   $500,000 Bodily Injury each Accident
(b)   $500,000 Bodily Injury by Disease – Policy Limit
(c)   $500,000 Bodily Injury by Disease – Each Employee

Banc One 03972

(2)    **Commercial General Liability and Insurance:**

    (a)    Bodily Injury, Property Damage and General Aggregate limits as required in Article V.

    (b)    The limits required in Article V. can be satisfied by a combination of general and umbrella liability policies.

    (c)    Coverage should include but not be limited to the following supplementary coverage:

        (i)    Contractual Liability to cover liability assumed under this agreement,

        (ii)    Product and Completed Operations Liability Insurance,

        (iii)    Broad Form Property Damage Liability Insurance,

        (iv)    Explosion, collapse and underground hazards (deletion of the X,C,U exclusions) if such exposure exist, and

        (v)    Independent Contractors.

Construction Manager and all eligible Contractors will provide Owner, or its designated Program Administrator and/or insurance carrier, with supporting documentation to verify the workers' compensation, general liability and umbrella liability rates to be used throughout the project to determine the Construction Manager's and Contractors' insurance credits. The insurance rates agreed to prior to execution of this agreement will be the rates used to calculate the final insurance credit for Construction Manager and each eligible Contractor of every tier. Any eligible Contractor of any tier that does not enroll in the OCIP will have a minimum 6% of their contract amount automatically deducted for their insurance credit.

Construction Manager and all eligible Contractors will be required to provide copies of their current declaration pages and premium rate pages for their workers' compensation, general liability and umbrella liability policies to verify the rates they are utilizing on the Insurance Cost Identification Worksheet. If eligible Contractors have insurance policies with deductibles or other loss sensitive programs, they must provide copies of the past five years audited workers' compensation payrolls, currently dated claim loss runs for those same five years for their workers compensation and general liability policies and copies of their deductible or program agreement with their insurance carrier to support the calculation of the loss rate and fixed cost (premium) rate being utilized. If eligible Contractor does not provide this information, the rates for the insurance credit will be calculated using one of the following two methods: 1) the OCIP carrier's manual rates for workers' compensation and general liability insurance or 2) the loss sensitive rates at maximum cost (the fixed cost plus the aggregate loss cost plus claims handling charges plus insurance agent/broker fee) for general liability and workers' compensation insurance.

It is understood and agreed, Construction Manager's and Contractors' insurance cost identified on their Insurance Cost Identification Worksheet, Form 2, is an initial estimate only. The final insurance cost will be subject to final audited payrolls, and if applicable, contract amount and cost of subcontracted work, multiplied by the appropriate insurance rates as agreed to prior to the start of the work. Because the OCIP is subject to a minimum premium, the final insurance credits for Construction Manager and each eligible Contractor of every tier will be subject to their minimum insurance credit and are only subject to an additional deductive change order/charge, not a credit/return. The contract award will be based on the total estimated cost of work including insurance costs. An initial deductive change order will be processed to transfer the insurance cost into the project insurance program. During the term of the contract, including extended periods thereof, the Owner shall have the right to recover all costs for insurance as described in Section C (1), (2), and (3) and Section D that are in addition to those initially identified in the initial deductive change order. The Owner shall have the right to recover these additional costs through deductive change orders.

Contractors of every tier shall complete and submit the Insurance Cost Identification Worksheet, Form 2 as part of their bid to Construction Manager. Construction Manager shall promptly provide copies of such Form 2's to Owner.

Banc One 03973

**D.**    **Change Order Pricing**

Construction Manager shall price, and shall require that all eligible Contractors price change order pricing equal to or greater than fifty thousand dollars ($50,000) to include the cost to provide insurance as specified in Section C using Construction Manager's and Contractors' previously agreed upon rates, and shall identify the amount of insurance contained in the change order proposal using the Supplemental Insurance Information Form, Form 3.

The Construction Manager's and eligible Contractors' price shall be adjusted by removing the cost of insurance as identified on Form 3. The Owner shall have the right to recover these additional costs through deductive change orders.

**E.**    **Responsibility for Contractors**

The Construction Manager and its Contractors shall require each of their eligible subcontractors to identify the cost for the coverage associated with the work performed for or on their behalf as outlined in this agreement using the methods and documents described herein. Any eligible Contractor not enrolled in the OCIP will automatically have a minimum of 6% of their contract amount deducted from their contract for their insurance credit.

The Contractor shall include all of the provisions of this agreement in every subcontract so that such provisions will be binding upon each of its subcontractors.

**F.**    **Audit and Recovery of "Insurance Cost"**

For insurance purposes, Construction Manager and Contractors of every tier agree, and shall require all tiers of subcontractors to agree, to keep and maintain accurate and classified records of its payroll for operations at the project site. Construction Manager and Contractors further agree, and will require all tiers of subcontractors to agree, to furnish to the Program Administrator (the insurance company and Willis) full and accurate payroll data and information in accordance with the requirements of the OCIP Project Insurance Manual, incorporated herein by this reference. Construction Manager and all Contractors shall permit the Owner or its representative to examine and/or audit its relevant books and records. Construction Manager and Contractors shall also provide any additional relevant information to Construction Manager or its appointed representatives as may be required. During the term of the Contractor's contract including extended periods thereof, the Construction Manager shall have the right to adjust the contract price to reflect the cost of the Contractors' insurance costs had the Owner not implemented an OCIP.

**G.**    **Sponsor Provided Coverage**

The Owner, at its sole expense, has implemented an Owner Controlled Insurance Program (OCIP) to furnish certain insurance coverage with respects to on-site activities. All policies shall be issued by companies rated A- IX or higher in the most recent A.M. Best ratings. The OCIP will be for the benefit of the Owner, Construction Manager and its eligible Contractors of all tiers (unless specifically excluded) who have on-site employees. Such coverage applies only to work performed under this contract at the Project Site. Construction Manager and eligible Contractors must provide their own insurance for off-site activities that complies with Section L.

The Owner, at its sole expense, will provide and maintain in force the types of insurance listed in subparagraphs (1) through (4) below as a part of the OCIP for Construction Manager and all enrolled/eligible Contractors. Construction Manager and all enrolled Contractors will each receive their own workers' compensation policies and Construction Manager and all enrolled Contractors will be named as Additional Named Insureds on the master commercial general liability and excess liability policies. Construction Manager and all enrolled Contractors will receive certificates of insurance evidencing that they are Additional Named Insureds on the master commercial general liability and excess liability polices. Construction Manager and Contractors enrolled in the OCIP agree that the policy limits of liability,

Banc One 03974

coverage terms, conditions and exclusions shall determine the scope of coverage provided by the OCIP. Construction Manager Contractors agree that the purpose of this section is to provide a general understanding of the coverage provided by the OCIP.

(1)    **Workers' Compensation and Employer's Liability Insurance** will be provided in accordance with applicable State laws.  Limits of Liability and coverage will be as follows:

    (a)    Workers' Compensation, form WC 00 00 00 A – Applicable State Statutory Benefits

    (b)    Employer's Liability

        (i)    $1,000,000 Bodily Injury each Accident

        (ii)    $1,000,000 Bodily Injury by Disease – Policy Limit

        (iii)    $1,000,000 Bodily Injury by Disease – Each Employee

    (c)    Employers Liability Exclusions:

        (i)    liability assumed under a contract;

        (ii)    punitive or exemplary damages;

        (iii)    bodily injury to an employee while knowingly employed in violation of the law;

        (iv)    obligations imposed by a workers compensation, occupational disease or similar law;

        (v)    bodily injury intentionally caused or aggravated by the insured;

        (vi)    bodily injury occurring outside of the United States of America;

        (vii)    any personnel practices, policies acts or omissions;

        (viii)    bodily injury to any person subject to any federal workers or workmen's compensation law or occupational disease law;

        (ix)    bodily injury to any person in work subject to the Federal Employers' Liability Act;

        (x)    bodily injury to a master or member of the crew of any vessel;

        (xi)    fines or penalties imposed for violation of federal or state law;

        (xii)    damages payable under the Migrant and Seasonal Agricultural Worker Protection Act.

(2)    **Commercial General Liability Insurance** will be provided on an "occurrence" form under a master liability policy with the following Limits of Liability, Coverage, and Terms:

    (a)    Limit of Liability:

        $1,000,000 Combined Single Limit any one occurrence and $2,000,000 in the aggregate annually

    (b)    Coverage and Terms:

        (i)    Occurrence Basis, CG 00 01 (10/01 edition date);

        (ii)    Blanket Additional Insured endorsement (excluding completed operations)

        (iii)    Blanket Contractual Liability;

        (iv)    Products and Completed Operations (Two Year Term); with a term aggregate of $2,000,000;

        (v)    Independent Contractor's Liability;

        (vi)    Personal Injury;

        (vii)    Explosion, Collapse, and Underground (X, C, U exclusions deleted), and

        (viii)    Designated Premises Only.

Banc One 03975

(c)    Exclusions:

    (i)    Expected or Intended Injury;
    (ii)    Contractual Liability;
    (iii)    Liquor Liability;
    (iv)    Workers' Compensation and Similar Laws;
    (v)    Employer's Liability;
    (vi)    Aircraft, Auto or Watercraft;
    (vii)    Mobile Equipment;
    (viii)    War;
    (ix)    Damage to Property;
    (x)    Damage To Your Product;
    (xi)    Damage To Your Work;
    (xii)    Damage To Impaired Property Or Property Not Physically Injured;
    (xiii)    Recall of Products, Work Or Impaired Property;
    (xiv)    Employment Related Practices, form CG 21 47 (edition 7/98);
    (xv)    Total Pollution Exclusion With A Hostile Fire Exception, form CG 21 55 (edition 9/99);
    (xvi)    Exclusion- Engineers, Architects Or Surveyors Professional Liability, form CG 22 43 (edition 7/98);
    (xvii)    Exclusion- Contractors- Professional Liability, form CG 22 79 (edition 7/98);
    (xviii)    Total Lead Exclusion, form 58332 (edition 7/93);
    (xix)    Radioactive Matter Exclusion, form 62898 (edition 9/01);
    (xx)    Asbestos Exclusion Endorsement, form 65165 (edition 9/01);
    (xxi)    Exclusion For Continuing Or Progressive "Bodily Injury", "Personal And Advertising Injury" Or "Property Damage", (manuscript form);
    (xxii)    Fungus Exclusion, form 78689 (edition 8/01);
    (xxiii)    Nuclear Energy Liability Exclusion Endorsement (Broad Form), form IL 00 21 (edition 4/98);

Additional Exclusions for Medical Payments:
    (i)    Any Insured;
    (ii)    Hired Person;
    (iii)    Injury On Normally Occupied Premises;
    (iv)    Workers Compensation And Similar Laws;
    (v)    Athletic Activities;
    (vi)    Products-Completed Operations Hazard;

Exclusions for Personal and Advertising Injury Liability:
    (i)    Knowing Violation Of Rights Of Another;
    (ii)    Material Published With Knowledge Of Falsity;
    (iii)    Material Published Prior To Policy Period;
    (iv)    Criminal Acts;
    (v)    Contractual Liability;
    (vi)    Breach Of Contract;
    (vii)    Quality Of Performance Of Goods- Failure To Conform To Statements;
    (viii)    Wrong Description Of Prices
    (ix)    Infringement Of Copyright, Patent, Trademark Or Trade Secret;
    (x)    Insureds In Media And Internet Type Business;
    (xi)    Electronic Chatrooms Or Bulletin Boards;
    (xii)    Unauthorized Use Of Another's Name Or Product;
    (xiii)    Pollution;
    (xiv)    Pollution- Related;

Banc One 03976

Additional Exclusions for Additional Insured- Owner, Lessees Or Contractors- Scheduled Person Or Organization, form CG 20 10 (edition 10/01):

(i) This insurance does not apply to "bodily injury" or "property damage" occurring after:

(1) All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the site of the covered operations has been completed; or

(2) That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

(3)    **Excess Liability Insurance** will be provided under a master liability policy with Limits of Liability, Coverages, and Terms as follows:

    (a)    Limits of Liability:

        (i)    $100,000,000    Any one occurrence and general aggregate annually; and
        (ii)   $100,000,000    Term Aggregate Products and Completed Operations.

    (b)    Coverage and Terms:

        (i)     Excess of General Liability
        (ii)    Excess of Employer's Liability
        (iii)   Excess Completed Operations (Two Year Term)

(4)    **Builder's Risk Insurance**

The Builder's Risk Insurance will provide Cause of Loss, Special (All-Risk) coverage on a replacement cost basis for the entire construction value, including change orders. This insurance will include as additional insureds Construction Manager and all tiers of Contractors in the Work. The policy includes 1) a waiver of subrogation for Construction Manager and all Contractors of every tier, 2) a sublimit of $1,000,000 each claim for off-premises storage of materials and transit to the job-site and 3) a $10,000,000 sublimit for flood and earthquake coverage. In addition to the standard policy exclusions, the policy may contain a terrorism exclusion.

The Builder's Risk will not provide coverage against loss including by theft or disappearance, of any materials (unless the materials are to be incorporated into the Project), tools, or equipment of the Construction Manager or any tier of Contractor, or any other person furnishing labor or materials for the Work.

**All tiers of Contractor shall be responsible for the first $25,000 of each and every loss.**

Any loss insured under Exhibit I, G(4) is to be adjusted with the Owner and made payable to the Owner as fiduciary for the additional insureds, as their interests may appear, subject to the requirements of any applicable mortgagee clause. The Construction Manager shall pay each Contractor a just share of any insurance monies received by the Construction Manager, and Construction Manager shall require each Contractor to make payments to his subcontractors in a similar manner. Construction Manager agrees to reconstruct any portion of the Work lost, destroyed or damaged to the extent that Owner makes the proceeds of the insurance (and additional funds if such proceeds are less than replacement cost) available to Construction Manager.

The Owner will make available upon request for inspection by Construction Manager a certificate of Insurance evidencing builder's risk insurance to be furnished by Owner.

Schedule A - 6

Banc One 03977

**H.**   **OCIP Certificates and Policies**

All OCIP furnished insurance coverage outlined above shall be written by insurance companies approved by the Owner. The Owner, through the Program Administrator, shall provide all Contractor(s) with appropriate certificates of insurance evidencing the coverage outlined above.

**I.**   **Termination/Modification of the OCIP**

The Owner reserves the right to terminate or to modify the OCIP or any portion thereof. To exercise this right, the Owner shall provide thirty (30) days advance written notice of termination or material modification to Construction Manager and all Contractor(s) covered by the OCIP. The Construction Manager and all Contractors shall promptly obtain quotations for appropriate replacement insurance coverage and shall review such quotes with Owner. If such quotations are reasonably acceptable to Owner, then Construction Manager and Contractors shall promptly bind such replacement coverage at Owner's expense (except as noted below in this subparagraph I). If quotations obtained by Construction Manager or any of the Contractors are not reasonably acceptable to Owner, Owner and Construction Manager shall work together to identify appropriate replacement insurance coverage that is reasonably acceptable to the Owner. The actual documented cost of such replacement insurance will be reimbursed by the Owner, except as noted below in this subparagraph I. Written evidence of such insurance shall be provided to the Owner prior to the effective date of the termination or modification of the OCIP. The minimum acceptable coverage and limits of liability are as required in Section C. In addition, Construction Manager's umbrella liability policy limit of liability will be not less than $100,000,000 each occurrence and aggregate.

**J.**   **Construction Manager and Contractors' Responsibilities**

The Construction Manager and Contractors are required to cooperate with the Owner's Representative, Construction Manager, Program Administrator and insurance carriers with regards to the administration and operation of the OCIP. The Construction Manager and Contractors' responsibilities shall include, but not be limited to:

(1)   Complying with applicable construction safety requirements, the OCIP Project Manual and Claims Procedures as outlined in the respective manuals setting forth the administrative procedures required of the Construction Manager and Contractors;

(2)   Providing of necessary contract, operations and insurance information;

(3)   Immediately notifying the Program Administrator of all Contractors upon award of a contract by completing Form-1, Notice of Subcontract Award and Request for Insurance and sending to the Program Administrator;

(4)   Maintaining payroll records and other records as necessary for premium and insurance credit computation;

(5)   Cooperating with the insurance company and the Program Administrator with respect to requests for claims, payroll or other information required under the program;

(6)   Immediately notifying the Program Administrator when any Contractor-Provided Coverage have been canceled, materially changed, or not been renewed; and,

(7)   Timely completion of OCIP Forms:

(a)   Construction Manager will complete a Notice of Subcontract Award and Request for Insurance – Form 1, upon award of each (Contractor) contract;

Banc One 03978

(b)     Construction Manager and eligible Contractors of every tier will complete an Insurance Information Form – Form 2, upon award of a (Contractor) contract;

(c)     Contractor will complete a Notice of Subcontract Award and Request For Insurance – Form 1, upon award of a (Contractor) contract to a second or third tier subcontractor.

(d)     Construction Manager will complete a Notice of Completion – Form 4, upon completion of all work being performed under a Contractor's contract.

(e)     Contractor will complete a Supplemental Insurance Information Form – Form 3, upon execution of any change order in excess of $50,000.

Failure to follow the procedures outlined in the OCIP Project and Claims Procedures Manual or this Exhibit may result in withholding progress payments or contract default.

**K.     Assignment of Return Premiums**

The Owner will be responsible for the payment of all premiums associated solely with the OCIP and Builders' Risk and will be the sole recipient of any dividend(s) and/or return premium(s) generated by either. In consideration of the Owner providing of said coverage the Construction Manager and all eligible Contractor(s) agree to:

(1)     Identify all applicable insurance costs in their contract price, and cooperate with the Program Administrator in the confirmation of the Contractor's insurance cost.

(2)     Irrevocably assigned to and for the benefit of the Owner, all return premiums, premium discounts, dividends, retentions, credits, and any other monies due the Owner in connection with the insurance which herein it agrees to provide, and Construction Manager and eligible Contractors agree to evidence same by signing Form 2. The Construction Manager and all eligible Contractors further agree to require each subcontractor of any tier to execute the assignment on Form 2, for the benefit of the Owner.

**L.     Contractor Provided Coverage**

For any work under this contract, and until completion and final acceptance of the work **all ineligible Contractors as defined in Section B** of this document shall provide certificates of insurance to Construction Manager giving evidence that coverage is in force, as required in Section C. The project site should be shown on the certificate and the Owner, Construction Manager and their directors, officers, representatives, agents and employees shall be endorsed as Additional Insureds on the Commercial General Liability Policy and Automobile Policy.

For any work under this contract, and until completion and final acceptance of the work, Construction Manager and **all Contractors**, at their own expense shall promptly furnish to the Owner certificates of insurance giving evidence that the following coverages are in force:

(1)     **Automobile Liability Insurance**

$1,000,000 combined single limit for bodily injury and property damage insuring all owned, non-owned and hired automobiles.

(2)     **Workers' Compensation and Employer's Liability Insurance (Off-site activities only for Construction Manager and enrolled/eligible Contractors):**

Statutory Limits with Other States Endorsement and minimum Employer's Liability Limits as follows:

Schedule A - 8

Banc One 03979

(a)     $500,000 Bodily Injury each Accident
(b)     $500,000 Bodily Injury by Disease – Policy Limit
(c)     $500,000 Bodily Injury by Disease – Each Employee

(3)     **Commercial General Liability Insurance (Off-site activities only for Construction Manager and enrolled/eligible Contractors):**

(a)     Commercial General Liability with a limit of liability as required in Article V. for bodily injury, property damage and personal injury, including the following coverages. (The limits can be satisfied by a combination of general and umbrella liability policies.)

(i)     Occurrence Basis;
(ii)    Premises Operations;
(iii)   Contractual Liability;
(iv)    Products/Completed Operations;
(v)     Broad Form Property Damage; and
(vi)    Independent Contractors.

(4)     The Owner, Owner's Representative, Construction Manager and their directors, officers, representatives, agents and employees shall be endorsed as Additional Insureds on the Commercial General Liability and Automobile Liability policies as listed in Article U.

(5)     Contractors' Pollution Liability Insurance

(a)     This coverage is required of Construction Manager and all Contractors.

(b)     Limits of Liability of $2,000,000 each claim and aggregate with a deductible no greater then $100,000 each claim.

(c)     The policy will provide coverage for sums that Construction Manager and Contractors become legally obligated to pay as loss as a result of claims for bodily injury, property damage or clean-up costs caused by pollution incident. Pollution incidents will include the discharge, dispersal, release or escape of any solid, liquid, gaseous or thermal irritant or contaminant, including but not limited smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, medical waste, waste materials, lead, hydrocarbons and microbial matter, including fungi, bacterial or viral matter which reproduces through release of spores or the splitting of cells or other means, including but not limited to, mold, mildew and viruses, whether or not such microbial matter is living.

(d)     If the policy maintained by Construction Manager and/or Contractors is a "claims made" form, Construction Manager and/or Contractors will maintain this required coverage for four years after completion of the project.

(6)     Professional Liability Insurance (Errors & Omissions)

(a)     The Construction Manager and all Contractors whose contracts require design services will maintain professional liability insurance providing coverage for claims allegedly arising out of errors, omissions or negligent acts due to their performance, or failure to perform, design, architectural, engineering, land surveying or interior design.

(b)     Limits of liability of not less then $2,000,000 each claim and annual aggregate with a deductible no greater than $100,000.

Schedule A - 9

Banc One 03980

**M.**    **Certificate of Insurance**

All required insurance shall be maintained without interruption from the date of commencement of the work under the agreement until the date of the final payment. The Construction Manager will provide Owner and the Contractors will provide the Construction Manager with a certificate of insurance evidencing compliance with the coverages, limits and conditions required in Section L until the date of final payments.

**N.**    **Notice of Cancellation**

Policies and/or certificates of insurance shall specifically provide a thirty (30) day notice of cancellation, non-renewal or material change to be sent to the Owner and Construction Manager.

**O.**    **Other Insurance**

Any type of insurance or any increase of limits of liability not described above which a Contractor requires for its own protection or on account of any statute shall be its own responsibility and its own expense.

**P.**    **Contractor Participation**

Upon the execution of any subcontract, the Construction Manager will immediately report that subcontract to the Program Administrator for enrollment in the OCIP. The Contractor shall incorporate all the provisions of this agreement in any subcontractor agreement and shall cause its Contractors to cooperate fully with the Owner, Construction Manager, Program Administrator and insurance companies for the project, in the administration of the OCIP. The Contractor agrees to cooperate in the safety and accident prevention program and claim handling procedures as established for the project. In accordance with this paragraph Construction Manager shall not permit any eligible Contractor of any tier to enter the project site prior to notifying the Program Administrator, by completion of Form 1, of the Contractor's enrollment in the Owner Controlled Insurance Program (OCIP); failure to do so may negate the afforded coverage(s).

**Q.**    **Waiver of Subrogation**

The Construction Manager and all Contractors waive all rights of subrogation and recovery against the Owner, Willis, Construction Manager and other Contractor(s) of all tiers to the extent of any loss or damage, which is insured under the OCIP. Notwithstanding the foregoing and not by way of limitation of the same, Contractor waives its rights of subrogation and recovery for damage to any property or equipment against the Owner, Willis, Construction Manager and other Contractor(s) of all tiers. Each Contractor shall require all subcontractor(s) to similarly waive their rights of subrogation and recovery in each of their respective construction contracts with respect to their work.

**R.**    **No Release**

The carrying of the above-described insurance shall in no way be interpreted as relieving the Construction Manager or Contractors of any other responsibility or liability under this agreement or any applicable law, statute, regulation or order.

**S.**    **Approval of Forms and Companies**

All insurance described in this agreement shall be written by an insurance company or companies reasonably satisfactory to the Owner and licensed to do business in Maryland and shall be in a form and content reasonably satisfactory to the Owner. No party subject to the provisions of this agreement shall violate or knowingly permit to be violated any of the provisions of the policies of insurance described herein.

Banc One 03981

T.    **The Project OCIP Project and Claims Procedures Manual**

The Construction Manager and all Contractors shall adhere to and perform all reporting requirements as detailed in the OCIP Insurance Project and Claims Procedures Manual. Failure to follow the procedures outlined in the manual may result in fines being assessed by the appropriate state agencies or commissions or default judgments from a lawsuit against Owner, Construction Manager or the Contractor. The Contractor, shall at it's own expense, be responsible for any fines or judgments arising out of failure to follow these procedures.

U.    **Additional Insureds:**

&    Banc One Building Corporation, its parent and affiliates, directors, officers, representatives, agents and employees
&    Tishman Construction Corporation
&    Tishman Construction Corporation of Maryland
&    Gensler (architect)
&    EYP Mission Critical Facilities, Inc. (engineer)
&    and their directors, officers, representatives, agents and employees

V.    **General Liability/Umbrella Liability Requirements**

The following limits of liability apply based on Contractors' trade classification. The limits required can be satisfied by a combination of general and umbrella liability policies.

### BASE BUILDING/CORE & SHELL

| Trade Classification | Per Occurrence and General Aggregate Combined Single Limit |
|---|---|
| Access Flooring | $ 3,000,000 |
| Acoustical Ceilings | $ 2,000,000 |
| Architectural Woodworking | $ 3,000,000 |
| Balcony Railings | $ 5,000,000 |
| Carpentry, Drywall & Insulation | $10,000,000 |
| Carpeting | $ 2,000,000 |
| Caulking & Sealing | $ 5,000,000 |
| Ceramic Tile | $ 2,000,000 |
| Concrete Work | $10,000,000 |
| Convector Enclosures | $ 3,000,000 |
| Cranes | $25,000,000 |
| Curtain Wall | $10,000,000 |
| Demolition | $20,000,000 |
| Electrical | $10,000,000 |
| Elevator Entrances | $10,000,000 |
| Elevators | $10,000,000 |
| Excavation & Foundation | $10,000,000 |

Schedule A - 11

Banc One 03982

| Trade Classification | Per Occurrence and General Aggregate Combined Single Limit |
|---|---|
| Fireplaces | $ 2,000,000 |
| Food Service Equipment | $ 2,000,000 |
| Glass & Glazing | $10,000,000 |
| Granite Façade | $10,000,000 |
| Hoists | $25,000,000 |
| HVAC | $10,000,000 |
| Landscaping | $ 5,000,000 |
| Lath & Plaster | $ 3,000,000 |
| Lobby Finishes | $ 3,000,000 |
| Lockers | $ 2,000,000 |
| Louvers | $ 3,000,000 |
| Masonry | $10,000,000 |
| Mirrors | $ 3,000,000 |
| Miscellaneous Iron | $10,000,000 |
| Ornamental Metals | $ 5,000,000 |
| Painting & Finishing | $ 2,000,000 |
| Piling | $10,000,000 |
| Plumbing | $10,000,000 |
| Progress Photographs | $ 2,000,000 |
| Refuse Chute (Construction) | $10,000,000 |
| Resilient Flooring | $ 2,000,000 |
| Roll-Up Doors | $ 3,000,000 |
| Roofing, Waterproofing & Sheetmetal | $10,000,000 |
| Rubbish Removal (Construction) | $ 5,000,000 |
| Scaffolds | $20,000,000 |
| Security Guard Service | $ 3,000,000 |
| Shower Doors | $ 3,000,000 |
| Sidewalk Bridges | $20,000,000 |
| Signs & Graphics (Exterior) | $10,000,000 |
| Signs & Graphics (Interior) | $ 5,000,000 |
| Site Improvements | $ 5,000,000 |
| Skylights | $10,000,000 |
| Spray Fireproofing | $10,000,000 |
| Sprinkler System | $10,000,000 |
| Stonework (Granite & Marble) | $10,000,000 |

Schedule A - 12

Banc One 03983

| Trade Classification | Per Occurrence and General Aggregate Combined Single Limit |
|---|---|
| Storefronts | $10,000,000 |
| Structural Steel | $20,000,000 |
| Stucco (Exterior) | $10,000,000 |
| Surveying | $ 2,000,000 |
| Swimming Pools | $ 5,000,000 |
| Tennis Courts | $ 3,000,000 |
| Test Boring | $ 5,000,000 |
| Testing & Inspection | $ 2,000,000 |
| Toilet Partitions | $ 2,000,000 |
| Trash Chute (Compactor) | $ 5,000,000 |
| Trash Compactor | $ 2,000,000 |
| Venetian Blinds | $ 3,000,000 |
| Waterproofing & Dampproofing | $10,000,000 |
| Window Washing Equipment | $10,000,000 |
| Windows | $10,000,000 |
| Wood Flooring | $ 2,000,000 |

## INTERIOR FITOUT/TECHNOLOGIES

| Trade Classification | Per Occurrence and General Aggregate Combined Single Limit |
|---|---|
| Acoustical Ceiling | $ 1,000,000 |
| Aluminum Windows | $ 3,000,000 |
| Balcony Railings | $ 5,000,000 |
| Carpeting | $ 1,000,000 |
| Carpentry, Millwork, etc. | $ 2,000,000 |
| Caulking & Sealing | $ 1,000,000 |
| Ceramic Tile | $ 1,000,000 |
| Concrete Work | $ 3,000,000 |
| Cranes | $25,000,000 |
| Demolition | $ 5,000,000 |
| Drywall | $ 2,000,000 |
| Electrical | $ 3,000,000 |
| Elevators | $ 5,000,000 |
| Façade Cleaning | $ 5,000,000 |

Schedule A - 13

Banc One 03984

| Trade Classification | Per Occurrence and General Aggregate Combined Single Limit |
|---|---|
| General Contractor | $10,000,000 |
| Glass & Glazing | $ 3,000,000 |
| Hoists | $25,000,000 |
| HVAC | $ 3,000,000 |
| Lath & Plaster | $ 2,000,000 |
| Lockers | $ 1,000,000 |
| Masonry/Stone | $ 3,000,000 |
| Metal Toilet Partitions & Accessories | $ 1,000,000 |
| Ornamental Misc. Metals | $ 2,000,000 |
| Painting & Finishing | $ 1,000,000 |
| Plumbing | $ 3,000,000 |
| Resilient Flooring | $ 1,000,000 |
| Roofing & Sheet Metal | $ 3,000,000 |
| Scaffolding | $20,000,000 |
| Signs & Graphics | $ 1,000,000 |
| Sprayed Fireproofing | $ 2,000,000 |
| Sprinkler System | $ 3,000,000 |
| Structural Steel | $ 5,000,000 |
| Waterproofing | $ 1,000,000 |

Banc One 03985

## SCHEDULE 8.01

## GENERAL CONDITIONS ITEMS*

| Code | Description | Original Contract Amount | Prev. Paid | Net Amt. Now Due | Balance to Become Due |
|------|-------------|--------------------------|------------|------------------|-----------------------|
| 1.021 | Project Manager | | | | |
| 1.022 | Project Superintendent (Full Time) | | | | |
| 1.023 | Project Secretary | | | | |
| 1.024 | Mechanical/Electrical Coordinator | | | | |
| 1.030 | Trailer/Mobile Office including Furniture, Utilities & Expenses | | | | |
| 1.031 | Office Supplies | | | | |
| 1.032 | Storage Shed | | | | |
| 1.033 | Telephones | | | | |
| 1.035 | Water | | | | |
| 1.036 | Xerox/Fax | | | | |
| 1.037 | Communications | | | | |
| 1.038 | Travel, Toll, Parking | | | | |
| 1.041 | Computer | | | | |
| 1.403 | Blue Print Reproduction | | | | |
| 1.506 | Temp. Toilets | | | | |
| 1.601 | Tools | | | | |
| 1.602 | Truck | | | | |
| 1.603 | Automobile | | | | |
| 1.606 | Gasoline | | | | |
| 1.680 | Engineering Tools | | | | |
| 1.801 | Freight, Postage, Etc. | | | | |
| 1.901 | Safety & Fire Protection | | | | |
| 1.902 | Site Fences & Barricades | | | | |
| 1.903 | Property Grass Cutting | | | | |
| 1.904 | Site Security | | | | |
| 1.905 | Temporary Lighting & Distribution to the Site | | | | |
| 1.906 | Owner/Architect Field Office (furnished & equipped) | | | | |
| 1.907 | Progress Photographs | | | | |
| 1.908 | Temporary Utilities<br>- Electrical, telephone and water service for construction operations<br>- Electrical, telephone, water and waste plumbing for field office<br>- Heating equipment for cold weather protection | | | | |
| 1.910 | Field office cleaning | | | | |
| 1.911 | Pest & vermin control | | | | |
| 1.912 | Maintain temporary access roads | | | | |
| 1.913 | Dust control | | | | |
| 1.914 | Dewatering | | | | |
| 1.915 | Construction signage and project Identification signage | | | | |
| 1.916 | Pedestrian walkways | | | | |
| 1.917 | Building enclosure for weather protection | | | | |
| 1.918 | Material Hoists | | | | |
| 1.919 | Scaffolding | | | | |
| 1.920 | Scheduling (computer) | | | | |
| | TOTAL GENERAL CONDITIONS ITEMS | $2,754,578.00 | $ | $ | $ |

Schedule 8.01 - 1

Banc One 03986

**Bank One Typical Reimbursable General Conditions (cont'd)**

| Division | Item |
|---|---|
| **Salaries** | |
| | Project Executive |
| | Project Manager |
| | Superintendent |
| | Admin |
| | Admin |
| | APM |
| | Senior Contract Administrator |
| | Assistant Contract Administrator |
| | Admin |
| | Project Accountant |
| | AutoCad Operator |
| | Project Accountant |
| | Incentive |
| | Recruitment Costs |
| | Per Diem for Non-local Staff |
| | |
| **Consultants** | |
| | Scheduling |
| | Expedition |
| | Project Engineer |
| | Project Engineer |
| | PM |
| | Receptionist |
| | |
| **Living Expenses** | |
| | Project Executive |
| | Project Manager |
| | Superintendent |
| | APM |
| | Project Engineer |
| | Furniture Rental |
| | |
| **Equipment** | |
| | Computers |
| | Copy |
| | Phone System |
| | Network Equipment |
| | AutoCad Workstation |
| | Engineering Software |
| | |

Schedule 8.01 - 2

Banc One 03987

| Offices | |
|---|---|
| | Temp Office |
| | Trailer |
| | Trailer Set Up |
| | Temp Toilets |
| | Land Rental for trailer Space |
| | Furniture |
| | Furniture Rental |
| | First Aid Supplies |
| | |
| **Phones** | |
| | Nextel |
| | Phone Temp Office |
| | Phone Trailer |
| | Internet |
| | |
| **Transportation** | |
| | Project Executive Car |
| | PE Train |
| | Project Manager    /mileage |
| | Superintendent    /mileage |
| | APM |
| | Superintendent Utility truck |
| | Project Engineer |
| | |
| | |
| **Misc.** | |
| | Office Supplies |
| | Shipping and Overnight Charges |
| | Entertainment/Meals/Expenses |
| | Reprographic Charges |
| | Contingency |

*The Construction Contractor shall identify any other items that should be included.

Schedule 8.01 - 3

Single Project Construction Services Agreement  3/03/2003

Banc One 03988

SCHEDULE 8.02

APPLICATION FOR PAYMENT AND SWORN STATEMENT
FOR ELECTRICAL TRADE MANAGER AND SUBCONTRACTOR TO OWNER

Project Name: _____

Architect/Engineer: _____
Electrical Trade Manager: _____

Payment Application: _____
Contract No: _____
Project No: _____
Period from/to: ____/____/____ to ____/____/____
Change Orders Included: _____

*Sample Format Only*

| CSI Master Format™ Division | Sub Heading | Owner's Cost Category | Original Contract Amount | Adj. Total Amount | % Work Complete | Total Retained | Prev. Paid | Net Amt. Now Due | Balance to Become Due |
|---|---|---|---|---|---|---|---|---|---|
| 01000 General Conditions | *(Electrical Trade Manager's Name)* See attached Schedule 8.01 | | | | | | | | |
| | Demolition | E01 | | | | | | | |
| | Asbestos Abatement/Mgt. | E02 | | | | | | | |
| | Elevator Operator (OT) | E03 | | | | | | | |
| | Exterior ADA Modifications | C02 | | | | | | | |
| 02000 Sitework | *(Sub-contractor's Name)* | | | | | | | | |
| | Site Construction | C06 | | | | | | | |
| | Paving, Conc. Walks, Curbs, Walkways | C20 | | | | | | | |
| | Landscaping, Planting and Sprinkler Systems | C21 | | | | | | | |
| 03000 Concrete | | C02 | | | | | | | |
| 04000 Masonry | | C02 | | | | | | | |
| 05000 Metals | | C02 | | | | | | | |
| 06000 Wood & Plastics | | | | | | | | | |
| | Millwork | C12 | | | | | | | |
| | Other Wood & Plastics | C02 | | | | | | | |
| 07000 Thermal & Moisture Protection | | | | | | | | | |
| | Thermal and Moisture Protection | C02 | | | | | | | |
| | Roofing | C08 | | | | | | | |
| 08000 | | | | | | | | | |

Schedule 8.02 - 1

Banc One 03989

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Doors & Windows | | | | | | | | |
| | Doors and Windows | C02 | | | | | | |
| | Entrances, Storefronts, Curtainwall | C03 | | | | | | |
| 09000 Finishes | | | | | | | | |
| | Interior Wall and Ceiling Construction | C02 | | | | | | |
| | Painting and Finishes | C02 | | | | | | |
| | Hard Flooring (Ceramic, Terrazzo, Granite, Hardwood) | C11 | | | | | | |
| | Carpet Removal and Disposal | E01 | | | | | | |
| | Floor Prep, Carpet, Vinyl Flooring and Vinyl Base (furnish & install) | F06 | | | | | | |
| 10000 Specialties | | | | | | | | |
| | Raised Flooring | C02 | | | | | | |
| | Signage | C10 | | | | | | |
| | Restroom Fixtures and Accessories | C14 | | | | | | |
| | Storage Shelving, Lockers, Demountable Partitions | F01 | | | | | | |
| | Miscellaneous Specialties | C02 | | | | | | |
| 11000 Equipment | | | | | | | | |
| | A/V Equipment, Sound Masking | F02 | | | | | | |
| | Safety Deposit Boxes, Vault | C15 | | | | | | |
| | Computer Equip. | F03 | | | | | | |
| | Non-Computer Equip. | F02 | | | | | | |
| 12000 Furnishings | | | | | | | | |
| | Furniture Purchase | F01 | | | | | | |
| | Furniture Reconfigure, Teardown or Move | E05 | | | | | | |
| | Interior Plants and Planters, Art | F01 | | | | | | |
| | Drapery and Blinds | F05 | | | | | | |
| 13000 Special Const. | | | | | | | | |

Schedule 8.02 - 2

Single Project Construction Services Agreement  3/03/2003

Banc One 03990

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Special Purpose Rooms and Other Special Const. | C02 | | | | | | | |
| | Security Access and Surveillance | C09 | | | | | | | |
| | Fire Suppression, Detection and Alarm Systems | C17 | | | | | | | |
| | ATM Enclosures | F04 | | | | | | | |
| 14000 Conveying Systems | | C07 | | | | | | | |
| 15000 Mechanical | | C05 | | | | | | | |
| 16000 Electrical | | | | | | | | | |
| | Electrical Power, Distribution and Lighting | C04 | | | | | | | |
| | Telecom. and Data Equipment & Cabling | C16 | | | | | | | |
| | Exterior Site Lighting | C22 | | | | | | | |
| Fee | | C02 | | | | | | | |

Amount of Original Contract: _____

Extras to Contract: _____

Total Contract and Extras: _____

Credits to Contract: _____

Adjusted Total Contract: _____

Work Completed to Date: _____

Total Retained: _____

Net Amount Earned _____

Previously Paid: _____

Net Amount Due this Payment: _____

Single Project Construction Services Agreement  3/03/2003

Banc One 03991

## APPLICATION FOR PAYMENT AND SWORN STATEMENT
## FOR ELECTRICAL TRADE MANAGER AND SUBCONTRACTOR TO OWNER
### (CONTINUED)

The undersigned, _____, being first duly sworn on oath and says

that he is President of _____, contractors for

(Project Title) _____

(Project Address) _____

(Agent) _____

    That for the purposes of this work the foregoing order have been placed and the foregoing parties

subcontracted with and these have furnished materials or have provided labor, or both, for said project.

    That the amount of such order or subcontract is as stated above and that there is due and to become due

them respectively, the amounts set opposite their names for materials or labor or both.

    That this statement is made in compliance with to statutes relating to Mechanics Liens and for the purpose

of procuring from Owner FINAL/PARTIAL payment in accordance with the terms of the contract and is a full, true

and complete statement, of all parties furnishing labor and/or material, and of amounts paid, due and to become due

them.

Subscribed and sworn to before me
this ___ day of _____, ____

Electrical Trade Manager:

_____

By: _____
Name: _____
Title: _____

_____
    Notary Public

Schedule 8.02 - 4

Single Project Construction Services Agreement  3/03/2003

Banc One 03992

SCHEDULE 8.06

CERTIFICATE OF SUBSTANTIAL COMPLETION

Date of Issuance: _____

Project Name: _____    Description: _____
Work Location (s): _____    _____
Architect/Engineer: _____    _____
Electrical Trade Manager's Representative: _____    Phone: _____
Owner's Project Manager: _____    Phone: _____
Electrical Trade Manager Contract No: _____    Date: _____
Original Punch List Date: _____    Previous Revision Date _____

TO: (Owner)

DESIGNATED PORTION OF THE PROJECT SHALL INCLUDE:  [add description of designated portion]

The work comprising the above designated portion of the project performed under the Contract Documents has been reviewed and is hereby found to be substantially complete.  The Date of Substantial Completion of said Work is hereby established as _____.

DEFINITION OF DATE OF SUBSTANTIAL COMPLETION

The Date of Substantial Completion of said Work is the date certified by the Architect/Engineer when construction is sufficiently complete in accordance with the Contract Documents so Owner can occupy and utilize beneficially said work for the use for which it is intended.

PUNCH LIST

A Punch List of items to be completed, corrected or delivered, initially prepared by Electrical Trade Manager and revised by the Architect/Engineer and verified or amended by _____ as appropriate, is attached hereto as Appendix 1.  The failure to include any items on such list does not alter the responsibility of Electrical Trade Manager to complete all work in accordance with the Contract Documents.  The date of the commencement of warranties for said work and for the items on the attached Punch List will be the date Electrical Trade Manager receives final payment under and in accordance with the Contract Documents.

_____    _____    _____
ARCHITECT/ENGINEER         BY:                            DATE:

Electrical Trade Manager will complete or correct the work and deliver all items in accordance with the requirements of said Punch List within _____ (____) days from the Date of Substantial Completion.

_____    _____    _____
ELECTRICAL TRADE MANAGER   BY:                            DATE:

Schedule 8.06 - 1

Single Project Construction Services Agreement 3/03/2003

Banc One 03993

APPENDIX 1
TO
CERTIFICATE OF SUBSTANTIAL COMPLETION

___Original ___ Revised Punch List
Date Revised: _____

Project Name: _____
Work Location (s): _____
Architect/Engineer: _____
Electrical Trade Manager's Representative: _____
Owner's Project Manager: _____
Electrical Trade Manager Contract No: _____
Original Punch List Date: _____

Description: _____
_____
_____
Phone: _____
Phone: _____
Date: _____
Previous Revision Date _____

| No. | Item | Location | Description | Responsibility | Project Completion Date |
|-----|------|----------|-------------|----------------|-------------------------|
|     |      |          |             |                |                         |
|     |      |          |             |                |                         |
|     |      |          |             |                |                         |
|     |      |          |             |                |                         |
|     |      |          |             |                |                         |
|     |      |          |             |                |                         |
|     |      |          |             |                |                         |
|     |      |          |             |                |                         |
|     |      |          |             |                |                         |
|     |      |          |             |                |                         |
|     |      |          |             |                |                         |

Punch List Content Approval                    Date:_____

Owner's Project Manager:        Electrical Trade Manager:        Architect/Engineer:

By: _____        By: _____        By: _____
Name _____        Name: _____        Name: _____

Punch List Completion Approval                 Date: _____

Owner's Project Manager:        Electrical Trade Manager:        Architect/Engineer:

By: _____        By: _____        By: _____
Name _____        Name: _____        Name: _____

Page ____ of ____

Appendix 1 - 1

Single Project Construction Services Agreement  3/03/2003

Banc One 03994

SCHEDULE 10.02

CHANGE ORDER FORM

Date: _____        Change Order No. _____
                                         (Consecutively Numbered)
Contract No.: _____       Project No.: _____
Location (Building/Floor): _____

CONTRACT CHANGE ORDER

Gentlemen:  In accordance with this change we hereby adjust your contract as follows:

Original Contract Amount          $_____
Previous Contract Amount          $_____
Add for this Change               $_____
Deduct for this Change            $_____
Adjusted Contract Amount          $_____

Proceed with this work immediately.

The basis of this adjustment is _____(Describe)_____

(Examples)
Proposed Change Order(s) dated MM/DD/YY (List) with corresponding backup.
Bulletin Number(s) dated MM/DD/YY (List) with corresponding backup.
Construction Field Order(s) dated MM/DD/YY (List) with corresponding backup.

Backup shall include detailed breakdown by Electrical Trade Manager and all sub contractors.
Verify Hourly Rates and Unit Prices per Project Agreement (if established).
Review Change Order Values with Prime Architect/Engineer's Budget estimate for proposed change(s).
If Time & Material Change Order, ALL signed time tickets (signed by designated representatives of the ~~General~~
Electrical Trade Manager and Owner's Project Manager) only will be accepted.

Change Orders may represent change in TIME as well as COST and must be taken into consideration during review
and approval.

(Approvals)

Electrical Trade Manager _____        Authorized/Designated Representative Print Company's
                                                      and Signer's Name below


Owner _____                   Signed By Owner's Project Manager (Authorized Signer
                                                      for Invoices)


Customer _____                   Authorized (User signature level for total of
                                                      ADD/DEDUCT creating the adjustment of this Change
                                                      Order providing that the total is within the Project's
                                                      approved budget.

                                                      If tenant related, Authorized Signature must Owner's
                                                      Records for Client's Cost Center Print Authorized
                                                      Signer's Name and Title Below Line. Add Lines if
                                                      hierarchy of signing authority is required

Schedule 10.02 - 1

Single Project Construction Services Agreement  3/03/2003

Banc One 03995

Schedule 10.02 - 1

Banc One 03996