# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CREEDON CONTROLS, INC., a Delaware corporation,

          Plaintiff,

    v.

BANC ONE BUILDING CORPORATION, an Illinois corporation, and FOREST ELECTRIC CORPORATION, a New York corporation,

          Defendants.

C.A. NO. 05-CV-300-JJF

JURY TRIAL DEMANDED

## DEFENDANT BANC ONE BUILDING CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

## (VOLUME II)

**ASHBY & GEDDES, P.A.**
Philip Trainer, Jr. (I.D. #2788)
Ricardo Palacio (I.D. #3765)
222 Delaware Avenue
17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302)-654-1888

-and-

Of Counsel:

**PAUL, HASTINGS, JANOFSKY & WALKER, LLP**

75 East 55th Street
New York, New York 10022
212-318-6000

Dated:  July 14, 2006

*Attorneys for Defendant Banc One Building Corporation*

171278.1