# EXHIBIT I

Case 1:05-cv-00300-JJF     Document 118-5     Filed 07/14/2006     Page 1 of 4

September 22, 2003

Bank One - CDC I & II
Delaware Data Centers
RFP 6AB - General Lighting and Power - Best and Final Price

# BID FORM

(To be included with your Bid Proposal Letter - signed by an officer of the company)

**Contractor:** Creedon Controls Electrical Contractors        **Date:** 9/29/03

Gentlemen:

In accordance with your Invitation to Bid dated September 22, 2003, we herein submit the following proposals:

**CDC I - Bear:** 3,146,450.00

**CDC II - Brandywine:** 3,152,000.00

In addition to the bid documents listed in the Invitation to Bid, the following Bid Notes and Clarifications are also included:

Bid Notes and Clarifications #0, dated 9/24/03

Bid Notes and Clarifications #1, dated 9/25/03

Bid Notes and Clarifications #2, dated 9/26//03

|  | CDC I | CDC II |
|---|---|---|
| Alternate 1 - Provide Performance and Payment Bond: ADD | 32,550.00 | 32,600.00 |
| Alternate 2 - If none OCIP Plan: ADD | 38,550.00 | 38,000.00 |
| Alternate 3 - Labor Rate increase after Nov. 30, 2003: ADD | 5 % | 5 % |
| Alternate 4 - Unit Price increase after Nov. 30, 2003: ADD | 4 % | 4 % |

| LABOR RATES: | Straight Time | 2nd Shift | Standard OT | Double Time |
|---|---|---|---|---|
| Foreman | 70.97 /HR | 83.27 /HR | 98.65 /HR | 126.32 /HR |
| Journeyman | 64.52 /HR | 75.70 /HR | 89.68 /HR | 114.84 /HR |
| Apprentice | 50.98 /HR | 59.82 /HR | 66.37 /HR | 84.99 /HR |

HIGHLY CONFIDENTIAL                                        Banc One 00723

September 22, 2003

Bank One - CDC I & II
Delaware Data Centers
**RFP 6AB - General Lighting and Power - Best and Final Price**

# BID FORM

(To be included with your Bid Proposal Letter - signed by an officer of the company)

**Contractor:** Creedon Controls Electrical Contractors    Date: 9/29/03

UNIT PRICES: Include all costs required. Labor shall include shift work, overtime and impact of schedule. Unit prices shall be in accordance with project specifications. The same unit prices will be used for added or deleted work.

1. Provide the following EMT, complete with fittings, supports, etc.

| SIZE | Concealed | Exposed |
|---|---|---|
| 3/4" | 4.60 /LF | 4.90 /LF |
| 1" | 5.15 /LF | 5.50 /LF |
| 1-1/4" | 7.00 /LF | 7.50 /LF |
| 1-1/2" | 7.85 /LF | 8.35 /LF |
| 2" | 9.15 /LF | 9.75 /LF |
| 2-1/2" | 11.75 /LF | 12.50 /LF |
| 3" | 14.10 /LF | 15.00 /LF |
| 3-1/2" | 17.20 /LF | 18.25 /LF |
| 4" | 18.65 /LF | 19.80 /LF |

2. Provide the following wires and cables:

| SIZE | THHN solid | THHN std |
|---|---|---|
| #14 | .44 /LF | .45 /LF |
| #12 | .45 /LF | .46 /LF |
| #10 | .58 /LF | .60 /LF |
| #8 |  | .85 /LF |
| #6 |  | 1.02 /LF |
| #4 |  | 1.25 /LF |
| #2 |  | 1.70 /LF |
| #1 |  | 1.90 /LF |
| # 1/0 |  | 2.10 /LF |
| #2/0 |  | 2.35 /LF |
| #3/0 |  | 2.65 /LF |
| #4/0 |  | 3.10 /LF |

HIGHLY CONFIDENTIAL    Banc One 00724

September 22, 2003

Bank One - CDC I & H
Delaware Data Centers
RFP 6AB - General Lighting and Power - Best and Final Price

## BID FORM

(To be included with your Bid Proposal Letter - signed by an officer of the company)

Contractor: Creedon Controls Electrical Contractors          Date: 9/29/03

SPECIAL CREDIT UNIT PRICES: The following labor rates and unit prices shall only be used to credit against allowances which have been included in the base bid.

| LABOR RATES: | Straight Time | 2nd Shift | Standard OT | Double Time |
|---|---|---|---|---|
| Foreman | 67.40 /HR | 69.80 /HR | 95.06 /HR | 122.73 /HR |
| Journeyman | 62.00 /HR | 76.98 /HR | 86.25 /HR | 111.40 /HR |
| Apprentice | 48.40 /HR | 46.66 /HR | 68.25 /HR | 88.15 /HR |

Page 3 of 3

HIGHLY CONFIDENTIAL                                                                 Banc One 00725