# EXHIBIT J

**Forest Electric Corp.**
An EMCOR Company

Forest Electric Corp.
Two Penn Plaza, Floor 4
New York, NY 10121

Phone: 212.318.1500
Fax: 212.318.1793

www.forestelectric.net

October 2, 2003

Tishman Construction
666 Fifth Avenue
New York, NY 10103-0256

Attention:  Tom Keane

RE:  Bank One Data Center
     BRANDYWINE, DE

PHASE:  General Lighting and Power CDC 2 – RFP 6B

TISHMAN
OCT 06 2003
RECEIVED
CDC #2 Brandywine

### Project Award Recommendation

Submitted herewith for your review and concurrence is the award recommendation for the above referenced project phase.

### EVALUATION PROCESS

All responses were first examined to determine whether or not they met all the requirements of the solicitation. Each Bid was evaluated for each evaluation category listed below. Cost was evaluated based on the total overall cost to Tishman / Bank One.

**Evaluation Categories**

1. Vendor Pre-Qualification Process.
2. Conform to Specifications/Scope of Work.
3. Project Staff Resumes.
4. Company Experience.
5. Ability to mobilize rapidly.
5. Ability to achieve schedule milestones
6. Project Scope meetings and Contractor presentations.
7. FEC evaluation of bid proposal documents and pricing based on our own estimate and evaluation.

### SUBMITTED PROPOSALS

Listed below is a synopsis of each response submitted please see attached bid forms:

| Electrical Contractor | Best and Final Pricing | |
|---|---|---|
| Creedon Controls | $3,152,000.00 | R |
| Peter D. Furness Electric | $2,906,000.00 | |
| Diamond Electric | $3,881,570.00 | |

*Datacom Services • Power Solutions • Technology • Facilities Management*

**HIGHLY CONFIDENTIAL**    Banc One 00718

Forest Electric Corp.

## RECOMMENDATION

After a thorough evaluation, I recommend an award be made to **Creedon Controls in the amount of $3,152,000.00.**

**Creedon Controls** provides "Best Value" in support of the needs of Tishman / Bank One.

Issued By:                                            DATE:

*[signature]*                                         10-2-03

Paul Angerame
Vice President
Forest Electric Corp.


Concur:                                               DATE:

In consideration of the foregoing, please indicate your approval of this recommendation by your signature below.



Tom Keane
Tishman Construction

HIGHLY CONFIDENTIAL                                  Banc One 00719