# EXHIBIT P

# CCI Payment Application #1

10/22/2003  09:51    3028922002    CREEDON CONTROLS    PAGE  02

#8

# APPLICATION AND CERTIFICATE FOR PAYMENT    AIA DOCUMENT G702    (Instructions on reverse side)

| | |
|---|---|
| TO (OWNER): Bank One | PROJECT: CDC II - Brandywine General Lighting & Power |
| FROM (CONTRACTOR): Creedon Controls, Inc. | VIA (ARCHITECT): |

CONTRACT FOR: Electrical

APPLICATION NO.: One
PERIOD TO: 10/31/2003
PROJECT NOS.:
CONTRACT DATE:

PAGE 1 OF 4 PAGES

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐
☐

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the contract. Continuation Sheet, AIA Document G703, is attached.

| | | | |
|---|---|---|---|
| 1. ORIGINAL CONTRACT SUM | | $ | 3,152,000.00 |
| 2. Net change by Change Orders | | $ | |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | | $ | 3,152,000.00 |
| 4. TOTAL COMPLETED & STORED TO DATE | | $ | 75,000.00 |
| (Column G on G703) | | | |
| 5. RETAINAGE | | | |
| a. 10% % of Completed Work | $ 7,500.00 | | |
| (Column D + E on G703) | | | |
| b. 10% % of Stored Material | $ | | |
| (Column F on G703) | | | |
| Total Retainage (Line 5a + 5b or | | $ | 7,500.00 |
| Total in Column I on G703) | | | |
| 6. TOTAL EARNED LESS RETAINAGE | | $ | 67,500.00 |
| (Line 4 less Line 5 Total) | | | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT | | $ | |
| (Line 6 from prior Certificate) | | | |
| 8. CURRENT PAYMENT DUE | | $ | 67,500.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | | $ | |
| (Line 4 less Line 6) | | | 3,084,500.00 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Creedon Controls, Inc.
3424 Old Capital Trail
Wilmington, DE 19808

By: _____ Date: 10/20/2003

State of: _____
County of: New Castle
Subscribed and sworn to before me this _____ day of _____
Notary Public: _____
My Commission expires: 04/20/05

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ............... $ _____
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:
By: _____ Date: _____
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

AIA DOCUMENT G702 • APPLICATION AND CERTIFICATION FOR PAYMENT • 1992 EDITION • AIA • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON DC, 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.    G702-1992

FE 004134

10/22/2003  09:51    3028922882          CREEDON CONTROLS                PAGE  03

# CONTINUATION SHEET

AIA Document G703, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703    (Instructions on reverse side)

APPLICATION NO:
APPLICATION DATE: 10/31/2003   One
PERIOD TO: 10/20/2003
ARCHITECTS PROJECT NO:

PAGE   2   OF   4   PAGES

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D FROM PREVIOUS APPLICATION (D + E) | E THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | H BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE) 10% |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Mobilization | $50,000.00 | | $40,000.00 | | $40,000.00 | 80% | $10,000.00 | $4,000.00 |
| 2 | Design/Engineering | $75,000.00 | | | | | | $75,000.00 | |
| 3 | Area "A" | | | | | | | | |
| 4 | Fixtures | $100,000.00 | | | | | | $100,000.00 | |
| 5 | Fixture Supports | $175,000.00 | | | | | | $175,000.00 | |
| 6 | Lighting Conduit | $115,000.00 | | | | | | $115,000.00 | |
| 7 | Lighting Wire | $35,000.00 | | $7,500.00 | | $7,500.00 | 4% | $187,500.00 | $750.00 |
| 8 | Lighting Devices | $45,000.00 | | $10,000.00 | | $10,000.00 | 29% | $25,000.00 | $1,000.00 |
| 9 | Gear/Panels | $2,500.00 | | | | | | $45,000.00 | |
| 10 | Tele/Data Rough-In | $63,000.00 | | | | | | $2,500.00 | |
| 11 | Power Conduit | $5,000.00 | | | | | | $63,000.00 | |
| 12 | Power Wire | $62,500.00 | | | | | | $5,000.00 | |
| 13 | Power Devices | $35,000.00 | | | | | | $62,500.00 | |
| 14 | Area "B" | $5,000.00 | | | | | | $35,000.00 | |
| 15 | Fixtures | $175,000.00 | | | | | | $5,000.00 | |
| 16 | Fixture Supports | $115,000.00 | | | | | | $175,000.00 | |
| 17 | Lighting Conduit | $35,000.00 | | | | | | $115,000.00 | |
| 18 | Lighting Wire | $32,500.00 | | | | | | $35,000.00 | |
| 19 | Lighting Devices | $2,000.00 | | | | | | $32,500.00 | |
| 20 | Gear/Panels | $70,000.00 | | | | | | $2,000.00 | |
| 21 | Tele/Data Rough-In | $5,000.00 | | | | | | $70,000.00 | |
| 22 | Power Conduit | $90,000.00 | | | | | | $5,000.00 | |
| 23 | Power Wire | $35,000.00 | | | | | | $90,000.00 | |
| 24 | Power Devices | $5,000.00 | | | | | | $35,000.00 | |
| | | | | | | | | $5,000.00 | |

AIA DOCUMENT G703 * CONTINUATION SHEET FOR G702 * 1992 EDITION * AIA * ©1992 * THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON DC, 20006-5292 * WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

G703-1992

FE 004135

10/22/2003  09:51   3020922002          CREEDON CONTROLS              PAGE  04

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In Tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

*AIA DOCUMENT G703*  (Instructions on reverse side)

APPLICATION NO.: One
APPLICATION DATE: 10/13/2003
PERIOD TO: 10/20/2003
ARCHITECT'S PROJECT NO.:

PAGE  3  OF  4  PAGES

| A | B | C | D | E | F | G | | H | |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE) 10.0% |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 25 | Area "C" | | | | | | | | |
| 26 | Fixtures | $190,000.00 | | | | | | $190,000.00 | |
| 27 | Fixture Supports | $175,000.00 | | $7,500.00 | | $7,500.00 | 4% | $167,500.00 | $750.00 |
| 28 | Lighting Conduit | $35,000.00 | | $10,000.00 | | $10,000.00 | 29% | $25,000.00 | $1,000.00 |
| 29 | Lighting Wire | $45,000.00 | | | | | | $45,000.00 | |
| 30 | Lighting Devices | $2,500.00 | | | | | | $2,500.00 | |
| 31 | Gear/Panels | $63,000.00 | | | | | | $63,000.00 | |
| 32 | Tele/Data Rough-in | $5,000.00 | | | | | | $5,000.00 | |
| 33 | Power Conduit | $82,500.00 | | | | | | $82,500.00 | |
| 34 | Power Wire | $35,000.00 | | | | | | $35,000.00 | |
| 35 | Power Devices | $5,000.00 | | | | | | $5,000.00 | |
| 35 | Area "D" | | | | | | | | |
| 37 | Fixtures | $213,000.00 | | | | | | $213,000.00 | |
| 38 | Fixture Supports | $105,000.00 | | | | | | $105,000.00 | |
| 39 | Lighting Conduit | $100,700.00 | | | | | | $100,700.00 | |
| 40 | Lighting Wire | $62,000.00 | | | | | | $62,000.00 | |
| 41 | Lighting Devices | $5,000.00 | | | | | | $5,000.00 | |
| 42 | Gear/Panels | $143,000.00 | | | | | | $143,000.00 | |
| 43 | Tele/Data Rough-in | $5,000.00 | | | | | | $5,000.00 | |
| 44 | Power Conduit | $117,500.00 | | | | | | $117,500.00 | |
| 45 | Power Wire | $82,500.00 | | | | | | $82,500.00 | |
| 46 | Power Devices | $5,000.00 | | | | | | $5,000.00 | |
| 47 | Area "E" | | | | | | | | |
| 48 | Fixtures | $75,000.00 | | | | | | $75,000.00 | |

AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK
AVENUE, N.W., WASHINGTON D.C., 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G703-1992

CAUTION : You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

FE 004136

# CONTINUATION SHEET

AIA Document G703, APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In Tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

**AIA DOCUMENT G703**  (instructions on reverse side)

APPLICATION NO.: One
APPLICATION DATE: 10/31/2003
PERIOD TO: 10/20/2003
ARCHITECT'S PROJECT NO.:

PAGE 4 OF 4 PAGES

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D PREVIOUS APPLICATION (D + E) | E THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | H BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE) |
|---|---|---|---|---|---|---|---|---|---|
| 49 | Fixture Supports | $5,000.00 | | | | | | $5,000.00 | |
| 50 | Lighting Conduit | $13,000.00 | | | | | | $13,000.00 | |
| 51 | Lighting Wire | $7,500.00 | | | | | | $7,500.00 | |
| 52 | Lighting Devices | $5,000.00 | | | | | | $5,000.00 | |
| 53 | Gear/Panel | $35,000.00 | | | | | | $35,000.00 | |
| 54 | Tele/Data Rough-In | $2,500.00 | | | | | | $2,500.00 | |
| 55 | Power Conduit | $19,000.00 | | | | | | $19,000.00 | |
| 56 | Power Wire | $25,000.00 | | | | | | $25,000.00 | |
| 57 | Power Devices | $5,000.00 | | | | | | $5,000.00 | |
| 58 | Allowances | | | | | | | | |
| 59 | 700 ST Hours @ $60/Hr | $42,000.00 | | | | | | $42,000.00 | |
| 60 | 300 OT Hours @ 90/Hr | $27,000.00 | | | | | | $27,000.00 | |
| 61 | Material | $10,000.00 | | | | | | $10,000.00 | |
| 62 | 5% Allowance | $128,800.00 | | | | | | $128,800.00 | |
| | | $3,152,000.00 | | $75,000.00 | | $75,000.00 | 2% | $3,077,000.00 | $7,500.00 |

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON DC, 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G703-1992

FE 004137

# CCI Payment Application #2

# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702   (Instructions on reverse side)   PAGE 1 OF 4 PAGES

TO (OWNER): Bank One

PROJECT: CDC @andywine
General Lighting & Power

APPLICATION NO: Two

PERIOD TO: 11/30/2003

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐
☐

FROM (CONTRACTOR): Creadon Controls, Inc.

VIA (ARCHITECT):

PROJECT NOS:

CONTRACT FOR:   Electrical

CONTRACT DATE:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM . . . . . . . . . . . $   3,184,600.00

2. Net change by Change Orders . . . . . . . . . $

3. CONTRACT SUM TO DATE (Line 1 ± 2) . . . . . $   3,184,600.00

4. TOTAL COMPLETED & STORED TO DATE . . . . . $   507,470.00
   (Column G on G703)

5. RETAINAGE

   a. 10.0% % of Completed Work
      (Columns D + E on G703)   $   50,747.00

   b. 10.0% % of Stored Material
      (Column F on G703)   $

   Total Retainage (Line 5a + 5b or
   Total in Column I on G703) . . . . . $   50,747.00

6. TOTAL EARNED LESS RETAINAGE . . . . . . . . $   456,723.00
   (Line 4 less Line 5 Total)

7. LESS PREVIOUS CERTIFICATES FOR PAYMENT
   (Line 6 from prior Certificate) . . . . . . $   67,500.00

8. CURRENT PAYMENT DUE . . . . . . . . . . . . $   389,223.00

9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6)   $   2,727,877.00

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:   Creadon Controls, Inc.
5424 Old Capital Trail
Wilmington, DE 19808

By: [signature]   Date:   11/17/03

State of:   Delaware
County of:   New Castle

Subscribed and sworn to before me this   17th   day of   Nov 2003

Notary Public:   [signature]

My Commission expires:   05/30/05

[stamp:]
LORI M. WHITLOCK
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXPIRES MAY 30, 2005

## ARCHITECT'S CERTIFICATE FOR PAYMENT

AMOUNT CERTIFIED . . . . . . . . . . . . $

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:

By:   Date:

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

AIA DOCUMENT G702 * APPLICATION AND CERTIFICATION FOR PAYMENT * 1992 EDITION * AIA * ©1992 * THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON DC, 20006-5292 * WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G702-1992

FE 004138

# CONTINUATION SHEET

ALA DOCUMENT G703

*ALA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT,*
*containing Contractor's signed Certification, is attached.*
*In Tabulations below, amounts are stated to the nearest dollar.*
*Use Column I on Contracts where variable retainage for line items may apply.*

APPLICATION NO: Two
APPLICATION DATE: 11/17/2003
PERIOD TO: 11/30/2003
ARCHITECT'S PROJECT NO:

PAGE 2 OF PAGES

| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D+E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C-G) | RETAINAGE (IF VARIABLE) 10.0% |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Mobilization | $50,000.00 | $40,000.00 | $10,000.00 | | $50,000.00 | 100% | | $5,000.00 |
| 2 | Design/Engineering | $75,000.00 | | $48,750.00 | | $48,750.00 | 65% | $26,250.00 | $4,875.00 |
| 3 | Area "A" | | | | | | | | |
| 4 | Fixtures | $190,000.00 | | $15,200.00 | | $15,200.00 | 8% | $174,800.00 | $1,520.00 |
| 5 | Fixture Supports | $175,000.00 | $7,500.00 | $143,000.00 | | $150,500.00 | 86% | $24,500.00 | $15,050.00 |
| 6 | Lighting Conduit | $35,000.00 | $10,000.00 | $16,250.00 | | $26,250.00 | 75% | $8,750.00 | $2,625.00 |
| 7 | Lighting Wire | $45,000.00 | | $11,250.00 | | $11,250.00 | 25% | $33,750.00 | $1,125.00 |
| 8 | Lighting Devices | $2,500.00 | | | | | | $2,500.00 | |
| 9 | Gear/Panels | $63,000.00 | | | | | | $63,000.00 | |
| 10 | Tele/Data Rough-in | $5,000.00 | | $4,750.00 | | $4,750.00 | 95% | $250.00 | $475.00 |
| 11 | Power Conduit | $62,500.00 | | $50,000.00 | | $50,000.00 | 80% | $12,500.00 | $5,000.00 |
| 12 | Power Wire | $35,000.00 | | $8,750.00 | | $8,750.00 | 25% | $26,250.00 | $875.00 |
| 13 | Power Devices | $5,000.00 | | | | | | $5,000.00 | |
| 14 | Area "B" | | | | | | | | |
| 15 | Fixtures | $175,000.00 | | | | | | $175,000.00 | |
| 16 | Fixture Supports | $115,000.00 | | | | | | $115,000.00 | |
| 17 | Lighting Conduit | $35,000.00 | | | | | | $35,000.00 | |
| 18 | Lighting Wire | $32,500.00 | | | | | | $32,500.00 | |
| 19 | Lighting Devices | $2,000.00 | | | | | | $2,000.00 | |
| 20 | Gear/Panels | $70,000.00 | | | | | | $70,000.00 | |
| 21 | Tele/Data Rough-in | $5,000.00 | | | | | | $5,000.00 | |
| 22 | Power Conduit | $90,000.00 | | | | | | $90,000.00 | |
| 23 | Power Wire | $35,000.00 | | | | | | $35,000.00 | |
| 24 | Power Devices | $5,000.00 | | | | | | $5,000.00 | |

CAUTION : You should use an original ALA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

ALA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • ALA • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON DC., 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G703-1992

ALA DOCUMENT G703  (Instructions on reverse side)

FE 004139

# CONTINUATION SHEET

AIA Document G703, APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In Tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703 (Instructions on reverse side)

APPLICATION NO: TWO
APPLICATION DATE: 11/17/2003
PERIOD TO: 11/30/2003
ARCHITECT'S PROJECT NO:

PAGE 3 OF PAGES

| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED — FROM PREVIOUS APPLICATION (D+E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C-G) | RETAINAGE (IF VARIABLE) 10.0% |
|---|---|---|---|---|---|---|---|---|---|
| 25 | Area "C" | | | | | | | | |
| 26 | Fixtures | $190,000.00 | | $11,400.00 | | $11,400.00 | 6% | $178,600.00 | $1,140.00 |
| 27 | Fixture Supports | $175,000.00 | $7,500.00 | $18,750.00 | | $26,250.00 | 15% | $148,750.00 | $2,625.00 |
| 28 | Lighting Conduit | $35,000.00 | $10,000.00 | ($0.00) | | $10,000.00 | 29% | $25,000.00 | $1,000.00 |
| 29 | Lighting Wire | $45,000.00 | | $2,250.00 | | $2,250.00 | 5% | $42,750.00 | $225.00 |
| 30 | Lighting Devices | $2,500.00 | | | | | | $2,500.00 | |
| 31 | Gear/Panels | $63,000.00 | | | | | | $63,000.00 | |
| 32 | Tele/Data Rough-In | $5,000.00 | | $500.00 | | $500.00 | 10% | $4,500.00 | $50.00 |
| 33 | Power Conduit | $62,500.00 | | $6,250.00 | | $6,250.00 | 10% | $56,250.00 | $625.00 |
| 34 | Power Wire | $35,000.00 | | $1,750.00 | | $1,750.00 | 5% | $33,250.00 | $175.00 |
| 35 | Power Devices | $5,000.00 | | | | | | $5,000.00 | |
| 36 | Area "D" | | | | | | | | |
| 37 | Fixtures | $213,000.00 | | | | | | $213,000.00 | |
| 38 | Fixture Supports | $105,000.00 | | | | | | $105,000.00 | |
| 39 | Lighting Conduit | $100,700.00 | | $10,070.00 | | $10,070.00 | 10% | $90,630.00 | $1,007.00 |
| 40 | Lighting Wire | $52,000.00 | | $5,200.00 | | $5,200.00 | 10% | $46,800.00 | $520.00 |
| 41 | Lighting Devices | $5,000.00 | | | | | | $5,000.00 | |
| 42 | Gear/Panels | $143,000.00 | | $35,750.00 | | $35,750.00 | 25% | $107,250.00 | $3,575.00 |
| 43 | Tele/Data Rough-In | $5,000.00 | | | | | | $5,000.00 | |
| 44 | Power Conduit | $117,500.00 | | | | | | $117,500.00 | |
| 45 | Power Wire | $82,500.00 | | | | | | $82,500.00 | |
| 46 | Power Devices | $5,000.00 | | | | | | $5,000.00 | |
| 47 | Area "E" | | | | | | | | |
| 48 | Fixtures | $75,000.00 | | | | | | $75,000.00 | |

AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON DC., 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G703-1992

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

FE 004140

# CONTINUATION SHEET

AIA DOCUMENT G703 (Instructions on reverse side)

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In Tabulation below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO:
APPLICATION DATE: 11/17/2003
PERIOD TO: 11/30/2003
ARCHITECTS PROJECT NO:

PAGE 4 OF Two PAGES

| A | B | C | D | E | F | G | | H | |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | (G ÷ C) % | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 49 | Fixture Supports | $5,000.00 | | | | | | $5,000.00 | |
| 50 | Lighting Conduit | $13,000.00 | | | | | | $13,000.00 | |
| 51 | Lighting Wire | $7,500.00 | | | | | | $7,500.00 | |
| 52 | Lighting Devices | $5,000.00 | | | | | | $5,000.00 | |
| 53 | Gear/Panel | $35,000.00 | | | | | | $35,000.00 | |
| 54 | Tele/Data Rough-in | $2,500.00 | | | | | | $2,500.00 | |
| 55 | Power Conduit | $19,000.00 | | | | | | $19,000.00 | |
| 56 | Power Wire | $25,000.00 | | | | | | $25,000.00 | |
| 57 | Power Devices | $5,000.00 | | | | | | $5,000.00 | |
| 58 | 700 ST Hours @ $60/Hr | $42,000.00 | | | | | | $42,000.00 | |
| 59 | 300 OT Hours @ $90/Hr | $27,000.00 | | | | | | $27,000.00 | |
| 60 | Unspecified Scope & Testing | $10,000.00 | | | | | | $10,000.00 | |
| 61 | Contingency | $126,800.00 | | | | | | $126,800.00 | |
| 62 | Bonding | $32,600.00 | | $32,600.00 | | $32,600.00 | 100% | | $3,260.00 |
| | | $3,184,600.00 | $75,000.00 | $432,470.00 | | $507,470.00 | 16% | $2,677,130.00 | $50,747.00 |

CAUTION : You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK
AVENUE, N.W., WASHINGTON D.C. 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.
G703-1992

FE 004141

# CCI Payment Application #3

# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702    (Instructions on reverse side)    PAGE 1 OF 4 P.

TO (OWNER): Bank One

PROJECT: CDC III

APPLICATION NO.: Three

Distribution:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR

FROM (CONTRACTOR): Creedon Controls, Inc.

VIA (ARCHITECT):

PERIOD TO: 12/31/2003

PROJECT NOS.:

CONTRACT FOR: Electrical

CONTRACT DATE:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the contract.
Continuation Sheet, AIA Document G703, is attached.

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

1. ORIGINAL CONTRACT SUM ............................ $ 3,184,600.00
2. Net change by Change Orders ........................ $ -32,600.00
3. CONTRACT SUM TO DATE (Line 1 + 2) .................. $ 3,152,000.00
4. TOTAL COMPLETED & STORED TO DATE ................... $ 879,240.00
   (Column G on G703)
5. RETAINAGE
   a. 10.0% % of Completed Work $ 87,924.00
      (Column D + E on G703)
   b. 10.0% % of Stored Material $
      (Column F on G703)
   Total Retainage (Line 5a + 5b or
   Total in Column I on G703) .......................... $ 87,924.00
6. TOTAL EARNED LESS RETAINAGE ........................ $ 791,316.00
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT ............. $ 456,723.00
   (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE ................................ $ 334,593.00
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6) $ 2,360,684.00

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

CONTRACTOR: Creedon Controls, Inc.
3424 Old Capital Trail
Wilmington, DE 19808

By: _____ Date: 12/17/03

State of: Delaware    County of: New Castle

Subscribed and sworn to before me this 17th day of Dec 2003

Notary Public: _____

My Commission expires: 05/30/05

LORI M. WHITLOCK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 30, 2005

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ........................... $
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:
By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 • APPLICATION AND CERTIFICATION FOR PAYMENT • 1992 EDITION • AIA • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON DC, 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.    G702-1992

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

FE 0041142

# CONTINUATION SHEET

AIA DOCUMENT G702, APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In Tabulation below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703    (Instructions on reverse side)

APPLICATION NO: Three
APPLICATION DATE: 12/17/2003
PERIOD TO: 12/31/2003
ARCHITECTS PROJECT NO:

PAGE 2 OF PAGES

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | WORK COMPLETED — FROM PREVIOUS APPLICATION (D+E) | WORK COMPLETED — THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | H BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE) 10.0% |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Mobilization | $50,000.00 | $50,000.00 | | | $50,000.00 | 100% | | $5,000.00 |
| 2 | Design/Engineering | $75,000.00 | $48,750.00 | | | $48,750.00 | 65% | $26,250.00 | $4,875.00 |
| 3 | Area "A" | | | | | | | | |
| 4 | Fixtures | $190,000.00 | $15,200.00 | | | $15,200.00 | 8% | $174,800.00 | $1,520.00 |
| 5 | Fixture Supports | $175,000.00 | $150,500.00 | $15,750.00 | | $166,250.00 | 95% | $8,750.00 | $16,625.00 |
| 6 | Lighting Conduit | $35,000.00 | $31,500.00 | | | $31,500.00 | 90% | $3,500.00 | $3,150.00 |
| 7 | Lighting Wire | $45,000.00 | $11,250.00 | $29,250.00 | | $40,500.00 | 90% | $4,500.00 | $4,050.00 |
| 8 | Lighting Devices | $2,500.00 | | | | | | $2,500.00 | |
| 9 | Gear/Panels | $63,000.00 | | | | | | $63,000.00 | |
| 10 | Tele/Data Rough-in | $5,000.00 | $4,750.00 | | | $4,750.00 | 95% | $250.00 | $475.00 |
| 11 | Power Conduit | $62,500.00 | $50,000.00 | $6,250.00 | | $56,250.00 | 90% | $6,250.00 | $5,625.00 |
| 12 | Power Wire | $35,000.00 | $8,750.00 | $22,750.00 | | $31,500.00 | 90% | $3,500.00 | $3,150.00 |
| 13 | Power Devices | $5,000.00 | | | | | | $5,000.00 | |
| 14 | Area "B" | | | | | | | | |
| 15 | Fixtures | $175,000.00 | | | | | | $175,000.00 | |
| 16 | Fixture Supports | $115,000.00 | | $23,000.00 | | $23,000.00 | 20% | $92,000.00 | $2,300.00 |
| 17 | Lighting Conduit | $35,000.00 | | $21,000.00 | | $21,000.00 | 60% | $14,000.00 | $2,100.00 |
| 18 | Lighting Wire | $32,500.00 | | | | | | $32,500.00 | |
| 19 | Lighting Devices | $2,000.00 | | | | | | $2,000.00 | |
| 20 | Gear/Panels | $70,000.00 | | | | | | $70,000.00 | |
| 21 | Tele/Data Rough-in | $5,000.00 | | $1,000.00 | | $1,000.00 | 20% | $4,000.00 | $100.00 |
| 22 | Power Conduit | $90,000.00 | | $54,000.00 | | $54,000.00 | 60% | $36,000.00 | $5,400.00 |
| 23 | Power Wire | $35,000.00 | | | | | | $35,000.00 | |
| 24 | Power Devices | $5,000.00 | | | | | | $5,000.00 | |

CAUTION : You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON DC, 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G703-1992

FE 004143

# CONTINUATION SHEET

AIA DOCUMENT™ 703    (Instructions on reverse side)

AIA Document G703, APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In Tabulations below, amounts are stated to the nearest dollar.
Use Column 1 on Contracts where variable retainage for line items may apply.

APPLICATION NO:
APPLICATION DATE: 12/17/2003
PERIOD TO: 12/31/2003
ARCHITECT'S PROJECT NO:

PAGE 3 OF ... PAGES    (Three / 3)

| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C-G) | RETAINAGE (IF VARIABLE) 10.0% |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | FROM PREVIOUS APPLICATION (D+E) | THIS PERIOD | | | | | |
| 25 | Area "C" | | | | | | | | |
| 26 | Fixtures | $190,000.00 | $11,400.00 | $3,800.00 | | $15,200.00 | 8% | $174,800.00 | $1,520.00 |
| 27 | Fixture Supports | $175,000.00 | $26,250.00 | $113,750.00 | | $140,000.00 | 80% | $35,000.00 | $14,000.00 |
| 28 | Lighting Conduit | $35,000.00 | $10,000.00 | $18,000.00 | | $28,000.00 | 80% | $7,000.00 | $2,800.00 |
| 29 | Lighting Wire | $45,000.00 | $2,250.00 | $4,500.00 | | $6,750.00 | 15% | $38,250.00 | $675.00 |
| 30 | Lighting Devices | $2,500.00 | | | | | | $2,500.00 | |
| 31 | Gear/Panels | $63,000.00 | | | | | | $63,000.00 | |
| 32 | Tele/Data Rough-In | $5,000.00 | $500.00 | $4,250.00 | | $4,750.00 | 95% | $250.00 | $475.00 |
| 33 | Power Conduit | $62,500.00 | $6,250.00 | $43,750.00 | | $50,000.00 | 80% | $12,500.00 | $5,000.00 |
| 34 | Power Wire | $35,000.00 | $1,750.00 | $3,500.00 | | $5,250.00 | 15% | $29,750.00 | $525.00 |
| 35 | Power Devices | $5,000.00 | | | | | | $5,000.00 | |
| 36 | Area "D" | | | | | | | | |
| 37 | Fixtures | $213,000.00 | | | | | | $213,000.00 | |
| 38 | Fixture Supports | $105,000.00 | | | | | | $105,000.00 | |
| 39 | Lighting Conduit | $100,700.00 | $10,070.00 | $10,070.00 | | $20,140.00 | 20% | $80,560.00 | $2,014.00 |
| 40 | Lighting Wire | $52,000.00 | $5,200.00 | | | $5,200.00 | 10% | $46,800.00 | $520.00 |
| 41 | Lighting Devices | $5,000.00 | | | | | | $5,000.00 | |
| 42 | Gear/Panels | $143,000.00 | | $35,750.00 | | $35,750.00 | 25% | $107,250.00 | $3,575.00 |
| 43 | Tele/Data Rough-In | $5,000.00 | | $1,000.00 | | $1,000.00 | 20% | $4,000.00 | $100.00 |
| 44 | Power Conduit | $117,500.00 | | $23,500.00 | | $23,500.00 | 20% | $94,000.00 | $2,350.00 |
| 45 | Power Wire | $82,500.00 | | | | | | $82,500.00 | |
| 46 | Power Devices | $5,000.00 | | | | | | $5,000.00 | |
| 47 | Area "E" | | | | | | | | |
| 48 | Fixtures | $75,000.00 | | | | | | $75,000.00 | |

AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON DC, 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G703-1992

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

# CONTINUATION SHEET

AIA DOCUMENT G703

(Instructions on reverse side)

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In Tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: Three
APPLICATION DATE: 12/17/2003
PERIOD TO: 12/31/2003
ARCHITECTS PROJECT NO:

PAGE 4 OF PAGES

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | H BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE) 10.0% |
|---|---|---|---|---|---|---|---|---|---|
| 49 | Fixture Supports | $5,000.00 | | | | | | $5,000.00 | |
| 50 | Lighting Conduit | $13,000.00 | | | | | | $13,000.00 | |
| 51 | Lighting Wire | $7,500.00 | | | | | | $7,500.00 | |
| 52 | Lighting Devices | $5,000.00 | | | | | | $5,000.00 | |
| 53 | Gear/Panel | $35,000.00 | | | | | | $35,000.00 | |
| 54 | Tele/Data Rough-in | $2,500.00 | | | | | | $2,500.00 | |
| 55 | Power Conduit | $19,000.00 | | | | | | $19,000.00 | |
| 56 | Power Wire | $25,000.00 | | | | | | $25,000.00 | |
| 57 | Power Devices | $5,000.00 | | | | | | $5,000.00 | |
| 58 | 700 ST Hours @ $60/Hr | $42,000.00 | | | | | | $42,000.00 | |
| 59 | 300 OT Hours @ 90/Hr | $27,000.00 | | | | | | $27,000.00 | |
| 60 | Unspecified Scope & Testing | $10,000.00 | | | | | | $10,000.00 | |
| 61 | Contingency | $125,800.00 | | | | | | $126,800.00 | $3,260.00 |
| 62 | Bonding | $32,600.00 | $32,600.00 | | | $32,600.00 | 100% | | |
| 63 | Bonding | ($32,600.00) | | ($32,600.00) | | ($32,600.00) | 100% | | -$3,260.00 |
| | | $3,152,000.00 | $507,470.00 | $371,770.00 | | $879,240.00 | 28% | $2,272,760.00 | $87,924.00 |

CAUTIO : You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK
AVENUE, N.W., WASHINGTON DC. 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G703-1992

FE 004145

# CCI Payment Application #4

# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702          PAGE 1 OF 4 PA...

Distribute:
OWNER ☐
ARCHITECT ☐
CONTRACTOR ☐

TO (OWNER): Bank One

PROJECT: CDC II
General Lighting & Power
andywine

APPLICATION NO: Four

PERIOD TO: 1/31/2004

FROM (CONTRACTOR): Creedon Controls, Inc.

VIA (ARCHITECT):

PROJECT NOS:

CONTRACT FOR: Electrical

CONTRACT DATE:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the contract Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM . . . . . . . . . . . $ 3,184,600.00
2. Net change by Change Orders . . . . . . . . . $ 21,643.91
3. CONTRACT SUM TO DATE (Line 1 + 2) . . . . . $ 3,206,243.91
4. TOTAL COMPLETED & STORED TO DATE . . . . . $ 1,341,453.81
   (Column G on G703)
5. RETAINAGE
   a. 10.0%, % of Completed Work $ 134,145.39
      (Column D + E on G703)
   b. 10.0%, % of Stored Material $
      (Column F on G703)
   Total Retainage (Line 5a + 5b or
   Total in Column I on G703) . . . . . . . . . $ 134,145.39
6. TOTAL EARNED LESS RETAINAGE . . . . . . . $ 1,207,308.52
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT
   (Line 6 from prior Certificate) . . . . . . . . $ 791,316.00
8. CURRENT PAYMENT DUE . . . . . . . . . . . $ 415,992.52
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6) . . . . . . . . . . . . . . $ 1,998,935.39

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Creedon Controls, Inc.
3424 Old Capital Trail
Wilmington, DE 19808

By: _____ Date: 01/19/04

State of: Delaware
County of: New Castle
Subscribed and sworn to before me this ___ day of ___
Notary Public: _____
My Commission expires: 05/20/05

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . . . . . $ _____
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this application and on the Continuation Sheet that are changed to conform to the amount certified.)
ARCHITECT:
By: _____ Date: _____
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 * APPLICATION AND CERTIFICATION FOR PAYMENT * 1992 EDITION * AIA * ©1992 * THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON DC, 20006-5292 * WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G702-1992

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

FE 004146

# CONTINUATION SHEET

AIA DOCUMENT G703

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In Tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: Four
APPLICATION DATE: 1/19/2004
PERIOD TO: 1/31/2004
ARCHITECT'S PROJECT NO:

PAGE 2 OF PAGES

| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C-G) | RETAINAGE (IF VARIABLE) 10.0% |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Mobilization | $50,000.00 | $50,000.00 | | | $50,000.00 | 100% | $0.00 | $5,000.00 |
| 2 | Design/Engineering | $75,000.00 | $48,750.00 | $15,000.00 | | $63,750.00 | 85% | $11,250.00 | $6,375.00 |
| | Area "A" | | | | | | | | |
| 3 | Fixtures | $190,000.00 | $15,200.00 | | | $15,200.00 | 8% | $174,800.00 | $1,520.00 |
| 4 | Fixture Supports | $175,000.00 | $166,250.00 | $8,750.00 | | $175,000.00 | 100% | $0.00 | $17,500.00 |
| 5 | Lighting Conduit | $35,000.00 | $31,500.00 | | | $31,500.00 | 90% | $3,500.00 | $3,150.00 |
| 6 | Lighting Wire | $45,000.00 | $40,500.00 | | | $40,500.00 | 90% | $4,500.00 | $4,050.00 |
| 7 | Lighting Devices | $2,500.00 | | | | $2,500.00 | 100% | $0.00 | $250.00 |
| 8 | Gear/Panels | $63,000.00 | | $12,600.00 | | $12,600.00 | 20% | $50,400.00 | $1,260.00 |
| 9 | Tele/Data Rough-in | $5,000.00 | $4,750.00 | | | $4,750.00 | 95% | $250.00 | $475.00 |
| 10 | Power Conduit | $62,500.00 | $56,250.00 | $3,125.00 | | $59,375.00 | 95% | $3,125.00 | $5,937.50 |
| 11 | Power Wire | $35,000.00 | $31,500.00 | $1,750.00 | | $33,250.00 | 95% | $1,750.00 | $3,325.00 |
| 12 | Power Devices | $5,000.00 | | | | | | $5,000.00 | |
| | Area "B" | | | | | | | | |
| 13 | Fixtures | $175,000.00 | | | | | | $175,000.00 | |
| 14 | Fixture Supports | $115,000.00 | $23,000.00 | $74,750.00 | | $97,750.00 | 85% | $17,250.00 | $9,775.00 |
| 15 | Lighting Conduit | $35,000.00 | $21,000.00 | $10,500.00 | | $31,500.00 | 90% | $3,500.00 | $3,150.00 |
| 16 | Lighting Wire | $32,500.00 | | $6,500.00 | | $6,500.00 | 20% | $26,000.00 | $650.00 |
| 17 | Lighting Devices | $2,000.00 | | | | | | $2,000.00 | |
| 18 | Gear/Panels | $70,000.00 | | | | | | $70,000.00 | |
| 19 | Tele/Data Rough-in | $5,000.00 | $1,000.00 | $3,500.00 | | $4,500.00 | 90% | $500.00 | $450.00 |
| 20 | Power Conduit | $90,000.00 | $54,000.00 | $31,500.00 | | $85,500.00 | 95% | $4,500.00 | $8,550.00 |
| 21 | Power Wire | $35,000.00 | | $10,500.00 | | $10,500.00 | 30% | $24,500.00 | $1,050.00 |
| 22 | Power Devices | $5,000.00 | | | | | | $5,000.00 | |

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON D.C. 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G703-1992

FE 0041 47

# CONTINUATION SHEET

AIA DOCUMENT G703 (Instructions on reverse side)

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification, is attached.

In Tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: Four
APPLICATION DATE: 1/19/2004
PERIOD TO: 1/31/2004
ARCHITECTS PROJECT NO:

PAGE 3 OF ___ PAGES

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D FROM PREVIOUS APPLICATION (D+E) | E THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H BALANCE TO FINISH (C-G) | RETAINAGE (IF VARIABLE) 10.0% |
|---|---|---|---|---|---|---|---|---|---|
| 25 | Area "C" | | | | | | | | |
| 26 | Fixtures | $190,000.00 | $15,200.00 | | | $15,200.00 | 8% | $174,800.00 | $1,520.00 |
| 27 | Fixture Supports | $175,000.00 | $140,000.00 | $35,000.00 | | $175,000.00 | 100% | | $17,500.00 |
| 28 | Lighting Conduit | $35,000.00 | $28,000.00 | $3,500.00 | | $31,500.00 | 90% | $3,500.00 | $3,150.00 |
| 29 | Lighting Wire | $45,000.00 | $6,750.00 | $33,750.00 | | $40,500.00 | 90% | $4,500.00 | $4,050.00 |
| 30 | Lighting Devices | $2,500.00 | | | | | | $2,500.00 | |
| 31 | Gear/Panels | $63,000.00 | | $12,600.00 | | $12,600.00 | 20% | $50,400.00 | $1,260.00 |
| 32 | Tele/Data Rough-In | $5,000.00 | $4,750.00 | | | $4,750.00 | 95% | $250.00 | $475.00 |
| 33 | Power Conduit | $62,500.00 | $50,000.00 | $9,375.00 | | $59,375.00 | 95% | $3,125.00 | $5,937.50 |
| 34 | Power Wire | $35,000.00 | $5,250.00 | $28,000.00 | | $33,250.00 | 95% | $1,750.00 | $3,325.00 |
| 35 | Power Devices | $5,000.00 | | | | | | $5,000.00 | |
| 36 | Area "D" | | | | | | | | |
| 37 | Fixtures | $213,000.00 | | | | | | $213,000.00 | |
| 38 | Fixture Supports | $105,000.00 | | $15,750.00 | | $15,750.00 | 15% | $89,250.00 | $1,575.00 |
| 39 | Lighting Conduit | $100,700.00 | $20,140.00 | $10,070.00 | | $30,210.00 | 30% | $70,490.00 | $3,021.00 |
| 40 | Lighting Wire | $52,000.00 | $5,200.00 | | | $5,200.00 | 10% | $46,800.00 | $520.00 |
| 41 | Lighting Devices | $5,000.00 | | | | | | $5,000.00 | |
| 42 | Gear/Panels | $143,000.00 | $35,750.00 | $57,200.00 | | $92,950.00 | 65% | $50,050.00 | $9,295.00 |
| 43 | Tele/Data Rough-In | $5,000.00 | $1,000.00 | $750.00 | | $1,750.00 | 35% | $3,250.00 | $175.00 |
| 44 | Power Conduit | $117,500.00 | $23,500.00 | $23,500.00 | | $47,000.00 | 40% | $70,500.00 | $4,700.00 |
| 45 | Power Wire | $82,500.00 | | | | | | $82,500.00 | |
| 46 | Power Devices | $5,000.00 | | | | | | $5,000.00 | |
| 47 | Area "E" | | | | | | | | |
| 48 | Fixtures | $75,000.00 | | | | | | $75,000.00 | |

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON DC, 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G703-1992

FE 004148

# CON..NUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification, is attached.
In Tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

*AIA DOCUMEN.. ..703*  (Instructions on reverse side)

APPLICATION NO:
APPLICATION DATE: 1/19/2004
PERIOD TO: 1/31/2004
ARCHITECTS PROJECT NO:

PAGE 4 OF ....GES  — Four

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | H BALANCE TO FINISH (C - G) | I RETAINAGE (IF VARIABLE) 10.0% |
|---|---|---|---|---|---|---|---|---|---|
| 49 | Fixture Supports | $5,000.00 | | | | | | $5,000.00 | |
| 50 | Lighting Conduit | $13,000.00 | | | | | | $13,000.00 | |
| 51 | Lighting Wire | $7,500.00 | | | | | | $7,500.00 | |
| 52 | Lighting Devices | $5,000.00 | | | | | | $5,000.00 | |
| 53 | Gear/Panel | $35,000.00 | | | | | | $35,000.00 | |
| 54 | Tele/Data Rough-In | $2,500.00 | | | | | | $2,500.00 | |
| 55 | Power Conduit | $19,000.00 | | | | | | $19,000.00 | |
| 56 | Power Wire | $25,000.00 | | | | | | $25,000.00 | |
| 57 | Power Devices | $5,000.00 | | | | | | $5,000.00 | |
| 58 | 700 ST Hours @ $60/Hr | $42,000.00 | | | | | | $42,000.00 | |
| 59 | 300 OT Hours @ 90/Hr | $27,000.00 | | | | | | $27,000.00 | |
| 60 | Unspecified Scope & Testing | $10,000.00 | | | | | | $10,000.00 | |
| 61 | Contingency | $126,800.00 | | | | | | $126,800.00 | |
| 62 | Bonding | $32,600.00 | $32,600.00 | | | $32,600.00 | 100% | $3,260.00 | |
| 63 | Bonding | ($32,600.00) | ($32,600.00) | | | ($32,600.00) | 100% | -$3,260.00 | |
| 64 | Forest EWA#7 CCI PCOR#2 | $6,762.66 | | $6,762.66 | | $6,762.66 | 100% | $676.27 | |
| 65 | Forest EWA#7 CCI PCOR#3 | $47,481.25 | | $47,481.25 | | $47,481.25 | 100% | $4,748.13 | |
| | *Total Base Contract* | 3,153,000.00 | 879,240.00 | 407,970.00 | | 1,397,210.00 | 43 % | 1,758,730.00 | |
| | *Total Change Orders* | 54,243.91 | | 54,243.91 | | 54,243.91 | 100 % | 5,491.40 | 108,730.99 |
| | | $3,206,243.91 | $879,240.00 | $462,213.91 | | $1,341,453.91 | 42% | $1,864,790.00 | $134,145.39 |

AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON DC., 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

CAUTION : You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

G703-1992

# CCI Payment Application #5

02/20/2004  11:17    3028922882                    CREEDON CONTROLS                    PAGE 02

# APPLICATION AND CERTIFICATE FOR PAYMENT    AIA DOCUMENT G702    (Instructions on reverse side)    PAGE 1 OF 5 PAGES

| | |
|---|---|
| TO (OWNER):  Bank One | APPLICATION NO.:  Five |
| | Distribution to: |
| PROJECT:  CDG II - Brandywine | PERIOD TO:  2/29/2004 |
| General Lighting & Power | ☐ OWNER |
| FROM (CONTRACTOR):  Creedon Controls, Inc. | ☐ ARCHITECT |
| VIA (ARCHITECT): | PROJECT NOS.: | ☐ CONTRACTOR |
| | | ☐ |
| CONTRACTOR: | CONTRACT DATE: | ☐ |
| Electrical | |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the contract.
Continuation Sheet, AIA Document G703, is attached.

| | | | |
|---|---|---|---|
| 1. ORIGINAL CONTRACT SUM . . . . . . . . . . . . $ | | 3,152,000.00 |
| 2. Net change by Change Orders . . . . . . . . . . $ | | 93,834.05 |
| 3. CONTRACT SUM TO DATE (Line 1 + 2) . . . . $ | | 3,245,834.05 |
| 4. TOTAL COMPLETED & STORED TO DATE . . $ | | 2,063,252.86 |
|    (Column G on G703) | |
| 5. RETAINAGE | |
|    a. 10.0% % of Completed Work $ | 206,325.30 |
|       (Column D + E on G703) | |
|    b. 0.00% % of Stored Material $ | |
|       (Column F on G703) | |
|    Total Retainage (Line 5a + 5b or | |
|    Total in Column I on G703) . . . . . . . . . . . $ | | 206,325.30 |
| 6. TOTAL EARNED LESS RETAINAGE . . . . . . . $ | | 1,856,927.67 |
|    (Line 4 less Line 5 Total) | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT $ | | 1,207,308.52 |
|    (Line 6 from prior Certificate) | |
| 8. CURRENT PAYMENT DUE . . . . . . . . . . . . $ | | 649,619.15 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE $ | | 206,325.30 |
|    (Line 3 less Line 6) | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in | | |
| previous months by Owner | | |
| Total approved this Month | 1,388,808.38 | |
| TOTALS | $93,834.05 | |
| NET CHANGES by Change Order | $93,834.05 | $93,834.05 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, infor-
mation and belief the Work covered by this Application for Payment has been completed
in accordance with the Contract Documents, that all amounts have been paid by the
Contractor for Work for which previous Certificates for Payment were issued and payments
were received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:    Creedon Controls, Inc.
              3424 Old Capital Trail
              Wilmington, DE  19808

By: _____    Date: _____02/19/04_____

State of:  Delaware
County of:  New Castle
Subscribed and sworn to before me this _____ day of _____

Notary Public: _____

My Commission expires: _____5/23/05_____

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data
comprising this application, the Architect certifies to the Owner that to the best of the
Architect's knowledge, information and belief the Work has progressed as indicated, the
quality of the Work is in accordance with the Contract Documents, and the Contractor
is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . . . . . $ _____
(Attach explanation if amount certified differs from the amount applied for. Initial
all figures on this application and on the Continuation Sheet that are changed to
conform to the amount certified.)

ARCHITECT:

By: _____    Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Con-
tractor named herein. Issuance, payment and acceptance of payment are without
prejudice to any rights of the Owner or Contractor under this Contract.

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

AIA DOCUMENT G702 • APPLICATION AND CERTIFICATE FOR PAYMENT • 1992 EDITION • AIA • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON DC, 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.    G702-1992

FE 004150

02/28/2004  11:17    3028922002          CREEDON CONTROLS                    PAGE  03

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification, is attached.
In Tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

**AIA DOCUMENT G703** (Instructions on reverse side)

APPLICATION NO: Five
APPLICATION DATE: 2/19/2004
PERIOD TO: 2/29/2004
ARCHITECTS PROJECT NO:

PAGE 2 OF 5 PAGES

| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D+E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C-G) | RETAINAGE (IF VARIABLE) 10.0% |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Mobilization | $50,000.00 | $50,000.00 | | | $50,000.00 | 100% | | $5,000.00 |
| 2 | Design/Engineering | $75,000.00 | $63,750.00 | $3,750.00 | | $67,500.00 | 90% | $7,500.00 | $6,750.00 |
| 3 | Area "A" | | | | | | | | |
| 4 | Fixtures | $180,000.00 | $15,200.00 | $155,800.00 | | $171,000.00 | 95% | $19,000.00 | $17,100.00 |
| 5 | Fixture Supports | $175,000.00 | $175,000.00 | | | $175,000.00 | 100% | | $17,500.00 |
| 6 | Lighting Conduit | $35,000.00 | $31,500.00 | $3,500.00 | | $35,000.00 | 100% | | $3,500.00 |
| 7 | Lighting Wire | $45,000.00 | $40,500.00 | $2,250.00 | | $42,750.00 | 95% | $2,250.00 | $4,275.00 |
| 8 | Lighting Devices | $2,600.00 | $2,250.00 | | | $2,250.00 | 85% | | $2,500.00 |
| 9 | Gear/Panels | $63,000.00 | $12,600.00 | $34,650.00 | | $47,250.00 | 75% | $15,750.00 | $4,725.00 |
| 10 | Tele/Data Rough-in | $5,000.00 | $4,750.00 | $250.00 | | $5,000.00 | 100% | | $500.00 |
| 11 | Power Conduit | $62,500.00 | $62,500.00 | | | $62,500.00 | 100% | | $6,250.00 |
| 12 | Power Wire | $35,000.00 | $59,375.00 | $3,125.00 | | $33,250.00 | 95% | $1,750.00 | $3,325.00 |
| 13 | Power Devices | $5,000.00 | $33,250.00 | | | $5,000.00 | 100% | | $3,325.00 |
| 14 | Area "B" | | | | | | | | |
| 15 | Fixtures | $175,000.00 | | $113,750.00 | | $113,750.00 | 65% | $61,250.00 | $11,375.00 |
| 16 | Fixture Supports | $116,000.00 | $97,750.00 | $11,500.00 | | $109,250.00 | 95% | $6,750.00 | $10,925.00 |
| 17 | Lighting Conduit | $35,000.00 | $31,500.00 | $1,750.00 | | $33,250.00 | 95% | $1,750.00 | $3,325.00 |
| 18 | Lighting Wire | $32,500.00 | $8,500.00 | $18,500.00 | | $26,000.00 | 80% | $6,500.00 | $2,600.00 |
| 19 | Lighting Devices | $2,000.00 | $10,500.00 | $10,500.00 | | $10,500.00 | 15% | | $1,050.00 |
| 20 | Gear/Panels | $70,000.00 | $5,000.00 | | | $5,000.00 | 100% | | $500.00 |
| 21 | Tele/Data Rough-in | $90,000.00 | $85,500.00 | | | $85,500.00 | 95% | | $2,000.00 |
| 22 | Power Conduit | $90,000.00 | | $500.00 | | $1,750.00 | 90% | | $4,500.00 |
| 23 | Power Wire | $55,000.00 | | $21,000.00 | | $8,500.00 | 90% | | $8,550.00 |
| 24 | Power Devices | $35,000.00 | | | | $31,500.00 | 90% | | $3,150.00 |

AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON DC, 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.    G703-1992

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

FE 004151

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification, is attached.
In Tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

**AIA DOCUMENT G703**   (Instructions on reverse side)

APPLICATION NO.
APPLICATION DATE: 2/18/2004
PERIOD TO: 2/29/2004
ARCHITECT'S PROJECT NO.

Five

PAGE 3 OF 5 PAGES

| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C−G) | RETAINAGE (IF VARIABLE) 10.0% |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| A | B | C | D | E | F | G | | | |
| 25 | Area "C" | | | | | | | | |
| 26 | Fixtures | $190,000.00 | $15,200.00 | $155,800.00 | | $171,000.00 | 90% | $19,000.00 | $17,100.00 |
| 27 | Fixture Supports | $175,000.00 | $175,000.00 | | | $175,000.00 | 100% | | $17,500.00 |
| 28 | Lighting Conduit | $35,000.00 | $31,500.00 | $3,500.00 | | $35,000.00 | 100% | | $3,500.00 |
| 29 | Lighting Wire | $45,000.00 | $40,500.00 | $2,250.00 | | $42,750.00 | 95% | $2,250.00 | $4,275.00 |
| 30 | Lighting Devices | $2,500.00 | | | | | | $2,500.00 | |
| 31 | Gear/Panels | $63,000.00 | $12,600.00 | $25,200.00 | | $37,800.00 | 60% | $25,200.00 | $3,780.00 |
| 32 | Tele/Data Rough-in | $5,000.00 | $4,750.00 | $250.00 | | $5,000.00 | 100% | | $500.00 |
| 33 | Power Conduit | $62,500.00 | $59,375.00 | $3,125.00 | | $62,500.00 | 100% | | $6,250.00 |
| 34 | Power Wire | $35,000.00 | $33,250.00 | | | $33,250.00 | 95% | $1,750.00 | $3,325.00 |
| 35 | Power Devices | $5,000.00 | | | | | | $5,000.00 | |
| 36 | Area "D" | | | | | | | | |
| 37 | Fixtures | $213,000.00 | | | | | | $213,000.00 | |
| 38 | Fixture Supports | $105,000.00 | $15,750.00 | $5,250.00 | | $21,000.00 | 20% | $84,000.00 | $2,100.00 |
| 39 | Lighting Conduit | $100,700.00 | $30,210.00 | $20,140.00 | | $50,350.00 | 50% | $50,350.00 | $5,035.00 |
| 40 | Lighting Wire | $52,000.00 | $5,200.00 | | | $5,200.00 | 10% | $46,800.00 | $520.00 |
| 41 | Lighting Devices | $5,000.00 | | | | | | $5,000.00 | |
| 42 | Gear/Panels | $143,000.00 | $92,950.00 | | | $92,950.00 | 65% | $50,050.00 | $9,295.00 |
| 43 | Tele/Data Rough-in | $5,000.00 | $1,750.00 | $1,250.00 | | $3,000.00 | 60% | $2,000.00 | $300.00 |
| 44 | Power Conduit | $117,500.00 | $47,000.00 | $29,375.00 | | $76,375.00 | 65% | $41,125.00 | $7,637.50 |
| 45 | Power Wire | $82,500.00 | | | | | | $82,500.00 | |
| 46 | Power Devices | $5,000.00 | | | | | | $5,000.00 | |
| 47 | Area "E" | | | | | | | | |
| 48 | Fixtures | $75,000.00 | | | | | | $75,000.00 | |

AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON DC, 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.   G703-1992

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

FE 004152

02/28/2004  11:17    3028922002              CREEDON CONTROLS              PAGE  05

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In Tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

*AIA DOCUMENT G703*  (Instructions on reverse side)

APPLICATION NO.:
APPLICATION DATE: 2/19/2004
PERIOD TO: 2/29/2004
ARCHITECTS PROJECT NO.:

PAGE  4  OF  5  PAGES

Five

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C-G) | RETAINAGE (IF VARIABLE) 10.0% |
| 49 | Fixture Supports | $5,000.00 | | | | | | $5,000.00 | |
| 50 | Lighting Conduit | $13,000.00 | | | | | | $13,000.00 | |
| 51 | Lighting Wire | $7,500.00 | | | | | | $7,500.00 | |
| 52 | Lighting Devices | $5,000.00 | | | | | | $5,000.00 | |
| 53 | Gear/Panel | $35,000.00 | | | | | | $35,000.00 | |
| 54 | Tele/Data Rough-in | $2,500.00 | | | | | | $2,500.00 | |
| 55 | Power Conduit | $19,000.00 | | | | | | $19,000.00 | |
| 56 | Power Wire | $25,000.00 | | | | | | $25,000.00 | |
| 57 | Power Devices | $5,000.00 | | | | | | $5,000.00 | |
| 58 | 700 ST Hours @ $60/Hr | $42,000.00 | | | | | | $42,000.00 | |
| 59 | 300 OT Hours @ $90/Hr | $27,000.00 | | | | | | $27,000.00 | |
| 60 | Unspecified Scope & Testing | $10,000.00 | | | | | | $10,000.00 | |
| 61 | Contingency | $126,800.00 | $54,243.91 | | | $54,243.91 | 43% | $72,556.09 | $5,424.39 |
| 62 | Bonding | $32,600.00 | $32,600.00 | | | $32,600.00 | 100% | | $3,260.00 |
| 63 | Bonding | ($32,600.00) | ($32,600.00) | $0.00 | | ($32,600.00) | 100% | | -$3,260.00 |

AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK
AVENUE, N.W., WASHINGTON DC, 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G703-1992

CAUTIO : You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as they may occur when documents are reproduced.

FE 004153

02/20/2004  11:17    3026922662          GREENUN CONTRULS                    PAGE  06

# CONTINUATION SHEET                AIA DOCUMENT G703    (instructions on reverse side)                    PAGE  5  OF  5  PAGES

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT,          APPLICATION NO:       Five
containing Contractor's signed Certification, is attached.           APPLICATION DATE:
In Tabulations below, amounts are stated to the nearest dollar.      PERIOD TO:    2/19/2004
Use Column I on Contracts where variable retainage for line items may apply.   ARCHITECTS PROJECT NO:   2/29/2004

| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D+E) | WORK COMPLETED — THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C-G) | RETAINAGE (IF VARIABLE) 10.0% |
|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | | H | I |
| 1 | February | | | | | | | | |
| 2 | Forest EWA#7 CCI PCO#3 | $19,292.05 | | $19,292.05 | | $19,292.05 | 100% | | $1,929.21 |
| 3 | February | | | | | | | | |
| 4 | Forest EWA#7 CCI PCO #4 | $72,489.00 | | $72,489.00 | | $72,489.00 | 100% | | $7,248.90 |
| 5 | February | | | | | | | | |
| 6 | Forest EWA#7 CCI PCO# 16 | $2,053.00 | | $2,053.00 | | $2,053.00 | 100% | | $205.30 |
| | February | | | | | | | | |
| | | $3,245,834.00 | $1,341,453.91 | $721,789.05 | | $2,063,242.96 | 64% | $1,182,581.09 | $206,325.30 |

AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK
AVENUE, N.W., WASHINGTON DC., 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.
CAUTIO: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.          G703-1992

FE 004154

# CCI Payment Application #6

APPLICATION AND CERTIFICATE FOR PAYMENT    AIA DOCUMENT G702    (Instructions on reverse side)    PAGE 1 OF 5 PAGES

TO (OWNER):    Bank One

FROM (CONTRACTOR):    Creedon Controls, Inc.

CONTRACTOR FOR:    Electrical

PROJECT:    CDC II - Indywine
General Lighting & Power

VIA (ARCHITECT):

APPLICATION NO:    Six    Distribution:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR

PERIOD TO:    3/31/2004

PROJECT NOS:

CONTRACT DATE:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM . . . . . . . . . . . . . $    3,152,000.00

2. Net change by Change Orders . . . . . . . . . . . $    193,262.76

3. CONTRACT SUM TO DATE (Line 1 + 2) . . . . . $    3,345,262.76

4. TOTAL COMPLETED & STORED TO DATE . . . . $    2,554,221.67
   (Column G on G703)

5. RETAINAGE:
   a.  10.0%  % of Completed Work    $    255,422.17
       (Column D + E on G703)
   b.  10.0% % of Stored Material    $
       (Column F on G703)
   Total Retainage (Line 5a + 5b or
   Total in Column I on G703) . . . . . . . . . . . $    255,422.17

6. TOTAL EARNED LESS RETAINAGE . . . . . . . . $    2,298,799.50
   (Line 4 less Line 5 Total)

7. LESS PREVIOUS CERTIFICATES FOR PAYMENT    $    1,856,927.67
   (Line 6 from prior Certificate) . . . . . . . . .

8. CURRENT PAYMENT DUE . . . . . . . . . . . . . . $    441,871.84

9. BALANCE TO FINISH, INCLUDING RETAINAGE    $    1,046,463.26
   (Line 3 less Line 6)

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $93,834.05 | |
| Total approved this Month | $94,428.71 | |
| TOTALS | $188,262.76 | |
| NET CHANGES by Change Order | $188,262.76 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:    Creedon Controls, Inc.
3424 Old Capital Trail
Wilmington, DE 19808

By: [signature]    Date:    03/19/04

State of:    Delaware
County of:    New Castle

Subscribed and sworn to before me this    19th    day of    March  2004

Notary Public:    [signature]

My Commission expires:    05/30/05

LORI M. WHITLOCK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 30, 2005

## ARCHITECT'S CERTIFICATE FOR PAYMENT

AMOUNT CERTIFIED . . . . . . . . . . . . . . . . . . $
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this application and on the Continuation Sheet that are changed to conform to the amount certified.)

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

ARCHITECT:

By:    Date:

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 • APPLICATION AND CERTIFICATE FOR PAYMENT • 1992 EDITION • AIA • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON DC, 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.    G702-1992

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

FE 004155

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification, is attached.
In Tabulations below, amounts are stated to the nearest dollar.
Use Column 1 on Contracts where variable retainage for line items may apply.

AIA DOCUMENT · 03    (Instructions on reverse side)

APPLICATION NO: SIX
APPLICATION DATE: 3/19/2004
PERIOD TO: 3/31/2004
ARCHITECTS PROJECT NO:

PAGE 2 OF  PAGES

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D FROM PREVIOUS APPLICATION (D + E) | E THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | H BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE) 10.0% |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Mobilization | $50,000.00 | $50,000.00 | | | $50,000.00 | 100% | | $5,000.00 |
| 2 | Design/Engineering | $75,000.00 | $67,500.00 | $7,500.00 | | $75,000.00 | 100% | | $7,500.00 |
| 3 | Area "A" | | | | | | | | |
| 4 | Fixtures | $190,000.00 | $171,000.00 | $9,500.00 | | $180,500.00 | 95% | $9,500.00 | $18,050.00 |
| 5 | Fixture Supports | $175,000.00 | $175,000.00 | | | $175,000.00 | 100% | | $17,500.00 |
| 6 | Lighting Conduit | $35,000.00 | $35,000.00 | | | $35,000.00 | 100% | | $3,500.00 |
| 7 | Lighting Wire | $45,000.00 | $42,750.00 | $2,250.00 | | $45,000.00 | 100% | | $4,500.00 |
| 8 | Lighting Devices | $2,500.00 | $2,500.00 | | | $2,500.00 | 100% | | $250.00 |
| 9 | Gear/Panels | $63,000.00 | $47,250.00 | $12,600.00 | | $59,850.00 | 95% | $3,150.00 | $5,985.00 |
| 10 | Tele/Data Rough-in | $5,000.00 | $5,000.00 | | | $5,000.00 | 100% | | $500.00 |
| 11 | Power Conduit | $62,500.00 | $62,500.00 | | | $62,500.00 | 100% | | $6,250.00 |
| 12 | Power Wire | $35,000.00 | $33,250.00 | | | $33,250.00 | 95% | $1,750.00 | $3,325.00 |
| 13 | Power Devices | $5,000.00 | $5,000.00 | | | $5,000.00 | 100% | | $500.00 |
| 14 | Area "B" | | | | | | | | |
| 15 | Fixtures | $175,000.00 | $113,750.00 | $43,750.00 | | $157,500.00 | 90% | $17,500.00 | $15,750.00 |
| 16 | Fixture Supports | $115,000.00 | $109,250.00 | $5,750.00 | | $115,000.00 | 100% | | $11,500.00 |
| 17 | Lighting Conduit | $35,000.00 | $33,250.00 | $1,750.00 | | $35,000.00 | 100% | | $3,500.00 |
| 18 | Lighting Wire | $32,500.00 | $26,000.00 | $4,875.00 | | $30,875.00 | 95% | $1,625.00 | $3,087.50 |
| 19 | Lighting Devices | $2,000.00 | | $1,000.00 | | $1,000.00 | 50% | $1,000.00 | $100.00 |
| 20 | Gear/Panels | $70,000.00 | $10,500.00 | $10,500.00 | | $21,000.00 | 30% | $49,000.00 | $2,100.00 |
| 21 | Tele/Data Rough-in | $5,000.00 | $5,000.00 | | | $5,000.00 | 100% | | $500.00 |
| 22 | Power Conduit | $90,000.00 | $85,500.00 | | | $85,500.00 | 95% | $4,500.00 | $8,550.00 |
| 23 | Power Wire | $35,000.00 | $31,500.00 | | | $31,500.00 | 90% | $3,500.00 | $3,150.00 |
| 24 | Power Devices | $5,000.00 | | $2,500.00 | | $2,500.00 | 50% | $2,500.00 | $250.00 |

AIA DOCUMENT · G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992 · THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON DC, 20006-5292 · WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

G703-1992

FE 004156

# CONTINUATION SHEET    AIA DOCUMENT G703    (Instructions on reverse side)

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification, is attached.
In Tabulation below, amounts are stated to the nearest dollar.
Use Column 1 on Contracts where variable retainage for line items may apply.

PAGE 3 OF ... ES

APPLICATION NO: SIX
APPLICATION DATE: 3/19/2004
PERIOD TO: 3/31/2004
ARCHITECTS PROJECT NO:

| A ITEM | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D FROM PREVIOUS APPLICATION (D+E) | E THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H BALANCE TO FINISH (C-G) | RETAINAGE (IF VARIABLE) 10.0% |
|---|---|---|---|---|---|---|---|---|---|
| 25 | Area "C" | | | | | | | | |
| 26 | Fixtures | $190,000.00 | $171,000.00 | $9,500.00 | | $180,500.00 | 95% | $9,500.00 | $18,050.00 |
| 27 | Fixture Supports | $175,000.00 | $175,000.00 | | | $175,000.00 | 100% | | $17,500.00 |
| 28 | Lighting Conduit | $35,000.00 | $35,000.00 | | | $35,000.00 | 100% | | $3,500.00 |
| 29 | Lighting Wire | $45,000.00 | $42,750.00 | $2,250.00 | | $45,000.00 | 100% | | $4,500.00 |
| 30 | Lighting Devices | $2,500.00 | | | | | | $2,500.00 | |
| 31 | Gear/Panels | $63,000.00 | $37,800.00 | $22,050.00 | | $59,850.00 | 95% | $3,150.00 | $5,985.00 |
| 32 | Tele/Data Rough-in | $5,000.00 | $5,000.00 | | | $5,000.00 | 100% | | $500.00 |
| 33 | Power Conduit | $62,500.00 | $62,500.00 | | | $62,500.00 | 100% | | $6,250.00 |
| 34 | Power Wire | $35,000.00 | $33,250.00 | | | $33,250.00 | 95% | $1,750.00 | $3,325.00 |
| 35 | Power Devices | $5,000.00 | | | | | | $5,000.00 | $3,325.00 |
| 36 | Area "D" | | | | | | | | |
| 37 | Fixtures | $213,000.00 | $10,000.00 | $85,850.00 | | $95,850.00 | 45% | $117,150.00 | $9,585.00 |
| 38 | Fixture Supports | $105,000.00 | $21,000.00 | $42,000.00 | | $63,000.00 | 60% | $42,000.00 | $6,300.00 |
| 39 | Lighting Conduit | $100,700.00 | $50,350.00 | $20,140.00 | | $70,490.00 | 70% | $30,210.00 | $7,049.00 |
| 40 | Lighting Wire | $52,000.00 | $5,200.00 | $7,800.00 | | $13,000.00 | 25% | $39,000.00 | $1,300.00 |
| 41 | Lighting Devices | $5,000.00 | $3,000.00 | | | $3,000.00 | 60% | $2,000.00 | $300.00 |
| 42 | Gear/Panels | $143,000.00 | $92,960.00 | $14,300.00 | | $107,250.00 | 75% | $35,750.00 | $10,725.00 |
| 43 | Tele/Data Rough-in | $5,000.00 | $3,000.00 | | | $3,000.00 | 60% | $2,000.00 | $300.00 |
| 44 | Power Conduit | $117,500.00 | $76,375.00 | $5,875.00 | | $82,250.00 | 70% | $35,250.00 | $8,225.00 |
| 45 | Power Wire | $82,500.00 | | $16,500.00 | | $16,500.00 | 20% | $66,000.00 | $1,650.00 |
| 46 | Power Devices | $5,000.00 | | | | | | $5,000.00 | |
| 47 | Area "E" | | | | | | | | |
| 48 | Fixtures | $75,000.00 | | $11,250.00 | | $11,250.00 | 15% | $63,750.00 | $1,125.00 |

AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON DC, 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.    G703-1992

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

FE 004157

# CONTINUATION SHEET

ALA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In Tabulations below, amounts are stated to the nearest dollar.
Use Column 1 on Contracts where variable retainage for line items may apply.

ALA DOCUMENT G703 (Instructions on reverse side)

APPLICATION NO.:  Six
APPLICATION DATE:  3/19/2004
PERIOD TO:  3/31/2004
ARCHITECT'S PROJECT NO.:

PAGE  4  OF  PAGES

| A | B | C | D | E | F | G | % | H |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED — FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED — THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE) 10.0% |
|---|---|---|---|---|---|---|---|---|
| 49 | Fixture Supports | $5,000.00 | | | | | | $5,000.00 | |
| 50 | Lighting Conduit | $13,000.00 | | $7,800.00 | | $7,800.00 | 60% | $5,200.00 | $780.00 |
| 51 | Lighting Wire | $7,500.00 | | | | | | $7,500.00 | |
| 52 | Lighting Devices | $5,000.00 | | | | | | $5,000.00 | |
| 53 | Gear/Panel | $35,000.00 | | | | | | $35,000.00 | |
| 54 | Tele/Data Rough-In | $2,500.00 | | | | | | $2,500.00 | |
| 55 | Power Conduit | $19,000.00 | | $17,500.00 | | $17,500.00 | 50% | $17,500.00 | $1,750.00 |
| 56 | Power Wire | $25,000.00 | | $14,250.00 | | $14,250.00 | 75% | $4,750.00 | $1,425.00 |
| 57 | Power Devices | $5,000.00 | | $2,500.00 | | $2,500.00 | 10% | $22,500.00 | $250.00 |
| 58 | 700 ST Hours @ $60/Hr | $42,000.00 | | | | | | $5,000.00 | |
| 59 | 300 OT Hours @ $90/Hr | $27,000.00 | | | | | | $42,000.00 | |
| 60 | Unspecified Scope & Testing | $10,000.00 | | | | | | $27,000.00 | |
| 61 | Contingency | $128,800.00 | $54,243.91 | | | $54,243.91 | 43% | $10,000.00 | $5,424.39 |
| 62 | Bonding | $32,600.00 | $32,600.00 | | | $32,600.00 | 100% | $72,556.09 | $3,260.00 |
| 63 | Bonding | ($32,600.00) | ($32,600.00) | | | ($32,600.00) | 100% | $3,260.00 | -$3,260.00 |
| | | $3,152,000.00 | $1,969,418.91 | $391,540.00 | | $2,360,958.91 | 75% | $791,041.09 | $236,095.89 |

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK
AVENUE, N.W., WASHINGTON DC, 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G703-1992

FE 004158

# CONTINUATION SHEET

*AIA DOCUMENT G703* (Instructions on reverse side)

PAGE 5 OF OES

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification, is attached.
In Tabulation below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO.
APPLICATION DATE: 3/19/2004
PERIOD TO: 3/31/2004
ARCHITECTS PROJECT NO.:

Six

| A | B | C | D | E | F | G | | H | |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C-G) | RETAINAGE (IF VARIABLE) |
| | | | FROM PREVIOUS APPLICATION (D+E) | THIS PERIOD | | | | | |
| 1 | Forest EWA# 7 CCI PCO#3 February | $19,292.05 | $19,292.05 | | | $19,292.05 | 100% | | $1,929.21 |
| 2 | Forest EWA# 7 CCI PCO #4 February | $72,489.00 | $72,489.00 | | | $72,489.00 | 100% | | $7,248.90 |
| 3 | Forest EWA# 7 CCI PCO# 16 February | $2,053.00 | $2,053.00 | | | $2,053.00 | 100% | | $205.30 |
| 4 | Forest EWA# 7 CCI PCO#2 February | ($2.45) | | ($2.45) | | ($2.45) | 100% | | -$0.25 |
| 5 | Forest EWA# 7 CCI PCO#3 January Adjustment | ($6,502.15) | | ($6,502.15) | | ($6,502.15) | 100% | | -$650.22 |
| 6 | Forest EWA# 7 CCI PCO#3 January Adjustment | $43,006.23 | | $43,006.23 | | $43,006.23 | 100% | | $4,300.62 |
| 7 | Forest EWA# 7 CCI PCO#4 March | $29,541.61 | | $29,541.61 | | $29,541.61 | 100% | | $2,954.16 |
| 8 | Forest EWA# 7 CCI PCO#10 March | $5,416.48 | | $5,416.48 | | $5,416.48 | 100% | | $541.65 |
| 9 | Forest EWA# 7 CCI PCO#15 March | $4,684.44 | | $4,684.44 | | $4,684.44 | 100% | | $468.44 |
| 10 | Forest EWA# 7 CCI PCO#21 March | $16,993.55 | | $16,993.55 | | $16,993.55 | 100% | | $1,699.36 |
| 11 | Forest EWA# 7 CCI PCO#24 March | $6,291.00 | | $6,291.00 | | $6,291.00 | 100% | | $629.10 |
| | | $3,345,262.76 | $2,063,252.96 | $490,968.71 | | $2,554,221.67 | 76% | $791,041.09 | $255,422.17 |

CAUTION : You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON D.C. 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G703-1992

FE 004159