# EXHIBIT W

## Dennis C. Link

| | |
|---|---|
| From: | "Dennis C. Link" <DLink@KardenCS.com> |
| To: | "Pat Creedon" <pcreedon@creedoncontrols.com> |
| Sent: | Wednesday, June 16, 2004 9:47 AM |
| Subject: | Re: Wednesday |

I hope all went well at the funeral.

I did not finish the transmittal on Order of magnitude yesterday. I never got to the site; I got tied up in meetings in PA. I will finish it this morning and get it to you as requested.

Did you get a chance to review the changes I transmitted to the spreadsheets you and Lisa did? I just went on line at the site to see if you sent any notes that might change the content of the transmittal.

I am not surprised at Paul's reaction. He is definitely not use to seeing a contractor review and document changes to a contract. I bet he never read this contract either. Other than reading a section of a contract in a dispute from time to time with a sub, that just got victimized by it, I am sure he does not read contracts.

I think your answer regarding the 60 page contract was excellent. As you know the danger in signing their contract now is you give up all entitlement to the Order of Magnitude and other extras that might be appropriate from April to the end of the project. We should keep this in mind, when dealing with Forest et al. After you get all your money, most of the changes don't matter if the project is over. Your position with a oral contract is probably much better than signing their contract and trying to get you money.

Talk with you later.

Regards,

Dennis

KCS


----- Original Message -----
From: "Pat Creedon" <pcreedon@creedoncontrols.com>
To: "Dennis Link" <dlink@kardencs.com>
Sent: Wednesday, June 16, 2004 9:00 AM
Subject: Wednesday


> Good morning Dennis - I received a phone call from Paul this morning telling
> me I had to be kidding over the sixteen pages of changes to the contract.
> He said it was rather embarrassing for him since he went out-on-a-limb to
> get me paid for me to have this many changes to their contract. He also
> said it was at a time when they were winding down and how it hardly made any
> sense to have this many conditions. To which I replied that I felt the same
> way (even more so) when I received their 60 pages....
>

CL 0844

10/8/2005

> I need the Order of Magnitude transmittal letter this morning. I hope it is
> finished and you are just letting things "percolate" before sending it for
> my review.
>
> Please contact me at your earliest convenience.
> Pat
>

CL 0845

10/8/2005