IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREEDON CONTROLS, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | C.A. No. 05-CV-300-JJF |
| v. | ) | |
| | ) | |
| BANC ONE BUILDING | ) | |
| CORPORATION, an Illinois corporation, | ) | |
| and FOREST ELECTRIC | ) | |
| CORPORATION, a New York Corporation, | ) | |
| | ) | |
| Defendant | ) | |

**MOTION OF DEFENDANT FOREST ELECTRIC CORP.
FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Fed.R.Civ.P. 56, defendant Forest Electric Corporation moves for partial summary judgment in the above-captioned case. Defendant relies on its Brief in Support of its Motion for Partial Summary Judgment.

MARON & MARVEL, P.A.

/s/ *Paul A. Bradley*
Paul A. Bradley (DE ID No. 2156)
1201 North Market Street, Suite 900
Wilmington, DE 19801
(302) 425-5177
Attorney for Defendant
Forest Electric Corp.

Dated: July 14, 2006

{99999.00936 / W0059511}