IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | C.A. No. 05-CV-300-JJF |
| v. ) | |
| ) | |
| BANC ONE BUILDING ) | |
| CORPORATION, an Illinois corporation, ) | |
| and FOREST ELECTRIC ) | |
| CORPORATION, a New York Corporation, ) | |
| ) | |
| Defendant ) | |

**CERTIFICATE OF SERVICE**

I, Paul Bradley, Esquire, certify that a true and correct copy of Defendant Forest Electric Corp.'s Motion for Partial Summary Judgment, Brief in Support of its Motion for Partial Summary Judgment and Appendix in Support of Defendant's Brief in Support of its Motion for Partial Summary Judgment were served on all counsel of record this 14th day of July 2006 via electric filing.

MARON & MARVEL, P.A.

/s/ *Paul A. Bradley*
Paul A. Bradley (DE ID No. 2156)
1201 North Market Street, Suite 900
Wilmington, DE 19801
(302) 425-5177
Attorney for Defendant
Forest Electric Corp.

Dated: July 14, 2006

{99999.00936 / W0059905}