## CERTIFICATE OF SERVICE

    I, Paul A. Bradley, Esquire, hereby certify that a true and correct copy of Defendant Forest Electric Corp.'s Amended Answer to Amended Complaint and Affirmative Defenses were served on this 24th day of July, 2006 on the following counsel of record via the Electronic Filing.

    /S/ PAUL A. BRADLEY
    Paul A. Bradley (DE Bar ID 2156)