IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, TO-WIT, this ____ day of _____, 2006, after consideration of the Plaintiff Creedon Controls, Inc.'s Motion for Extension of Time regarding the Briefing Schedule on the outstanding motions for summary judgment, such schedule shall be conducted as follows:

1. Briefing upon the motion of Banc One Building Corporation for summary judgment, shall be as follows:

   - Answering Briefs of Creedon Controls, Inc. and of Forest Electric Corporation, due August 4, 2006;

   - Reply Brief of Banc One Building Corporation, due August 14, 2006.

2. Briefing upon the motion of Forest Electric Corporation for partial summary judgment, shall be as follows:

   - Answering Briefs of Creedon Controls, Inc. and of Banc One Building Corporation, due August 8, 2006;

   - Reply Brief of Forest Electric Corporation, due August 18, 2006.

_____
J.