## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., certify that I am not less than 18 years of age, and that service of the "Motion for Extension of Time for Briefing" was made both electronically and by facsimile, on July 28, 2006, upon:

## BY ELECTRONIC FILING AND BY FACSIMILE

Paul A. Bradley, Esquire
Maron & Marvel, P.A.
1201 N. Market Street, Suite 900
Wilmington, DE 19801

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange Street
Nemours Building, Suite 1130
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff, Creedon Controls, Inc.

RKB/msj
06894-0001