Robert K. Beste, Jr.
Attorney At Law

COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC

Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801

T: 302.425.5089 I F: 302.425.5097
rbeste@cohenseglias.com
www.cohenseglias.com

July 31, 2006

**BY ELECTRONIC FILING AND BY HAND**
The Honorable Joseph J. Farnan, Jr.
U. S. District Court - District of Delaware
844 N. King Street, Room 4209
Lockbox 18
Wilmington, DE 19801

RE:    **Creedon Controls, Inc. v. Banc One Building Corporation, and**
**Forest Electric Corporation; District Court Case No. 05CV300 (JJF)**

Dear Judge Farnan:

This office represents Plaintiff Creedon Controls, Inc. in the above-referenced matter.

Banc One Building Corporation has filed a Motion for Summary Judgment, and supporting Opening Memorandum. Forest Electric Corporation has filed a similar motion for Partial Summary Judgment, and supporting Memorandum.

On July 28, 2006, this office filed a Motion for Extension of Time for Briefing (D.E. 124). At that time it was anticipated the parties could agree upon a briefing schedule; however, due to a vacation for counsel for one party, those discussions could not be completed.

The parties have, however, agreed upon a briefing schedule, subject to Your Honor's approval; and counsel submit the enclosed new briefing schedule for Your Honor's consideration and approval.

Respectfully submitted,

ROBERT K. BESTE, JR.

RKB/msj
Enclosure
cc: Paul A. Bradley, Esq. (w/ encl.)
    Philip Trainer, Jr., Esq. (w/ encl.)

06894-0001

Philadelphia I Pittsburgh I Wilmington
Harrisburg I New Jersey