IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois | ) |
| corporation; and Forest Electric Corporation, a | ) |
| New York corporation, | ) |
| | ) |
|     Defendants. | ) |

## **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties,

and subject to the approval of the Court, that briefing upon Banc One Building Corporation's

Motion for Summary Judgment, and Forest Electric Corporation's Motion for Partial Summary

Judgment, shall be conducted in accordance with the following schedule:

1.    Briefing upon the motion of Banc One Building Corporation for summary judgment, shall be as follows:

- Answering Briefs of Creedon Controls, Inc. and of Forest Electric Corporation, due August 8, 2006;
- Reply Brief of Banc One Building Corporation, due August 18, 2006.

2.    Briefing upon the motion of Forest Electric Corporation for partial summary judgment, shall be as follows:

- Answering Briefs of Creedon Controls, Inc. and of Banc One Building Corporation, due August 8, 2006;
- Reply Brief of Forest Electric Corporation, due August 18, 2006.

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

Robert K. Beste, Jr., Esq. (I. D. No. 154)
Edward Seglias, Esq. (I. D. No. 2822)
1007 Orange Street, Nemours Bldg., Suite 1130
Wilmington, DE 19801 – Phone: (302) 425-5089

**Maron & Marvel, P.A.**

_____
Paul A. Bradley, Esq. (I. D. No. 2156)
1201 N. Market Street, Suite 900
Wilmington, DE 19899
(302) 425-5177
Attorney for Forest Electric Corporation

**Ashby & Geddes**

_____
Lawrence C. Ashby, Esq. (I. D. No. 468)
Philip Trainer, Jr., Esq. (I. D. No. 2788)
Ashby & Geddes
222 Delaware Avenue - P. O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Attorneys for Banc One Building Corporation


SO ORDERED, this _____ day of _____, 2006.


_____
, United States District Judge

RKB/msj
06894-0001