## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., certify that I am not less than 18 years of age, and that service of the: (1) Answering Brief of Creedon Controls, Inc. in Opposition to Banc One Building Corporation's Motion for Summary Judgment; (2) Dual Appendix (Volumes 1-3) Submitted in Support of Plaintiff Creedon Control, Inc.'s Opposition to Motion for Summary Judgment Filed by Banc One Building Corporation and Motion for Partial Summary Judgment Filed by Forest Electric Corporation; and (3) Compendium of Unreported Cases and Legal Treatises Cited in Creedon Control, Inc.'s Answering Briefs in Opposition to Banc One Building Corporation's Motion for Summary Judgment and Forest Electric Corporation's Motion for Partial Summary Judgment, were made electronically and by hand, on August 8, 2006, upon:

Paul A. Bradley, Esquire
Maron & Marvel, P.A.
1201 N. Market St., Suite 900
Wilmington, DE  19801

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE  19899

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

_____
Robert K. Beste, Jr., Esq. (I.D. No. 154)
Edward Seglias, Esq. (I. D. 2822)
1007 Orange Street
Nemours Building, Suite 1130
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff, Creedon Controls, Inc.

RKB/msj
06894-0001