# EXHIBIT G



**Forest Electric Corp.**

An EMCOR Company

Forest Electric Corp.
Two Penn Plaza, Floor 4
New York, NY 10121

Phone: 212.318.1500
Fax 212.318.1793

www.forestelectric.net

May 4, 2004

Patricia Creedon
Creedon Controls, Inc.
3424 Old Capital Trail
Wilmington, DE  19808

RE:     Bank One – CDC-2
            RFP 6B General Lighting & Power
            RFP 21B IT Cable Conveyance System - Pod A

Dear Ms. Creedon

Enclosed are five (5) copies of a Single Project Construction Services Agreement for the above referenced projects.

Please have an officer of your company sign all five copies for each project and return them to our office as soon as possible. A fully executed copy will then be returned to you.

Should you have any questions, please do not hesitate to contact your undersigned.

Very truly yours,

FOREST ELECTRIC CORP.

Donna M. Lucas
Senior Legal Assistant

cc:     P. Angerame

Datacom Services • Power Solutions • Technology • Facilities Management

006113

### SINGLE PROJECT
### CONSTRUCTION SERVICES AGREEMENT
### CONTRACT NO. 6B

Pre-bid meetings will/will not be held.  If applicable, the pre-bid meeting will occur at _____ A.M./P.M. on _____, at CDC #2 – Governor Printz Blvd. Brandywine, DE 19802.

When completed, return five (5) executed copies of this Single Project Construction Services Agreement if by U.S. mail addressed to Owner c/o Forest Electric Corp., Two Penn Plaza, NY, NY 10121 Mail Code _____; if hand delivered to Owner c/o _____ Floor, _____ in each case for receipt by Owner by or before 3:00 P.M. on _____

Owner:
Banc One Building Corporation
1 Bank One Plaza
Mail Code IL1-0505
Chicago, IL 60670-0503

Owner's Project Manager:
Karl Wm. Auwarter, VP, Real Estate

Building Owner/Manager:  None

Site:
Bank One Core Data Center #2
4001 Governor Printz Blvd.
Wilmington, Delaware 19802

Construction Manager:
Tishman Construction Corporation of Maryland
666 Fifth Avenue
New York, New York 10103-0256

Electrical Trade Manager:
Forest Electric Corp.
Two Penn Plaza
New York, NY 10121

Construction Contractor:
Creedon Controls, Inc.
3424 Old Capital Trail
Wilmington, DE 19808

Construction Contractor's Key Staff Members:
Superintendent: _____
Assistant Superintendent: _____

Other Key Staff:
Title                          Name:
_____ :              _____
_____ :              _____
_____ :              _____
_____ :              _____

Construction Contractor's Authorized Signatories:
1. _____
2. _____
3. _____
4. _____

This Single Project Construction Services Agreement is made as of the 2nd day of October, 2003 ("Agreement") between Electrical Trade Manager and Construction Contractor.  This Agreement, including all exhibits attached hereto, together with all drawings, specifications and modifications issued after the execution of this Agreement and delivered to Construction Contractor, are herein called the "Contract" and the "Contract Documents".  Electrical Trade Manager and Construction Contractor agree to the terms and conditions set forth in the Contract Documents.

1

006114

1. The project ("Project") consists generally of, and a general description of the Work is (and, if applicable, a more detailed description of the Work is set forth on Exhibit C), as follows: _____
   _____ Electrical Work as per RFP 6B – General Lighting & Power _____
   _____

2. Construction Contractor acknowledges it received the plans and specifications that are listed on, and, as applicable, a more detailed description of the Work as set forth on, Exhibit C hereto.

3. Construction Contractor's obligations under this Agreement will/will not (strike through one) require payment and performance bonds as set forth in Section 6.04 of the General Conditions. If no selection is clearly made in the preceding sentence, then payment and performance bonds will be required as set forth in Section 6.04 of the General Conditions.

4. Liquidated damages will/will not (strike through one) be applicable to the Project as set forth in Section 7.03 of the General Conditions. If required, the "Per Day Liquidated Damage Amount" is $5,000 per day.

5. The "Contract Sum" is Three Million One Hundred Fifty-Two Thousand Dollars ($3,152,000.00). The Contract Sum (subject to additions and deductions by change orders as provided by the Contract Documents) includes all costs and expenses related to the Work incurred by or on behalf of Construction Contractor and any costs or expenses in excess of the Contract Sum in anyway related to the Work or the Contract Contract Documents shall be paid by Construction Contractor. Additionally, upon final completion of the Work at the time of the final payment being made to Construction Contractor, all costs associated with unused allowances and contingencies will be adjusted and returned to the Owner.

6. Written notice shall be deemed to be duly served if served to the Electrical Trade Manager or Construction Contractor, as the case may be, at the respective address set forth below in accordance with Section 6.03 of the General Conditions:

If to Construction Manager, addressed to:
Tishman Construction Corporation of
Maryland
666 Fifth Avenue
New York, New York 10103-0256
Attention: William Stanton

If to Construction Contractor, addressed to:
Creedon Controls, Inc.
3424 Old Capital Trail
Wilmington, DE 19808

Attention:

With a copy to Owner:

Bank One
301 N. Walnut Street
Wilmington, DE 19801

Attention: Karl Auwarter

If to Electrical Trade Manager, addressed to:

Forest Electric Corp.
Two Penn Plaza
New York, New York 10121
Attention: Philip Altheim

With a copy to:

Forest Electric Corp.
4001 Governor Printz Blvd.
Wilmington, DE 19802

Attention: Paul Angerame

2

006115

7.   Electrical Trade Manager hereby represents to Construction Contractor that (i) Owner has retained Electrical Trade Manager to act as Owner's construction managers to arrange for the construction of the Project; and (ii) Electrical Trade Manager has full power and authority and is duly authorized to execute and deliver this Contract with and to Construction Contractor upon the terms and conditions set forth herein.   All communications from Owner to Construction Contractor shall be delivered either (i) to Electrical Trade Manager with instructions to forward such communications to Construction Contractor, or (ii) directly to Construction Contractor with a simultaneous notification to Electrical Trade Manager. All written approvals and actions required of or permitted to be taken by Owner under the Contract shall be effective if executed by either Owner or by Electrical Trade Manager acting on Owner's behalf, and Construction Contractor shall be permitted to rely on all such written approvals unless and until Owner (and not Electrical Trade Manager) notifies Construction Contractor in writing to the contrary. Construction Contractor shall be entitled to rely on information communicated through the Electrical Trade Manager and work with the Electrical Trade Manager until Owner provides written notice of the termination of such Electrical Trade Manager's responsibilities or a substitution of such Electrical Trade Manager.

This Agreement shall be effective only when (i) Electrical Trade Manager executes and delivers this Single Project Construction Services Agreement to Construction Contractor, (ii) all appropriate blanks contained herein are completed, and (iii) each of the Exhibits A, B, C, D, E, F, G and H (each of which is hereby incorporated herein) has been completed and attached hereto.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date set forth above.

CONSTRUCTION CONTRACTOR:                    OWNER:

FIRM:   CREEDON CONTROLS, INC.              BANC ONE BUILDING CORPORATION,
                                            an Illinois Corporation

                                            By:   Forest Electric Corp. as Banc One Building
                                                  Corporation's agent and Electrical Trade
                                                  Manager.

By:   _____

Name: _____            By: _____

Title: _____           Name: Philip Altheim

                                          Title: Chairman/CEO

006116

**LIST OF EXHIBITS**
**TO**
**SINGLE PROJECT CONSTRUCTION SERVICES AGREEMENT**

EXHIBIT A    COMPLETION SCHEDULE

EXHIBIT B    SCHEDULE OF VALUES AND ANTICIPATED DRAW SCHEDULE

EXHIBIT C    PLANS AND SPECIFICATIONS

EXHIBIT D    WORK AREA

EXHIBIT E    MAXIMUM CHANGE ORDER RATES FOR OVERHEAD, PROFIT, CONTRACTOR'S FEE, AND GENERAL CONDITIONS

EXHIBIT F    RATES AND UNIT PRICES

EXHIBIT G    GENERAL CONDITIONS TO SINGLE PROJECT CONSTRUCTION SERVICES AGREEMENT

EXHIBIT H    FOREST ELECTRIC RFP 6B BEST AND FINAL PRICE

006117

<u>EXHIBIT A</u>

<u>COMPLETION SCHEDULE</u>

Project Completion Date - September 15, 2004

006118

<u>EXHIBIT B</u>

<u>SCHEDULE OF VALUES AND ANTICIPATED DRAW SCHEDULE</u>

Note:    These schedules must specifically separate out the Cost of the Work, and Construction Contractor's Fee.

EXHIBIT C

PLANS AND SPECIFICATIONS

Attached Rider "B", List of Drawings and Specifications dated July 14, 2003 and all bulletins and addenda issued thereafter.  Refer also to RFP 6B.

006120

Bank One Core Data Center II
Brandywine, Delaware
List of Drawings and Specifications

July 14, 2003

DWG./Spec No.

Description

Date

| DWG./Spec No. | Description | Date |
|---|---|---|
| | **CIVIL** | |
| C-201 | General Development Plan - Cover Sheet | |
| C-202 | Lines and Grades Plan | |
| C-203 | Lines and Grades Plan | April 30, 2003 |
| C-204 | Erosion and Sediment Control Plan | April 30, 2003 |
| C-205 | Erosion and Sediment Control Plan | April 30, 2003 |
| C-206 | Construction Details | April 30, 2003 |
| C-207 | Construction Details | April 30, 2003 |
| C-208 | Construction Details | April 30, 2003 |
| C-209 | Construction Details | April 30, 2003 |
| C-210 | Construction Details and Notes | April 30, 2003 |
| C-301 | Entrance/Exit Plan | April 30, 2003 |
| C-302 | Entrance/Exit Plan | April 30, 2003 |
| C-303 | Entrance/Exit Plan | April 30, 2003 |
| C-304 | Entrance/Exit Plan | July 14, 2003 |
| C-401 | Fire Marshall Plan | July 14, 2003 |
| C-501 | Sanitary Sewer Construction Plan | July 14, 2003 |
| C-502 | Sanitary Sewer Construction Plan | April 30, 2003 |
| C-503 | Sanitary Sewer Construction Plan | |
| | | |
| L101 | **LANDSCAPE** | |
| L102 | Planting and Seeding Plan | |
| | Planting and Seeding Plan | April 30, 2003 |
| | | April 30, 2003 |
| A00.00 | **ARCHITECTURAL** | |
| A00.01 | Drawing Index, Vicinity Map, Location Map & Project Information | |
| A00.20 | Graphic Symbols and Abbreviations | July 14, 2003 |
| A00.50 | Overall Egress Plan and Occupancy Information | July 14, 2003 |
| A00.51 | Site Plan | July 14, 2003 |
| A00.52 | Enlarged Site Plans | July 14, 2003 |
| A01.01 | Site Elevations and Details | July 14, 2003 |
| A01.02 | Overall Slab Plan | July 14, 2003 |
| A01.03 | Overall Shell Construction Plan | July 14, 2003 |
| A01.04 | Overall Interior Construction Plan | June 11, 2003 |
| A01.05 | Overall Roof Plan | July 14, 2003 |
| A02.01.1 | Overall Roof Equipment Plan | July 14, 2003 |
| A02.01.2 | First Floor Slab Plan - Area A | June 11, 2003 |
| A02.01.3 | First Floor Slab Plan – Area B | June 11, 2003 |
| A02.02.1 | First Floor Slab Plan – Administration Area | July 14, 2003 |
| A02.02.2 | First Floor Shell Construction Plan - Area A | July 14, 2003 |
| A02.02.3 | First Floor Shell Construction Plan - Area B | July 14, 2003 |
| A02.03.1 | First Floor Shell Construction Plan - Administration Area | June 11, 2003 |
| A02.03.2 | First Floor Interior Construction Plan - Area A | July 14, 2003 |
| A02.03.3 | First Floor Interior Construction Plan - Area B | July 14, 2003 |
| A02.04.1 | First Floor Interior Construction Plan - Administration Area | July 14, 2003 |
| A02.04.2 | Roof Plan - Area A | July 14, 2003 |
| A02.04.3 | Roof Plan - Area B | July 14, 2003 |
| A02.05.1 | Roof Plan - Administration Area | July 14, 2003 |
| A02.05.2 | Roof Equipment Plan - Area A | July 14, 2003 |
| A02.05.3 | Roof Equipment Plan - Area B | July 14, 2003 |
| A02.10 | Roof Equipment Plan - Administration Area | July 14, 2003 |
| A03.01 | Enlarged Generator Plans | July 14, 2003 |
| A04.01 | Enlarged Power & Communication Plans | June 11, 2003 |
| A05.00.1 | Enlarged Reflected Ceiling Plans | July 14, 2003 |
| A05.01 | Room Finish Schedule & Finish Schedule | July 14, 2003 |
| A06.01 | Enlarged Finish Plans | July 14, 2003 |
| A08.00 | Enlarged Furniture Plans | July 14, 2003 |
| A08.10 | Enlarged Toilet Room Plans | July 14, 2003 |
| A09.00 | Enlarged Vestibule Plans, Elevations, & Details | July 14, 2003 |
| A09.10 | Exterior Building Elevations | July 14, 2003 |
| A09.11 | Building Sections | July 14, 2003 |
| A09.20 | Building Sections | July 14, 2003 |
| A09.21 | Enlarged Exterior Elevations-Administration Area | July 14, 2003 |
| A09.22 | Enlarged Exterior Elevations | July 14, 2003 |
| A09.23 | Enlarged Exterior Elevations | July 14, 2003 |
| A09.24 | Enlarged Exterior Elevations | June 11, 2003 |
| A09.30 | Enlarged Exterior Elevations | June 11, 2003 |
| A09.31 | Wall Sections | June 11, 2003 |
| A09.32 | Wall Sections | July 14, 2003 |
| A10.00 | Wall Sections - Administration Area | July 14, 2003 |
| A10.01 | Stair #1 - Plans & Sections | July 14, 2003 |
| | Stair #2 - Plans & Sections | July 14, 2003 |
| | | July 14, 2003 |

006121

Page 1 of 8

**Bank One Core Data Center II**
**Brandywine, Delaware**
**List of Drawings and Specifications**

July 14, 2003

| DWG./Spec No. | Description | Date |
|---|---|---|
| A11.00 | Interior Elevations | |
| A11.01 | Interior Elevations | |
| A11.02 | Interior Elevations | July 14, 2003 |
| A11.10 | Interior Elevations - Toilet Rooms | July 14, 2003 |
| A11.11 | Interior Elevations-Break & Service Counters, Admin. Areas | July 14, 2003 |
| A11.12 | Interior Elevations | July 14, 2003 |
| A12.00 | Foundation Details | July 14, 2003 |
| A12.01 | Precast Concrete Panel Types | June 11, 2003 |
| A12.02 | Precast Concrete Panel Details | July 14, 2003 |
| A12.03 | Metal Panel & Curtain Wall Sectional Details - Administration Area | July 14, 2003 |
| A12.04 | Metal Panel & Curtain Wall Plan Details - Administration Area | July 14, 2003 |
| A12.10 | Exterior Details - Generator Shaft - North | July 14, 2003 |
| A12.11 | Exterior Details - Generator Shaft - South | July 14, 2003 |
| A12.12 | Expansion Joint Details | July 14, 2003 |
| A12.13 | Expansion Joint Details | July 14, 2003 |
| A12.20 | Roof Details | July 14, 2003 |
| A12.21 | Roof Details - Administration Area | July 14, 2003 |
| A13.00 | Partition Types | July 14, 2003 |
| A13.01 | Partition Types & Details | July 14, 2003 |
| A13.20 | Door Schedule | July 14, 2003 |
| A13.30 | Door Types & Door Details | July 14, 2003 |
| A13.31 | Door Details | July 14, 2003 |
| A13.40 | Millwork Details | July 14, 2003 |
| A13.50 | Ceiling Details | July 14, 2003 |
| A13.60 | Raised Floor Details & Misc. Details | July 14, 2003 |
| | | July 14, 2003 |
| S00.00 | STRUCTURAL | July 14, 2003 |
| S01.01.1 | General Notes | |
| S01.01.2 | Foundation Plan - Area A | |
| S01.01.3 | Foundation Plan - Area B | June 11, 2003 |
| S01.02.1 | Foundation Plan - Area C | July 14, 2003 |
| S01.02.2 | Roof Framing Plan - Area A | July 14, 2003 |
| S01.02.3 | Roof Framing Plan - Area B | July 14, 2003 |
| S02.00 | Roof Framing Plan - Area C | July 14, 2003 |
| S02.01 | Foundation Details | July 14, 2003 |
| S02.02 | Foundation Details | July 14, 2003 |
| S02.03 | Foundation Details | July 14, 2003 |
| S03.00 | Retaining Wall Plan and Details | June 11, 2003 |
| S03.01 | Steel Column Schedule and Details | June 11, 2003 |
| S03.02 | Steel Bracing Elevations | June 11, 2003 |
| S03.03 | Bracing Details | June 11, 2003 |
| S03.04 | Typical Steel Details | July 14, 2003 |
| S03.05 | Typical Composite Details | June 11, 2003 |
| S03.06 | Steel Details | June 11, 2003 |
| S05.00 | Steel Details | June 11, 2003 |
| S05.01 | Masonry Details | June 11, 2003 |
| | Masonry Details | June 11, 2003 |
| | | June 11, 2003 |
| | MECHANICAL DRAWINGS | |
| M001 | Legends, Abbreviations & Symbols | |
| M101-A | Floor Plan - Ductwork - Part A | July 14, 2003 |
| M101-B | Floor Plan - Ductwork - Part B | July 14, 2003 |
| M101-C | Floor Plan - Ductwork - Part C (Admin) | July 14, 2003 |
| M102-A | Roof Plan - Part A | July 14, 2003 |
| M102-B | Roof Plan - Part B | July 14, 2003 |
| M102-C | Roof Plan - Part C (Admin) | July 14, 2003 |
| M201-A | Floor Plan - Piping - Part A | July 14, 2003 |
| M201-B | Floor Plan - Piping - Part B | July 14, 2003 |
| M301 | Part. Plan Chiller Room A | July 14, 2003 |
| M302 | Part. Plan Chiller Room B | July 14, 2003 |
| M303 | Part. Plan Cooling Towers & Sections | July 14, 2003 |
| M304 | Under Floor Piping Details | July 14, 2003 |
| M305 | Part. Plan Fan Room #1 | July 14, 2003 |
| M306 | Part. Plan Fan Room #2 | July 14, 2003 |
| M307 | Part. Plan Generator Room | July 14, 2003 |
| M308 | Chiller Room Sections | July 14, 2003 |
| M401 | Chilled & Condenser Water Piping Flow Diagrams | July 14, 2003 |
| M402 | Air Flow Schematics - 1 | July 14, 2003 |
| M403 | Air Flow Schematics - 2 | July 14, 2003 |
| M404 | Motor Control Center | July 14, 2003 |
| M405 | Wiring Diagrams | July 14, 2003 |
| | | July 14, 2003 |

006122

Bank One Core Data Center II
Brandywine, Delaware
List of Drawings and Specifications

July 14, 2003

| DWG./Spec No. | Description | Date |
|---|---|---|
| M502 | Ductwork Details - 2 | |
| M503 | Piping Details - 1 | |
| M504 | Piping Details - 2 | July 14, 2003 |
| M601 | HVAC Equipment Schedules - 1 | July 14, 2003 |
| M602 | HVAC Equipment Schedules - 2 | July 14, 2003 |
| M603 | HVAC Equipment Schedules - 3 | July 14, 2003 |
| M604 | HVAC Equipment Schedules - 4 | July 14, 2003 |
| M605 | HVAC Equipment Schedules - 5 | July 14, 2003 |
| M700 | HVAC Control Points | July 14, 2003 |
| M701 | HVAC Control - Module Riser | July 14, 2003 |
| M702 | HVAC Control Points List - 1 | July 14, 2003 |
| M703 | HVAC Control Points List - 2 | July 14, 2003 |
| M704 | HVAC Control Points List - 3 | July 14, 2003 |
| M705 | HVAC Control Points List - 4 | July 14, 2003 |
| M706 | HVAC Control Points List - 5 | July 14, 2003 |
| M707 | HVAC Control Points List - 6 | July 14, 2003 |
| M708 | HVAC Control Points List - 7 | July 14, 2003 |
| M709 | HVAC Control Points List - 8 | July 14, 2003 |
| M710 | HVAC Control Points List - 9 | July 14, 2003 |
| M711 | HVAC Control Points List - 10 | July 14, 2003 |
| M712 | HVAC Control Points List - 11 | July 14, 2003 |
| M713 | HVAC Control Points List - 12 | July 14, 2003 |
| M714 | HVAC Control Points List - 13 | July 14, 2003 |
| | | July 14, 2003 |
| P001 | PLUMBING | |
| P100A | Symbol List, General Notes, Schedules and Details | |
| P100B | Underground Floor Plan - Part A | |
| P100C | Underground Floor Plan - Part B | June 11, 2003 |
| P101-A | Underground Floor Plan - Part C | July 14, 2003 |
| P101-B | Floor Plan - Part A | May 23, 2003 |
| P101-C | Floor Plan - Part B | July 14, 2003 |
| P102-A | Floor Plan - Part C | June 11, 2003 |
| P102-B | Roof Plan - Part A | July 14, 2003 |
| P102-C | Roof Plan - Part B | July 14, 2003 |
| P201 | Roof Plan - Part C | July 14, 2003 |
| P202 | Partial Underground Floor Plan | July 14, 2003 |
| P203 | Partial Underground Floor Plans | June 11, 2003 |
| P204 | Partial Floor Plan | May 23, 2003 |
| P301 | Partial Floor Plan | July 14, 2003 |
| P302 | Water Storage Tank Detail | July 14, 2003 |
| P303 | Sanitary Riser Diagram | July 14, 2003 |
| P304 | Sanitary Riser Diagram | July 14, 2003 |
| | Domestic Water Riser Diagram | July 14, 2003 |
| | | July 14, 2003 |
| FP001 | FIRE PROTECTION DRAWINGS | |
| FP101-A | Symbol List, General Notes, Schedules and Details | |
| FP101-B | Floor Plan - Part A | July 14, 2003 |
| FP101-C | Floor Plan - Part B | July 14, 2003 |
| FP201 | Floor Plan - Part C | July 14, 2003 |
| | Partial Floor Plans and Details | July 14, 2003 |
| | | July 14, 2003 |
| E001 | ELECTRICAL | |
| E002 | Abbreviations and Symbol List | |
| ES001 | General Notes and Lighting Fixture Schedule | |
| E101-A | Electrical Site Plan | May 23, 2003 |
| E101-B | Lighting Floor Plan - Part A | July 14, 2003 |
| E101-C | Lighting Floor Plan - Part B | May 23, 2003 |
| E101-D | Lighting Floor Plan - Part C | July 14, 2003 |
| E101-E | Lighting Floor Plan - Part D | July 14, 2003 |
| E101-F | Lighting Floor Plan - Part E | July 14, 2003 |
| E101-G | Lighting Floor Plan - Part F | July 14, 2003 |
| E101-H | Lighting Floor Plan - Part G | July 14, 2003 |
| E102 | Lighting Floor Plan - Part H (Admin. Area) | July 14, 2003 |
| E202-A | Lighting Site Plan | July 14, 2003 |
| E202-B | Power Floor Plan - Part A | July 14, 2003 |
| E202-C | Power Floor Plan - Part B | July 14, 2003 |
| E202-D | Power Floor Plan - Part C | May 23, 2003 |
| E202-E | Power Floor Plan - Part D | May 23, 2003 |
| E202-F | Power Floor Plan - Part E | May 23, 2003 |
| E202-G | Power Floor Plan - Part F | May 23, 2003 |
| E203-A | Power Floor Plan - Part G | May 23, 2003 |
| | Power Floor Plan-RPF's, Receptacles and Phones Part A | July 14, 2003 |

Page 12 of 25

006123

Bank One Core Data Center II
Brandywine, Delaware
List of Drawings and Specifications

July 14, 2003

DWG./Spec No.

Description

Date

| DWG./Spec No. | Description | Date |
|---|---|---|
| E203-C | Power Floor Plan-RPP's, Receptacles and Phones Part-C | July 14, 2003 |
| E203-D | Power Floor Plan-RPP's, Receptacles and Phones Part-D | July 14, 2003 |
| E203-E | Power Floor Plan-RPP's, Receptacles and Phones Part-E | July 14, 2003 |
| E203-F | Power Floor Plan-RPP's, Receptacles and Phones Part-F | July 14, 2003 |
| E203-G | Power Floor Plan-RPP's, Receptacles and Phones Part-G | July 14, 2003 |
| E203-H | Power Floor Plan-RPP's, Receptacles and Phones Part-H-Admin Area | July 14, 2003 |
| E204-A | Power & Lighting Roof Plan-Part-A | July 14, 2003 |
| E204-B | Power & Lighting Roof Plan-Part-B | July 14, 2003 |
| E204-C | Power & Lighting Roof Plan-Part-C | July 14, 2003 |
| E302-A | Underground Grounding Plan - Part A | July 14, 2003 |
| E302-B | Underground Grounding Plan - Part B | July 14, 2003 |
| E302-C | Underground Grounding Plan - Part C (Admin. Area) | July 14, 2003 |
| E303-A | Lightning Protection Roof Plan-Part A | July 14, 2003 |
| E303-B | Lightning Protection Roof Plan-Part B | July 14, 2003 |
| E303-C | Lightning Protection Roof Plan-Part C - Admin Area | July 14, 2003 |
| E304-A | Fire Alarm Floor Plan-Part A | July 14, 2003 |
| E304-B | Fire Alarm Floor Plan-Part B | July 14, 2003 |
| E304-C | Fire Alarm Floor Plan-Part C (Admin) | July 14, 2003 |
| E305-A | ASSD Floor Plan-Part A | July 14, 2003 |
| E305-B | ASSD Floor Plan-Part B | July 14, 2003 |
| E306-A | Power Underground Conduit Layout Plan - Part A | July 14, 2003 |
| E306-B | Power Underground Conduit Layout Plan - Part B | July 14, 2003 |
| E307-A | Telecom, Control, Electrical Power Monitoring, Underground Conduit Systems Plan - Part A | May 23, 2003 |
| E307-B | Telecom, Control, Electrical Power Monitoring, Underground Conduit Systems Plan - Part B | May 23, 2003 |
| E308-A | EPMS and BMS Lan Cable Plan - Part A | May 23, 2003 |
| E308-B | EPMS and BMS Lan Cable Plan - Part B | May 23, 2003 |
| E401-A | Main One Line Diagram | July 14, 2003 |
| E401-B | Distribution One Line Diagram - Computer Substations 1A, 1B, 2A, 2B, MLBA & MLBB | July 14, 2003 |
| E401-C | Distribution One Line Diagram - Computer Substations 3A, 3B, 4A & 4B | May 23, 2003 |
| E401-E | Distribution One Line Diagram - Mechanical Substations 1A and 1B | May 23, 2003 |
| E401-F | Distribution One Line Diagram - Mechanical Substations 2A and 2B | May 23, 2003 |
| E401-H | Distribution One Line Diagram - Critical Output Distribution Switchgear 1A and 1B | May 23, 2003 |
| E401-I | Distribution One Line Diagram - Critical Output Distribution Switchgear 2A and 2B | May 23, 2003 |
| E401-J | Distribution One Line Diagram - Critical Output Distribution Switchgear 3A and 3B | May 23, 2003 |
| E401-K | Distribution One Line Diagram - Critical Output Distribution Switchgear 4A and 4B | May 23, 2003 |
| E402 | Part One Line Diagrams for Kirk Key and Synch. Check Relaying | May 23, 2003 |
| E403 | 12kV Distribution Switchgear "MD-A" & "MD-B" Relay Diagrams | July 14, 2003 |
| E404 | Generator Switchgear and Generator Relay Diagrams | July 14, 2003 |
| E405-A | EMPS Typical for 43.5kV, 13.8kV A & B MV CB | July 14, 2003 |
| E405-B | EPMS Main Distribution Switchgear 1 | July 14, 2003 |
| E405-C | EPMS Main Distribution Switchgear 2 | July 14, 2003 |
| E405-D | EPMS Diesel Generator | July 14, 2003 |
| E405-E | EPMS Diesel Generator Switchgear | July 14, 2003 |
| E405-F | EPMS Computer Substation Side A & B | July 14, 2003 |
| E405-G | EPMS Mechanical Substation Side A & B | July 14, 2003 |
| E405-H | EPMS Loadbank Substation A & B | July 14, 2003 |
| E405-I | EPMS UPS & SSC Output Switchgear | July 14, 2003 |
| E405-J | EPMS Critical Output Distribution Switchgear | July 14, 2003 |
| E405-K | EPMS All Critical Output Switchgear | July 14, 2003 |
| E405-L | EPMS UPS MB A & B | July 14, 2003 |
| E405-M | RPP | July 14, 2003 |
| E406-A | EPMS Screen Flow and Summary Description | July 14, 2003 |
| E406-B | EPMS #1 Screen Name List | July 14, 2003 |
| E406-C | EPMS #2 Screen Name List | July 14, 2003 |
| E406-D | EPMS #3 Screen Name List | July 14, 2003 |
| E406-E | EPMS #4 Screen Name List | July 14, 2003 |
| E407-A | EPMS System Cabling and Details | July 14, 2003 |
| E407-B | EPMS & BMS Lan Details | July 14, 2003 |
| E408 | EPMS GPS System Diagrams | July 14, 2003 |
| E409 | Control Block Diagram | July 14, 2003 |
| E410 | Control Wiring Block Diagram | July 14, 2003 |
| E411-A | EPO Diagram-Data Center 'A' and Generator Rooms 1A and 1B | July 14, 2003 |
| E411-B | EPO Diagram-Data Center 'B' and Generator Rooms 2A and 2B | July 14, 2003 |
| E412 | 125VDC Battery System | July 14, 2003 |
| E422 | Fire Alarm and ASSD System Connection Diagram and Mounting Details | July 14, 2003 |
| E501 | Lighting Panel Schedules | July 14, 2003 |
| E502-A | UPS Receptacle Panel Schedules | July 14, 2003 |
| E502-B | UPS Receptacle Panel Schedules | July 14, 2003 |
| E503 | Receptacle Panel Schedules | July 14, 2003 |
| E504-A | Mechanical Equipment Panel Schedules | July 14, 2003 |
| E504-B | Mechanical Equipment Panel Schedules | July 14, 2003 |
| E504-C | Mechanical Equipment Panel Schedules | July 14, 2003 |

006124

Bank One Core Data Center II
Brandywine, Delaware
List of Drawings and Specifications

July 14, 2003

| DWG/Spec No. | Description | Date |
|---|---|---|
| E505-A | PP Panel Schedules | |
| E505-B | PP Panel Schedules | |
| E506 | Miscellaneous Mechanical Loads | July 14, 2003 |
| E507-A | DC "A" Panel Schedules | July 14, 2003 |
| E507-B | DC "B" Panel Schedules | July 14, 2003 |
| E601 | Grounding Details Part 1 | July 14, 2003 |
| E602 | Grounding Details Part 2 | July 14, 2003 |
| E603 | Lighting Control Panel Schedules and Details | May 23, 2003 |
| E604 | Smoke Detection and Fire Alarm Details | May 23, 2003 |
| E605 | Lighting Details | |
| E606 | Lightning Protection Details | July 14, 2003 |
| E607 | Power Underground Conduit Sections and Details | July 14, 2003 |
| E610 | Switchgear Elevations | July 14, 2003 |
| E611 | Switchgear Elevations | May 23, 2003 |
| E612 | Electrical Details | July 14, 2003 |
| E613 | Underfloor Receptacle Details | July 14, 2003 |
| | | July 14, 2003 |
| SE001 | SECURITY DRAWINGS | |
| SE101-A | Security Symbols, Drawing List and Notes | |
| SE101-B | Floor Security Plan - Part A | May 23, 2003 |
| SE101-C | Floor Security Plan - Part B | May 23, 2003 |
| SE401 | Security Floor Plan - Part C - Admin. Area & Site Gate Security Part Plan | May 23, 2003 |
| SE601 | Security Block Diagrams & Riser Diagram | May 23, 2003 |
| SE602 | Security System Details Sheet #1 | July 14, 2003 |
| | Security System Details Sheet #2 | July 14, 2003 |
| | | July 14, 2003 |
| F101 | FUEL OIL | July 14, 2003 |
| F102 | Part Site and Generator Room Plan - Gen. Rms 1A and 2A | |
| F103 | Part Site and Generator Room Plan - Gen. Rms 1B and 2B | |
| F401 | Part Plans and Sections | May 23, 2003 |
| F402 | Fuel Oil Flow Diagram - Gen. Rms 1A and 1B | May 23, 2003 |
| F403 | Fuel Oil Flow Diagram - Gen. Rms 2A and 2B | July 14, 2003 |
| F404 | Fuel Oil System Connection Diagrams | April 30, 2003 |
| F405 | Fuel Oil System Monitoring System | April 30, 2003 |
| F501 | Fuel Oil Control Diagram | April 30, 2003 |
| F502 | Underground Fuel Oil Storage Tank Details | April 30, 2003 |
| | Details | July 14, 2003 |
| DIVISION 1 | GENERAL REQUIREMENTS | April 30, 2003 |
| 01100 | Summary | |
| 01140 | Work Restrictions | |
| 01210 | Allowances | April 18, 2003 |
| 01250 | Contract Modification Procedures | April 18, 2003 |
| 01270 | Unit Prices | April 18, 2003 |
| 01290 | Payment Procedures | April 18, 2003 |
| 01310 | Project Management And Coordination | April 18, 2003 |
| 01320 | Construction Progress Documentation | April 18, 2003 |
| 01330 | Submittal Procedures | April 18, 2003 |
| 01331 | Coordination Drawings CAD Waiver | April 18, 2003 |
| 01400 | Quality Requirements | April 18, 2003 |
| 01420 | References | April 18, 2003 |
| 01500 | Temporary Facilities And Controls | April 18, 2003 |
| 01600 | Product Requirements Substitution Request | April 18, 2003 |
| 01700 | Execution Requirements | April 18, 2003 |
| 01731 | Cutting And Patching | April 18, 2003 |
| 01770 | Closeout Procedures | April 18, 2003 |
| 01771 | Final Cleaning | April 18, 2003 |
| | | April 18, 2003 |
| DIVISION 2 | SITE CONSTRUCTION | June 11, 2003 |
| 02100 | Site Preparation | |
| 02200 | Site Excavation, Filling and Grading | |
| 02270 | Temporary Erosion and Sediment Control Measures | April 18, 2003 |
| 02271 | RIPRAP | April 18, 2003 |
| 02430 | Catch Basins | April 18, 2003 |
| 02484 | Topsoiling | April 30, 2003 |
| 02486 | Fertilizing and Seeding | April 30, 2003 |
| 02489 | Mulching | April 30, 2003 |
| 02490 | Sodding | April 30, 2003 |
| 02492 | Watering | April 30, 2003 |
| 02504 | Pavement Milling | April 30, 2003 |
| 02510 | Concrete Sidewalks | April 30, 2003 |
| 02511 | Seal Coat | April 30, 2003 |

006125

Bank One Core Data Center II
Brandywine, Delaware
List of Drawings and Specifications

July 14, 2003

| DWG./Spec No. | Description | Date |
|---|---|---|
| 02513 | Bituminous Concrete Paving, Hot-Mixed | |
| 02514 | Adjusting and Repairing Existing Catch Basins and Manholes | |
| 02520 | Portland Cement Concrete Paving | April 30, 2003 |
| 02528 | Concrete Curb | April 30, 2003 |
| 02579 | Pavement Millings | April 30, 2003 |
| 02605 | Manholes | April 30, 2003 |
| 02610 | Reinforced Concrete Pipe/HDPE | April 30, 2003 |
| 02612 | PVC Sanitary Sewer and Pipe Fittings | April 30, 2003 |
| 02620 | Subdrainage | April 30, 2003 |
| 02622 | PVC Storm Sewer Pipe and Fittings | April 30, 2003 |
| 02665 | Ductile Iron Pipe and Fittings | April 30, 2003 |
| 02668 | Water Valves and Valve Boxes | April 30, 2003 |
| 02669 | Standard Fire Hydrant | April 30, 2003 |
| 02721 | Junction Boxes | April 30, 2003 |
| 02900 | General Planting | April 30, 2003 |
| 02910 | Topsoil and Seeding | April 30, 2003 |
| | | April 30, 2003 |
| DIVISION 3 | CONCRETE | |
| 03100 | Concrete Formwork | |
| 03200 | Concrete Reinforcement and Embedded Assemblies | |
| 03300 | Concrete | April 30, 2003 |
| 03450 | Plant-Precast Architectural Concrete | April 30, 2003 |
| | | April 30, 2003 |
| DIVISION 4 | MASONRY | May 7, 2003 |
| 04820 | Unit Masonry Assemblies | |
| DIVISION 5 | METALS | June 11, 2003 |
| 05120 | Structural Steel | |
| 05300 | Metal Deck | |
| 05511 | Metal Stairs | May 7, 2003 |
| 05521 | Exterior Pipe and Tube Railings | May 7, 2003 |
| 05811 | Architectural Joint Systems | June 11, 2003 |
| | | June 11, 2003 |
| DIVISION 6 | WOOD & PLASTICS | June 11, 2003 |
| 06105 | Miscellaneous Carpentry | |
| DIVISION 7 | THERMAL AND MOISTURE PROTECTION | July 14, 2003 |
| 07115 | Bituminous Dampproofing | |
| 07210 | Building Insulation | |
| 07412 | Metal Wall Panels | June 11, 2003 |
| 07552 | SBS-Modified Bituminous Membrane Roofing | June 11, 2003 |
| 07620 | Sheet Metal Flashing and Trim | June 11, 2003 |
| 07716 | Roof Expansion Assemblies | June 11, 2003 |
| 07720 | Roof Accessories | June 11, 2003 |
| 07841 | Through-Penetration Firestop Systems | June 11, 2003 |
| 07900 | Joint Sealers | June 11, 2003 |
| 07920 | Joint Sealants | April 30, 2003 |
| | | April 30, 2003 |
| DIVISION 8 | DOORS AND WINDOWS | June 11, 2003 |
| 08111 | Steel Doors and Frames | |
| 08125 | Interior Aluminum Frames | |
| 08211 | Flush Wood Doors | June 11, 2003 |
| 08311 | Access Doors and Frames | July 14, 2003 |
| 08331 | Overhead Coiling Doors | July 14, 2003 |
| 08411 | Aluminum Entrances and Storefronts | July 14, 2003 |
| 08700 | Door Hardware (CDC2) | June 11, 2003 |
| 08711 | Door Hardware | June 11, 2003 |
| 08716 | Power Door Operators | June 11, 2003 |
| 08800 | Glazing | July 14, 2003 |
| 08911 | Structural Glazed Aluminum Curtain Wall | July 14, 2003 |
| | | June 11, 2003 |
| DIVISION 9 | FINISHES | June 11, 2003 |
| 09280 | Gypsum Board Assemblies | |
| 09310 | Ceramic Tile | |
| 09511 | Acoustical Panel Ceilings | June 11, 2003 |
| 09514 | Acoustical Metal Pan Ceiling | July 14, 2003 |
| 09654 | Linoleum Floor Coverings | July 14, 2003 |
| 09681 | Carpet Tile | July 14, 2003 |
| 09922 | Interior Painting (Professional Line Products) | July 14, 2003 |
| 09960 | High-Performance Coatings | July 14, 2003 |
| | | June 11, 2003 |

006126

Bank One Core Data Center II
Brandywine, Delaware
List of Drawings and Specifications

July 14, 2003

| DWG./Spec No. | Description | Date |
|---|---|---|
| **DIVISION 10** | **SPECIALTIES** | |
| 10101 | Presentation Dry Erase Wallcovering | |
| 10155 | Toilet Compartments | |
| 10200 | Louvers and Vents | July 14, 2003 |
| 10265 | Impact-Resistant Wall Protection | July 14, 2003 |
| 10270 | Access Flooring | June 11, 2003 |
| 10505 | Metal Lockers | July 14, 2003 |
| 10520 | Fire-Protection Specialties | July 14, 2003 |
| 10605 | Wire Mesh Partitions | July 14, 2003 |
| 10801 | Toilet and Bath Accessories | July 14, 2003 |
| | | July 14, 2003 |
| **DIVISION 11** | **EQUIPMENT** | July 14, 2003 |
| 11010 | Window Washing Systems | |
| 11160 | Loading Dock Equipment | |
| | | July 14, 2003 |
| **DIVISION 12** | **FURNISHINGS** | June 11, 2003 |
| 12484 | Floor Mats and Frames | |
| 12491 | Horizontal Louver Blinds | |
| | | July 14, 2003 |
| **DIVISION 13** | **SPECIAL CONSTRUCTION** | July 14, 2003 |
| 13700 | SECURITY ACCESS AND SURVEILLANCE | |
| 13701 | ACCESS CONTROL & ALARM MONITORING SYSTEMS | |
| 13702 | CLOSED-CIRCUIT TELEVISION SYSTEMS | July 14, 2003 |
| **DIVISION 14** | **CONVEYING SYSTEMS** | July 14, 2003 |
| 14610 | Fixed Hoists | July 14, 2003 |
| | | |
| **DIVISION 15** | **MECHANICAL** | July 14, 2003 |
| 15020H | HVAC REQUIREMENTS | |
| 15145H | HANGERS AND SUPPORTS | |
| 15170H | MOTORS | July 14, 2003 |
| 15175H | MOTOR CONTROLLERS | July 14, 2003 |
| 15180H | MOTOR-CONTROL CENTERS | July 14, 2003 |
| 15190H | HVAC IDENTIFICATION | July 14, 2003 |
| 15200H | INSULATION | July 14, 2003 |
| 15241H | HVAC VIBRATION CONTROLS AND SEISMIC RESTRAINTS | July 14, 2003 |
| 15491H | FUEL-OIL SYSTEM | July 14, 2003 |
| 15500H | PIPING SYSTEMS | July 14, 2003 |
| 15540H | HVAC PUMPS | July 14, 2003 |
| 15545H | WATER TREATMENT | July 14, 2003 |
| 15560H | LIQUID LEAK DETECTION SYSTEMS | July 14, 2003 |
| 15575H | BREECHINGS, CHIMNEYS AND STACKS | July 14, 2003 |
| 15600H | REFRIGERATION SYSTEM EQUIPMENT | July 14, 2003 |
| 15761H | AIR COILS | July 14, 2003 |
| 15784H | COMPUTER-ROOM AIR-CONDITIONING UNITS INSTALLATION | July 14, 2003 |
| 15805H | DIESEL ENGINE INSTALLATION | July 14, 2003 |
| 15810H | HUMIDIFIERS | July 14, 2003 |
| 15832H | FINNED-TUBE RADIATION | July 14, 2003 |
| 15835H | UNIT HEATERS | July 14, 2003 |
| 15850H | FANS | July 14, 2003 |
| 15854H | CENTRAL-STATION AIR-HANDLING UNITS | July 14, 2003 |
| 15856H | INTAKE AND RELIEF VENTILATORS | July 14, 2003 |
| 15890H | SHEET METAL WORK | July 14, 2003 |
| 15933H | AIR TERMINALS | July 14, 2003 |
| 15990H | TESTING, ADJUSTING AND BALANCING | July 14, 2003 |
| | | July 14, 2003 |
| **DIVISION 15** | **Plumbing** | July 14, 2003 |
| 15020P | PLUMBING REQUIREMENTS | |
| 15100P | PLUMBING VALVES | |
| 15135P | PLUMBING METERS AND GAGES | July 14, 2003 |
| 15145P | Plumbing Hangers and Supports | July 14, 2003 |
| 15170P | PLUMBING MOTORS | July 14, 2003 |
| 15190P | Plumbing Identification | June 11, 2003 |
| 15241P | Plumbing Vibration Controls and Seismic Restraints | July 14, 2003 |
| 15260P | Plumbing Insulation | June 11, 2003 |
| 15321P | ELECTRIC-DRIVE, VERTICAL FIRE PUMPS | July 14, 2003 |
| 15325P | FIRE-SUPPRESSION SPRINKLERS | June 11, 2003 |
| 15411P | PLUMBING WATER DISTRIBUTION PIPING | June 11, 2003 |
| 15420P | PLUMBING DRAINAGE AND VENT PIPING | July 14, 2003 |
| 15430P | PLUMBING SPECIALTIES | July 14, 2003 |
| 15440P | Plumbing Fixtures | July 14, 2003 |
| 15441P | COOLING TOWER WATER MAKEUP PUMPS | July 14, 2003 |
| | | June 11, 2003 |
| | | July 14, 2003 |

Page 7 of 8

006127

**Bank One Core Data Center II**
**Brandywine, Delaware**
**List of Drawings and Specifications**

July 14, 2003

DWG./Spec No.

Description

Date

| DWG./Spec No. | Description | Date |
|---|---|---|
| 15452P | SUMP PUMPS | |
| 15461P | Electric Water Heaters | |
| | | |
| DIVISION 16 | ELECTRICAL | July 14, 2003 |
| 16050 | BASIC ELECTRICAL REQUIREMENTS | June 11, 2003 |
| 16055 | TEMPORARY ELECTRICAL FACILITIES FOR CONSTRUCTION | |
| 16071 | SEISMIC CONTROLS FOR ELECTRICAL WORK | July 14, 2003 |
| 16075 | ELECTRICAL IDENTIFICATION | July 14, 2003 |
| 16080 | ACCEPTANCE TESTING | July 14, 2003 |
| 16120 | CONDUCTORS AND CABLES | July 14, 2003 |
| 16121 | CONTROL/SIGNAL TRANSMISSION MEDIA | July 14, 2003 |
| 16124 | MEDIUM-VOLTAGE CABLES | July 14, 2003 |
| 16130 | RACEWAYS, BOXES AND CABINETS | July 14, 2003 |
| 16140 | WIRING DEVICES | July 14, 2003 |
| 16145 | LIGHTING CONTROL DEVICES | July 14, 2003 |
| 16312I | 12kV-480/277 VOLT SUBSTATIONS - Installation Only | July 14, 2003 |
| 16344I | 12kV DISTRIBUTION SWITCHGEARS – Installation Only | July 14, 2003 |
| 16345I | 12kV PARALLELING SWITCHGEAR - Installation Only | July 14, 2003 |
| 16415 | TRANSFER SWITCHES | July 14, 2003 |
| 16425 | SWITCHBOARDS | July 14, 2003 |
| 16426I | SWITCHGEARS (CRITICAL OUTPUT DISTRIBUTION) - Installation Only | July 14, 2003 |
| 16441I | ALTERNATE CRITICAL SWITCHBOARDS - Installation Only | July 14, 2003 |
| 16452 | GROUNDING | July 14, 2003 |
| 16461 | DRY TYPE TRANSFORMERS (600V AND LESS) | July 14, 2003 |
| 16470 | PANELBOARDS | July 14, 2003 |
| 16471I | POWER DISTRIBUTION UNIT (PDU'S) - Installation Only | July 14, 2003 |
| 16475 | FUSES | July 14, 2003 |
| 16476 | DISCONNECT SWITCHES AND CIRCUIT BREAKERS | July 14, 2003 |
| 16480I | LOAD BANKS - Installation Only | July 14, 2003 |
| 16511 | INTERIOR LIGHTING | July 14, 2003 |
| 16521 | EXTERIOR LIGHTING | July 14, 2003 |
| 16610I | UNINTERRUPTIBLE POWER SUPPLY SYSTEM - Installation Only | July 14, 2003 |
| 16621I | PACKAGED ENGINE GENERATORS - Installation Only | July 14, 2003 |
| 16637I | REMOTE POWER PANELS (RPP'S) - Installation Only | July 14, 2003 |
| 16722 | AIR SAMPLING SMOKE DETECTION SYSTEMS | July 14, 2003 |
| 16723 | ADDRESSABLE FIRE ALARM SYSTEMS | July 14, 2003 |
| 16997 | ELECTRICAL SYSTEM COMMISSIONING REQUIREMENTS | July 14, 2003 |
| | | July 14, 2003 |
| DIVISION 17 | HVAC CONTROL SYSTEMS | July 14, 2003 |
| 1797SH | HVAC CONTROL SYSTEMS | |

July 14, 2003

006128

EXHIBIT D

WORK AREA

4001 Governor Printz Blvd.
Wilmington, Delaware 19802

006129

## EXHIBIT E

## MAXIMUM CHANGE ORDER RATES FOR OVERHEAD, PROFIT, CONSTRUCTION CONTRACTOR'S FEE

1.  Construction Contractor may add to its "on-site" cost of extra Work when such Work is performed directly at the site with its own personnel, equipment and materials, it being agreed by Construction Contractor that it will not subcontract out work when it would be more efficient (both in terms of time and money) for Construction Contractor's own personnel to perform such work.

    __15__ % for all of Construction Contractor's Fee related to such Change Order

2.  Construction Contractor may add an additional percentage to subcontractor's costs for administration and supervision of extra Work by a subcontractor.

    __6__ % for all of Construction Contractor's Fee related to such Change Order

3.  Construction Contractor shall deduct over and above his "on-site" cost of deleted Work when such Work would have been performed directly at the Site with its own personnel, equipment and materials.

    __15__ % for all of Construction Contractor's Fee related to such Change Order

4.  Construction Contractor shall deduct an additional percentage over and above subcontractor's credit for administration and supervision of extra Work by a subcontractor.

    __6__ % for all of Construction Contractor's Fee related to such Change Order

E-1

006130

EXHIBIT F

RATES AND UNIT PRICES

Item                                                                        Price

006131

EXHIBIT G

GENERAL CONDITIONS
TO
SINGLE PROJECT CONSTRUCTION SERVICES AGREEMENT

These General Conditions are attached to and made a part of the Single Project Construction Services Agreement ("Agreement"). All terms defined either in the Agreement or in these General Conditions shall have the meaning ascribed thereto wherever used in the Contract Documents. Terms and abbreviations not specifically defined in the Contract Documents which have well-known technical or trade meanings are used in the Contract Documents in accordance with such recognized meanings.

ARTICLE 1     WORK

1.01     Construction Contractor shall perform or cause to be performed, in a first class manner and in accordance with the Contract, all work set forth in, contemplated by or reasonably inferable as being necessary to produce the intended results from, the plans and specifications listed on Exhibit C to the Agreement (as supplemented and modified by Owner throughout the design process), including all labor and materials to complete the general description of such work contained in the Agreement and all movable furnishings specifically identified as being the responsibility of or to be performed by Construction Contractor on such plans and specifications (as supplemented and modified by Owner throughout the design process) and excluding movable furnishings specified or indicated on such plans and specifications to be excluded or to be the responsibility of Owner or Owner's other contractors or consultants (collectively all such labor, materials, and services to be provided by Construction Contractor are herein called the "Work"). In the event of any discrepancy between large-scale plans and small-scale plans, the large-scale plans shall govern. The foregoing shall not relieve Construction Contractor of Construction Contractor's responsibility to advise Owner of any inconsistencies in any of the plans and specifications which a fully competent first class contractor could reasonably be expected to discover upon review of the plans and specifications. Except as set forth above, if any of the Contract Documents imposes a different or greater obligation or limitation upon Construction Contractor than another Contract Document, the Contract Document imposing the greater obligation or limitation on Construction Contractor shall govern and prevail. Plans and specifications which are either (i) necessary for the proper execution and completion of the Work or for the proper operation of the completed improvements or (ii) consistent with and reasonably inferable from the plans and specifications attached hereto as Exhibit C (as supplemented and modified by Owner throughout the design process) as being part of the scope of the Work may hereafter be furnished and will be incorporated in Exhibit C and into the Work at no additional cost to Owner. Construction Contractor acknowledges that it has participated and will participate in meetings with Owner and its design professionals and Construction Contractor has been given ample opportunity to obtain a thorough understanding of the intended final product and fully reviewed the plans and specifications listed on Exhibit C, and thus Construction Contractor hereby agrees that no increase in the Contract Sum shall result unless a change in scope occurs as evidenced by a written change order executed by Owner and Construction Contractor. Construction Contractor shall participate in the value engineering by proposing appropriate and suitable alternatives to achieve the intended design, functionality and quality in a manner that will best enable the Work to be completed within the budget and schedule therefor and shall cooperate and work with the Owner and its consultants as part of an integrated team to maximize the quality of the improvements contemplated by the Work and its components and systems while minimizing the cost of the Work and meeting the requirements of the schedule therefor.

1.02     As between Owner and Construction Contractor, all plans and specifications for the Work and other material related to the Work prepared by Construction Contractor or furnished to Construction Contractor by Owner are and shall remain Owner's property, and shall be used by Construction Contractor only with respect to the Work. Construction Contractor acknowledges that a confidential relationship has been established between Owner and Construction Contractor and that Owner may communicate to Construction Contractor certain confidential information to enable Construction Contractor to render the services required in the Contract. Construction Contractor agrees (i) to treat and to obligate its consultants, employees, and subcontractors to consider and treat all information as secret and confidential, and (ii) not to disclose or issue any information or make available any reports, recommendations and/or conclusions in connection with the Work or the Site, which Construction

006132

Contractor may make to Owner, or any drawings, to any person, firm or corporation or use the same in any manner whatsoever without first obtaining Owner's prior written approval.

1.03     The Contract Documents represent the entire and integrated agreement between Owner and Construction Contractor and shall be deemed to supersede all prior negotiations, representations or agreements, whether written or oral.

ARTICLE 2     <u>OWNER</u>

2.01     To the extent required by Construction Contractor to perform the Work, Owner shall furnish descriptions of all surveys describing the physical characteristics, legal limitations and utility locations for the area within which the Work is to be performed and where materials are to be stored, which Work areas within the Site are limited to the areas designated as such on <u>Exhibit D</u> to the Agreement ("**Work Area**"). Construction Contractor shall confine its activities at the Site to the Work Area. All other grades, lines, levels, benchmarks, courses and distances shall be established and maintained by Construction Contractor.

2.02     Unless otherwise provided in the Contract Documents, Construction Contractor will be furnished with, free of charge, one set of prints and one reproducible set of all drawings comprising the plans and specifications and one set of the specifications. Owner shall be responsible for all utility connection charges and tap-in fees, including excess capacity fees, meter installation charges or the like.

2.03     If Construction Contractor is in default of any of its obligations under the Contract Documents, and such failure or default continues for seven days after written notice from Owner, Owner may order Construction Contractor immediately to stop the Work, or any portion thereof, until the cause for such order has been eliminated; however, the right of Owner to stop the Work shall not give rise to any duty on the part of Owner to exercise this right for the benefit of Construction Contractor or any other person or entity. This right shall be in addition to, and not in restriction of, Owner's other rights under the Contract Documents.

2.04     The Electrical Trade Manager identified in the Agreement, or any substitute designated as such in writing from Owner to Construction Contractor, is Owner's representative with full power to bind Owner.

2.05     Owner reserves for itself and its representatives the right of access to any part of the Work at any time for the purpose of observing or testing or to install other work either with its own forces or with other contractors. Such access is not to be construed to mean partial occupancy by Owner.

2.06     Owner reserves the right to designate, by notice to Construction Contractor (if not so designated on Page 1 of the Agreement) one or more persons or entities that is the owner or manager of the Site or the existing building within which the Work is to be performed (if any, the "**Building**") as a Building Owner/Manager. To the extent a Building Owner/Manager is so designated, all provisions of this Contract relating to the Building Owner/Manager shall apply, and mean and refer, to the persons or entities so designated. To the extent a Building Owner/Manager is not so designated, no force or effect shall be given to those provisions to the extent related to the Building Owner/Manager.

2.07     Owner reserves the right to engage third parties, including architects and engineers, to assist Owner in various capacities related to the Work and Contract Documents, including in the administration of the Contract Documents. Construction Contractor agrees to cooperate with all such consultants, including architects and engineers, in all aspects of the Work and Contract Documents, including the administration thereof. Construction Contractor acknowledges and agrees that Owner may grant conditional approval of or require the approval of any such consultant, including any architect or engineer, as a condition to Owner's granting any consent or approval required of Owner under the Contract Documents. Construction Contractor shall cooperate with such processes required by Owner to obtain such consultant" consents.

006133

ARTICLE 3     <u>CONSTRUCTION CONTRACTOR</u>

3.01     Construction Contractor shall have primary responsibility for preparation of budgets for the Work throughout the design process in cooperation and consultation with Owner and its consultants. Construction Contractor's submission nor Owner's approval of any budget shall alter the Contract Sum (absent a Change Order executed by the Parties). Any budget may contain one or more line items for Owner's contingency or a contingency expressly to be controlled by Owner and each such contingency is herein called an "Owner's Contingency". An Owner's Contingency (i) shall only be available for use in connection with the Work upon Owner's written approval, which may be granted or denied by Owner in Owner's sole discretion for any or no reason, (ii) shall not be included in the agreed upon Contract Sum, and (iii) which is not used upon final completion of the Work and Construction Contractor is not entitled to any unused portion thereof.

3.02     Construction Contractor shall perform the Work in accordance with all laws, ordinances, codes, rules and regulations, orders and decisions of all government authorities having jurisdiction over the Site ("Government Requirements"), and otherwise perform Construction Contractor's obligations contemplated in the Contract Documents. Construction Contractor acknowledges that Construction Contractor has visited the Site, examined all conditions affecting the Work, and is fully familiar with all of the conditions thereon and affecting the Work and the Work Area. Construction Contractor shall perform no portion of the Work at any time without Contract Documents or, where required, approved (or approved as noted) shop drawings, product data or samples for such portion of the Work.

3.03     Construction Contractor shall employ a competent project superintendent, necessary assistants, and staff, as necessary for the proper administration, coordination and supervision of the Work, all approved by Owner in writing by either being listed in the Agreement or by separate written approval accepted by or on behalf of Owner. Owner's approval of any such person (or of any substitute for such person) shall not relieve Construction Contractor of or otherwise limit or affect Construction Contractor's obligation to employ competent persons of sufficient skill and experience to perform their assigned responsibilities in accordance with the standards and requirements set forth in the Contract. Construction Contractor's project superintendent shall be in attendance at the Work Area for the duration of the Work and such project superintendent's duties shall not be diminished without the prior written consent of Owner. Construction Contractor's project superintendent shall represent Construction Contractor and all communications given to such project superintendent shall be as binding as if given to Construction Contractor. Upon Owner's request, any communication from such project superintendent shall be confirmed in writing by an authorized partner, member or officer, as the case may be, of Construction Contractor. Construction Contractor's project superintendent shall have authority to furnish estimates and to approve field changes and shall attend meetings with Owner at such times and places as shall be requested by Owner to report on the progress of the Work or otherwise to consult with Owner. Construction Contractor's project superintendent and other members of Construction Contractor's staff identified on page 1 of the Agreement or separately approved by Owner as provided above shall not be changed without the consent of Owner unless such person leaves the employ of Construction Contractor, in which event the substitute must first be approved in writing by Owner. If Owner gives Construction Contractor notice Construction Contractor's project superintendent or any other of Construction Contractor's personnel identified on page 1 of the Agreement (or any person that replaces any of the foregoing) has failed to perform his or her responsibilities in accordance with the standards set forth in this Contract and such failure is not remedied within ten (10) days of such notice, Construction Contractor shall, if requested by Owner, promptly replace such person with a person having the competence, skill and experience necessary to perform such responsibilities and approved by Owner. Those individuals who are the authorized signatories for Construction Contractor are also listed in the Agreement.

3.04     Construction Contractor shall (a) supervise and direct the Work using Construction Contractor's best professional skill and attention, and (b) be solely responsible for all construction means, methods, techniques, sequences and procedures and for coordinating all portions of the Work. Construction Contractor shall furnish its best skill and judgment, employing first class professional standards, and shall cooperate with the other parties involved in the Work in furthering the interests of Owner. Construction Contractor accepts sole responsibility for the acts and omissions of Construction Contractor's employees, subcontractors and their respective agents and employees. Construction Contractor shall (i) at all times enforce strict discipline and good order among Construction Contractor's employees and shall not employ on the Work any unfit person or anyone not skilled in the

006134

task assigned to him; (ii) confine Construction Contractor's equipment, apparatus, materials, and operations of its workmen and subcontractors within limits allowed by Owner and Building Owner/Manager and not unnecessarily burden the Work Area with materials; (iii) correct, at Construction Contractor's expense, damage to property resulting from the Work; and (iv) if the Work requires a temporary shut-down of a service in the Building or any other improvements on the Site, cause such Work to be accomplished during other than normal hours and coordinated with Owner and Building Owner/Manager at Construction Contractor's expense; provided further that Construction Contractor shall give adequate notice to Owner and Building Owner/Manager that Construction Contractor will require a shut-down.

3.05    (a)    Construction Contractor shall not use, in connection with the Work, any material containing asbestos as defined by the United States Environmental Protection Agency 40 CFR CH. 1 (7-1-00 Edition) Subpart M-National Emission Standard for Asbestos and the Occupational Safety and Health Administration, Part 1910: Occupational Safety and Health Standards, Subpart Z: Toxic and Hazardous Substances, Standard 1910.1001: Asbestos.

(b)    Construction Contractor shall not use, in connection with the Work, any hazardous waste, toxic substance or related materials, including substances defined as "hazardous substances" or "toxic substances" in the Comprehensive Environmental Response, Compensation and Liability Act of 1980, as amended, 42 U.S.C. Sec. 9061. et seq., Hazardous Materials Transportation Act, as amended, 49 U.S.C. Sec. 1802, and the Resource Conservation Act and Recovery Act, as amended, 42 U.S.C. Sec. 6901 et seq. ("Hazardous Materials") in such manner as would violate any Government Requirements or would cause any damage or a risk of any damage to the environment, or in such a manner as to leave any residue which could be hazardous to persons or property or cause liability to Owner.

3.06    Construction Contractor shall not discriminate against any employee or applicant for employment because of race, color, religion, sex, age or national origin or ancestry. Construction Contractor shall take affirmative action to ensure that applicants are employed, and that employees are treated during employment, without regard to their race, color, religion, sex, age or national origin or ancestry. Construction Contractor shall comply with, and shall cooperate with Owner and other contractors and subcontractors in connection with compliance with, the regulations of the Occupational Safety and Health Act of 1970, as amended ("OSHA"), or any similar state law which is applicable. If any Construction Contractor's employee working on the Work files a charge of noncompliance with OSHA, Construction Contractor shall notify Owner's Project Manager promptly upon receiving notice of such charge.

3.07    (a)    The Contract Sum is based on the Completion Schedule attached to the Agreement as Exhibit A (said schedule, as modified as permitted herein with Owner's written approval is herein called the "Completion Schedule"). Except as expressly provided for in the Contract Documents, Construction Contractor shall not be entitled to any additional payment for overtime, which includes shift work, required to complete the Work in accordance with the Completion Schedule.

(b)    If Owner requests Construction Contractor to work overtime due solely to Owner's election to accelerate the performance of the Work ahead of the Completion Schedule, Construction Contractor shall comply with the following requirements:

(i)    Construction Contractor shall submit a statement of employees by name, trade, classification, hourly rate, and premiums or overtime charges worked to substantiate premium or overtime charges, in such detail as to demonstrate to Owner its correctness. These statements shall be prepared on a daily basis and shall be submitted daily for Owner's records. The rates, premiums and overtime charges shall correspond with the schedule of rates and unit costs in Exhibit F to the Agreement, which rates and unit prices include all contributions to federal and state unemployment tax and for federal insurance contributions tax required to be paid by Construction Contractor.

(ii)    Owner will pay for authorized overtime work only the amounts of overtime premium wages actually paid by Construction Contractor in accordance with those set forth on the schedule of rates and unit costs attached as Exhibit F to the Agreement.

006135

3.08    (a)    Construction Contractor represents and warrants to and covenants with Owner that all materials and equipment furnished under the Contract will be new unless otherwise specified, and that all Work will be free from faults and defects and in conformance with the Contract Documents. All Work not conforming to these requirements, including substitutions not properly approved and authorized, may be considered defective by Owner. If required by Owner, Construction Contractor shall promptly furnish satisfactory samples of materials demonstrating that the materials comply with this Section. This representation, warranty and covenant is not limited by the provisions of Section 11.02 hereof related to correction of Work.

(b)    Construction Contractor warrants all Work performed and material and equipment furnished against defects and deficiencies (it being agreed by Owner that failure of any part of the Work due solely to misuse by persons other than Construction Contractor and subcontractors shall not be deemed a defect or deficiency in such part) which develop within (i) as to those portions of the Work not covered by the following clause (ii), a period of one year from final completion of the Work or if such defect is not discovered within one year from final completion of the Work, a period of one year from the time such defect should have been discovered with the exercise of reasonable diligence and in no event shall such warranty extend beyond three years from the date of acceptance of the Work and final payment by Owner; (ii) the period specified in the Contract Documents as to any part of the Work for which a period longer than one year is specified. The foregoing time limitations shall not apply to defects and deficiencies which are latent and not readily ascertainable by ordinary observation. Notwithstanding the foregoing, if Construction Contractor uses any heating, ventilating or air conditioning facilities installed as a part of the Work prior to final completion, the warranty with respect to such heating, ventilating or air conditioning facilities shall not commence until final completion of all of the Work.

(c)    Construction Contractor shall require each subcontractor to execute and deliver to Owner a warranty of the Work to be performed by such subcontractor, in form satisfactory to Owner which shall equal or exceed the requirements of this Section 3.08 and any additional requirements set forth in the Contract Documents and shall otherwise be in form and substance satisfactory to Owner. Such warranty by a subcontractor shall be enforceable directly by Owner against each such subcontractor and shall be in addition to any warranty provided by Construction Contractor herein. Construction Contractor shall obtain warranties with respect to all equipment and materials and personal property supplied with respect to the Work from the respective suppliers, at least as favorable as those generally supplied with respect to such equipment, materials and personal property by the suppliers thereof and satisfying any requirements set forth in the Contract Documents, which warranties shall be enforceable directly by Owner against such suppliers and shall be in addition to any warranty provided by Construction Contractor herein or by any subcontractor. The warranties shall be executed by the respective suppliers or subcontractors not later than the date of payment to be made with substantial completion of the applicable subcontract or purchase order. Construction Contractor shall obtain such warranties from each subcontractor and deliver one executed original of each to Owner. Construction Contractor shall bind copies of warranties together in a single volume, grouped by trade and properly indexed. Owner shall have no obligation to make any payment with respect to the portion of the Work provided by any subcontractor or supplier which has not delivered the warranties required of such party.

(d)    If the Contract Documents, any Government Requirements or Owner (to see if the Work complies with the Contract Documents) require any part of the Work to be tested, Construction Contractor shall give Owner not less than 48 hours' notice of the readiness of such part of the Work so that Owner may observe such testing. Construction Contractor will retain a tester satisfactory to Owner. Construction Contractor shall bear the costs of all tests required by the Contract Documents or by Governmental Requirements. If a test is not required either by the Contract Documents or by any Governmental Requirements, and if testing reveals a failure of the Work to comply with the Contract Documents, Construction Contractor shall bear all costs related to such test, including compensation for Owner's additional services made necessary by such test, and Construction Contractor shall correct such failure in accordance with Article 11 hereof; otherwise Owner shall bear such costs, and an appropriate change order shall be issued to adjust the Contract Sum. Construction Contractor shall not be relieved of Construction Contractor's obligations to perform or cause performance of the Work in accordance with the Contract Documents by reason of any errors or omissions contained in any tests performed by or for Owner, notwithstanding that such tests and the results thereof may have been delivered to Construction Contractor and that Construction Contractor may have relied upon the correctness of such tests. The fact that Owner may have provided to Construction Contractor any such tests or the results thereof, shall not relieve Construction Contractor of the

006136