# EXHIBIT H



October 23, 2003

Karl Auwarter
Operations Project Management Team Lead - East
**Bank One**
Mail Code DE1-0112
301 N. Walnut Street
Wilmington, DE 19801

Re:        **BANK ONE CDC #2**

Trade:     **GENERAL LIGHTING AND POWER – RFP 6B**

Dear Mr. Auwarter

We have negotiated with three (3) bidders for the above referenced trade. As a result of the latest information passed on to the bidding contractors we have reached final pricing.

We herewith submit for your formal approval and authorization for Tishman Construction Corporation to enter into an agreement with **Forest Electric** as electrical trade manager, for the lump sum amount of **Three Million One Hundred Fifty Two Thousand Dollars ($3,152,000.00).** Forest will subcontract this work to **Creedon Controls**. The cost of insurance is not included, and will be added if OCIP is not in place.

Please indicate your authorization on behalf of **Bank One** for Tishman Construction Corporation to enter into such an agreement, and return to the undersigned. As soon as this authorization is received, we are prepared to enter into an agreement as your Agent.

Very truly yours,

TISHMAN CONSTRUCTION CORPORATION OF MARYLAND

Paul V. Welsing
Senior Purchasing Agent

PVW/kv


APPROVED:

BY: _____    DATE: 10/27/2003
        KARL AUWARTER


Tishman Construction Corporation of Maryland    666 Fifth Avenue, New York, NY  10103-0256    (212) 399-3600
                                                                                                Fax (212) 739-6089

HIGHLY CONFIDENTIAL                                                                    Banc One 00716

Mr. Karl Auwarter
Bank One – CDC #2

General Lighting and Power – RFP 6B Award

October 23, 2003

Page 2

## BANK ONE – CDC #2
## FINAL BID SUMMARY

### GENERAL LIGHTING AND POWER – RFP 6B

| | |
|---|---|
| **Creedon** | $3,152,000.00 |
| **Furness** | $2,906,000.00 |
| **Diamond** | $3,881,570.00 |

HIGHLY CONFIDENTIAL                                        Banc One 00717