## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., certify that I am not less than 18 years of age, and that service of the Answering Brief of Creedon Controls, Inc. in Opposition to Forest Electric Corporation's Motion for Partial Summary Judgment, was made electronically and by hand, on August 8, 2006, upon:

Paul A. Bradley, Esquire
Maron & Marvel, P.A.
1201 N. Market St., Suite 900
Wilmington, DE 19801

Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

          **Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

          Robert K. Beste, Jr., Esq. (I.D. No. 154)
          Edward Seglias, Esq. (I. D. 2822)
          1007 Orange Street
          Nemours Building, Suite 1130
          Wilmington, DE 19801
          (302) 425-5089
          Attorneys for Plaintiff, Creedon Controls, Inc.

RKB/msj
06894-0001