IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., )<br>)<br>Plaintiff )<br>) C.A. No. 05-CV-300-JJF<br>v. )<br>)<br>BANC ONE BUILDING )<br>CORPORATION, an Illinois corporation, )<br>and FOREST ELECTRIC )<br>CORPORATION, a New York Corporation, )<br>)<br>Defendant ) | |

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, do hereby certify that on this 8th day of August, 2006, copies of the foregoing BRIEF OF DEFENDANT FOREST ELECTRIC CORP. IN RESPONSE TO BANC ONE BUILDING CORPORATION'S MOTION FOR SUMMARY JUDGMENT was served electronically upon all counsel of record via CM/ECF.

MARON & MARVEL, P.A.

/s/ *Paul A. Bradley*
Paul A. Bradley (DE Bar #2156)
1201 North Market Street
Suite 900
Wilmington, DE 19801
(302) 425-5177
Counsel for Defendant
Date: August 8, 2006   Forest Electric Corp.