IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation, | ) ) | |
| | ) | C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation, | ) ) ) ) | |
| Defendants. | ) | |

**DUAL APPENDIX**
**SUBMITTED IN SUPPORT OF**
**PLAINTIFF CREEDON CONTROLS, INC.'S**
**OPPOSITION TO**
**MOTION FOR SUMMARY JUDGMENT**
**FILED BY BANC ONE BUILDING CORPORATION**
**AND**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**
**FILED BY FOREST ELECTRIC CORPORATION**

# VOLUME ONE

Edward Seglias, Esq. (I. D. No. 2822)
Robert K. Beste, Jr., Esq. (I. D. No. 154)
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
1007 Orange Street, Nemours Bldg., Suite 1130
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff, Creedon Controls, Inc.

RKB/msj                                                    06894-0001

## INDEX TO EXHIBITS

| | | |
|---|---|---|
| 1 | Complaint | 1 |
| 2 | Answer to Complaint by Banc One Building Corporation | 15 |
| 3 | Affidavit of Scott A. Capaldi, dated June 8, 2005 | 23 |
| 4 | Affidavit of Paul Angerame, dated May 24, 2005 | 26 |
| 5 | Tishman - Forest – Single Project Construction Services Agreement – Contract #2 Trade Manager | 30 |
| 6 | October 2, 2003 Letter of Intent | 95 |
| 7 | October 2, 2003 Letter of Intent (Revised 10/31/03) | 106 |
| 8 | Series of E-mails 10/01/03 – 10/15/03, with attached draft contracts | 107 |
| 9 | E-mail of Donna Lucas to Paul Angerame, dated 2/18/04, with attached contract form | 215 |
| 10 | E-mail series, dated 3/29/04 through 4/12/04, Forest-Tishman personnel & attached draft agreement for electrical contractors | 270 |
| 11 | Letter of Charles Doble to Paul Angerame, dated April 6, 2004 | 325 |
| 12 | Letter of Donna Lucas to Pat Creedon, dated May 4, 2004, with attached draft contract | 327 |
| 13 | E-mail of Pat Creedon to Paul Angerame, dated 6/14/04, with comments re: Single Project Construction Services Agreement | 387 |
| 14 | E-mail series, 6/14/04 to 8/4/04, Paul Angerame to Donna Lucas | 405 |
| 15 | Change Order Documents with Forest as agent for Banc One | 419 |
| 16 | Single Project Construction Services Agreement – other electrical contractors | 474 |
| 17 | Letters of Paul Welsing to Forest, dated February 12, 2004, with attached Tishman-Forest contract | 483 |

i

| 18 | Portions of Transcript of Deposition of Philip Altheim | 492 |
| 19 | Portions of Transcript of Deposition of Donna Lucas | 503 |
| 20 | Portions of Transcript of Deposition of Paul Angerame | 516 |
| 21 | Portions of Transcript of Deposition of Patricia Creedon | 528 |
| 22 | Portions of Transcript of Deposition of Dennis Link | 551 |
| 23 | Portions of Transcript of Deposition of Paul Brainard | 571 |
| 24 | Portions of Transcript of Deposition of John Mulrooney | 587 |
| 25 | Portions of Transcript of Charles Doble | 606 |
| 26 | Portions of Transcript of Fred Street | 628 |
| 27 | Portions of Transcript of Deposition of Banc One Building Corporation's Rule 30(b)(6) representative, Richard Warner | 644 |
| 28 | Report of Mark I. Anderson, Warner Construction Consultants, Inc., dated July 12, 2006 | 653 |
| 29 | Application and Certificate for Payment (Nos. 1-15) | 708 |
| 30 | Affidavit of Patricia Creedon | 723 |
| 31 | Report of Dennis Link, Karden Construction Services, dated August 7, 2006 | 742 |

RKB/msj
06894-0001
Doc. #363

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No._____ |
| Plaintiff, | ) |
| | ) JURY TRIAL DEMANDED |
| v. | ) |
| | ) **AFFIDAVIT OF DEFENSE** |
| Banc One Building Corporation, an Illinois | ) **REQUIRED BY 10 DEL. C. §3901** |
| corporation; and Forest Electric Corporation, a | ) |
| New York corporation, | ) **NON-ARBITRATION CASE** |
| | ) |
| Defendants. | ) |

## COMPLAINT AND STATEMENT OF CLAIM FOR MECHANICS' LIEN

### COUNT I
### (Statement of Claim for Mechanics' Lien)

1.    Plaintiff, Creedon Controls, Inc. (hereinafter "CCI") is a corporation of the State

of Delaware, with its principal place of business located at 3424 Old Capitol Trail, Wilmington,

Delaware 19808.

2.    Defendant Banc One Building Corporation (hereinafter "Banc One") is a

corporation of the State of Illinois. Service of process may be made upon Banc One by serving

the Secretary of State of the State of Delaware, pursuant to 10 Del. C. §3104.  Banc One is the

owner of the structure and the land and premises that are the subject of this Statement and Claim

for Mechanics' Lien.

3.    Defendant Forest Electric Corporation (hereinafter "Forest") is a corporation of

the State of New York. Forest's Registered Agent is The Corporation Service Company, 2711

Centerville Road, Suite 400, Wilmington, Delaware 19808.

4.    The Banc One Project #6B - General Lighting & Power Contract (hereinafter

**B-0001**

"Project #6B"), was made between CCI and Banc One as the owner of the structure, as evidenced and set forth in the attached Exhibit "A", and as modified as set forth in the letter of Patricia Creedon, President of CCI, dated June 14, 2004, with attached Addendum 1, as more fully set forth in the attached Exhibit "B".

5.     The amount claimed to be due is $2,985,758, as more specifically set forth in the "Bill of Particulars", a copy of which is attached hereto as Exhibit "C".

6.     The date on which labor and the furnishing of the materials began, was October 6, 2003.

7.     The date on which the furnishing of the materials, labor, and equipment was completed by CCI was September 22, 2004. The date of the completion of the structure was on or about September 22, 2004. The date when the payment of 90% of the contract price, including the value of any work done pursuant to the contract modifications or change orders, was made to CCI has not yet occurred. The date when CCI submitted its final invoice to Banc One was March 31, 2005.

8.     The location of the property that is the subject of this statement and claim for Mechanics' Lien is described as 4001 Governor Printz Boulevard, Wilmington, Delaware, being Tax Parcel No. 06-149.00-002, and being more particularly bounded and described in the Deed attached hereto as Exhibit "D", and incorporated herein by reference, and is known as the Banc One Core Data Center II (hereinafter "Data Center").

9.     The labor was done and the materials and equipment furnished by CCI, on the credit of the structure.

2

10.    The amount of CCI's claim is in excess of $25.00; to-wit, $2,985,758, and neither that amount nor any part thereof has been paid to CCI.

11.    The amount which CCI claims is due it is $2,985,758.

12.    No mortgage of the type described in 25 Del. C. §2712(b)(11) exists on the structure.

13.    Alternatively, it is alleged that CCI made its contract directly with Forest, a subcontractor and/or agent of Banc One.

14.    In support of its claim for a Mechanics' Lien, based upon a direct contract with Forest, CCI relies upon 25 Del. C. §2711(b), and states that the date that final payment, including all retainage, is due to CCI is May 2, 2005, and that it is unknown what date final payment was made (if at all) to a contractor who has contracted directly with Banc One, or with whom such person has a contract, express or implied, for the furnishing of labor, material and equipment, in connection with the project that is the subject of this litigation.

## COUNT II
### (Breach of Contract - Banc One)

15.    CCI incorporates herein by reference, Paragraphs 1 through 14 of this Complaint, as though set forth at length herein.

16.    CCI entered into an agreement with Forest, as agent for and on behalf of Banc One, for the performance of labor, materials, and equipment supplied for the Data Center.

17.    The work performed by CCI, for Project #6B, in accordance with its agreement with Banc One, is as more fully set forth in the attached Exhibit "A", as modified and supplemented by the letter of Patricia Creedon, President of CCI, to Forest, dated June 14, 2004,

3

with attachments, a copy of which is attached hereto as Exhibit "B".

18.    In accordance with the agreements of CCI and Banc One, and in good faith, CCI performed additional work at the request of Banc One, pursuant to change orders approved and unpaid, approved but not submitted, and approved but repriced and rebilled; and CCI is entitled to $146,684 for such change orders.

19.    In accordance with the agreement of the parties, and in good faith, CCI performed certain additional work at the request of Banc One, in accordance with properly submitted but unapproved and unpaid change orders. CCI has incurred further costs in completing its contract with Banc One. CCI is entitled to $2,657,694 for such change orders.

20.    In accordance with the agreements of the parties, as more fully set forth in the Exhibits "A" and "B", and other agreements of the parties, CCI performed services and supplied materials and equipment for Project #6B, having a value of $6,402,106 of which $3,416,348 has been paid, and $2,985,758 remains due and owing.


## COUNT III
### (Breach of Contract - Forest)

21.    CCI incorporates herein by reference, Paragraphs 1 through 20 of this Complaint, as though set forth at length herein.

22.    Defendant Forest invited CCI to bid on the project known as Project #6B.

23.    In reliance of the representations made by Defendant Forest at bid time, CCI made its bid for Project #6B, for $3,152,000. In making such bid, CCI relied upon the bid documents provided at bid time, by Banc One and its representatives and agents, and the expectancy of

4

normal industry practice, in the conduct, scheduling, and coordination of Project #6B.

24.    In accordance with the bid documents, CCI prepared a detailed schedule used as the basis of its bid calculations of manpower utilization, supervision, peak manpower, and cash-flow requirements.

25.    The bid of CCI was accepted, and CCI and Forest entered into an agreement that CCI would complete Project #6B, for services including lighting in Areas A through G of the Data Center, general power receptacles in Areas A though G, and all electrical requirements in the Administration Building (with a few exceptions), feeders, power and lighting panels, automatic transfer switches, inverter systems, lighting control system, and empty voice and data conduits, in Areas A through G and the Administration Building.

26.    Defendant Forest represented to CCI that the work would be completed substantially in accordance with the bid package, and substantially in accordance with a subcontract agreement delivered to CCI by Defendant Forest by letter dated May 4, 2004, as set forth in the attached Exhibit A, and as further modified and agreed to as set forth in Exhibit "B."

27.    In accordance with said agreement between CCI and Forest, CCI performed services and supplied materials, and equipment for the Project #6B, having a value of $6,402,106, of which $3,416,348 has been paid, and $2,985,758 is due and owing.

28.    In accordance with the agreements of CCI and Forest, and in good faith, CCI performed additional work at the request of Forest, pursuant to change orders approved and unpaid, approved but not submitted, and approved but repriced and rebilled; and CCI is entitled to $146,684 for such change orders.

5

29.     In accordance with the agreement of the parties, and in good faith, CCI performed certain additional work at the request of Forest, in accordance with properly submitted but unapproved and unpaid change orders. CCI has incurred further costs in completing its contract with Forest. CCI is entitled to $2,657,694 for such change orders.

## COUNT IV
### (Recovery of Labor, Material, Equipment, and General Condition Costs for Delay - Banc One and Forest)

30.     CCI incorporates by reference paragraphs 1 through 29 of this Complaint, as though set forth at length herein.

31.     In connection with CCI's preparation of its bid proposal, for completion of the work identified in the agreement of the parties, made to Forest, for itself and on behalf of Banc One, CCI carefully examined all bid documents related to the agreements, and prepared its proposal, and negotiated with Forest, for itself and on behalf of Banc One. The price for which CCI eventually agreed to perform the contract work was fair and reasonable for the work described in the agreements, and based upon the scope and schedule of the work set forth in the bid proposal.

32.     Implied in the agreements of the parties were certain promises and warranties on the part of Forest, for itself and on behalf of Banc One, as follows:

(a)     that they would promptly make the Project site available, in a reasonable sequence, and would provide prompt access to work areas in order to permit CCI to perform its work without unreasonable suspension, hindrance or delay, as reasonably anticipated by CCI at

6

**B-0006**

the time and the basis of CCI's bid;

(b)    that it would not prevent, hinder, or delay CCI in the performance of its

contract work and would at all times do whatever was necessary to enable CCI to perform its

contract work in a timely, orderly, efficient, and economical manner, as reasonably anticipated by

CCI at the time and the basis of CCI's bid;

(c)    that the Project would be constructed as designed and described in the

agreements of the parties (with only minor changes), as reasonably anticipated by CCI at the time

and the basis of CCI's bid; and

(d)    that the Project would be managed and constructed in the manner and

sequence contemplated by the agreements of the parties and completed within the contract time

specified therein, as reasonably anticipated by CCI at the time and the basis of CCI's bid.

33.    As a result of failures by Forest, for itself and on behalf of Banc One, CCI was not

able to complete Project #6B in a timely fashion.

34.    The delays in completing the contract work required CCI to extend the

performance of its work following entry into agreements with Forest, for itself and on behalf of

Banc One, and to incur increases in labor and material costs, and substantially more general

conditions cost and extended home office overhead and other costs than could be reasonably

anticipated at the time of bid preparation and at the time the parties reached their agreements.

35.    CCI's bid proposal and its performance of the agreements of the parties were

based on the expectation of, and in reliance upon, the fact that: (1) the construction of the Data

Center would progress on time and in an orderly, coordinated and expeditious manner (including

7

an effective and workman-like planning and based upon CCI's schedule at bid time, based upon scheduling by Forest, for itself and on behalf of Banc One, at bid time, and as mutually changed thereafter), without undo delay, disruption and/or interference; and (2) the Data Center would be completed in accordance with the time provided by the agreement of the parties, as reasonably anticipated by CCI at bid time, and at the time the parties reached their agreements.

36.     As Forest, for itself and on behalf of Banc One, caused CCI to complete its work at the Project months after the time for completion as provided in the schedules and agreements, Forest, for itself and on behalf of Banc One, breached the agreements.

37.     The aforesaid breach by Forest, for itself and on behalf of Banc One, hindered, obstructed, interfered with, and delayed the performance of CCI's work, so that it could not be completed in a manner contemplated by the agreements of the parties, as reasonably anticipated at bid time, in that Forest:

a)     failed to properly plan, schedule and coordinate the work on the Project #6B as a whole;

b)     failed to obtain responses to requests for information and to obtain and effectuate design and engineering changes and clarifications in a timely and coordinated manner, so as not to impede or disrupt the progress of CCI's work;

c)     failed to furnish to CCI with accurate and coordinated drawings and dimensions, adequate design details, and failed to properly obtain and issue approved shop drawings, all of which hindered CCI in the

8

prosecution of its work; and

d)    directly interfered with the scheduling and performance of CCI's work by causing changes and disruptions to its reasonably planned methods and sequences of work, which served as the basis of CCI's bid.

38.    Because of the various breaches of contract by Forest, for itself and on behalf of Banc One, enumerated above, CCI was:

a)    deprived of the construction methods, techniques, procedures and scheduling of performance, originally contemplated at bid time, and the basis of CCI's bid and basis of the agreements of the parties;

b)    caused to perform the work under the agreements of the parties in methods, sequences, techniques, procedures, and scheduling of performance, contrary to usual industry practice;

c)    prevented from performing its contract work in an orderly, effective, expeditious, and economical manner;

d)    forced to perform phases of its contract work under job conditions which adversely affected labor productivity;

e)    forced to perform work beyond the requirements of the agreements;

f)    forced to move CCI equipment and materials, and that of others, in order to continue CCI's work;

g)    prevented from realizing the profits originally contemplated at bid time by CCI under the agreements of the parties;

9

> h)     unable to store tools, materials, and equipment in a safe place to prevent
>         damage and loss; and
>
> i)     caused to perform its contract work out of sequence and without timely or
>        continuous access to work areas.

39.     As a result of the aforementioned breaches of contract by Forest, for itself and on behalf of Banc One, CCI has suffered delay damages in an amount in excess of $2,657,694 all of which resulted in CCI having to incur increased labor, material, and general conditions costs in the performance of its contract work during the contract time, and after the original completion date thereof, all in excess of the costs contemplated at bid time, the basis of CCI's bid under the agreements of the parties. Such costs are in addition to other amounts demanded in this litigation.

40.     Despite repeated demands, CCI has not received compensation for the aforementioned labor, material, general conditions costs, and tended home office overhead and other costs, under the agreement or otherwise.

41.     Forest and Banc One must pay CCI for all additional general condition costs, and extended home office overhead and other costs it incurred after the completion date set forth in the agreements.

### COUNT V
### (Unjust Enrichment)

42.     CCI hereby incorporates by reference, Paragraphs 1 through 41 of this Complaint, as though set forth at length herein.

43.     CCI conferred a benefit upon Forest and Banc One, by supplying certain labor, materials, and equipment, and incurring other costs, under Project #6B, to construct the Data

Center.

44. The value of the benefit conferred by CCI upon Forest and Banc One, for which CCI has not received payment is $2,985,758.

45. Forest and Banc One have appreciated, accepted, and retained the benefit conferred upon them by CCI, without paying for the same, and it would be inequitable for Forest and Banc One to retain the benefit conferred, without payment to CCI, for the value of the same.

46. All conditions precedent have been performed or have occurred.

## COUNT VI
### (6 Del. C. Chapter 35 - CCI)

47. CCI incorporates by reference, Paragraphs 1 through 46 of this Complaint, as though more fully set forth herein at length.

48. Upon information and belief, Forest has received funds from Banc One in connection with the agreement between Forest and CCI, for the work performed by CCI under Project #6B.

49. The agreed upon work to be performed by CCI has been fully performed. CCI has submitted invoices to Forest for such services, and Forest has refused appropriate payment.

50. Forest has not applied or used those funds by making payments due to CCI, in violation of 6 Del. C. Chapter 35, and has failed to apply monies received by it for work performed by CCI.

51. A constructive trust is imposed for the benefit of CCI, upon funds received or held

11

by Forest with respect to Project #6B.

52.    In accordance with 6 <u>Del. C.</u> §3509, CCI is entitled to its attorneys' fees; arbitration costs, if any; expert witness fees; and the costs of this action.

**<u>COUNT VII</u>**
**(6 <u>Del. C.</u> Chapter 36 - Banc One)**

53.    CCI incorporates by reference, Paragraphs 1 through 52 of this Complaint, as though more fully set forth at length herein.

54.    Banc One has failed to pay CCI amounts due to CCI for services performed and materials supplied to Project #6B.

55.    The agreed-upon work to be performed by CCI has been fully performed. CCI has submitted invoices to Banc One for such services, and Banc One has refused appropriate payment.

56.    In accordance with 6 <u>Del. C.</u> §3509, CCI is entitled to attorneys' fees, arbitration costs, if any, expert witness fees, and the costs of this action.

WHEREFORE, Plaintiff CCI Controls, Inc., demands judgment against Defendants Banc One Building Corporation and Forest Electric Corporation, in the amount of $2,985,758 and such further amounts which the trier of facts determines to be equitable and just, attorneys' fees, pre-judgment, post-judgment interest, expert witness fees, arbitration fees (if any), and the costs of this action, and that an *in rem* judgment for a Mechanics' Lien, in Plaintiff's favor and against the structure and property that are the subject of the Statement of Claim for Mechanics' Lien, in the amount of $2,985,758, and such other and further relief as the Court deems appropriate and

12

just.

**Cohen, Seglias, Pallas, Greenhall &
Furman, P.C.**

Edward Seglias, Esq. (I. D. No. 2822)
Robert K. Beste, Jr., Esq. (I. D. No. 154)
1007 Orange Street, Nemours Bldg., Ste. 205
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff

Date: 4/19/05

RKB/msj
06894-0001

13

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No._____ |
|     Plaintiff, | ) |
| | ) JURY TRIAL DEMANDED |
| v. | ) |
| | ) **AFFIDAVIT OF DEFENSE** |
| Banc One Building Corporation, an Illinois | ) **REQUIRED BY 10 DEL. C. §3901** |
| corporation; and Forest Electric Corporation, a | ) |
| New York corporation, | ) **NON-ARBITRATION CASE** |
| | ) |
|     Defendants. | ) |

## **AFFIDAVIT**

STATE OF DELAWARE        :
                              : SS

NEW CASTLE COUNTY      :

      BEING FIRST DULY SWORN, according to law, the undersigned does depose and state

the following:

1. That I am the President of Creedon Controls, Inc.
2. That I have reviewed the attached Complaint and Statement of Claim for Mechanics' Lien and incorporated exhibits;
3. That the facts stated in the attached Complaint and Statement of Claim for Mechanics' Lien are true and correct;
4. That the principal sum of $2,985,758 plus interest, counsel fees, and costs of this action are demanded for Creedon Controls, Inc., and that the sums are justly due and owing.

                         **CREEDON CONTROLS, INC.**

                         **BY:** *Patricia Creedon*

                         Patricia Creedon, President

SWORN TO AND SUBSCRIBED before me, the 14th day of Apr. l , 2005.

                         Notary Public
                         My Commission Expires: _N/A_

RKB/msj
06894-0001

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | C.A. NO.  05-CV-300-JJF |
| v. | ) ) ) | |
| BANC ONE BUILDING CORPORATION, an Illinois corporation, and FOREST ELECTRIC CORPORATION, a New York corporation, | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) ) ) ) ) | |

## DEFENDANT BANC ONE BUILDING CORPORATION'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

### COUNT I
### (Statement of Claim for Mechanics' Lien)

1.    Admitted.

2.    Admitted.

3.    This allegation is not directed to answering defendant, and therefore, no response is required.  To the extent an answer is required this averment is denied.

4.    Denied.

5.    Admitted that plaintiff is claiming that amount.  Denied that the amount claimed by plaintiff is due and owing.  The remainder of the averments in paragraph 5 of the Complaint are denied.

6.    Denied.

7.    Denied.

8.      Admitted.

9.      Admitted.

10.     Admitted that the plaintiff is claiming an amount in excess of $25.00.  Denied that any amount claimed is due and owing.  Answering Defendant denies the remainder of the averments in paragraph 10 of the Complaint.

11.     Admitted that plaintiff claims that the stated amount is due.  Answering Defendant denies that any amount claimed is due and owing.

12.     Admitted.

13.     Denied.  Admitted that Forest Electric Corp. acted as electrical trade manager and agent for Banc One.

14.     Denied.

## COUNT II
### (Breach of Contract – Banc One)

15.     Answering Defendant repeats and re-alleges the answers to the averments contained in paragraphs 1 through 14 as though fully set forth herein.

16.     Denied.  Admitted that CCI entered into a contract for the project entitled Project 6B.

17.     Denied.

18.     Denied.

19.     Denied.

20.     Denied.

2

**B-0016**

## COUNT III
### (Breach of Contract – Forest)

21.    Answering Defendant repeats and re-alleges the answers to the averments contained in paragraphs 1 through 20 as though fully set forth herein.

22.    This allegation is not directed to answering defendant, and therefore, no response is required. To the extent a response is required this averment is denied.

23.    This allegation is not directed to answering defendant, and therefore, no response is required. To the extent a response is required this averment is denied.

24.    This allegation is not directed to answering defendant, and therefore, no response is required. To the extent a response is required this averment is denied.

25.    This allegation is not directed to answering defendant, and therefore, no response is required. To the extent a response is required this averment is denied.

26.    This allegation is not directed to answering defendant, and therefore, no response is required. To the extent a response is required this averment is denied.

27.    This allegation is not directed to answering defendant, and therefore, no response is required. To the extent a response is required this averment is denied.

28.    This allegation is not directed to answering defendant, and therefore, no response is required. To the extent a response is required this averment is denied.

29.    This allegation is not directed to answering defendant, and therefore, no response is required. To the extent a response is required this averment is denied.

## COUNT IV
### (Recovery of Labor, Material, Equipment, and General Condition Costs for Delay – Banc One and Forest)

30.    Answering Defendant repeats and re-alleges the answers to the averments contained in paragraphs 1 through 29 as though fully set forth herein.

3

**B-0017**

31.    Answering Defendant is without sufficient knowledge or information to admit or deny this averment.

32.    Denied.

33.    Denied.

34.    Denied.

35.    Denied.

36.    Denied.

37.    Denied.

38.    Denied.

39.    Denied.

40.    Denied except admitted plaintiff made a demand but denied any amount is owing.

41.    Denied.

## COUNT V
### (Unjust Enrichment)

42.    Answering Defendant repeats and re-alleges the answers to the averments contained in paragraphs 1 through 41 as though fully set forth herein.

43.    Denied.

44.    Denied.

45.    Denied.

46.    Denied.

## COUNT VI
### (6 Del. C. Chapter 35 – CCI)

47.    Answering Defendant repeats and re-alleges the answers to the averments contained in paragraphs 1 through 46 as though fully set forth herein.

4

48.    Admitted to the extent that some funds have been received but not the funds demanded by CCI.

49.    Denied.

50.    Denied.

51.    Denied.

52.    Denied.

## COUNT VII
### (6 Del. C. Chapter 36 – Banc One)

53.    Answering Defendant repeats and re-alleges the answers to the averments contained in paragraphs 1 through 52 as though fully set forth herein.

54.    Denied.

55.    Denied.

56.    Denied.

5

**B-0019**

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff has waived any and all claims herein by failing to fulfill conditions precedent to any entitlement to payment.

### THIRD AFFIRATIVE DEFENSE

All work performed by Plaintiff was within the scope of the contract terms and did not qualify as additional work.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's bid was defective and any delay or added charges are not the responsibility of answering Defendant.

### FIFTH AFFIRMATIVE DEFENSE

Claims set forth by Plaintiff are barred by promissory estoppel.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs did not confer any recoverable benefit upon Defendant Banc One.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff failed to prepare and submit Charge Orders as required by the contract.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff waived entitlement to any of the claims it is pursuing because it failed to comply with applicable contract terms, including but not limited to submitting Charge Orders and Field Requests.

**B-0020**

## NINTH AFFIRMATIVE DEFENSE

Any additional work claimed by CCI was not approved by Banc One required under the contract.

## TENTH AFFIRMATIVE DEFENSE

Defendants are not required to comply with 10 Del. C. §3901 because this rule of pleading and practice applies in State court only.

## TWELFTH AFFIRMATIVE DEFENSE

CCI was paid for work performed.

## THIRTEENTH AFFIRMATIVE DEFENSE

CCI executed waivers and releases of liens for the work performed.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's extracontractual claims are not covered under the mechanics liens statute and therefore fail to state a claim.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff did not properly meet the Bill of Particulars requirements pursuant to 25 Del. C. § 2712(4).

WHEREFORE, answering defendant Banc One Building Corporation hereby demands judgment in its favor and against Plaintiff and any other further relief as this Court deems fair and just.

McCARTER & ENGLISH, LLP

By: _Jennifer M. Zelvin_

Paul A. Bradley (DE Bar ID #2156)
Jennifer M. Zelvin (DE Bar ID #4325)
P.O. Box 111
Wilmington, Delaware 19899
(302) 984-6300

*Attorneys for Banc One*
*Building Corporation*

Dated: June 13, 2005

8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | C.A. NO. 05-CV-300-JJF |
| v. | ) ) | |
| BANC ONE BUILDING CORPORATION, an Illinois corporation, and FOREST ELECTRIC CORPORATION, a New York corporation, | ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) ) ) | |

**AFFIDAVIT**

STATE OF DELAWARE      :
               : SS
COUNTY OF NEW CASTLE    :

Be it remembered, that on this _____ day of June, 2005, personally appeared before me, the subscribed, a notary public in and for the State and County of foresaid, Scott A. Capaldi, Assistant Vice President, JPMorgan Chase & Co., who being by me first wholly sworn according to law, do depose and say that the facts stated in the foregoing Answer, Affirmative Defenses are true and correct, that he verily believes that there is a legal defense to the whole cause of action because:

1.  I am authorized to execute this affidavit, and have knowledge regarding the project and the issues underlying this claim;

2.  The applicable contract between the parties, Creedon Controls, Inc. ("CCI") and Banc One Building Corporation ("Banc One") is Single Project Construction Services Agreement Contract No. 6B (the "Agreement").

WL1: 107281.01

**B-0023**

3.     Banc One paid for any and all materials and labor, if any, provided by or performed by CCI;

4.     CCI did not perform any work that would qualify, under the terms of the Agreement, as extra or additional work;

5.     Any additional or extra work performed by the CCI was not authorized by Banc One in accordance with the terms of the Agreement;

6.     No change orders were submitted or approved relating to the claims now being made in the Complaint;

7.     CCI failed to comply with the terms of the Agreement by, including but not limited to, failing to submit Change Orders and Field Requests;

8.     Banc One did not approve the claimed amount that CCI is now seeking payment for;

9.     CCI executed waivers and releases of liens for the work performed;

10.     CCI failed to abide by the terms and conditions of the Agreement

11.     The claims submitted by CCI are unsupported by the events that occurred during the course of the project;

12.     CCI failed to execute the necessary documents and the Agreement thus precluding any further payment by Banc One;

13.     CCI has not presented any valid evidence pursuant to the Agreement justifying the payments it now seeks; and

2

14.    Banc One reserves the right to supplement and present additional defenses to be identified during the course of discovery.


_____

Scott A. Capaldi
Assistant Vice President
JPMorgan Chase & Co.

DATED:    6/8/05


STATE OF DELAWARE                    :
                                     : SS
COUNTY OF NEW CASTLE                 :

Sworn to and subscribed before me this 8 day of June, 2005.

Notary Public

My Commission Expires:


ADMITTED TO DELAWARE BAR 12/17/02
ATTORNEY
JENNIFER ZELVIN
NOTARY
UNIFORM LAW ON NOTARIAL ACTS
PURSUANT TO 29 DEL.C. SEC 4323(3)

3

WL1: 107281.01

**B-0025**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. NO. 05-CV-300-UNA |
| v. | ) ) | |
| BANC ONE BUILDING CORPORATION, an Illinois corporation, and FOREST ELECTRIC CORPORATION, a New York corporation, | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) ) ) | |

## AFFIDAVIT

STATE OF NEW YORK       :
                         : SS

COUNTY OF NEW YORK    :

Be it remembered, that on this _24_ day of May, 2005, personally appeared before me, the subscribed, a notary public in and for the State and County of foresaid, Paul Angerame, Senior Vice President, Forest Electric Corp. ("Forest Electric"), who being by me first wholly sworn according to law, do depose and say that the facts states:

1.     I am Senior Vice President with Forest Electric. I have been employed by Forest Electric for approximately nine years and was Project Manager, Vice President on the Banc One project that is the subject of this suit.

2.     I have knowledge regarding the project and claims made by Creedon Controls, Inc. ("CCI").

3.     I have reviewed the Complaint filed by CCI and the Answer To Complaint and Affirmative Defenses.

WL1: 106773.01

**B-0026**

4.      Forest Electric was the Electrical Trade Manager and Construction Manager for the electric trades acting as agent for Banc One Building Corporation ("Banc One").

5.      I believe that based on my knowledge regarding the project that the amount claimed in the Complaint is not due and owing and that Forest Electric has a valid defense to the Complaint, including but not limited to:

a)      The Construction Services Agreement Contract No. 6B was between CCI and Banc One only with Forest Electric acting as agent for Banc One, the owner;

b)      No change orders were submitted or approved relating to the claims now being made in the Complaint;

c)      No field requests for changes in work were submitted or approved relating to the claims were made;

d)      Neither Forest Electric nor Banc One approved the claimed amount that CCI is now seeking payment for;

e)      CCI has not presented any valid evidence pursuant to the contract documents justifying the payments it now seeks;

f)      CCI failed to abide by the terms and conditions of the agreement;

g)      The claims submitted by CCI are unsupported by the events that occurred during the course of the project; and

h)      Forest Electric owes nothing to CCI since it acted as agent of Banc One only.

6.      Defendant reserves the right to supplement and present additional defenses once discovery has been taken.

Paul Angerame
Senior Vice President

DATED:    5-24-05

2

WL1:106773.01

STATE OF NEW YORK                         :
                                          : SS
COUNTY OF NEW YORK                        :

Sworn to and subscribed before me this 2~ day of  MAY          , 2005.

_____
Notary Public

My Commission Expires

DONNA M. LUCAS
Notary Public, State of New York
No. 01LU4957670
Qualified in New York County
Commission Expires October 23, 20 05

3

WL1: 105773.01

**B-0028**

**CERTIFICATE OF SERVICE**

I, Paul A. Bradley, Esquire, hereby certify that a true and correct copy of Defendant Forest Electric Corp.'s Answer to Complaint and Affirmative Defenses were served on this 24th day of May, 2005 on the following counsel of record via the Electronic Filing.


/S/ PAUL A. BRADLEY
Paul A. Bradley (DE Bar ID 2156)

9

**SINGLE PROJECT**
**CONSTRUCTION SERVICES AGREEMENT**
**CONTRACT NO. 2 – TRADE MANAGER**

Pre-bid meetings will/ be held.  If applicable, the pre-bid meeting will occur at **CDC #2 – 4001 Governor Printz Blvd., Wilmington, DE 19802.**

When completed, return five (5) executed copies of this Single Project Construction Services Agreement if by U.S. mail addressed to Owner c/o **Tishman Construction Corporation of Maryland, 666 Fifth Avenue, NY, NY 10103** in each case for receipt by Owner by or before **3:00 P.M.** on **January 21, 2004.**

Owner:
Banc One Building Corporation
1 Bank One Plaza
Mail Code IL1-0505
Chicago, IL  60670-0503

Owner's Project Manager:
Karl Wm. Auwarter, VP, Real Estate

Building Owner/Manager: None

Site:
**Bank One Core Data Center #2**
**4001 Governor Printz Blvd.**
**Wilmington, DE 19802**
_____
_____

Construction Manager:
Tishman Construction Corporation of Maryland
666 Fifth Avenue
New York, New York  10103-0256

Electrical Trade Manager:
**Forest Electric Corp.**
**Two Penn Plaza**
**New York, New York 10121**
_____

Electrical Trade Manager's Key Staff Members:
Superintendent: _____Charles Caruso_____
Assistant Superintendent: ____Vsevolod Husar_____

Other Key Staff:
| Title | | Name: |
|---|---|---|
| _____ : | | _____ |
| _____ : | | _____ |
| _____ : | | _____ |
| _____ : | | _____ |

Electrical Trade Manager's Authorized Signatories:
1. **Philip Altheim**
2. **Paul Angerame**
3. _____
4. _____

This Single Project Construction Services Agreement is made as of the **12ᵗʰ** day of **September 2003** ("**Agreement**") between Construction Manager and Electrical Trade Manager.  This Agreement, including all exhibits attached hereto, together with all drawings, specifications and modifications issued after the execution of this Agreement and delivered to Electrical Trade Manager, are herein called the "**Contract**" and the "**Contract Documents**".  Construction Manager and Electrical Trade Manager agree to the terms and conditions set forth in the Contract Documents.

1.     The project ("**Project**") consists generally of, and a general description of the Work is (and, if applicable, a *more detailed description of the Work is set forth on* Exhibit C), *as follows:*  _____Trade   manager   for   Electrical work_____
_____

2.     Electrical Trade Manager acknowledges it received the plans and specifications that are listed on, and, as applicable, a more detailed description of the Work as set forth on, Exhibit C hereto.

3.     Electrical Trade Manager's obligations under this Agreement ~~will~~/will not (strike through one) require payment and performance bonds as set forth in Section 6.04 of the General Conditions attached hereto as

1

**B-0030**

Banc One 03932

Exhibit G ("General Conditions"). If no selection is clearly made in the preceding sentence, then payment and performance bonds will be required as set forth in Section 6.04 of the General Conditions.

4.    Liquidated damages will/will not (strike through one) be applicable to the Project as set forth in Section 7.03 of the General Conditions. If required, the **"Per Day Liquidated Damage Amount"** is **$5,000 per day, but will be limited to no more than $500,000.00 aggregate for the Electrical Trade Manager.** Liquidated Damages will only apply if enforced by Bank One.

5.    The **"Contract Sum"** is (check only one and fill in the applicable blank(s) with desired amount):

____X___ The Cost of the Work plus (a) Electrical Trade Manager's Fee which is equal to __6__% of the Cost of the Work plus (b) the cost of Electrical Trade Manager's general conditions per Schedule 8.01 reimbursable for all on-site expenses. No retention on General Conditions. 10% Retainage on Fee.

_____ The Cost of the Work plus (a) Electrical Trade Manager's Fee which is equal to $_____ plus (b) the cost of Electrical Trade Manager's general conditions items which shall not exceed _____% of the Work.

_____ The Cost of the Work, which shall not exceed $_____, plus (a) Electrical Trade Manager's Fee which is equal to _____% of the Cost of the Work plus (b) the cost of Electrical Trade Manager's general conditions items which shall not exceed _____% of the Work.

_____ The Cost of the Work, which shall not exceed $_____, plus (a) Electrical Trade Manager's Fee which is equal to $_____ plus (b) the cost of Electrical Trade Manager's general conditions items which shall not exceed _____% of the Work.

Upon final completion of the Work at the time of the final payment being made to Electrical Trade Manager, all costs associated with unused allowances and contingencies will be adjusted and returned to the Owner.

6.    Written notice shall be deemed to be duly served if served to the Construction Manager or Electrical Trade Manager, as the case may be, at the respective address set forth below in accordance with Section 6.03 of the General Conditions:

| If to Construction Manager, addressed to: | If to Electrical Trade Manager, addressed to: |
|---|---|
| Tishman Construction Corporation of Maryland | **Forest Electric Corp.** |
| 666 Fifth Avenue | **Two Penn Plaza** |
| New York, New York 10103-0256 | **New York, New York 10121** |
| Attention: **William Stanton** | Attention: **Philip Althem** |
| With a copy to Owner: | With a copy to: |
| **Bank One** | **EMCOR Group, Inc.** |
| **301 N. Walnut Street** | **301 Merritt Seven Corporate Park** |
| **Wilmington, DE 19801** | **Norwalk, CT 06851** |
| | Attn: Contract Services |
| Attention: **Karl Auwarter** | |

7.    Construction Manager hereby represents to Electrical Trade Manager that (i) Owner has retained Construction Manager to act as Owner's construction manager to arrange for the construction of the Project; and (ii) Construction Manager has full power and authority and is duly authorized to execute and deliver this Contract with and to Construction Manager upon the terms and conditions set forth herein. All communications from Owner to Electrical Trade Manager shall be delivered either (i) to Construction

2

Single Project Construction Services Agreement 3/03/2003

Manager with instructions to forward such communications to Electrical Trade Manager, or (ii) directly to Electrical Trade Manager with a simultaneous notification to Construction Manager. All written approvals and actions required of or permitted to be taken by Owner under the Contract shall be effective if executed by either Owner or by Construction Manager acting on Owner's behalf, and Electrical Trade Manager shall be permitted to rely on all such written approvals unless and until Owner (and not Construction Manager) notifies Electrical Trade Manager in writing to the contrary. Electrical Trade Manager shall be entitled to rely on information communicated through the Construction Manager and work with the Construction Manager until Owner provides written notice of the termination of such Construction Manager's responsibilities or a substitution of such Construction Manager.

This Agreement shall be effective only when (i) Construction Manager executes and delivers this Single Project Construction Services Agreement to Electrical Trade Manager, (ii) all appropriate blanks contained herein are completed, and (iii) each of the Exhibits A, B, C, D, E, F, and G (each of which is hereby incorporated herein) has been completed and attached hereto.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date set forth above.

ELECTRICAL TRADE MANAGER:

FIRM: **FOREST ELECTRIC CORP.**

By: _Philip Altheim_

Name: _Philip Altheim_

Title: _Chm / CEO_

OWNER:

BANC ONE BUILDING CORPORATION, an Illinois Corporation

Agent : Tishman Construction Corporation of Maryland, as Banc One Building Corporation's agent and construction manager

By: _William Stanton_

Name: William Stanton

Title: Senior Vice President

3

**B-0032**

**LIST OF EXHIBITS**
**TO**
**SINGLE PROJECT CONSTRUCTION SERVICES AGREEMENT**

EXHIBIT A     COMPLETION SCHEDULE

EXHIBIT B     SCHEDULE OF VALUES AND ANTICIPATED DRAW SCHEDULE

EXHIBIT C     PLANS AND SPECIFICATIONS

EXHIBIT D     WORK AREA

EXHIBIT E     MAXIMUM CHANGE ORDER RATES FOR OVERHEAD, PROFIT, CONTRACTOR'S FEE, AND GENERAL CONDITIONS

EXHIBIT F     RATES AND UNIT PRICES

EXHIBIT G     GENERAL CONDITIONS TO SINGLE PROJECT CONSTRUCTION SERVICES AGREEMENT

4

B-0033

<u>EXHIBIT A</u>

<u>COMPLETION SCHEDULE</u>

~~Note:    This Schedule must include the dates for Substantial Completion and Final Completion.~~

September 15, 2004

## EXHIBIT B

### SCHEDULE OF VALUES AND ANTICIPATED DRAW SCHEDULE

Note:    These schedules must specifically separate out the Cost of the Work, Electrical Trade Manager's Fee, and General Conditions Items.

<u>EXHIBIT C</u>

<u>PLANS AND SPECIFICATIONS</u>

**Attached Rider "B", List of Drawings and Specifications dated July 14, 2003 and all bulletins and addenda issued thereafter.**

**Bank One Core Data Center II**
**Brandywine, Delaware**
**List of Drawings and Specifications**

July 14, 2003

| DWG./Spec No. | Description | Date |
|---|---|---|
| | **CIVIL** | |
| C-201 | General Development Plan - Cover Sheet | April 30, 2003 |
| C-202 | Lines and Grades Plan | April 30, 2003 |
| C-203 | Lines and Grades Plan | April 30, 2003 |
| C-204 | Erosion and Sediment Control Plan | April 30, 2003 |
| C-205 | Erosion and Sediment Control Plan | April 30, 2003 |
| C-206 | Construction Details | April 30, 2003 |
| C-207 | Construction Details | April 30, 2003 |
| C-208 | Construction Details | April 30, 2003 |
| C-209 | Construction Details | April 30, 2003 |
| C-210 | Construction Details and Notes | April 30, 2003 |
| C-301 | Entrance/Exit Plan | |
| C-302 | Entrance/Exit Plan | July 14, 2003 |
| C-303 | Entrance/Exit Plan | July 14, 2003 |
| C-304 | Entrance/Exit Plan | July 14, 2003 |
| C-401 | Fire Marshall Plan | April 30, 2003 |
| C-501 | Sanitary Sewer Construction Plan | |
| C-502 | Sanitary Sewer Construction Plan | |
| C-503 | Sanitary Sewer Construction Plan | |
| | | |
| | **LANDSCAPE** | |
| L101 | Planting and Seeding Plan | April 30, 2003 |
| L102 | Planting and Seeding Plan | April 30, 2003 |
| | | |
| | **ARCHITECTURAL** | |
| A00.00 | Drawing Index, Vicinity Map, Location Map & Project Information | July 14, 2003 |
| A00.01 | Graphic Symbols and Abbreviations | July 14, 2003 |
| A00.20 | Overall Egress Plan and Occupancy Information | July 14, 2003 |
| A00.50 | Site Plan | July 14, 2003 |
| A00.51 | Enlarged Site Plans | July 14, 2003 |
| A00.52 | Site Elevations and Details | July 14, 2003 |
| A01.01 | Overall Slab Plan | June 11, 2003 |
| A01.02 | Overall Shell Construction Plan | July 14, 2003 |
| A01.03 | Overall Interior Construction Plan | July 14, 2003 |
| A01.04 | Overall Roof Plan | June 11, 2003 |
| A01.05 | Overall Roof Equipment Plan | June 11, 2003 |
| A02.01.1 | First Floor Slab Plan – Area A | July 14, 2003 |
| A02.01.2 | First Floor Slab Plan – Area B | July 14, 2003 |
| A02.01.3 | First Floor Slab Plan – Administration Area | July 14, 2003 |
| A02.02.1 | First Floor Shell Construction Plan - Area A | June 11, 2003 |
| A02.02.2 | First Floor Shell Construction Plan - Area B | July 14, 2003 |
| A02.02.3 | First Floor Shell Construction Plan - Administration Area | July 14, 2003 |
| A02.03.1 | First Floor Interior Construction Plan - Area A | July 14, 2003 |
| A02.03.2 | First Floor Interior Construction Plan - Area B | July 14, 2003 |
| A02.03.3 | First Floor Interior Construction Plan - Administration Area | July 14, 2003 |
| A02.04.1 | Roof Plan - Area A | July 14, 2003 |
| A02.04.2 | Roof Plan - Area B | July 14, 2003 |
| A02.04.3 | Roof Plan - Administration Area | July 14, 2003 |
| A02.05.1 | Roof Equipment Plan - Area A | July 14, 2003 |
| A02.05.2 | Roof Equipment Plan - Area B | July 14, 2003 |
| A02.05.3 | Roof Equipment Plan - Administration Area | June 11, 2003 |
| A02.10 | Enlarged Generator Plans | July 14, 2003 |
| A03.01 | Enlarged Power & Communication Plans | July 14, 2003 |
| A04.01 | Enlarged Reflected Ceiling Plans | July 14, 2003 |
| A05.00.1 | Room Finish Schedule & Finish Schedule | July 14, 2003 |
| A05.01 | Enlarged Finish Plans | July 14, 2003 |
| A06.01 | Enlarged Furniture Plans | July 14, 2003 |
| A08.00 | Enlarged Toilet Room Plans | July 14, 2003 |
| A08.10 | Enlarged Vestibule Plans, Elevations, & Details | July 14, 2003 |
| A09.00 | Exterior Building Elevations | July 14, 2003 |
| A09.10 | Building Sections | July 14, 2003 |
| A09.11 | Building Sections | July 14, 2003 |
| A09.20 | Enlarged Exterior Elevations-Administration Area | July 14, 2003 |
| A09.21 | Enlarged Exterior Elevations | June 11, 2003 |
| A09.22 | Enlarged Exterior Elevations | June 11, 2003 |
| A09.23 | Enlarged Exterior Elevations | June 11, 2003 |
| A09.24 | Enlarged Exterior Elevations | June 11, 2003 |
| A09.30 | Wall Sections | July 14, 2003 |
| A09.31 | Wall Sections | July 14, 2003 |
| A09.32 | Wall Sections - Administration Area | July 14, 2003 |
| A10.00 | Stair #1 - Plans & Sections | July 14, 2003 |
| A10.01 | Stair #2 - Plans & Sections | July 14, 2003 |
| A10.10 | Stair Details | July 14, 2003 |

**B-0037**

**Bank One Core Data Center II**
**Brandywine, Delaware**
**List of Drawings and Specifications**

**July 14, 2003**

| DWG./Spec No. | Description | Date |
|---|---|---|
| A11.00 | Interior Elevations | July 14, 2003 |
| A11.01 | Interior Elevations | July 14, 2003 |
| A11.02 | Interior Elevations | July 14, 2003 |
| A11.10 | Interior Elevations - Toilet Rooms | July 14, 2003 |
| A11.11 | Interior Elevations-Break & Service Counters, Admin. Areas | July 14, 2003 |
| A11.12 | Interior Elevations | July 14, 2003 |
| A12.00 | Foundation Details | June 11, 2003 |
| A12.01 | Precast Concrete Panel Types | July 14, 2003 |
| A12.02 | Precast Concrete Panel Details | July 14, 2003 |
| A12.03 | Metal Panel & Curtain Wall Sectional Details - Administration Area | July 14, 2003 |
| A12.04 | Metal Panel & Curtain Wall Plan Details - Administration Area | July 14, 2003 |
| A12.10 | Exterior Details - Generator Shaft - North | July 14, 2003 |
| A12.11 | Exterior Details - Generator Shaft - South | July 14, 2003 |
| A12.12 | Expansion Joint Details | July 14, 2003 |
| A12.13 | Expansion Joint Details | July 14, 2003 |
| A12.20 | Roof Details | July 14, 2003 |
| A12.21 | Roof Details - Administration Area | July 14, 2003 |
| A13.00 | Partition Types | July 14, 2003 |
| A13.01 | Partition Types & Details | July 14, 2003 |
| A13.20 | Door Schedule | July 14, 2003 |
| A13.30 | Door Types & Door Details | July 14, 2003 |
| A13.31 | Door Details | July 14, 2003 |
| A13.40 | Millwork Details | July 14, 2003 |
| A13.50 | Ceiling Details | July 14, 2003 |
| A13.60 | Raised Floor Details & Misc. Details | July 14, 2003 |
| | **STRUCTURAL** | |
| S00.00 | General Notes | June 11, 2003 |
| S01.01.1 | Foundation Plan - Area A | July 14, 2003 |
| S01.01.2 | Foundation Plan - Area B | July 14, 2003 |
| S01.01.3 | Foundation Plan - Area C | July 14, 2003 |
| S01.02.1 | Roof Framing Plan - Area A | July 14, 2003 |
| S01.02.2 | Roof Framing Plan - Area B | July 14, 2003 |
| S01.02.3 | Roof Framing Plan - Area C | July 14, 2003 |
| S02.00 | Foundation Details | July 14, 2003 |
| S02.01 | Foundation Details | June 11, 2003 |
| S02.02 | Foundation Details | June 11, 2003 |
| S02.03 | Retaining Wall Plan and Details | June 11, 2003 |
| S03.00 | Steel Column Schedule and Details | June 11, 2003 |
| S03.01 | Steel Bracing Elevations | July 14, 2003 |
| S03.02 | Bracing Details | June 11, 2003 |
| S03.03 | Typical Steel Details | June 11, 2003 |
| S03.04 | Typical Composite Details | June 11, 2003 |
| S03.05 | Steel Details | June 11, 2003 |
| S03.06 | Steel Details | June 11, 2003 |
| S05.00 | Masonry Details | June 11, 2003 |
| S05.01 | Masonry Details | June 11, 2003 |
| | **MECHANICAL DRAWINGS** | |
| M001 | Legends, Abbreviations & Symbols | July 14, 2003 |
| M101-A | Floor Plan - Ductwork - Part A | July 14, 2003 |
| M101-B | Floor Plan - Ductwork - Part B | July 14, 2003 |
| M101-C | Floor Plan - Ductwork - Part C (Admin) | July 14, 2003 |
| M102-A | Roof Plan - Part A | July 14, 2003 |
| M102-B | Roof Plan - Part B | July 14, 2003 |
| M102-C | Roof Plan - Part C (Admin) | July 14, 2003 |
| M201-A | Floor Plan - Piping - Part A | July 14, 2003 |
| M201-B | Floor Plan - Piping - Part B | July 14, 2003 |
| M301 | Part. Plan Chiller Room A | July 14, 2003 |
| M302 | Part. Plan Chiller Room B | July 14, 2003 |
| M303 | Part. Plan Cooling Towers & Sections | July 14, 2003 |
| M304 | Under Floor Piping Details | July 14, 2003 |
| M305 | Part. Plan Fan Room #1 | July 14, 2003 |
| M306 | Part. Plan Fan Room #2 | July 14, 2003 |
| M307 | Part. Plan Generator Room | July 14, 2003 |
| M308 | Chiller Room Sections | July 14, 2003 |
| M401 | Chilled & Condenser Water Piping Flow Diagrams | July 14, 2003 |
| M402 | Air Flow Schematics - 1 | July 14, 2003 |
| M403 | Air Flow Schematics - 2 | July 14, 2003 |
| M404 | Motor Control Centers | July 14, 2003 |
| M405 | Wiring Diagrams | July 14, 2003 |
| M501 | Ductwork Details - 1 | July 14, 2003 |

**B-0038**

Bank One 02040

**Bank One Core Data Center II**
**Brandywine, Delaware**
**List of Drawings and Specifications**

July 14, 2003

| DWG./Spec No. | Description | Date |
|---|---|---|
| M502 | Ductwork Details - 2 | July 14, 2003 |
| M503 | Piping Details - 1 | July 14, 2003 |
| M504 | Piping Details - 2 | July 14, 2003 |
| M601 | HVAC Equipment Schedules - 1 | July 14, 2003 |
| M602 | HVAC Equipment Schedules - 2 | July 14, 2003 |
| M603 | HVAC Equipment Schedules - 3 | July 14, 2003 |
| M604 | HVAC Equipment Schedules - 4 | July 14, 2003 |
| M605 | HVAC Equipment Schedules - 5 | July 14, 2003 |
| M700 | HVAC Control Points | July 14, 2003 |
| M701 | HVAC Control - Module Riser | July 14, 2003 |
| M702 | HVAC Control Points List - 1 | July 14, 2003 |
| M703 | HVAC Control Points List - 2 | July 14, 2003 |
| M704 | HVAC Control Points List - 3 | July 14, 2003 |
| M705 | HVAC Control Points List - 4 | July 14, 2003 |
| M706 | HVAC Control Points List - 5 | July 14, 2003 |
| M707 | HVAC Control Points List - 6 | July 14, 2003 |
| M708 | HVAC Control Points List - 7 | July 14, 2003 |
| M709 | HVAC Control Points List - 8 | July 14, 2003 |
| M710 | HVAC Control Points List - 9 | July 14, 2003 |
| M711 | HVAC Control Points List - 10 | July 14, 2003 |
| M712 | HVAC Control Points List - 11 | July 14, 2003 |
| M713 | HVAC Control Points List - 12 | July 14, 2003 |
| M714 | HVAC Control Points List - 13 | July 14, 2003 |
| | **PLUMBING** | |
| P001 | Symbol List, General Notes, Schedules and Details | June 11, 2003 |
| P100A | Underground Floor Plan - Part A | July 14, 2003 |
| P100B | Underground Floor Plan - Part B | May 23, 2003 |
| P100C | Underground Floor Plan - Part C | July 14, 2003 |
| P101-A | Floor Plan - Part A | June 11, 2003 |
| P101-B | Floor Plan - Part B | July 14, 2003 |
| P101-C | Floor Plan - Part C | July 14, 2003 |
| P102-A | Roof Plan - Part A | July 14, 2003 |
| P102-B | Roof Plan - Part B | July 14, 2003 |
| P102-C | Roof Plan - Part C | June 11, 2003 |
| P201 | Partial Underground Floor Plan | May 23, 2003 |
| P202 | Partial Underground Floor Plans | July 14, 2003 |
| P203 | Partial Floor Plan | July 14, 2003 |
| P204 | Partial Floor Plan | July 14, 2003 |
| P301 | Water Storage Tank Detail | July 14, 2003 |
| P302 | Sanitary Riser Diagram | July 14, 2003 |
| P303 | Sanitary Riser Diagram | July 14, 2003 |
| P304 | Domestic Water Riser Diagram | July 14, 2003 |
| | **FIRE PROTECTION DRAWINGS** | |
| FP001 | Symbol List, General Notes, Schedules and Details | July 14, 2003 |
| FP101-A | Floor Plan - Part A | July 14, 2003 |
| FP101-B | Floor Plan - Part B | July 14, 2003 |
| FP101-C | Floor Plan - Part C | July 14, 2003 |
| FP201 | Partial Floor Plans and Details | July 14, 2003 |
| | **ELECTRICAL** | |
| E001 | Abbreviations and Symbol List | May 23, 2003 |
| E002 | General Notes and Lighting Fixture Schedule | July 14, 2003 |
| ES001 | Electrical Site Plan | May 23, 2003 |
| E101-A | Lighting Floor Plan - Part A | July 14, 2003 |
| E101-B | Lighting Floor Plan - Part B | July 14, 2003 |
| E101-C | Lighting Floor Plan - Part C | July 14, 2003 |
| E101-D | Lighting Floor Plan - Part D | July 14, 2003 |
| E101-E | Lighting Floor Plan - Part E | July 14, 2003 |
| E101-F | Lighting Floor Plan - Part F | July 14, 2003 |
| E101-G | Lighting Floor Plan - Part G | July 14, 2003 |
| E101-H | Lighting Floor Plan - Part H (Admin. Area) | July 14, 2003 |
| E102 | Lighting Site Plan | July 14, 2003 |
| E202-A | Power Floor Plan - Part A | May 23, 2003 |
| E202-B | Power Floor Plan - Part B | May 23, 2003 |
| E202-C | Power Floor Plan - Part C | May 23, 2003 |
| E202-D | Power Floor Plan - Part D | May 23, 2003 |
| E202-E | Power Floor Plan - Part E | May 23, 2003 |
| E202-F | Power Floor Plan - Part F | May 23, 2003 |
| E202-G | Power Floor Plan - Part G | May 23, 2003 |
| E203-A | Power Floor Plan-RPP's, Receptacles and Phones Pad-A | July 14, 2003 |
| E203-B | Power Floor Plan-RPP's, Receptacles and Phones Part-B | July 14, 2003 |

**B-0039**

Page 3 of 8

## Bank One Core Data Center II
### Brandywine, Delaware
### List of Drawings and Specifications

July 14, 2003

| DWG./Spec No. | Description | Date |
|---|---|---|
| E203-C | Power Floor Plan-RPP's, Receptacles and Phones Part-C | July 14, 2003 |
| E203-D | Power Floor Plan-RPP's, Receptacles and Phones Part-D | July 14, 2003 |
| E203-E | Power Floor Plan-RPP's, Receptacles and Phones Part-E | July 14, 2003 |
| E203-F | Power Floor Plan-RPP's, Receptacles and Phones Part-F | July 14, 2003 |
| E203-G | Power Floor Plan-RPP's, Receptacles and Phones Part-G | July 14, 2003 |
| E203-H | Power Floor Plan-RPP's, Receptacles and Phones Part-H-Admin Area | July 14, 2003 |
| E204-A | Power & Lighting Roof Plan-Part-A | July 14, 2003 |
| E204-B | Power & Lighting Roof Plan-Part-B | July 14, 2003 |
| E204-C | Power & Lighting Roof Plan-Part-C | July 14, 2003 |
| E302-A | Underground Grounding Plan - Part A | July 14, 2003 |
| E302-B | Underground Grounding Plan - Part B | July 14, 2003 |
| E302-C | Underground Grounding Plan - Part C (Admin. Area) | July 14, 2003 |
| E303-A | Lightning Protection Roof Plan-Part A | July 14, 2003 |
| E303-B | Lightning Protection Roof Plan-Part B | July 14, 2003 |
| E303-C | Lightning Protection Roof Plan-Part C - Admin Area | July 14, 2003 |
| E304-A | Fire Alarm Floor Plan-Part A | July 14, 2003 |
| E304-B | Fire Alarm Floor Plan-Part B | July 14, 2003 |
| E304-C | Fire Alarm Floor Plan-Part C (Admin) | July 14, 2003 |
| E305-A | ASSD Floor Plan-Part A | July 14, 2003 |
| E305-B | ASSD Floor Plan-Part B | July 14, 2003 |
| E306-A | Power Underground Conduit Layout Plan - Part A | May 23, 2003 |
| E306-B | Power Underground Conduit Layout Plan - Part B | May 23, 2003 |
| E307-A | Telecom, Control, Electrical Power Monitoring, Underground Conduit Systems Plan - Part A | May 23, 2003 |
| E307-B | Telecom, Control, Electrical Power Monitoring, Underground Conduit Systems Plan - Part B | May 23, 2003 |
| E308-A | EPMS and BMS Lan Cable Plan - Part A | July 14, 2003 |
| E308-B | EPMS and BMS Lan Cable Plan - Part B | July 14, 2003 |
| E401-A | Main One Line Diagram | May 23, 2003 |
| E401-B | Distribution One Line Diagram - Computer Substations 1A, 1B, 2A, 2B, MLBA & MLBB | May 23, 2003 |
| E401-C | Distribution One Line Diagram - Computer Substations 3A, 3B, 4A & 4B | May 23, 2003 |
| E401-E | Distribution One Line Diagram - Mechanical Substations 1A and 1B | May 23, 2003 |
| E401-F | Distribution One Line Diagram - Mechanical Substations 2A and 2B | May 23, 2003 |
| E401-H | Distribution One Line Diagram - Critical Output Distribution Switchgear 1A and 1B | May 23, 2003 |
| E401-I | Distribution One Line Diagram - Critical Output Distribution Switchgear 2A and 2B | May 23, 2003 |
| E401-J | Distribution One Line Diagram - Critical Output Distribution Switchgear 3A and 3B | May 23, 2003 |
| E401-K | Distribution One Line Diagram - Critical Output Distribution Switchgear 4A and 4B | May 23, 2003 |
| E402 | Part One Line Diagrams for Kirk Key and Synch. Check Relaying | July 14, 2003 |
| E403 | 12kV Distribution Switchgear "MD-A" & "MD-B" Relay Diagrams | July 14, 2003 |
| E404 | Generator Switchgear and Generator Relay Diagrams | July 14, 2003 |
| E405-A | EMPS Typical for 43.5kV, 13.8kV A & B MV CB | July 14, 2003 |
| E405-B | EPMS Main Distribution Switchgear 1 | July 14, 2003 |
| E405-C | EPMS Main Distribution Switchgear 2 | July 14, 2003 |
| E405-D | EPMS Diesel Generator | July 14, 2003 |
| E405-E | EPMS Diesel Generator Switchgear | July 14, 2003 |
| E405-F | EPMS Computer Substation Side A & B | July 14, 2003 |
| E405-G | EPMS Mechanical Substation Side A & B | July 14, 2003 |
| E405-H | EPMS Loadbank Substation A & B | July 14, 2003 |
| E405-I | EPMS UPS & SSC Output Switchgear | July 14, 2003 |
| E405-J | EPMS Critical Output Distribution Switchgear | July 14, 2003 |
| E405-K | EPMS Alt Critical Output  Switchgear | July 14, 2003 |
| E405-L | EPMS UPS MB A & B | July 14, 2003 |
| E405-M | RPP | July 14, 2003 |
| E406-A | EPMS Screen Flow and Summary Description | July 14, 2003 |
| E406-B | EPMS #1 Screen Name List | July 14, 2003 |
| E406-C | EPMS #2 Screen Name List | July 14, 2003 |
| E406-D | EPMS #3 Screen Name List | July 14, 2003 |
| E406-E | EPMS #4 Screen Name List | July 14, 2003 |
| E407-A | EPMS System Cabling and Details | July 14, 2003 |
| E407-B | EPMS & BMS Lan Details | July 14, 2003 |
| E408 | EPMS GPS System Diagrams | July 14, 2003 |
| E409 | Control Block Diagram | July 14, 2003 |
| E410 | Control Wiring Block Diagram | July 14, 2003 |
| E411-A | EPO Diagram-Data Center 'A' and Generator Rooms 1A and 1B | July 14, 2003 |
| E411-B | EPO Diagram-Data Center 'B' and Generator Rooms 2A and 2B | July 14, 2003 |
| E412 | 125VDC Battery System | July 14, 2003 |
| E422 | Fire Alarm and ASSD System Connection Diagram and Mounting Details | July 14, 2003 |
| E501 | Lighting Panel Schedules | July 14, 2003 |
| E502-A | UPS Receptacle Panel Schedules | July 14, 2003 |
| E502-B | UPS Receptacle Panel Schedules | July 14, 2003 |
| E503 | Receptacle Panel Schedules | July 14, 2003 |
| E504-A | Mechanical Equipment Panel Schedules | July 14, 2003 |
| E504-B | Mechanical Equipment Panel Schedules | July 14, 2003 |
| E504-C | Mechanical Equipment Panel Schedules | July 14, 2003 |
| E504-D | Mechanical Equipment Panel Schedules | July 14, 2003 |

**B-0040**

Page 4 of 8

**Bank One Core Data Center II**
**Brandywine, Delaware**
**List of Drawings and Specifications**

July 14, 2003

| DWG./Spec No. | Description | Date |
|---|---|---|
| E505-A | PP Panel Schedules | July 14, 2003 |
| E505-B | PP Panel Schedules | July 14, 2003 |
| E506 | Miscellaneous Mechanical Loads | July 14, 2003 |
| E507-A | DC "A" Panel Schedules | July 14, 2003 |
| E507-B | DC "B" Panel Schedules | July 14, 2003 |
| E601 | Grounding Details Part 1 | May 23, 2003 |
| E602 | Grounding Details Part 2 | May 23, 2003 |
| E603 | Lighting Control Panel Schedules and Details | |
| E604 | Smoke Detection and Fire Alarm Details | July 14, 2003 |
| E605 | Lighting Details | July 14, 2003 |
| E606 | Lightning Protection Details | July 14, 2003 |
| E607 | Power Underground Conduit Sections and Details | May 23, 2003 |
| E610 | Switchgear Elevations | July 14, 2003 |
| E611 | Switchgear Elevations | July 14, 2003 |
| E612 | Electrical Details | July 14, 2003 |
| E613 | Underfloor Receptacle Details | July 14, 2003 |
| | | |
| | **SECURITY DRAWINGS** | |
| SE001 | Security Symbols, Drawing List and Notes | May 23, 2003 |
| SE101-A | Floor Security Plan - Part A | May 23, 2003 |
| SE101-B | Floor Security Plan - Part B | May 23, 2003 |
| SE101-C | Security Floor Plan - Part C - Admin. Area & Site Gate Security Part Plan | May 23, 2003 |
| SE401 | Security Block Diagrams & Riser Diagram | July 14, 2003 |
| SE601 | Security System Details Sheet #1 | July 14, 2003 |
| SE602 | Security System Details Sheet #2 | July 14, 2003 |
| | | |
| | **FUEL OIL** | |
| F101 | Part Site and Generator Room Plan - Gen. Rms 1A and 2A | May 23, 2003 |
| F102 | Part Site and Generator Room Plan - Gen. Rms 1B and 2B | May 23, 2003 |
| F103 | Part Plans and Sections | July 14, 2003 |
| F401 | Fuel Oil Flow Diagram - Gen. Rms 1A and 1B | April 30, 2003 |
| F402 | Fuel Oil Flow Diagram - Gen. Rms 2A and 2B | April 30, 2003 |
| F403 | Fuel Oil System Connection Diagrams | April 30, 2003 |
| F404 | Fuel Oil System Monitoring System | April 30, 2003 |
| F405 | Fuel Oil Control Diagram | July 14, 2003 |
| F501 | Underground Fuel Oil Storage Tank Details | April 30, 2003 |
| F502 | Details | April 30, 2003 |
| | | |
| **DIVISION 1** | **GENERAL REQUIREMENTS** | |
| 01100 | Summary | April 18, 2003 |
| 01140 | Work Restrictions | April 18, 2003 |
| 01210 | Allowances | April 18, 2003 |
| 01250 | Contract Modification Procedures | April 18, 2003 |
| 01270 | Unit Prices | April 18, 2003 |
| 01290 | Payment Procedures | April 18, 2003 |
| 01310 | Project Management And Coordination | April 18, 2003 |
| 01320 | Construction Progress Documentation | April 18, 2003 |
| 01330 | Submittal Procedures | April 18, 2003 |
| 01331 | Coordination Drawings CAD Waiver | April 18, 2003 |
| 01400 | Quality Requirements | April 18, 2003 |
| 01420 | References | April 18, 2003 |
| 01500 | Temporary Facilities And Controls | April 18, 2003 |
| 01600 | Product Requirements Substitution Request | April 18, 2003 |
| 01700 | Execution Requirements | April 18, 2003 |
| 01731 | Cutting And Patching | April 18, 2003 |
| 01770 | Closeout Procedures | April 18, 2003 |
| 01771 | Final Cleaning | June 11, 2003 |
| | | |
| **DIVISION 2** | **SITE CONSTRUCTION** | |
| 02100 | Site Preparation | April 18, 2003 |
| 02200 | Site Excavation, Filling and Grading | April 18, 2003 |
| 02270 | Temporary Erosion and Sediment Control Measures | April 18, 2003 |
| 02271 | RIPRAP | April 30, 2003 |
| 02430 | Catch Basins | April 30, 2003 |
| 02484 | Topsoiling | April 30, 2003 |
| 02486 | Fertilizing and Seeding | April 30, 2003 |
| 02489 | Mulching | April 30, 2003 |
| 02490 | Sodding | April 30, 2003 |
| 02492 | Watering | April 30, 2003 |
| 02504 | Pavement Milling | April 30, 2003 |
| 02510 | Concrete Sidewalks | April 30, 2003 |
| 02511 | Seal Coat | April 30, 2003 |
| 02512 | Saw Cutting | April 30, 2003 |

**B-0041**

## Bank One Core Data Center II
## Brandywine, Delaware
## List of Drawings and Specifications

July 14, 2003

| DWG./Spec No. | Description | Date |
|---|---|---|
| 02513 | Bituminous Concrete Paving, Hot-Mixed | April 30, 2003 |
| 02514 | Adjusting and Repairing Existing Catch Basins and Manholes | April 30, 2003 |
| 02520 | Portland Cement Concrete Paving | April 30, 2003 |
| 02528 | Concrete Curb | April 30, 2003 |
| 02579 | Pavement Millings | April 30, 2003 |
| 02605 | Manholes | April 30, 2003 |
| 02610 | Reinforced Concrete Pipe/HDPE | April 30, 2003 |
| 02612 | PVC Sanitary Sewer and Pipe Fittings | April 30, 2003 |
| 02620 | Subdrainage | April 30, 2003 |
| 02622 | PVC Storm Sewer Pipe and Fittings | April 30, 2003 |
| 02665 | Ductile Iron Pipe and Fittings | April 30, 2003 |
| 02668 | Water Valves and Valve Boxes | April 30, 2003 |
| 02669 | Standard Fire Hydrant | April 30, 2003 |
| 02721 | Junction Boxes | April 30, 2003 |
| 02900 | General Planting | April 30, 2003 |
| 02910 | Topsoil and Seeding | April 30, 2003 |
| | | |
| DIVISION 3 | CONCRETE | |
| 03100 | Concrete Formwork | April 30, 2003 |
| 03200 | Concrete Reinforcement and Embedded Assemblies | April 30, 2003 |
| 03300 | Concrete | April 30, 2003 |
| 03450 | Plant-Precast Architectural Concrete | May 7, 2003 |
| | | |
| DIVISION 4 | MASONRY | |
| 04820 | Unit Masonry Assemblies | June 11, 2003 |
| | | |
| DIVISION 5 | METALS | |
| 05120 | Structural Steel | May 7, 2003 |
| 05300 | Meatl Deck | May 7, 2003 |
| 05511 | Metal Stairs | June 11, 2003 |
| 05521 | Exterior Pipe and Tube Railings | June 11, 2003 |
| 05811 | Architectural Joint Systems | June 11, 2003 |
| | | |
| DIVISION 6 | WOOD & PLASTICS | |
| 06105 | Miscellaneous Carpentry | July 14, 2003 |
| | | |
| DIVISION 7 | THERMAL AND MOISTURE PROTECTION | |
| 07115 | Bituminous Dampproofing | June 11, 2003 |
| 07210 | Building Insulation | June 11, 2003 |
| 07412 | Metal Wall Panels | June 11, 2003 |
| 07552 | SBS-Modified Bituminous Membrane Roofing | June 11, 2003 |
| 07620 | Sheet Metal Flashing and Trim | June 11, 2003 |
| 07716 | Roof Expansion Assemblies | June 11, 2003 |
| 07720 | Roof Accessories | June 11, 2003 |
| 07841 | Through-Penetration Firestop Systems | April 30, 2003 |
| 07900 | Joint Sealers | April 30, 2003 |
| 07920 | Joint Sealants | June 11, 2003 |
| | | |
| DIVISION 8 | DOORS AND WINDOWS | |
| 08111 | Steel Doors and Frames | June 11, 2003 |
| 08125 | Interior Aluminum Frames | July 14, 2003 |
| 08211 | Flush Wood Doors | July 14, 2003 |
| 08311 | Access Doors and Frames | July 14, 2003 |
| 08331 | Overhead Coiling Doors | June 11, 2003 |
| 08411 | Aluminum Entrances and Storefronts | June 11, 2003 |
| 08700 | Door Hardware (CDC2) | June 11, 2003 |
| 08711 | Door Hardware | July 14, 2003 |
| 08716 | Power Door Opoerators | July 14, 2003 |
| 08800 | Glazing | June 11, 2003 |
| 08911 | Structural Glazed Aluminum Curtain Wall | June 11, 2003 |
| | | |
| DIVISION 9 | FINISHES | |
| 09260 | Gypsum Board Assemblies | June 11, 2003 |
| 09310 | Ceramic Tile | July 14, 2003 |
| 09511 | Acoustical Panel Ceilings | July 14, 2003 |
| 09514 | Acoustical Metal Pan Ceiling | July 14, 2003 |
| 09654 | Linoleum Floor Coverings | July 14, 2003 |
| 09681 | Carpet Tile | July 14, 2003 |
| 09922 | Interior Painting (Professional Line Products) | July 14, 2003 |
| 09960 | High-Performance Coatings | June 11, 2003 |

**B-0042**

**Bank One Core Data Center II**
**Brandywine, Delaware**
**List of Drawings and Specifications**

July 14, 2003

| DWG./Spec No. | Description | Date |
|---|---|---|
| **DIVISION 10** | **SPECIALTIES** | |
| 10101 | Presentation Dry Erase Wallcovering | July 14, 2003 |
| 10155 | Toilet Compartments | July 14, 2003 |
| 10200 | Louvers and Vents | June 11, 2003 |
| 10265 | Impact-Resistant Wall Protection | July 14, 2003 |
| 10270 | Access Flooring | July 14, 2003 |
| 10505 | Metal Lockers | July 14, 2003 |
| 10520 | Fire-Protection Specialties | July 14, 2003 |
| 10605 | Wire Mesh Partitions | July 14, 2003 |
| 10801 | Toilet and Bath Accessories | July 14, 2003 |
| | | |
| **DIVISION 11** | **EQUIPMENT** | |
| 11010 | Window Washing Systems | July 14, 2003 |
| 11160 | Loading Dock Equipment | June 11, 2003 |
| | | |
| **DIVISION 12** | **FURNISHINGS** | |
| 12484 | Floor Mats and Frames | July 14, 2003 |
| 12491 | Horizontal Louver Blinds | July 14, 2003 |
| | | |
| **DIVISION 13** | **SPECIAL CONSTRUCTION** | |
| 13700 | SECURITY ACCESS AND SURVEILLANCE | July 14, 2003 |
| 13701 | ACCESS CONTROL & ALARM MONITORING SYSTEMS | July 14, 2003 |
| 13702 | CLOSED-CIRCUIT TELEVISION SYSTEMS | July 14, 2003 |
| | | |
| **DIVISION 14** | **CONVEYING SYSTEMS** | |
| 14610 | Fixed Hoists | July 14, 2003 |
| | | |
| **DIVISION 15** | **MECHANICAL** | |
| 15020H | HVAC REQUIREMENTS | July 14, 2003 |
| 15145H | HANGERS AND SUPPORTS | July 14, 2003 |
| 15170H | MOTORS | July 14, 2003 |
| 15175H | MOTOR CONTROLLERS | July 14, 2003 |
| 15180H | MOTOR-CONTROL CENTERS | July 14, 2003 |
| 15190H | HVAC IDENTIFICATION | July 14, 2003 |
| 15200H | INSULATION | July 14, 2003 |
| 15241H | HVAC VIBRATION CONTROLS AND SEISMIC RESTRAINTS | July 14, 2003 |
| 15491H | FUEL-OIL SYSTEM | July 14, 2003 |
| 15500H | PIPING SYSTEMS | July 14, 2003 |
| 15540H | HVAC PUMPS | July 14, 2003 |
| 15545H | WATER TREATMENT | July 14, 2003 |
| 15560H | LIQUID LEAK DETECTION SYSTEMS | July 14, 2003 |
| 15575H | BREECHINGS, CHIMNEYS AND STACKS | July 14, 2003 |
| 15600H | REFRIGERATION SYSTEM EQUIPMENT | July 14, 2003 |
| 15761H | AIR COILS | July 14, 2003 |
| 15784H | COMPUTER-ROOM AIR-CONDITIONING UNITS INSTALLATION | July 14, 2003 |
| 15805H | DIESEL ENGINE INSTALLATION | July 14, 2003 |
| 15810H | HUMIDIFIERS | July 14, 2003 |
| 15832H | FINNED-TUBE RADIATION | July 14, 2003 |
| 15835H | UNIT HEATERS | July 14, 2003 |
| 15850H | FANS | July 14, 2003 |
| 15854H | CENTRAL-STATION AIR-HANDLING UNITS | July 14, 2003 |
| 15856H | INTAKE AND RELIEF VENTILATORS | July 14, 2003 |
| 15890H | SHEET METAL WORK | July 14, 2003 |
| 15933H | AIR TERMINALS | July 14, 2003 |
| 15990H | TESTING, ADJUSTING AND BALANCING | July 14, 2003 |
| | | |
| **DIVISION 15** | **Plumbing** | |
| 15020P | PLUMBING REQUIREMENTS | July 14, 2003 |
| 15100P | PLUMBING VALVES | July 14, 2003 |
| 15135P | PLUMBING METERS AND GAGES | July 14, 2003 |
| 15145P | Plumbing Hangers and Supports | June 11, 2003 |
| 15170P | PLUMBING MOTORS | July 14, 2003 |
| 15190P | Plumbing Identification | June 11, 2003 |
| 15241P | Plumbing Vibration Controls and Seismic Restraints | June 11, 2003 |
| 15260P | Plumbing Insulation | June 11, 2003 |
| 15321P | ELECTRIC-DRIVE, VERTICAL FIRE PUMPS | July 14, 2003 |
| 15325P | FIRE-SUPPRESSION SPRINKLERS | July 14, 2003 |
| 15411P | PLUMBING WATER DISTRIBUTION PIPING | July 14, 2003 |
| 15420P | PLUMBING DRAINAGE AND VENT PIPING | July 14, 2003 |
| 15430P | PLUMBING SPECIALTIES | July 14, 2003 |
| 15440P | Plumbing Fixtures | June 11, 2003 |
| 15441P | COOLING TOWER WATER MAKEUP PUMPS | July 14, 2003 |
| 15442P | Duplex Domestic Water Pumping System | June 11, 2003 |

**B-0043**

Page 7 of 8

**Bank One Core Data Center II**
**Brandywine, Delaware**
**List of Drawings and Specifications**

July 14, 2003

| DWG./Spec No. | Description | Date |
|---|---|---|
| 15452P | SUMP PUMPS | July 14, 2003 |
| 15461P | Electric Water Heaters | June 11, 2003 |
| | | |
| **DIVISION 16** | **ELECTRICAL** | |
| 16050 | BASIC ELECTRICAL REQUIREMENTS | July 14, 2003 |
| 16055 | TEMPORARY ELECTRICAL FACILITIES FOR CONSTRUCTION | July 14, 2003 |
| 16071 | SEISMIC CONTROLS FOR ELECTRICAL WORK | July 14, 2003 |
| 16075 | ELECTRICAL IDENTIFICATION | July 14, 2003 |
| 16080 | ACCEPTANCE TESTING | July 14, 2003 |
| 16120 | CONDUCTORS AND CABLES | July 14, 2003 |
| 16121 | CONTROL/SIGNAL TRANSMISSION MEDIA | July 14, 2003 |
| 16124 | MEDIUM-VOLTAGE CABLES | July 14, 2003 |
| 16130 | RACEWAYS, BOXES AND CABINETS | July 14, 2003 |
| 16140 | WIRING DEVICES | July 14, 2003 |
| 16145 | LIGHTING CONTROL DEVICES | July 14, 2003 |
| 16312I | 12kV-480/277 VOLT SUBSTATIONS - Installation Only | July 14, 2003 |
| 16344I | 12kV DISTRIBUTION SWITCHGEARS – Installation Only | July 14, 2003 |
| 16345I | 12kV PARALLELING SWITCHGEAR - Installation Only | July 14, 2003 |
| 16415 | TRANSFER SWITCHES | July 14, 2003 |
| 16425 | SWITCHBOARDS | July 14, 2003 |
| 16426I | SWITCHGEARS (CRITICAL OUTPUT DISTRIBUTION) - Installation Only | July 14, 2003 |
| 16441I | ALTERNATE CRITICAL SWITCHBOARDS - Installation Only | July 14, 2003 |
| 16452 | GROUNDING | July 14, 2003 |
| 16461 | DRY TYPE TRANSFORMERS (600V AND LESS) | July 14, 2003 |
| 16470 | PANELBOARDS | July 14, 2003 |
| 16471I | POWER DISTRIBUTION UNIT (PDU'S) - Installation Only | July 14, 2003 |
| 16475 | FUSES | July 14, 2003 |
| 16476 | DISCONNECT SWITCHES AND CIRCUIT BREAKERS | July 14, 2003 |
| 16480I | LOAD BANKS - Installation Only | July 14, 2003 |
| 16511 | INTERIOR LIGHTING | July 14, 2003 |
| 16521 | EXTERIOR LIGHTING | July 14, 2003 |
| 16610I | UNINTERRUPTIBLE POWER SUPPLY SYSTEM - Installation Only | July 14, 2003 |
| 16621I | PACKAGED ENGINE GENERATORS - Installation Only | July 14, 2003 |
| 16637I | REMOTE POWER PANELS (RPP'S) - Installation Only | July 14, 2003 |
| 16722 | AIR SAMPLING SMOKE DETECTION SYSTEMS | July 14, 2003 |
| 16723 | ADDRESSABLE FIRE ALARM SYSTEMS | July 14, 2003 |
| 16997 | ELECTRICAL SYSTEM COMMISSIONING REQUIREMENTS | July 14, 2003 |
| | | |
| **DIVISION 17** | **HVAC CONTROL SYSTEMS** | |
| 17975H | HVAC CONTROL SYSTEMS | July 14, 2003 |

**B-0044**

Banc One 03946

EXHIBIT D

WORK AREA

4001 Governor Printz Blvd.
Wilmington, DE 19802

D-1

**B-0045**

Banc One 03947

## EXHIBIT E

### MAXIMUM CHANGE ORDER RATES FOR OVERHEAD, PROFIT, ELECTRICAL TRADE MANAGER'S FEE, AND GENERAL CONDITIONS

1. Subcontractor may add to its "on-site" cost for extra Work.

   __15__ % for all overhead, profit, fee and general conditions items

   Subcontractor may add to an additional percentage to subcontractor's costs for administration and supervision of extra Work by a sub-subcontractor.

   _6 % for all overhead, profit, fee and general conditions items

2. Electrical Trade Manager may add to its "on-site" cost of extra Work when such Work is performed directly at the site with its own personnel, equipment and materials, it being agreed by Electrical Trade Manager that it will not subcontract out work when it would be more efficient (both in terms of time and money) for Electrical Trade Manager's own personnel to perform such work.

   N/A __% for all of Electrical Trade Manager's Fee and General Conditions Items related to such Change Order

3. Electrical Trade Manager may add an additional percentage to subcontractor's costs for administration and supervision of extra Work by a subcontractor.

   _6_% for all of Electrical Trade Manager's Fee and plus General Conditions Items related to such Change Order

4. Electrical Trade Manager shall deduct over and above his "on-site" cost of deleted Work when such Work would have been performed directly at the Site with its own personnel, equipment and materials.

   N/A __% for all of Electrical Trade Manager's Fee and General Conditions Items related to such Change Order

5. Electrical Trade Manager shall deduct an additional percentage over and above subcontractor's credit for administration and supervision of extra Work by a subcontractor.

   _6 N/A_% for all of Electrical Trade Manager's Fee and General Conditions Items related to such Change Order

E-1

B-0046

EXHIBIT F

RATES AND UNIT PRICES

Item                                                                                    Price
N/A

Single Project Construction Services Agreement  3/03/2003

**B-0047**