**SINGLE PROJECT CONSTRUCTION SERVICES AGREEMENT**
**CONTRACT NO. 6B**
**BANK ONE CORE DATA CENTER #2**
**ADDENDUM 1**

CONFIDENTIAL

| 153 | EXHIBIT G, Article 12. Work, Section 12.02 (a), fourth line | Add after: "termination", "and all costs associated with demobilization and reassignment of personal" |
|---|---|---|
| 154 | EXHIBIT G, Article 12. Work, Section 12.02 (a), sixth line | Add after: "provision", "except for commitments related to fabrication and fabrication materials and special orders and such other items that require a lead time commitment of time and material." |
| 155 | EXHIBIT G, Article 12. Work, Section 12.02 (b), fifth line | Add after: "materials", ", if manpower and material is the proper solution and there is agreement to properly compensate for such , |
| 156 | EXHIBIT G, Article 12. Work, Section 12.02 (b), eighth line | Add after: "date", "reasonably and mutually" |
| 157 | EXHIBIT G, Article 12. Work, Section 12.02 (b), eighth and ninth line | Delete: "or a labor dispute" through "or similar actions" |
| 158 | EXHIBIT G, Article 12. Work, Section 12.02 (b), tenth line | Delete "without limitation," |
| 159 | EXHIBIT G, Article 12. Work, Section 12.02 (b), eighth and ninth line | Add after: ""fails", ", exclusively through the fault of the Construction Contractor," |
| 160 | EXHIBIT G, Article 12. Work, Section 12.02 (b), fifteenth line | Replace: "80" with "100" |
| 161 | EXHIBIT G, Article 12. Work, Section 12.02 (b), nineteenth line | Delete: "any further" through "finished." |
| 162 | EXHIBIT G, Article 12. Work, Section 12.02 (b), nineteenth line | Add after: "any payment in excess of the Sum due the Construction Contractor, less what is reasonably required to complete Construction Contractors Work." |
| 163 | EXHIBIT G, Article 12. Work, Section 12.02 (b), nineteenth and twentieth line | Delete: "plus leasing fees referred to in (ii) above |
| 164 | EXHIBIT G, Article 12. Work, Section 12.02 (b), twentieth line | Add before: "expense", "direct" |
| 165 | EXHIBIT G, Article 12. Work, Section 12.02 (b), twenty-first and twenty-second line | Delete: "including compensation" through " default," |
| 166 | EXHIBIT G, Article 12. Work, Section 12.02 (b), twenty-second line | Add before: "expense" "direct" |
| 167 | EXHIBIT G, Article 12. Work, Section 12.02 (b), twenty-second line | Delete: "plus Owner's losses and damages" |
| 168 | EXHIBIT H | Delete in its entirety |
| 169 | Schedule 8.02 | Delete in its entirety |

**B-0417**

FE 014219

**SINGLE PROJECT CONSTRUCTION SERVICES AGREEMENT**
**CONTRACT NO. 6B**
**BANK ONE CORE DATA CENTER #2**
**ADDENDUM 1**

CONFIDENTIAL

| 170 | Schedule 8.02 | Replace with: "APPLICATION AND CERTIFICATE FOR PAYMENT AND CONTINUATION SHEET FOR CONSTRUCTION CONSTRUCTOR AND SUBCONTRACTOR TO OWNER<br>Use AIA Document G702-1992 and G703-1992 respectively. |
| 171 | Schedule 10.02 | Replace with the actual document used on this project per owner's direction |

**B-0418**

FE 014220



# Forest Electric Corp.

### An EMCOR Company

**Forest Electric Corp.**

Two Penn Plaza , Floor 4
New York, NY 10121
Phone: 212.318.1500
Fax: 212.318.1793
www.forestelectric.net

Friday, September 03, 2004
Mr. Karl Auwarter
Bank One
Mail Code DE-0112
201 N. Walnut Street
Wilmington, DE 19801

## RE: <u>Notification of Change Letter</u>
CDC-II – Forest Electric Corp.

Dear Mr. Auwarter,

Be advised we have assigned **PI # 80737**        **Creedon Controls**        **RFP21B**
**This (credit) change order is to reclassify I/O costs to the I/O Contract.**

**Total Cost of Change Order**                **( $ 677,799.00)**

Please sign below to show your concurrence and approval with the above notification . If you have any
question regarding this confirmation, please call me at your earliest convenience.

Respectfully,              Approved by:        Tishman Const. Corp. of MD
Forest Electric Corp.                              Agent for Bank One Building
                                                              Corp.

_____            _____        9/16/04
Paul Angerame              Robert L. Smith         Date
Vice President              Project Manager
Agent for Bank One Building Corp.  Agent for Bank One Building Corp.


                                 Approved by:                    Bank One

                                 _____                   09/16/2004
                                 Karl Auwarter                    Date
                                 Operations Project – Management



# Forest Electric Corp.

### *An EMCOR Company*

**Forest Electric Corp.**

Two Penn Plaza , Floor 4
New York, NY 10121
Phone: 212.318.1500
Fax: 212.318.1793
www.forestelectric.net

Friday, September 03, 2004
Mr. Karl Auwarter
Bank One
Mail Code DE-0112
201 N. Walnut Street
Wilmington, DE 19801

## RE: <u>Notification of Change Letter</u>
CDC-II – Forest Electric Corp.

Dear Mr. Auwarter,

Be advised we have assigned **PI # 80737      Creedon Controls      RFP21B**
**This (credit) change order is to reclassify I/O costs to the I/O Contract.**

**Total Cost of Change Order          ( $ 677,799.00)**

Please sign below to show your concurrence and approval with the above notification . If you have any
question regarding this confirmation, please call me at your earliest convenience.

Respectfully,                    Approved by:       Tishman Const. Corp. of MD
Forest Electric Corp.                               Agent for Bank One Building
                                                    Corp.

Paul Angerame                    Robert L. Smith         Date
Vice President                   Project Manager
Agent for Bank One Building Corp.  Agent for Bank One Building Corp.


                                 Approved by:       Bank One


                                 Karl Auwarter          Date
                                 Operations Project – Management



# Forest Electric Corp.

### An EMCOR Company

**Forest Electric Corp.**
Two Penn Plaza , Floor 4
New York, NY 10121
Phone: 212.318.1500
Fax: 212.318.1793
www.forestelectric.net

Friday, September 03, 2004
Mr. Karl Auwarter
Bank One
Mail Code DE-0112
201 N. Walnut Street
Wilmington, DE 19801

## RE: <u>Notification of Change Letter</u>
CDC-II – Forest Electric Corp.

Dear Mr. Auwarter,

Be advised we have assigned **PI # 80737**        **Creedon Controls**        **RFP21B**
**This (credit) change order is to reclassify I/O costs to the I/O Contract.**

**Total Cost of Change Order**                **( $ 677,799.00)**

Please sign below to show your concurrence and approval with the above notification . If you have any question regarding this confirmation, please call me at your earliest convenience.

Respectfully,                Approved by:        Tishman Const. Corp. of MD
Forest Electric Corp.                            Agent for Bank One Building
                                                 Corp.

_____                _____        9/11/04
Paul Angerame                Robert L. Smith           Date
Vice President                Project Manager
Agent for Bank One Building Corp.    Agent for Bank One Building Corp.


                             Approved by:              Bank One


                             _____        _____
                             Karl Auwarter              Date
                             Operations Project – Management

# Forest Electric Corp.

### An EMCOR Company

**Forest Electric Corp.**
Two Penn Plaza , Floor 4
New York, NY 10121
Phone: 212.318.1500
Fax: 212.318.1793
www.forestelectric.net

Thursday, July 8, 2004
Mr. Karl Auwarter
Bank One
Mail Code DE-0112
201 N. Walnut Street
Wilmington, DE 19801

## RE:  <u>Notification of Change Letter</u>

CDC-II – Forest Electric Corp.
Pending Items   -  PI-80719

Dear Mr. Auwarter,

Be advised we have assigned **PI #  80719     Re: MLBA and MLBB Wiring Issues**

**Total Costs:**     $ 9,090.00

**See attached proposal from JDC Power Systems  Q00686 Dated 6/17/04 for details.**

Please sign below to show your concurrence and approval with the above notification.~~and possible exposure to the owner construction contingency.~~ If you have any question regarding this confirmation, please call me at your earliest convenience.

Respectfully,                    Approved by:       Tishman Const. Corp. of MD
Forest Electric Corp.                                Agent for Bank One Building
                                                     Corp.

_____          _____   _____
Paul Angerame                Robert L. Smith        Date
Vice President               Project Manager
Agent for Bank One Building Corp.   Agent for Bank One Building Corp.


Approved by:                         Bank One

_____          _____
Karl Auwarter                        Date
Operations Project – Management

Datacom  Services  *  Power Solutions  *  Technology  *  Facilities Management

**B-0422**

TISH 010542

# Forest Electric

Forest Electric Corp.
4001 Governor Printz Blvd.
Wilmington, DE 19802

Phone: 302.762.3390
Fax: 302.762.3396

**CHANGE ORDER**
**No. WA926430**

Co. # 1

| | | |
|---|---|---|
| **TITLE:** Contract Adjustments | **DATE:** 4/6/2004 | |
| **PROJECT:** Brandywine - Bank One CDC II | **JOB:** 3011 | |

**TO:** Attn: John Hahn
Peter D. Furness Electric Co.
1604 Todds Lane
Wilmington, DE 19802
Phone: 302.764.6030   Fax: 302.764.5168

**CONTRACT NO:** 02.03. 1320

**RE:** CO     **To:** FURNESS     **From:** FEC     **Number:** RFP3B

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be suject to all of the items and conditions the original contract, including payment.

This Change Order is for the additional changes outlined in Bulletin # 11 dated 11/17/03.

PI-80708

Furness  P#3414

> **RECEIVED**
> **MAY - 3 2004**
> Tishman
> CDC#2 Brandywine

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

| | |
|---|---|
| Lump Sum: | $89,192.00 |
| Lump Tax: | $0.00 |
| **Lump Total:** | **$89,192.00** |

| | |
|---|---|
| **The Original Contract Sum was** | **$2,199,000.00** |
| **Net Change by Previously Authorized Requests and Changes** | **$0.00** |
| **The Contract Sum Prior to This Change Order was** | **$2,199,000.00** |
| **The Contract Sum Will be Increased** | **$89,192.00** |
| **The New Contract Sum Including This Change Order** | **$2,288,192.00** |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

**ACCEPTED:**

| Peter D. Furness Electric Co. | Forest Electric | AGENT FOR BANK ONE Tishman Const. Corp. of MD | AGENT FOR BANK ONE Bank One Building Corp. |
|---|---|---|---|
| By: | By: | By: | By: |
| John Hahn | Paul Angerame | Tom Keane | Karl Auwarter |
| Date: 4/28/04 | Date: 4-30-04 | Date: 05/12/04 | Date: 05/05/2004 |

**ORIGINAL**

**B-0423**

TISH 010027

# Forest Electric

Forest Electric Corp.
4001 Governor Printz Blvd.
Wilmington, DE 19802

Phone: 302.762.3390
Fax: 302.762.3396

**CHANGE ORDER**
**No. WA924954**

Co. # 2

| | |
|---|---|
| **TITLE:** Contract Adjustments | **DATE:** 4/6/2004 |
| **PROJECT:** Brandywine - Bank One CDC II | **JOB:** 3011 |
| **TO:**   Attn: John Hahn | **CONTRACT NO:** 02.14.132-0 |

Peter D. Furness Electric Co.
1604 Todds Lane
Wilmington, DE 19802
Phone: 302.764.6030   Fax: 302.764.5168

**RE: CO**      **To: FURNESS**      **From: FEC DE**      **Number: RFP14B**

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be sugject to all of the items and conditions the original contract, including payment.

This Change Order is for the changes needed to Nodes A & B

PI-80704

Furness Electric  CR#1  Node Changes

```
RECEIVED
MAY - 3 2004
Tishman
CDC#2 Brandywine
```

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

| | |
|---|---:|
| Lump Sum: | $16,691.95 |
| Lump Tax: | $0.00 |
| **Lump Total:** | **$16,691.95** |

| | |
|---|---:|
| **The Original Contract Sum was** | $7,900,000.00 |
| **Net Change by Previously Authorized Requests and Changes** | $0.00 |
| **The Contract Sum Prior to This Change Order was** | $7,900,000.00 |
| **The Contract Sum Will be Increased** | $16,691.95 |
| **The New Contract Sum Including This Change Order** | $7,916,691.95 |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

**ACCEPTED:**

| Peter D. Furness Electric Co. | Forest Electric | AGENT FOR BANK ONE Tishman Const. Corp. of MD | AGENT FOR BANK ONE Bank One Building Corp |
|---|---|---|---|
| By: | By: | By: | By: |
| John Hahn | Paul Angerame | Tom Keane | Karl Auwarter |
| Date: 4/5/04 | Date: 4-30-04 | Date: 05/11/04 | Date: 05/12/2004 |

**B-0424**

TISH 010129

# Forest Electric

Forest Electric Corp.
4001 Governor Printz Blvd.
Wilmington, DE 19802

Phone: 302.762.3390
Fax: 302.762.3396

**CHANGE ORDER**
**No. WA926429**

Co. # 2

**TITLE:** Contract Adjustments

**PROJECT:** Brandywine - Bank One CDC II

**TO:** Attn: Jim Fitzsimmons
Superior Electric Service Company
36 Germay Drive
Wilmington, DE 19804-1105
Phone: 302.658.5949  Fax: 302.658.5983

**DATE:** 4/6/2004

**JOB:** 3011

**CONTRACT NO:** 02.15.1320

---

**RE: CO**       **To: SUPERIOR**       **From: FEC DE**       **Number:** RFP15B

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be sueject to all of the items and conditions the original contract, including payment.

This Change Order is for the removal of east ductbank excavated materials and to bring in fill.

PI=80710

Superior Electric Services
CO#9

RECEIVED

MAY - 3 2004

Tishman
CDC#2 Brandywine

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

| | |
|---|---:|
| Lump Sum: | $36,753.00 |
| Lump Tax: | $0.00 |
| **Lump Total:** | $36,753.00 |

| | |
|---|---:|
| **The Original Contract Sum was** | $619,772.00 |
| **Net Change by Previously Authorized Requests and Changes** | $0.00 |
| **The Contract Sum Prior to This Change Order was** | $619,772.00 |
| **The Contract Sum Will be Increased** | $36,753.00 |
| **The New Contract Sum Including This Change Order** | $656,525.00 |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

**ACCEPTED:**

Superior Electric Service Compai  Forest Electric   AGENT FOR BANK ONE   AGENT FOR BANK ONE
                                   Tishman Const. Corp. of MD   Bank One Building Corp.

By: _____ Jim Fitzsimmons J-VP   By: _____ Paul Angerame   By: _____ Tom Keane   By: _____ Karl Auwarter

Date: 4/29/04   Date: 4-30-04   Date: 05/12/04   Date: 05/12/2004

**B-0425**

TISH 010142

# Forest Electric

Forest Electric Corp.
4001 Governor Printz Blvd.
Wilmington, DE 19802

Phone: 302.762.3390
Fax: 302.762.3396

## CHANGE ORDER
## No. WA924954

Co. #1

| | |
|---|---|
| **TITLE:** Contract Adjustments | **DATE:** 4/6/2004 |
| **PROJECT:** Brandywine - Bank One CDC II | **JOB:** 3011 |
| **TO:** Attn: John Hahn | **CONTRACT NO:** 02.14.1320 |

Peter D. Furness Electric Co.
1604 Todds Lane
Wilmington, DE 19802
Phone: 302.764.6030  Fax: 302.764.5168

| | | | |
|---|---|---|---|
| **RE:** CO | **To:** FURNESS | **From:** FEC DE | **Number:** RFP14B |

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be suBject to all of the items and conditions the original contract, including payment.

This Change Order is for the changes needed to Nodes A & B

PI-80704

Furness Electric  CR#1  Node Changes

RECEIVED
MAY - 3 2004
Tishman
CDC#2 Brandywine

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

| | |
|---|---|
| Lump Sum: | $16,691.95 |
| Lump Tax: | $0.00 |
| **Lump Total:** | **$16,691.95** |

| | |
|---|---|
| **The Original Contract Sum was** | $7,900,000.00 |
| **Net Change by Previously Authorized Requests and Changes** | $0.00 |
| **The Contract Sum Prior to This Change Order was** | $7,900,000.00 |
| **The Contract Sum Will be Increased** | $16,691.95 |
| **The New Contract Sum Including This Change Order** | $7,916,691.95 |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

**ACCEPTED:**

| | AGENT FOR BANK ONE | AGENT FOR BANK ONE | |
|---|---|---|---|
| Peter D. Furness Electric Co. | Forest Electric | Tishman Const. Corp. of MD | Bank One Building Corp. |
| By: | By: | By: | By: |
| John Hahn | Paul Angerame | Tom Keane | Karl Auwarter |
| Date: 7/28/04 | Date: 4-30-04 | Date: 05/12/04 | Date: 05/12/2004 |

**B-0426**

TISH 010148

# Forest Electric

**Forest Electric Corp.**
4001 Governor Printz Blvd.
Wilmington, DE 19802

Phone: 302.762.3390
Fax: 302.762.3396

**CHANGE ORDER**
**No. WA928535**
CO #1

**TITLE:** Contract Adjustments

**DATE:** 8/16/2004

**PROJECT:** Brandywine - Bank One CDC II

**JOB:** 3011

**TO:**    Attn: John Hahn
Peter D. Furness Electric Co.
1604 Todds Lane
Wilmington, DE 19802
Phone: 302.764.6030  Fax: 302.764.5168

**CONTRACT NO:** 02.03.1320

**RE: CO**        **To: FURNESS**        **From: FEC DE**        **Number: RFP3A**

### DESCRIPTION OF CHANGE

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be subject to all of the items and conditions the original contract, including payment.

This Change Order covers three change order requests from Furness Electric.  See attached list.

PI-80728

Furness Electric Co.

1.  Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2.  The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

|                      |              |
| -------------------- | ------------ |
| Lump Sum:            | $50,980.95   |
| Lump Tax:            | $0.00        |
| **Lump Total:**      | **$50,980.95** |

| | |
| --- | --- |
| **The Original Contract Sum was** | **$2,199,000.00** |
| **Net Change by Previously Authorized Requests and Changes** | **$89,191.89** |
| **The Contract Sum Prior to This Change Order was** | **$2,288,191.89** |
| **The Contract Sum Will be Increased** | **$50,980.95** |
| **The New Contract Sum Including This Change Order** | **$2,339,172.84** |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

**ACCEPTED:**

Peter D. Furness Electric Co.

By: _____
John Hahn
Date: 6-17-04

AGENT FOR BANK ONE
Building GRP
Forest Electric

By: _____
Paul Angerame
Date: 8-16-04

AGENT FOR BANK ONE
Building GRP
Tishman Const. Corp. of MD

By: _____
Tom Keane
Date: 08/18/04

Bank One Building Corp.

By: _____
Karl Auwarter
Date: 08/18/2004

**B-0427**

TISH 010961

## Forest Electric

Forest Electric Corp.
4001 Governor Printz Blvd.
Wilmington, DE 19802

Phone: 302.762.3390
Fax: 302.762.3396

**CHANGE ORDER**
**No. WA928545**
C O#2

| | |
|---|---|
| **TITLE:** Contract Adjustments | **DATE:** 8/16/2004 |
| **PROJECT:** Brandywine - Bank One CDC II | **JOB:** 3011 |
| **TO:** Attn: John Hahn | **CONTRACT NO:** 02.14.1320 |

Peter D. Furness Electric Co.
1604 Todds Lane
Wilmington, DE 19802
Phone: 302.764.6030  Fax: 302.764.5168

| | | | |
|---|---|---|---|
| **RE:** CO | **To:** FURNESS | **From:** FEC | **Number:** RFP14B |

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be sueject to all of the items and conditions the original contract, including payment.

This Change Order covers one change order request from Furness Electric. See attached list.

PI- 80704

Furness Electric Co.

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

| | |
|---|---|
| Lump Sum: | $6,336.41 |
| Lump Tax: | $0.00 |
| **Lump Total:** | **$6,336.41** |

| | |
|---|---|
| **The Original Contract Sum was** | **$7,900,000.00** |
| **Net Change by Previously Authorized Requests and Changes** | **$16,691.95** |
| **The Contract Sum Prior to This Change Order was** | **$7,916,691.95** |
| **The Contract Sum Will be Increased** | **$6,336.41** |
| **The New Contract Sum Including This Change Order** | **$7,923,028.36** |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

ACCEPTED:

Peter D. Furness Electric Co.

By: _____
John Hahn

Date: 8-17-04

*Agent for Bank one Building Corp*
Forest Electric

By: _____
Paul Angerame

Date: 8-17-04

*Agent for Bank one Building Corp.*
Tishman Const. Corp. of MD

By: _____
Tom Keane

Date: 08/18/04
RCS

Bank One Building Corp.

By: _____
Karl Auwarter

Date: 08/18/2004

**B-0428**

TISH 010986

# Forest Electric

Forest Electric Corp.
4001 Governor Printz Blvd.
Wilmington, DE 19802

**Phone:** 302.762.3390
**Fax:** 302.762.3396

**CHANGE ORDER**
**No. WA928560**
COℓ2

**TITLE:**   Contract Adjustments

**PROJECT:** Brandywine - Bank One CDC II

**TO:**       Attn: John Hahn
            Peter D. Furness Electric Co.
            1604 Todds Lane
            Wilmington, DE 19802
            Phone: 302.764.6030   Fax: 302.764.5168

**DATE:** 8/17/2004

**JOB:** 3011

**CONTRACT NO:** 02.16.1320

| RE: CO | To: FURNESS | From: FEC | Number: RFP16 |
|---|---|---|---|

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be subject to all of the items and conditions the original contract, including payment.

This Change Order is to complete the electrical housekeeping pads

PI-80729

Furness Electric Co.

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

| | |
|---|---:|
| Lump Sum: | $12,786.31 |
| Lump Tax: | $0.00 |
| **Lump Total:** | **$12,786.31** |

| | |
|---|---:|
| **The Original Contract Sum was** | $5,496,812.00 |
| **Net Change by Previously Authorized Requests and Changes** | ($300,000.00) |
| **The Contract Sum Prior to This Change Order was** | $5,196,812.00 |
| **The Contract Sum Will be Increased** | $12,786.31 |
| **The New Contract Sum Including This Change Order** | $5,209,598.31 |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | ... |

**ACCEPTED:**

| Peter D Furness Electric Co. | Forest Electric | Tishman Const. Corp. of MD | Bank One Building Corp. |
|---|---|---|---|
| | AGENT FOR BANK ONE Building Corp | AGENT FOR BANK ONE Building CORP | |
| **By:** John Hahn | **By:** Paul Angerame | **By:** Tom Keane | **By:** Karl Anwarter |
| **Date:** 8-17-04 | **Date:** 8-17-04 | **Date:** 08 18 04 | **Date:** 08/18/2004 |

**B-0429**

TISH 010996

**Forest Electric**
Forest Electric Corp.
4001 Governor Printz Blvd.
Wilmington, DE 19802

Phone: 302.762.3390
Fax: 302.762.3396

**CHANGE ORDER**
**No. WA928032**
CO#1

**TITLE:** Contract Adjustments

**DATE:** 6/17/2004

**PROJECT:** Brandywine - Bank One CDC II

**JOB:** 3011

**TO:**  Attn: John Hahn
Peter D. Furness Electric Co.
1604 Todds Lane
Wilmington, DE 19802
Phone: 302.764.6030  Fax: 302.764.5168

**CONTRACT NO:**

**RE: CO**        **To: FURNESS**        **From: FEC**        **Number: RFP16B**

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be subject to all of the items and conditions the original contract, including payment.

To reduce Base contract for Unused Allowances.

PI-80716

Furness Electric

Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2.  The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

| | |
|---|---:|
| Lump Sum: | ($300,000.00) |
| Lump Tax: | $0.00 |
| **Lump Total:** | **($300,000.00)** |

| | |
|---|---:|
| **The Original Contract Sum was** | **$5,496,812.00** |
| **Net Change by Previously Authorized Requests and Changes** | **$0.00** |
| **The Contract Sum Prior to This Change Order was** | **$5,496,812.00** |
| **The Contract Sum Will be Decreased** | **($300,000.00)** |
| **The New Contract Sum Including This Change Order** | **$5,196,812.00** |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

**ACCEPTED:**

Peter D. Furness Electric Co.

By: _John Hahn_

Date: _8-17-04_

*AGENT FOR BANK ONE Building Corp.*
Forest Electric

By: _Paul Angerame_

Date: _8-17-04_

*AGENT FOR BANK ONE Building Corp.*
Tishman Const. Corp. of MD

By: _Tom Keane_

Date: _08/18/04_

Bank One Building Corp.

By: _Karl Auwarter_

Date: _08/18/2004_

**B-0430**

TISH 011017

# Forest Electric
2 Penn Plaza
4th Floor
New York, NY 10121

Phone: 212-318-1692
Fax: 212.318.1791

**CHANGE ORDER**
**No. WA926775**

*Co. #3*

**TITLE:**  Contract Adjustments

**PROJECT:** Brandywine - Bank One CDC II

**TO:**    Attn: Jim Fitzsimmons
Superior Electric Service Company
36 Germay Drive
Wilmington, DE  19804-1105
Phone: 302.658.5949   Fax: 302.658.5983

**DATE:** 5/12/2004

**JOB:** 3011

**CONTRACT NO:** *02. 15. 1320*

---

**RE: CO**          **To:** SUPERIOR          **From:** FEC          **Number:** RFP15B

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be sugject to all of the items and conditions the original contract, including payment.

This Change Order is for costs to relocate East MH#3 for primary pole.

PI-80711

Superior Electric Services
CO#11

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

| | |
|---|---:|
| Lump Sum: | $25,666.66 |
| Lump Tax: | $0.00 |
| **Lump Total:** | **$25,666.66** |

| | |
|---|---:|
| **The Original Contract Sum was** | **$619,772.00** |
| **Net Change by Previously Authorized Requests and Changes** | **$235,953.00** |
| **The Contract Sum Prior to This Change Order was** | **$855,725.00** |
| **The Contract Sum Will be Increased** | **$25,666.66** |
| **The New Contract Sum Including This Change Order** | **$881,391.66** |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

**ACCEPTED:**

*Agent for Bank One Building Corp.*          *Agent for Bank One Building Corp*

Superior Electric Service Compa  Forest Electric          Tishman Const. Corp. of MD   Bank One Building Corp.

By: _____  By: _____  By: _____  By: _____
    Jim Fitzsimmons        Paul Angerame            Tom Keane                Karl Auwarter

Date: 5/20/04 S. VP.  Date: 5-18-04  Date: _____  Date: _____

**B-0431**

TISH 006955

# Forest Electric

2 Penn Plaza
4th Floor
New York, NY 10121

**Phone:** 212-318-1692
**Fax:** 212-318.1791

## CHANGE ORDER
## No. WA926775

*Co. #3*

**TITLE:** Contract Adjustments

**DATE:** 5/12/2004

**PROJECT:** Brandywine - Bank One CDC II

**JOB:** 3011

**TO:**    Attn: Jim Fitzsimmons
Superior Electric Service Company
36 Germay Drive
Wilmington, DE 19804-1105
Phone: 302.658.5949   Fax: 302.658.5983

**CONTRACT NO:** 02.15.1320

**RE:** CO        **To:** SUPERIOR        **From:** FEC        **Number:** RFP15B

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be sugject to all of the items and conditions the original contract, including payment.

This Change Order is for costs to relocate East MH#3 for primary pole.

PI-80711

Superior Electric Services
CO#11

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

|  |  |
|---|---|
| Lump Sum: | $25,666.66 |
| Lump Tax: | $0.00 |
| **Lump Total:** | **$25,666.66** |

| | |
|---|---|
| **The Original Contract Sum was** | $619,772.00 |
| **Net Change by Previously Authorized Requests and Changes** | $235,953.00 |
| **The Contract Sum Prior to This Change Order was** | $855,725.00 |
| **The Contract Sum Will be Increased** | $25,666.66 |
| **The New Contract Sum Including This Change Order** | $881,391.66 |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

**ACCEPTED:**

Superior Electric Service Company

By: _(signature)_
Jim Fitzsimmons

Date: 5/20/04  S. VP

Forest Electric

By: _(signature)_
Paul Angerame

Date: 5-18-04

*Agent for Bank One Building Corp*
Tishman Const. Corp. of MD

By: _____
Tom Keane

Date: _(signature)_

*Agent for Bank One Building Corp.*
Bank One Building Corp.

By: _____
Karl Auwarter

Date: _____

**B-0432**

TISH 006962

# Forest Electric

2 Penn Plaza
4th Floor
New York, NY 10121

**CHANGE ORDER**
**No. WA926775**

Phone: 212-318-1692
Fax: 212-318.1791

_Co.#3_

**TITLE:**     Contract Adjustments

**DATE:** 5/12/2004

**PROJECT:** Brandywine - Bank One CDC II

**JOB:** 3011

**TO:**     Attn: Jim Fitzsimmons
Superior Electric Service Company
36 Germay Drive
Wilmington, DE 19804-1105
Phone: 302.658.5949 Fax: 302.658.5983

**CONTRACT NO:** _02.15.1320_

**RE: CO**          **To: SUPERIOR**          **From: FEC**          **Number:** RFP15B

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be sugject to all of the items and conditions the original contract, including payment.

This Change Order is for costs to relocate East MH#3 for primary pole.

PI-80711

Superior Electric Services
CO#11

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

|  |  |
|---|---|
| Lump Sum: | $25,666.66 |
| Lump Tax: | $0.00 |
| **Lump Total:** | **$25,666.66** |

| | |
|---|---|
| **The Original Contract Sum was** | **$619,772.00** |
| **Net Change by Previously Authorized Requests and Changes** | **$235,953.00** |
| **The Contract Sum Prior to This Change Order was** | **$855,725.00** |
| **The Contract Sum Will be Increased** | **$25,666.66** |
| **The New Contract Sum Including This Change Order** | **$881,391.66** |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

**ACCEPTED:**

_AGENT FOR BANK ONE Building Corp._      _AGENT FOR BANK ONE Building Corp_

Superior Electric Service Compai  Forest Electric          Tishman Const. Corp. of MD   Bank One Building Corp.

By: _Jim Fitzsimmons_   By: _Paul Angerame_   By: _____   By: _____

Jim Fitzsimmons          Paul Angerame          Tom Keane          Karl Auwarter

Date: _5/20/04 S.V.P._   Date: _5-18-04_   Date: _____   Date: _____

**B-0433**

TISH 006976

**Forest Electric**

2 Penn Plaza
4th Floor
New York, NY 10121

Phone: 212-318-1692
Fax: 212-318-1791

**CHANGE ORDER**
No. WA926775

*Co. #3*

| | |
|---|---|
| **TITLE:** Contract Adjustments | **DATE:** 5/12/2004 |
| **PROJECT:** Brandywine - Bank One CDC II | **JOB:** 3011 |

**TO:**        Attn: Jim Fitzsimmons
             Superior Electric Service Company
             36 Germay Drive
             Wilmington, DE 19804-1105
             Phone: 302.658.5949   Fax: 302.658.5983

**CONTRACT NO:** *02.15.1320*

**RE: CO**        **To:** SUPERIOR        **From:** FEC        **Number:** RFP15B

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be sugject to all of the items and conditions the original contract, including payment.

This Change Order is for costs to relocate East MH#3 for primary pole.

PI-80711

Superior Electric Services
CO#11

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

| | |
|---|---|
| Lump Sum: | $25,666.66 |
| Lump Tax: | $0.00 |
| **Lump Total:** | **$25,666.66** |

| | |
|---|---|
| **The Original Contract Sum was** | $619,772.00 |
| **Net Change by Previously Authorized Requests and Changes** | $235,953.00 |
| **The Contract Sum Prior to This Change Order was** | $855,725.00 |
| **The Contract Sum Will be Increased** | $25,666.66 |
| **The New Contract Sum Including This Change Order** | $881,391.66 |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

**ACCEPTED:**

*AGENT FOR BANK ONE Building Corp.*        *AGENT for Bank One Building Corp*

| Superior Electric Service Compai | Forest Electric | Tishman Const. Corp. of MD | Bank One Building Corp. |
|---|---|---|---|
| By: *[signature]* | By: *[signature]* | By: _____ | By: _____ |
| Jim Fitzsimmons | Paul Angerame | Tom Keane | Karl Auwarter |
| Date: *5/20/04 5: VP* | Date: *5-18-04* | Date: _____ | Date: _____ |

**B-0434**

TISH 006955



**Forest Electric**
2 Penn Plaza
4th Floor
New York, NY 10121

Phone: 212.318.1692
Fax: 212.318.1791

**CHANGE ORDER**
**No. WA932506**

**TITLE:** Contract adjustments

**PROJECT:** Bear - Bank One CDC I

**TO:**   Attn: Gene Battaglia
Battaglia Electrical Mechanical
11 Industrial Boulevard
New Castle, DE 19720
Phone: 302.325.6100  Fax: 302.325.6106

**DATE:** 1/12/2005

**JOB:** 3001

**CONTRACT NO:**

| RE: CO | To: BATTAGLI | From: FEC | Number: RFP16A |
|---|---|---|---|

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be subject to all of the items and conditions the original contract, including payment.

This change order is to adjust for Final Review of base contract change orders.

PI-8729

Battaglia Electric

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

| | |
|---|---|
| Lump Sum: | ($33,587.51) |
| Lump Tax: | $0.00 |
| **Lump Total:** | **($33,587.51)** |

| | |
|---|---|
| The Original Contract Sum was | $5,434,312.00 |
| Net Change by Previously Authorized Requests and Changes | $643,606.00 |
| The Contract Sum Prior to This Change Order was | $6,077,918.00 |
| The Contract Sum Will be Decreased | ($33,587.51) |
| The New Contract Sum Including This Change Order | $6,044,330.49 |
| The Contract Time Will Not Be Changed | |
| The Date of Substantial Completion as of this Change Order Therefore is | |

**ACCEPTED:**

| Battaglia Electrical Mechanical | Forest Electric | Tishman Const. Corp. of MD | Bank One Building Corp. |
|---|---|---|---|
| By: *Gene Battaglia* | By: *[signature]* | By: | By: |
| Gene Battaglia | Paul Angerame | Tom Keane | Karl Auwarter |
| Date: _____ | Date: 2-3-05 | Date: _____ | Date: _____ |

*Agent for Bank One
Building Corp.*

B-0435

TISH 007342

**Forest Electric**  **CHANGE ORDER**

Forest Electric Corp.
4001 Governor Printz Blvd.
Wilmington, DE 19802

Phone: 302.762.3390
Fax: 302.762.3396

**No. WA928032**
CO#1

.TLE:   Contract Adjustments

**DATE:** 6/17/2004

**PROJECT:** Brandywine - Bank One CDC II

**JOB:** 3011

**TO:**   Attn: John Hahn
Peter D. Furness Electric Co.
1604 Todds Lane
Wilmington, DE 19802
Phone: 302.764.6030   Fax: 302.764.5168

**CONTRACT NO:**

RE: CO          To: FURNESS          From: FEC          **Number:** RFP16B

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be sugject to all of the items and conditions the original contract, including payment.

To reduce Base contract for Unused Allowances.

PI-80716

Furness Electric

    ıny funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2.  The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

| | |
|---|---|
| Lump Sum: | ($300,000.00) |
| Lump Tax: | $0.00 |
| **Lump Total:** | **($300,000.00)** |

| | |
|---|---|
| **The Original Contract Sum was** | $5,496,812.00 |
| **Net Change by Previously Authorized Requests and Changes** | $0.00 |
| **The Contract Sum Prior to This Change Order was** | $5,496,812.00 |
| **The Contract Sum Will be Decreased** | ($300,000.00) |
| **The New Contract Sum Including This Change Order** | $5,196,812.00 |
| **The Contract Time Will Not be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

**ACCEPTED:**

| | | | |
|---|---|---|---|
| Peter D. Furness Electric Co. | Forest Electric | AGENT FOR BANK ONE Building Corp.<br>Tishman Const. Corp. of MD | AGENT FOR BANK ONE Building Corp.<br>Bank One Building Corp. |
| By: | By: | By: | By: |
| John Hahn | Paul Angerame | Tom Keane | Karl Auwarter |
| Date: 8-17-04 | Date: 8-17-04 | Date: 08/18/04 | Date: 08/18/2004 |

B-0436

TISH 007032

# Forest Electric

Forest Electric Corp.
4001 Governor Printz Blvd.
Wilmington, DE  19802

**Phone:** 302.762.3390
**Fax:** 302.762.3396

**CHANGE ORDER**
**No. WA928031**
C O # 2

**TITLE:**  Contract Changes

**DATE:** 8/18/2004

**PROJECT:** Brandywine - Bank One CDC II

**JOB:** 3011

**TO:**  Attn: Joseph Sparco
Preferred Electric
280 Quigley Blvd.
New Castle, DE  19720
Phone: 302.322.9568   Fax: 302.322.5378

**CONTRACT NO:**

P I # 80715

| **RE:** CO | **To:** PREFER | **From:** FEC DE | **Number:** RFP17B |

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be sugject to all of the items and conditions the original contract, including payment.

This Change Order  covers four change order requests from Preferred Electric.  (See attached list)

PI-80715

Preferred Electric

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

| | |
|---|---:|
| Lump Sum: | $68,897.23 |
| Lump Tax: | $0.00 |
| **Lump Total:** | **$68,897.23** |

| | |
|---|---:|
| **The Original Contract Sum was** | **$985,114.00** |
| **Net Change by Previously Authorized Requests and Changes** | **($200,000.00)** |
| **The Contract Sum Prior to This Change Order was** | **$785,114.00** |
| **The Contract Sum Will be Increased** | **$68,897.23** |
| **The New Contract Sum Including This Change Order** | **$854,011.23** |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

**ACCEPTED:**

As Agent for Bank One Building Corp.

| Preferred Electric | Forest Electric | Tishman Const Corp. of MD | Bank One Building Corp. |
|---|---|---|---|
| By: _____ | By: _____ | By: _____ | By: _____ |
| Joseph Sparco | Paul Angerame | Tom Keane | Karl Auwarter |
| | As Agent for Bank One | | |
| Date: _____ | Date: 8-19-04 | Date: 8/24/04 | Date: 8/20/04 |

**B-0437**

TISH 007027

# Forest Electric

2 Penn Plaza
4th Floor
New York, NY  10121

**Phone:** 212-318-1692
**Fax:** 212-318.1791

**CHANGE ORDER**
**No. WA926775**

*Co. #3*

**TITLE:**     Contract Adjustments

**PROJECT:** Brandywine - Bank One CDC II

**TO:**     Attn: Jim Fitzsimmons
     Superior Electric Service Company
     36 Germay Drive
     Wilmington, DE  19804-1105
     Phone: 302.658.5949   Fax: 302.658.5983

**DATE:** 5/12/2004

**JOB:** 3011

**CONTRACT NO:** 02.15.1320

---

**RE:** CO     **To:** SUPERIOR     **From:** FEC     **Number:** RFP15B

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be sugject to all of the items and conditions the original contract, including payment.

This Change Order is for costs to relocate East MH#3 for primary pole.

PI-80711

Superior Electric Services
CO#11

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

|  |  |
|---|---:|
| Lump Sum: | $25,666.66 |
| Lump Tax: | $0.00 |
| **Lump Total:** | **$25,666.66** |

| | |
|---|---:|
| **The Original Contract Sum was** | $619,772.00 |
| **Net Change by Previously Authorized Requests and Changes** | $235,953.00 |
| **The Contract Sum Prior to This Change Order was** | $855,725.00 |
| **The Contract Sum Will be Increased** | $25,666.66 |
| **The New Contract Sum Including This Change Order** | $881,391.66 |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

**ACCEPTED:**     *Agent for Bankone Building Corp.*     *Agent for Bank one Building Corp*

Superior Electric Service Compa    Forest Electric     Tishman Const. Corp. of MD   Bank One Building Corp.

By: _Jim Fitzsimmons_    By: _Paul Angerame_    By: _____ Tom Keane    By: _____ Karl  Auwarter

Date: _5/20/04  S.VP_    Date: _5-18-04_    Date: _____    Date: _____

**B-0438**

TISH 006976

# Forest Electric

2 Penn Plaza
4th Floor
New York, NY 10121

Phone: 212-318-1692
Fax: 212-318.1791

**CHANGE ORDER**
**No. WA926775**

Co. #3

| | | | |
|---|---|---|---|
| **TITLE:** | Contract Adjustments | **DATE:** 5/12/2004 | |
| **PROJECT:** | Brandywine - Bank One CDC II | **JOB:** 3011 | |
| **TO:** | Attn: Jim Fitzsimmons | **CONTRACT NO:** 02.15.1320 | |
| | Superior Electric Service Company | | |
| | 36 Germay Drive | | |
| | Wilmington, DE  19804-1105 | | |
| | Phone: 302.658.5949   Fax: 302.658.5983 | | |

**RE:** CO          **To:** SUPERIOR          **From:** FEC          **Number:** RFP15B

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be subject to all of the items and conditions the original contract, including payment.

This Change Order is for costs to relocate East MH#3 for primary pole.

PI-80711

Superior Electric Services
CO#11

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

| | |
|---|---:|
| Lump Sum: | $25,666.66 |
| Lump Tax: | $0.00 |
| **Lump Total:** | **$25,666.66** |

| | |
|---|---:|
| **The Original Contract Sum was** | **$619,772.00** |
| **Net Change by Previously Authorized Requests and Changes** | **$235,953.00** |
| **The Contract Sum Prior to This Change Order was** | **$855,725.00** |
| **The Contract Sum Will be Increased** | **$25,666.66** |
| **The New Contract Sum Including This Change Order** | **$881,391.66** |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

**ACCEPTED:**

AGENT for Bank one Building corp          AGENT for Bank one Building corp.

| | | | |
|---|---|---|---|
| Superior Electric Service Company | Forest Electric | Tishman Const. Corp. of MD | Bank One Building Corp. |
| By: _____ | By: _____ | By: _____ | By: _____ |
| Jim Fitzsimmons | Paul Angerame | Tom Keane | Karl  Auwarter |
| Date: 5/20/04  5 VP | Date: 5-18-04 | Date: _____ | Date: _____ |

**B-0439**

TISH 006962

**Forest Electric**
2 Penn Plaza
4th Floor
New York, NY 10121

Phone: 212-318-1692
Fax: 212-318.1791

**CHANGE ORDER**
**No. WA926775**

*Co. #3*

| | |
|---|---|
| **TITLE:** Contract Adjustments | **DATE:** 5/12/2004 |
| **PROJECT:** Brandywine - Bank One CDC II | **JOB:** 3011 |
| **TO:** Attn: Jim Fitzsimmons | **CONTRACT NO:** 02.15.1320 |

Superior Electric Service Company
36 Germay Drive
Wilmington, DE 19804-1105
Phone: 302.658.5949  Fax: 302.658.5983

| | | | |
|---|---|---|---|
| **RE: CO** | **To: SUPERIOR** | **From: FEC** | **Number:** RFP15B |

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be sugject to all of the items and conditions the original contract, including payment.

This Change Order is for costs to relocate East MH#3 for primary pole.

PI-80711

Superior Electric Services
CO#11

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

| | |
|---|---|
| Lump Sum: | $25,666.66 |
| Lump Tax: | $0.00 |
| **Lump Total:** | **$25,666.66** |

| | |
|---|---|
| **The Original Contract Sum was** | **$619,772.00** |
| **Net Change by Previously Authorized Requests and Changes** | **$235,953.00** |
| **The Contract Sum Prior to This Change Order was** | **$855,725.00** |
| **The Contract Sum Will be Increased** | **$25,666.66** |
| **The New Contract Sum Including This Change Order** | **$881,391.66** |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

**ACCEPTED:**

*AGENT for BANK ONE Building Corp.*     *AGENT for Bank ONE Building Corp*

Superior Electric Service Compa  Forest Electric     Tishman Const. Corp. of MD   Bank One Building Corp.

| | | | |
|---|---|---|---|
| By: _Jim Fitzsimmons_ | By: _Paul Angerame_ | By: _____ Tom Keane | By: _____ Karl Auwarter |
| Date: 5/20/04  S: VP. | Date: 5-18-04 | Date: _____ | Date: _____ |

**B-0440**

TISH 006955

# Forest Electric

2 Penn Plaza
4th Floor
New York, NY 10121

Phone: 212-318-1692
Fax: 212-318.1791

## CHANGE ORDER
## No. WA922876

TITLE:   Contract adjustments

PROJECT: Brandywine - Bank One CDC II

TO:      Attn: John Hahn
         Peter D. Furness Electric Co.
         1604 Todds Lane
         Wilmington, DE  19802
         Phone: 302.764.6030   Fax: 302.764.5168

DATE: 1/13/2005

JOB: 3018

CONTRACT NO:

RE: CO          To: FURNESS          From: FEC          Number: 3B

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be subject to all of the items and conditions the original contract, including payment.

This change order is to adjust for Final Review of base change orders.

PF-80744

Furness Electric

. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

: The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

| | |
|---|---|
| Lump Sum: | ($655.69) |
| Lump Tax: | $0.00 |
| **Lump Total:** | **($655.69)** |

| | |
|---|---|
| The Original Contract Sum was | $2,199,000.00 |
| Net Change by Previously Authorized Requests and Changes | $123,349.00 |
| The Contract Sum Prior to This Change Order was | $2,322,349.00 |
| The Contract Sum Will be Decreased | ($655.69) |
| The New Contract Sum Including This Change Order | $2,321,693.31 |
| The Contract Time Will Not Be Changed | |
| The Date of Substantial Completion as of this Change Order Therefore is | ... |

**ACCEPTED:**

| Peter D. Furness Electric Co. | Forest Electric | Tishman Const. Corp. of MD | Bank One Building Corp |
|---|---|---|---|
| By: | By: | By: | By: |
| John Hahn | Paul Angerame | Tom Keane | Karl Auwarter |
| Date: 3-18-05 | Date: 2-3-05 | Date: | Date: |

AGENT FOR BANK ONE
BUILDING CORP.

B-0441

TISH 006782

# Forest Electric

Forest Electric Corp.
4001 Governor Printz Blvd.
Wilmington, DE 19802

Phone: 302.762.3390
Fax: 302.762.3396

**CHANGE ORDER**
**No. WA928535**
*COPY*

**TITLE:** Contract Adjustments

**DATE:** 8/16/2004

**PROJECT:** Brandywine - Bank One CDC II

**JOB:** 3011

**TO:** Attn: John Hahn
Peter D. Furness Electric Co.
1604 Todds Lane
Wilmington, DE 19802
Phone: 302.764.6030  Fax: 302.764.5168

**CONTRACT NO:** 02.03.1320

**RE:** CO         **To:** FURNESS         **From:** FEC DE         **Number:** RFP3A

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be subject to all of the items and conditions the original contract, including payment.

This Change Order covers three change order requests from Furness Electric. See attached list.

PI-80728

Furness Electric Co.

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

| | |
|---|---:|
| Lump Sum: | $50,980.95 |
| Lump Tax: | $0.00 |
| **Lump Total:** | **$50,980.95** |

| | |
|---|---:|
| The Original Contract Sum was | $2,199,000.00 |
| Net Change by Previously Authorized Requests and Changes | $89,191.89 |
| The Contract Sum Prior to This Change Order was | $2,288,191.89 |
| The Contract Sum Will be Increased | $50,980.95 |
| The New Contract Sum Including This Change Order | $2,339,172.84 |
| The Contract Time Will Not Be Changed | |
| The Date of Substantial Completion as of this Change Order Therefore is | |

**ACCEPTED:**

| Peter D. Furness Electric Co. | Forest Electric | Tishman Const. Corp. of MD | Bank One Building Corp. |
|---|---|---|---|
| | AGENT FOR BANK ONE Building CORP | AGENT FOR BANK ONE Building CORP. | |
| By: | By: | By: | By: |
| John Hahn | Paul Angerame | Tom Keane | Karl Auwarter |
| Date: 8-17-04 | Date: 8-16-04 | Date: 08/18/04 | Date: 08/18/2004 |

**B-0442**

TISH 005510

# Forest Electric 

Forest Electric Corp.
4001 Governor Printz Blvd.
Wilmington, DE  19802

**Phone:** 302.762.3390
**Fax:** 302.762.3396

**CHANGE ORDER**
**No. WA928517**

**TITLE:**    Contract Adjustments

**DATE:** 8/19/2004

**PROJECT:** Brandywine - Bank One CDC II

**JOB:** 3011

**TO:**    Attn: Kevin Dare
Hatzel & Buehler, Inc.
2093 Philadelphia Pike
P.O. Box 610
Claymont, DE  19703
Phone: 302.798.5422   Fax: 302.798.5884

**CONTRACT NO:**

**RE:** CO        **To:** HATZEL        **From:** FEC DE        **Number:** RFP6A

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be suject to all of the items and conditions the original contract, including payment.

This change order covers the attached list    UNDER  MATH / BACK-UP  REVIEW  *(NO)*

PI-

Hatzel & Buehler

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

| | |
|---|---:|
| Lump Sum: | $758,499.00 |
| Lump Tax: | $0.00 |
| **Lump Total:** | **$758,499.00** |

| | |
|---|---:|
| **The Original Contract Sum was** | **$3,390,000.00** |
| **Net Change by Previously Authorized Requests and Changes** | **$0.00** |
| **The Contract Sum Prior to This Change Order was** | **$3,390,000.00** |
| **The Contract Sum Will be Increased** | **$758,499.00** |
| **The New Contract Sum Including This Change Order** | **$4,148,499.00** |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

**ACCEPTED:**

| Hatzel & Buehler, Inc. | Forest Electric | Tishman Const. Corp. of MD | AS AGENT FOR BANK ONE BUILDING CORP<br>Bank One Building Corp. |
|---|---|---|---|
| By: _____<br>Kevin Dare | By: _____<br>Paul Angerame<br>AS Agent FOR Bam ONE | By: _____<br>Tom Keane | By: _____<br>Karl Atwarter |
| Date: _____ | Date: 8-19-04 | Date: 08/20/04 | Date: 8/20/2004 |

**B-0443**

TISH 011064

# Forest Electric

2 Penn Plaza
4th Floor
New York, NY 10121

Phone: 212.318.1692
Fax: 212.318.1791

**CHANGE ORDER**
**No. WA928533**

**TITLE:** Contract Adjustments

**PROJECT:** Bear - Bank One CDC I

**TO:** Attn: Gene Battaglia
Battaglia Electrical Mechanical
11 Industrial Boulevard
New Castle, DE 19720
Phone: 302.325.6100  Fax: 302.325.6106

**DATE:** 8/18/2004

**JOB:** 3001

**CONTRACT NO:**

**RE: CO**          **To: BATTAGLI**          **From: FEC**          **Number: RFP16A**

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be sugject to all of the items and conditions the original contract, including payment.

This change order covers the attached list.

PI-

Battaglia

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

| | |
|---|---:|
| Lump Sum: | ($207,159.33) |
| Lump Tax: | $0.00 |
| **Lump Total:** | **($207,159.33)** |
| The Original Contract Sum was | $5,434,312.00 |
| Net Change by Previously Authorized Requests and Changes | $0.00 |
| The Contract Sum Prior to This Change Order was | $5,434,312.00 |
| The Contract Sum Will be Decreased | ($207,159.33) |
| The New Contract Sum Including This Change Order | $5,227,152.67 |
| The Contract Time Will Not Be Changed | |
| The Date of Substantial Completion as of this Change Order Therefore is | |

**ACCEPTED:**

*AS AGENT FOR BANK ONE BUILDING CORP.*

| Battaglia Electrical Mechanical | Forest Electric | Tishman Const. Corp. of MD | Bank One Building Corp. |
|---|---|---|---|
| By: _____ | By: _____ | By: _____ | By: _____ |
| Gene Battaglia | Paul Angerame | Tom Keane | Karl Auwarter |
| | *AS Agent For Battagli* | | |
| Date: _____ | Date: 8-18-04 | Date: 08/30/04 | Date: 8/30/04 |

**B-0444**

TISH 011058

# Forest Electric

●                                    ●

**CHANGE ORDER
No. WA928045**

2 Penn Plaza
4th Floor
New York, NY 10121

Phone: 212.318.1692
Fax: 212.318.1791

| | |
|---|---|
| **TITLE:** Contract adjustments | **DATE:** 8/18/2004 |
| **PROJECT:** Bear - Bank One CDC I | **JOB:** 3001 |
| **TO:** Attn: Jeff Krevat<br>AAlco Transport & Storege INC.<br>1100 Fulton Street<br>Farmingdale, New York 11735<br>Phone: (631) 420-9000  Fax: (631) 420-9080 | **CONTRACT NO:** |

**RE:** CO        **To:** AALCO        **From:** FEC        **Number:** RFP 5A

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be suject to all of the items and conditions the original contract, including payment.

This change order cover the attached

PI-

AALCO Transport & Storage Inc.

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

| | |
|---|---:|
| Lump Sum: | $132,291.57 |
| Lump Tax: | $0.00 |
| **Lump Total:** | **$132,291.57** |

| | |
|---|---:|
| **The Original Contract Sum was** | **$610,500.00** |
| **Net Change by Previously Authorized Requests and Changes** | **$0.00** |
| **The Contract Sum Prior to This Change Order was** | **$610,500.00** |
| **The Contract Sum Will be Increased** | **$132,291.57** |
| **The New Contract Sum Including This Change Order** | **$742,791.57** |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

**ACCEPTED:**

AS AGENT FOR BANK
ONE BUILDING CORP.

AAlco Transport & Storege INC.  Forest Electric    Tishman Const. Corp. of MD  Bank One Building Corp.

By: _____  By: _____ VP    By: _____    By: _____
    Jeff Krevat            Paul Angerame              Tom Keane,          Karl Auwarter
                          AS AGENT FOR BNISRONE

Date: _____  Date: 8-18-04    Date: 08/20/04    Date: _____

**B-0445**

TISH 011059

# Forest Electric

2 Penn Plaza
4th Floor
New York, NY 10121

Phone: 212.318.1692
Fax: 212.318.1791

**CHANGE ORDER**
**No. WA928031**

**TITLE:**    Contract Adjustments

**PROJECT:** Bear - Bank One CDC I

**TO:**    Attn: Joseph Sparco
Preferred Electric
P.O. Box 8
Newark, DE 19701
Phone: 302.379.4904

**DATE:** 8/19/2004

**JOB:** 3001

**CONTRACT NO:**

**RE: CO**    **To:** PREFER    **From:** FEC    **Number:** RFP17A

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be sugject to all of the items and conditions the original contract, including payment.

This change order covers the changes on the attached list.

Pl-

Preferred Electric Inc.

.. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

| | |
|---|---|
| Lump Sum: | ($132,413.10) |
| Lump Tax: | $0.00 |
| **Lump Total:** | **($132,413.10)** |

| | |
|---|---|
| **The Original Contract Sum was** | **$1,044,477.00** |
| **Net Change by Previously Authorized Requests and Changes** | **$0.00** |
| **The Contract Sum Prior to This Change Order was** | **$1,044,477.00** |
| **The Contract Sum Will be Decreased** | **($132,413.10)** |
| **The New Contract Sum Including This Change Order** | **$912,063.90** |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

**ACCEPTED:**

AS AGENT FOR BANK ONE BUILDING CORP

| Preferred Electric | Forest Electric | Tishman Const. Corp. of MD | Bank One Building Corp. |
|---|---|---|---|
| By: _____ Joseph Sparco | By: _____ AS AGENT FOR FEC as/c | By: _____ Tom Keane | By: _____ Karl Auwarter |
| Date: _____ | Date: 8-19-04 | Date: 08/20/04 | Date: 9/20/04 |

**B-0446**

TISH 011060

# Forest Electric



**CHANGE ORDER**
**No. WA928001**

2 Penn Plaza
4th Floor
New York, NY 10121

**Phone:** 212.318.1692
**Fax:** 212.318.1791

| | |
|---|---|
| **TITLE:** Contract Adjustments | **DATE:** 8/18/2004 |
| **PROJECT:** Bear - Bank One CDC I | **JOB:** 3001 |

**TO:**    Attn: Kevin Dare
Hatzel & Buehler, Inc.
2093 Philadelphia Pike
P.O. Box 610
Claymont, DE 19703
Phone: 302.798.5422  Fax: 302.798.5884

**CONTRACT NO:**

**RE:** CO        **To:** HATZEL        **From:** FEC        **Number:** RFP20A

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be subject to all of the items and conditions the original contract, including payment.

This change Order covers the attached list.

PI-

Hatzel & Buehler

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

| | |
|---|---:|
| Lump Sum: | $70,646.50 |
| Lump Tax: | $0.00 |
| **Lump Total:** | **$70,646.50** |

| | |
|---|---:|
| **The Original Contract Sum was** | **$2,063,784.00** |
| **Net Change by Previously Authorized Requests and Changes** | **$0.00** |
| **The Contract Sum Prior to This Change Order was** | **$2,063,784.00** |
| **The Contract Sum Will be Increased** | **$70,646.50** |
| **The New Contract Sum Including This Change Order** | **$2,134,430.50** |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

**ACCEPTED:**

*AS AGENT FOR BANK ONE BUILDING CORP.*

| Hatzel & Buehler, Inc. | Forest Electric | Tishman Const. Corp. of MD | Bank One Building Corp. |
|---|---|---|---|
| By: _____ | By: _____ | By: _____ | By: _____ |
| Kevin Dare | Paul Angerame | Tom Keane | Karl Auwarter |
| | AS AGENT FOR BANK ONE | | |
| Date: _____ | Date: 8-18-04 | Date: 08/20/04 | Date: 8/20/04 |

**B-0447**

TISH 011061

# Forest Electric

2 Penn Plaza
4th Floor
New York, NY 10121

Phone: 212.318.1692
Fax: 212.318.1791

**CHANGE ORDER**
No. WA928681

| | |
|---|---|
| **TITLE:** Contract adjustments | **DATE:** 8/18/2004 |
| **PROJECT:** Bear - Bank One CDC I | **JOB:** 3001 |
| **TO:** Attn: Gene Battaglia | **CONTRACT NO:** |

Battaglia Electrical Mechanical
11 Industrial Boulevard
New Castle, DE 19720
Phone: 302.325.6100  Fax: 302.325.6106

| **RE:** CO | **To:** BATTAGLI | **From:** FEC | **Number:** RFP14A |
|---|---|---|---|

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be susject to all of the items and conditions the original contract, including payment.

This Change order covers the three change order request by Battaglia

.PI-

Battaglia Electric Inc.

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

| | |
|---|---:|
| Lump Sum: | ($246,116.96) |
| Lump Tax: | $0.00 |
| **Lump Total:** | **($246,116.96)** |

| | |
|---|---:|
| **The Original Contract Sum was** | **$7,900,000.00** |
| **Net Change by Previously Authorized Requests and Changes** | **$0.00** |
| **The Contract Sum Prior to This Change Order was** | **$7,900,000.00** |
| **The Contract Sum Will be Decreased** | **($246,116.96)** |
| **The New Contract Sum Including This Change Order** | **$7,653,883.04** |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

**ACCEPTED:**

AS AGENT FOR BANK ONE BUILDING CORP.

| Battaglia Electrical Mechanical | Forest Electric | Tishman Const. Corp. of MD | Bank One Building Corp. |
|---|---|---|---|
| By: _____ | By: _____ | By: _____ | By: _____ |
| Gene Battaglia | Paul Angerame AS AGENT FOR BALMONTE | Tom Keane | Karl Auwarter |
| Date: _____ | Date: 8-18-04 | Date: 08/20/04 | Date: 8/20/04 |

B-0448

TISH 011062

# Forest Electric

2 Penn Plaza
4th Floor
New York, NY 10121

● ●

**Phone:** 212.318.1692
**Fax:** 212.318.1791

**CHANGE ORDER**
**No. WA928686**

| | |
|---|---|
| **TITLE:** Contract Adjustments | **DATE:** 8/18/2004 |
| **PROJECT:** Bear - Bank One CDC I | **JOB:** 3001 |
| **TO:** | **CONTRACT NO:** |

**TO:**　Attn: Kevin Dare
Hatzel & Buehler, Inc.
2093 Philadelphia Pike
P.O. Box 610
Claymont, DE 19703
Phone: 302.798.5422　Fax: 302.798.5884

| **RE:** CO | **To:** HATZEL | **From:** FEC | **Number:** RFP20A |
|---|---|---|---|

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be suject to all of the items and conditions the original contract, including payment.

This change order covers the changes on the attached list.

PI-

Hatzel & Buehler

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

| | |
|---|---:|
| Lump Sum: | $154,238.00 |
| Lump Tax: | $0.00 |
| **Lump Total:** | **$154,238.00** |

| | |
|---|---:|
| **The Original Contract Sum was** | **$1,374,000.00** |
| **Net Change by Previously Authorized Requests and Changes** | **$0.00** |
| **The Contract Sum Prior to This Change Order was** | **$1,374,000.00** |
| **The Contract Sum Will be Increased** | **$154,238.00** |
| **The New Contract Sum Including This Change Order** | **$1,528,238.00** |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

**ACCEPTED:**

*AS AGENT FOR BANK ONE BUILDING CORP*

| Hatzel & Buehler, Inc. | Forest Electric | Tishman Const. Corp. of MD | Bank One Building Corp. |
|---|---|---|---|
| By: _____ | By: _____ | By: _____ | By: _____ |
| Kevin Dare | Paul Angerame | Tom Keane | Karl Auwarter |
| | *AS AGENT FOR BANK ONE* | | |
| Date: _____ | Date: 8-18-04 | Date: 08/20/04 | Date: _____ |

**B-0449**

TISH 011063

# Forest Electric

2 Penn Plaza
4th Floor
New York, NY 10121

Phone: 212.318.1692
Fax: 212.318.1791



## CHANGE ORDER
## No. WA928696

**TITLE:**    Contract adjustments

**PROJECT:** Bear - Bank One CDC I

**TO:**    Attn: Kevin Dare
Hatzel & Buehler, Inc.
2093 Philadelphia Pike
P.O. Box 610
Claymont, DE 19703
Phone: 302.798.5422   Fax: 302.798.5884

**DATE:** 8/19/2004

**JOB:** 3001

**CONTRACT NO:**

**RE:** CO        **To:** HATZEL        **From:** FEC        **Number:** RFP21A

## DESCRIPTION OF CHANGE

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be suject to all of the items and conditions the original contract, including payment.

This change order is for the attached list. UNDER MATH / BACK-UP REVIEW

PI-

Harzel & Buehler

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

|  |  |
|---|---|
| Lump Sum: | $1,761,455.00 |
| Lump Tax: | $0.00 |
| **Lump Total:** | **$1,761,455.00** |

| | |
|---|---|
| **The Original Contract Sum was** | $1,130,000.00 |
| **Net Change by Previously Authorized Requests and Changes** | $0.00 |
| **The Contract Sum Prior to This Change Order was** | $1,130,000.00 |
| **The Contract Sum Will be Increased** | $1,761,455.00 |
| **The New Contract Sum Including This Change Order** | $2,891,455.00 |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

**ACCEPTED:**

Hatzel & Buehler, Inc.

By: _____
          Kevin Dare

Date: _____

Forest Electric

By: _____
          Paul Angerame
          As Agent for Bank One;

Date: 8-19-04

As Agent For Bank One.
Tishman Const. Corp. of MD

By: _____
          Tom Keane

Date: 8/20/04

Bank One Building Corp.

By: _____
          Karl Auwarter

Date: 8/20/04

## B-0450

TISH 011065

# Forest Electric

2 Penn Plaza
4th Floor
New York, NY 10121

**Phone:** 212.318.1692
**Fax:** 212.318.1791

## CHANGE ORDER
## No. WA928532

**TITLE:** Contract adjustments

**DATE:** 8/18/2004

**PROJECT:** Bear - Bank One CDC I

**JOB:** 3001

**TO:**    Attn: Jim Fitzsimmons
Superior Electric Service Company
36 Germany Drive
Wilmington, DE 19804-1105
Phone: 302.658.5949  Fax: 302.658.5983

**CONTRACT NO:**

**RE:** CO        **To:** SUPERIOR        **From:** FEC        **Number:** RFP 15A

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be subject to all of the items and conditions the original contract, including payment.

This Change Order covers the attached list from Superior Electric UNDER REVIEW (PD)

PI-

Superior Electric

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

|  |  |
|---|---:|
| Lump Sum: | $217,151.86 |
| Lump Tax: | $0.00 |
| **Lump Total:** | **$217,151.86** |

| | |
|---|---:|
| **The Original Contract Sum was** | **$1,346,315.00** |
| **Net Change by Previously Authorized Requests and Changes** | **$0.00** |
| **The Contract Sum Prior to This Change Order was** | **$1,346,315.00** |
| **The Contract Sum Will be Increased** | **$217,151.86** |
| **The New Contract Sum Including This Change Order** | **$1,563,466.86** |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

**ACCEPTED:**

| Superior Electric Service Company | Forest Electric | Tishman Const. Corp. of MD | Bank One Building Corp. |
|---|---|---|---|
| By: | By: | By: | By: |
| Jim Fitzsimmons | Paul Angerame | Tom Keane | Karl Auwarter |
| Date: | Date: 5-18-04 | Date: 08/20/04 | Date: 8/20/04 |

AS AGENT FOR BANK ONE BUILDING CORP

AS AGENT FOR BANK ONE

**B-0451**

TISH 011067

# Forest Electric

2 Penn Plaza
4th Floor
New York, NY 10121

Phone: 212.318.1692
Fax: 212.318.1791



## CHANGE ORDER
## No. WA926432

**TITLE:** Contract Adjustments

**DATE:** 8/10/2004

**PROJECT:** Bear - Bank One CDC I

**JOB:** 3001

**TO:**   Attn: Charles Blizard Jr.
American Electrical Testing
480 Neponset Street
Camdon, MA  02021-0267

**CONTRACT NO:**

**RE:** CO        **To:** AMERICAN        **From:** FEC        **Number:** RFP4A

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be sugject to all of the items and conditions the original contract, including payment.

This Change Order is for the Lock Out Tag Out ; Vendor Support & Commissioning.

PI-8175

American Electrical Testing Co.

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

| | |
|---|---:|
| Lump Sum: | $1,798,778.31 |
| Lump Tax: | $0.00 |
| **Lump Total:** | **$1,798,778.31** |

| | |
|---|---:|
| **The Original Contract Sum was** | $1,136,750.00 |
| **Net Change by Previously Authorized Requests and Changes** | $0.00 |
| **The Contract Sum Prior to This Change Order was** | $1,136,750.00 |
| **The Contract Sum Will be Increased** | $1,798,778.31 |
| **The New Contract Sum Including This Change Order** | $2,935,528.31 |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

**ACCEPTED:**

| American Electrical Testing | Forest Electric | Tishman Const. Corp. of MD | Bank One Building Corp. |
|---|---|---|---|
| By: _____ | By: _____ | By: _____ | By: _____ |
| Charles Blizard Jr. | Paul Angerame | Tom Keane | Karl Auwater |
| Date: _____ | Date: _____ | Date: _____ | Date: _____ |

*AS AGENT FOR BANK ONE BUILDING CORP.*

**B-0452**

TISH 011068

**Forest Electric**
2 Penn Plaza
4th Floor
New York, NY 10121

Phone: 212.318.1692
Fax: 212.318.1791

**CHANGE ORDER**
**No. WA928533**

| | |
|---|---|
| **TITLE:** Contract Adjustments | **DATE:** 8/18/2004 |
| **PROJECT:** Bear - Bank One CDC I | **JOB:** 3001 |
| **TO:** Attn: Gene Battaglia | **CONTRACT NO:** |

Battaglia Electrical Mechanical
11 Industrial Boulevard
New Castle, DE 19720
Phone: 302.325.6100  Fax: 302.325.6106

| | | | |
|---|---|---|---|
| **RE:** CO | **To:** BATTAGLI | **From:** FEC | **Number:** RFP 16A |

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be sugject to all of the items and conditions the original contract, including payment.

This change order covers the attached list.

Pl-

Battaglia

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

| | |
|---|---|
| Lump Sum: | ($207,159.33) |
| Lump Tax: | $0.00 |
| **Lump Total:** | **($207,159.33)** |

| | |
|---|---|
| **The Original Contract Sum was** | **$5,434,312.00** |
| **Net Change by Previously Authorized Requests and Changes** | **$0.00** |
| **The Contract Sum Prior to This Change Order was** | **$5,434,312.00** |
| **The Contract Sum Will be Decreased** | **($207,159.33)** |
| **The New Contract Sum Including This Change Order** | **$5,227,152.67** |
| **The Contract Time Will Not Be Changed** | |
| **The Date of Substantial Completion as of this Change Order Therefore is** | |

**ACCEPTED:**

| Battaglia Electrical Mechanical | Forest Electric | Tishman Const. Corp. of MD | Bank One Building Corp. |
|---|---|---|---|
| By: | By: | By: | AS AGENT FOR BANK ONE BUILDING CORP. By: |
| Gene Battaglia | Paul Angerame | Tom Keane | Karl Auwarter |
| Date: | Date: 8-23-04 AS Agent FOR BANK ONE | Date: 8/20/04 | Date: 8/20/04 |

**B-0453**

TISH 011069

# Forest Electric



2 Penn Plaza
4th Floor
New York, NY 10121

Phone: 212.318.1692
Fax: 212.318.1791



## CHANGE ORDER
## No. WA928505

**TITLE:** Contract adjustments

**DATE:** 8/18/2004

**PROJECT:** Bear - Bank One CDC I

**JOB:** 3001

**TO:**    Attn: Gene Battaglia
Battaglia Electrical Mechanical
11 Industrial Boulevard
New Castle, DE 19720
Phone: 302.325.6100  Fax: 302.325.6106

**CONTRACT NO:**

**RE:** CO      **To:** BATTAGLI      **From:** FEC      **Number:** RFP3A

**DESCRIPTION OF CHANGE**

The Owner hereby gives to the Contractor a change order for, and the Contractor agrees to provide and perform, the materials and work described below, and except as otherwise specifically provided below, same shall be subject to all of the items and conditions the original contract, including payment.

This change order cover the attached list. UNDER MATH/BACK-UP REVIEW (B)

PI-

Battaglia Electric

1. Any funds payable to the Contractor hereunder are hereby declared to constitute trust funds in the hands of the Contractor to be first applied to the payment of Contractors, laborers and materialmen, and other costs of construction, pursuant to law.

2. The total amount of this order includes all applicable taxes, insurance, delivery, supervision, overhead and profit.

|  |  |
|---|---|
| Lump Sum: | $993,477.12 |
| Lump Tax: | $0.00 |
| **Lump Total:** | **$993,477.12** |

| | |
|---|---|
| The Original Contract Sum was | $3,945,567.00 |
| Net Change by Previously Authorized Requests and Changes | $0.00 |
| The Contract Sum Prior to This Change Order was | $3,945,567.00 |
| The Contract Sum Will be Increased | $993,477.12 |
| The New Contract Sum Including This Change Order | $4,939,044.12 |
| The Contract Time Will Not Be Changed | |
| The Date of Substantial Completion as of this Change Order Therefore is | |

**ACCEPTED:**

AS AGENT FOR BANK ONE BUILDING CORP

| Battaglia Electrical Mechanical | Forest Electric | Tishman Const. Corp. of MD | Bank One Building Corp. |
|---|---|---|---|
| By: _____ | By: _____ | By: _____ | By: _____ |
| Gene Battaglia | Paul Angerame | Tom Keane | Karl Auwarter |
| | AS AGENT FOR BANK ONE | | |
| Date: _____ | Date: 8-18-04 | Date: 08/20/04 | Date: 8/20/04 |

**B-0454**

# Forest Electric Corp.

### An EMCOR Company

**Forest Electric Corp.**
Two Penn Plaza , Floor 4
New York, NY 10121
Phone: 212.318.1500
Fax: 212.318.1793
www.forestelectric.net

Wednesday, May 12, 2004
Mr. Karl Auwarter
Bank One
Mail Code DE-0112
201 N. Walnut Street
Wilmington, DE  19801



## RE:  <u>Notification of Change Letter</u>

CDC-II – Forest Electric Corp.
Pending Items    - PI-80711      02.15.1320

Dear Mr. Auwarter,

Be advised we have assigned **PI #  80711**      to capture the costs to relocate East MH#3 for primary **pole.**

**Total  costs:  $25,666.66**

**Superior Electric Services
CO#11**

Please sign below to show your concurrence and approval with the above notification and possible exposure to the owner construction contingency. If you have any question regarding this confirmation, please call me at your earliest convenience.

Respectfully,                        Approved by:      Tishman Const. Corp. of MD
Forest Electric Corp.                                  Agent for Bank One Building
                                                       Corp.

_____          _____          _____
Paul Angerame              Robert L. Smith                Date
Vice President             Project Manager
Agent for Bank One Building Corp.  Agent for Bank One Building Corp.

                        Approved by:                     Bank One

                        _____          _____
                        Karl Auwarter                    Date
                        Operations Project – Management

ORIGINAL

*Datacom  Services  •  Power Solutions  •  Technology  •  Facilities Management*

TISH 006954

# *Forest Electric Corp.*

## *An EMCOR Company*

**Forest Electric Corp.**
**Two Penn Plaza , Floor 4**
**New York, NY 10121**
**Phone: 212.318.1500**
**Fax: 212.318.1793**
**www.forestelectric.net**

Wednesday, May 12, 2004
Mr. Karl Auwarter
Bank One
Mail Code DE-0112
201 N. Walnut Street
Wilmington, DE  19801

RECEIVED

JUN – 1 2004

Tishman
CDC#2 Brandywine

## RE:  Notification of Change Letter

    CDC-II – Forest Electric Corp.
    Pending Items  - PI-80714      02.07.1320

Dear Mr. Auwarter,

Be advised we have assigned **PI #  80714**      to capture the costs for the Fire Alarm Devices for the Door Power Supplies.

**Total costs:  $13,885.55**

**Conti Electric**
**Job # 11**

Please sign below to show your concurrence and approval with the above notification and possible exposure to the owner construction contingency. If you have any question regarding this confirmation, please call me at your earliest convenience.

| | | |
|---|---|---|
| Respectfully, | Approved by: | Tishman Const. Corp. of MD |
| Forest Electric Corp. | | Agent for Bank One Building Corp. |
| | | *8.11.04* |
| Paul Angerame | Robert L. Smith | Date |
| Vice President | Project Manager | |
| Agent for Bank One Building Corp. | Agent for Bank One Building Corp. | |

| | |
|---|---|
| Approved by: | Bank One |
| | *8/10/04* |
| Karl Auwarter | Date |
| Operations Project – Management | |

**ORIGINAL**

*Datacom  Services  •  Power Solutions  •  Technology  •  Facilities Management*

B-0456

TISH 007023

# Forest Electric Corp.

### An EMCOR Company

**Forest Electric Corp.**
Two Penn Plaza , Floor 4
New York, NY 10121
Phone: 212.318.1500
Fax: 212.318.1793
www.forestelectric.net

Thursday, June 24, 2004
Mr. Karl Auwarter
Bank One
Mail Code DE-0112
201 N. Walnut Street
Wilmington, DE 19801

## RE: <u>Notification of Change Letter</u>

CDC-II – Forest Electric Corp.
Pending Items   - PI-80718      02.22.1320

Dear Mr. Auwarter,

Be advised we have assigned **PI #  80718**     to capture the costs to relocate cable tray run between RPP 2A3-109 area and TEST/DVE 1 & 3.

**Total Costs:**        $ 13,225.00

**( Creedon Controls)**

Please sign below to show your concurrence and approval with the above notification and possible exposure to the owner construction contingency. If you have any question regarding this confirmation, please call me at your earliest convenience.

Respectfully,              Approved by:       Tishman Const. Corp. of MD
Forest Electric Corp.                         Agent for Bank One Building
                                                      Corp.

_____          _____      _____
Paul Angerame              Robert L. Smith            Date
Vice President             Project Manager
Agent for Bank One Building Corp.  Agent for Bank One Building Corp.


                         Approved by:       Bank One


                         _____      _____
                         Karl Auwarter              Date
                         Operations Project – Management

*Datacom  Services  *  Power Solutions  *  Technology  * Facilities Management*

**B-0457**

TISH 010657

# Forest Electric Corp.

### An EMCOR Company

**Forest Electric Corp.**
Two Penn Plaza , Floor 4
New York, NY 10121
Phone: 212.318.1500
Fax: 212.318.1793
www.forestelectric.net

Thursday, July 8, 2004
Mr. Karl Auwarter
Bank One
Mail Code DE-0112
201 N. Walnut Street
Wilmington, DE  19801

## RE: <u>Notification of Change Letter</u>

CDC-II – Forest Electric Corp.
Pending Items    - PI-80720

Dear Mr. Auwarter,

Be advised we have assigned **PI #  80720    Re: Breaker Location Changes**

**Total  Costs:**          **$ 9,830.00**

**See attached proposal from JDC Power Systems  Q00621 Dated 6/17/04 for details.**

Please sign below to show your concurrence and approval with the above notification ~~and possible exposure to~~ ~~the owner construction contingency.~~ If you have any question regarding this confirmation, please call me at your earliest convenience.

*[handwritten: neo within the 5/11/04 budget]*

Respectfully,
Forest Electric Corp.

Approved by:          Tishman Const. Corp. of MD
                      Agent for Bank One Building
                      Corp.

_____        _____        8.10.04
Paul Angerame          Robert L. Smith         Date
Vice President         Project Manager
Agent for Bank One Building Corp.  Agent for Bank One Building Corp.

Approved by:                    Bank One

_____        08/13/2004
Karl Auwarter                   Date
Operations Project – Management

*Datacom  Services • Power Solutions • Technology • Facilities Management*

**B-0458**

TISH 010545

# Forest Electric Corp.

## An EMCOR Company

**Forest Electric Corp.**
Two Penn Plaza, Floor 4
New York, NY 10121
Phone: 212.318.1500
Fax: 212.318.1793
www.forestelectric.net

Thursday, July 8, 2004
Mr. Karl Auwarter
Bank One
Mail Code DE-0112
201 N. Walnut Street
Wilmington, DE 19801

## RE: <u>Notification of Change Letter</u>

CDC-II – Forest Electric Corp.
Pending Items   - PI-80719

Dear Mr. Auwarter,

Be advised we have assigned **PI #  80719     Re: MLBA and MLBB Wiring Issues**

**Total Costs:**       $ 9,090.00

**See attached proposal from JDC Power Systems  Q00686 Dated 6/17/04 for details.**

Please sign below to show your concurrence and approval with the above notification. ~~and possible exposure to the owner construction contingency.~~ If you have any question regarding this confirmation, please call me at your earliest convenience.

Respectfully,                    Approved by:       Tishman Const. Corp. of MD
Forest Electric Corp.                              Agent for Bank One Building
                                                   Corp.

_____       _____      _____
Paul Angerame                    Robert L. Smith               Date
Vice President                   Project Manager
Agent for Bank One Building Corp.  Agent for Bank One Building Corp.


                              Approved by:                 Bank One

                    _____      _____
                    Karl Auwarter                     Date
                    Operations Project – Management


Datacom  Services  *  Power Solutions  *  Technology  *  Facilities Management

**B-0459**

TISH 007035

# Forest Electric Corp.

### An EMCOR Company

**Forest Electric Corp.**

Two Penn Plaza , Floor 4
New York, NY 10121
Phone: 212.318.1500
Fax: 212.318.1793
www.forestelectric.net

Thursday, July 8, 2004
Mr. Karl Auwarter
Bank One
Mail Code DE-0112
201 N. Walnut Street
Wilmington, DE  19801

## RE:  Notification of Change Letter

CDC-II – Forest Electric Corp.
Pending Items   - PI-80720

Dear Mr. Auwarter,

Be advised we have assigned **PI #  80720    Re: Breaker Location Changes**

**Total  Costs:**       $ 9,830.00

**See attached proposal from JDC Power Systems  Q00621 Dated 6/17/04 for details.**

Please sign below to show your concurrence and approval with the above notification ~~and possible exposure to the owner construction contingency~~. If you have any question regarding this confirmation, please call me at your earliest convenience.

_Res_
_witLn tLe_
_5/12/04_
_budget_

Respectfully,               Approved by:      Tishman Const. Corp. of MD
Forest Electric Corp.                          Agent for Bank One Building
                                               Corp.

Paul Angerame               Robert L. Smith          Date
Vice President              Project Manager
Agent for Bank One Building Corp.  Agent for Bank One Building Corp.

_8. 6. 04_

Approved by:                          Bank One

_08/13/2004_

Karl Auwarter                              Date
Operations Project – Management

*Datacom   Services   *   Power Solutions   *   Technology   *   Facilities Management*

**B-0460**

TISH 007040

# Forest Electric Corp.

### An EMCOR Company

**Forest Electric Corp.**
Two Penn Plaza , Floor 4
New York, NY 10121
Phone: 212.318.1500
Fax: 212.318.1793
www.forestelectric.net

Monday, July 12, 2004
Mr. Karl Auwarter
Bank One
Mail Code DE-0112
201 N. Walnut Street
Wilmington, DE  19801

## RE:  Notification of Change Letter

CDC-II – Forest Electric Corp.
Pending Items   -  PI-80722

Dear Mr. Auwarter,

Be advised we have assigned **PI #   80722     Re: Computer Room EPO System Upgrade**

**Total Costs:        $ 31,530.00**

**See attached proposal from JDC Power Systems  Q00581 Dated 5/28/04 for details.**

Please sign below to show your concurrence and approval with the above ~~notification and possible exposure~~ to ~~the owner construction contingency~~. If you have any question regarding this confirmation, please call me at your earliest convenience.

Respectfully,
Forest Electric Corp.

Approved by:          Tishman Const. Corp. of MD
                              Agent for Bank One Building .
                              Corp.

_____          _____          8.10.04
Paul Angerame            Robert L. Smith              Date
Vice President             Project Manager
Agent for Bank One Building Corp.   Agent for Bank One Building Corp.

Approved by:                    Bank One

_____          08/13/2004
Karl Auwarter                Date
Operations Project – Management

Datacom  Services  •  Power Solutions  •  Technology  •  Facilities Management

**B-0461**

TISH 007050

# *Forest Electric Corp.*

### *An EMCOR Company*

**Forest Electric Corp.**
**Two Penn Plaza , Floor 4**
**New York, NY 10121**
**Phone: 212.318.1500**
**Fax: 212.318.1793**
**www.forestelectric.net**

Monday, July 12, 2004
Mr. Karl Auwarter
Bank One
Mail Code DE-0112
201 N. Walnut Street
Wilmington, DE  19801

## RE:  <u>Notification of Change Letter</u>

CDC-II – Forest Electric Corp.
Pending Items   -  PI-80722

Dear Mr. Auwarter,

Be advised we have assigned **PI #  80722     Re: Computer Room EPO System Upgrade**

**Total Costs:        $ 31,530.00**

**See attached proposal from JDC Power Systems  Q00581 Dated 5/28/04 for details.**


Please sign below to show your concurrence and approval with the above notification and possible exposure to the owner construction contingency. If you have any question regarding this confirmation, please call me at your earliest convenience.

Respectfully,                         Approved by:          Tishman Const. Corp. of MD
Forest Electric Corp.                                       Agent for Bank One Building
                                                                   Corp.


_____        _____      _____
Paul Angerame                           Robert L. Smith                Date
Vice President                           Project Manager
Agent for Bank One Building Corp.   Agent for Bank One Building Corp.


                                       Approved by:            Bank One


                                       _____      _____
                                       Karl Auwarter                  Date
                                       Operations Project – Management


*Datacom  Services  •  Power Solutions  •  Technology  •  Facilities Management*

**B-0462**

TISH 010692



# Forest Electric Corp.

### *An EMCOR Company*

**Forest Electric Corp.**
Two Penn Plaza , Floor 4
New York, NY 10121
Phone: 212.318.1500
Fax: 212.318.1793
www.forestelectric.net

Monday, July 12, 2004
Mr. Karl Auwarter
Bank One
Mail Code DE-0112
201 N. Walnut Street
Wilmington, DE  19801

## RE:  <u>Notification of Change Letter</u>

· CDC-II – Forest Electric Corp.
Pending Items   - PI-80721

Dear Mr. Auwarter,

Be advised we have assigned **PI #  80721    Re: Load Shed Upgrades**

**Total  Costs:**      $ 26,168.00

**See attached proposal from JDC Power Systems  Q00584 Dated 5/28/04 for details.**

Please sign below to show your concurrence and approval with the above notification and possible exposure to the owner construction contingency. If you have any question regarding this confirmation, please call me at your earliest convenience.

Respectfully,                          Approved by:        Tishman Const. Corp. of MD
Forest Electric Corp.                                      Agent for Bank One Building
                                                          Corp.

_____          _____     8.10.04
Paul Angerame                    Robert L. Smith          _____
Vice President                   Project Manager          Date
Agent for Bank One Building Corp.  Agent for Bank One Building Corp.


                          Approved by:             Bank One

                          _____   08/13/2004
                          Karl Auwarter            Date
                          Operations Project – Management

**Datacom  Services  *  Power Solutions  *  Technology  *  Facilities Management**

TISH 007046



# Forest Electric Corp.

### An EMCOR Company

**Forest Electric Corp.**
Two Penn Plaza , Floor 4
New York, NY 10121
Phone: 212.318.1500
Fax: 212.318.1793
www.forestelectric.net

Wednesday, August 11, 2004
Mr. Karl Auwarter
Bank One
Mail Code DE-0112
201 N. Walnut Street
Wilmington, DE  19801

## RE:  <u>Notification of Change Letter</u>
CDC-II – Forest Electric Corp.

Dear Mr. Auwarter,

Be advised we have assigned **PI #   80725**    **for the Lock Out Tag Out ; Vendor Support; Commissioning.**

**Total Cost of Change Order**           **$ 1,809,054.56**

**American Electrical Testing Co.**

Please sign below to show your concurrence and approval with the above notification and possible exposure to the owner construction contingency. If you have any question regarding this confirmation, please call me at your earliest convenience.

Respectfully,                   Approved by:         Tishman Const. Corp. of MD
Forest Electric Corp.                                Agent for Bank One Building
                                                     Corp.

Paul Angerame                   Robert L. Smith           Date
Vice President                  Project Manager
Agent for Bank One Building Corp.  Agent for Bank One Building Corp.

Approved by:                          Bank One

Karl Auwarter                         Date
Operations Project – Management

*Datacom  Services  *  Power Solutions   *  Technology  *  Facilities Management*

**B-0464**

TISH 007055

# Forest Electric Corp.

### An EMCOR Company

**Forest Electric Corp.**
Two Penn Plaza , Floor 4
New York, NY 10121
Phone: 212.318.1500
Fax: 212.318.1793
www.forestelectric.net

Wednesday, August 11, 2004
Mr. Karl Auwarter
Bank One
Mail Code DE-0112
201 N. Walnut Street
Wilmington, DE  19801

## RE:  Notification of Change Letter
CDC-II – Forest Electric Corp.

Dear Mr. Auwarter,

Be advised we have assigned **PI #  80725**    for the **Lock Out Tag Out ; Vendor Support; Commissioning.**

**Total Cost of Change Order**             **$ 1,809,054.56**

**American Electrical Testing Co.**

Please sign below to show your concurrence and approval with the above notification ~~and possible exposure to the owner construction contingency~~. If you have any question regarding this confirmation, please call me at your earliest convenience.

Respectfully,                     Approved by:       Tishman Const. Corp. of MD
Forest Electric Corp.                                Agent for Bank One Building
                                                     Corp.

_____          _____        6.12.04

Paul Angerame                    Robert L. Smith              Date
Vice President                   Project Manager
Agent for Bank One Building Corp. Agent for Bank One Building Corp.


Approved by:                        Bank One

_____          08/13/04

Karl Auwarter                        Date
Operations Project – Management

*Datacom  Services  •  Power Solutions  •  Technology  •  Facilities Management*

TISH 010553

# Forest Electric Corp.

### An EMCOR Company

**Forest Electric Corp.**
Two Penn Plaza , Floor 4
New York, NY 10121
Phone: 212.318.1500
Fax: 212.318.1793
www.forestelectric.net

Wednesday, August 11, 2004
Mr. Karl Auwarter
Bank One
Mail Code DE-0112
201 N. Walnut Street
Wilmington, DE 19801

```
RECEIVED

AUG 19 2004

Tishman
CDC#2 Brandywine
```

## RE: Notification of Change Letter
CDC-II – Forest Electric Corp.

Dear Mr. Auwarter,

Be advised we have assigned **PI # 80726**     **Superior Electric Service RFP15B**

## Site Lighting, Security & Fiber Conduit

## Total Cost of Change Order     $ 421,216.00

Please sign below to show your concurrence and approval with the above notification which is within the March 12, 2004 Budget. If you have any question regarding this confirmation, please call me at your earliest convenience.

Respectfully,                    Approved by:          Tishman Const. Corp. of MD
Forest Electric Corp.                                  Agent for Bank One Building
                                                       Corp.

_____          _____     8/20/04
Paul Angerame                Robert L. Smith        Date
Vice President               Project Manager
Agent for Bank One Building Corp.    Agent for Bank One Building Corp.


                          Approved by:                  Bank One

                          _____        8/20/04
                          Karl Auwarter                 Date
                          Operations Project – Management

*Datacom  Services  •  Power Solutions  •  Technology  •  Facilities Management*

**B-0466**                                            TISH 007062