# Forest Electric Corp. 

### An EMCOR Company

**Forest Electric Corp.**

Two Penn Plaza , Floor 4
New York, NY 10121
Phone: 212.318.1500
Fax: 212.318.1793
www.forestelectric.net

Wednesday, August 11, 2004
Mr. Karl Auwarter
Bank One
Mail Code DE-0112
201 N. Walnut Street
Wilmington, DE 19801

## RE: Notification of Change Letter
CDC-II – Forest Electric Corp.

Dear Mr. Auwarter,

Be advised we have assigned **PI #** *80726*    **Superior Electric Service RFP15B**

## Site Lighting, Security & Fiber Conduit

## Total Cost of Change Order          **$ 421,216.00**

5/12/04

Please sign below to show your concurrence and approval with the above notification which is within the March 12, 2004 Budget. If you have any question regarding this confirmation, please call me at your earliest convenience.

Respectfully,                  Approved by:      Tishman Const. Corp. of MD
Forest Electric Corp.                              Agent for Bank One Building
                                                   Corp.

Paul Angerame                  Robert L. Smith              8-12-04
Vice President                 Project Manager              Date
Agent for Bank One Building Corp.   Agent for Bank One Building Corp.


                               Approved by:              Bank One

                               Karl Auwarter             08/13/04
                               Operations/Project – Management   Date


*Datacom  Services  •  Power Solutions  •  Technology  •  Facilities Management*

**B-0467**

TISH 010555

# *Forest Electric Corp.*

### An EMCOR Company

**Forest Electric Corp.**

**Two Penn Plaza , Floor 4**
**New York, NY 10121**
**Phone: 212.318.1500**
**Fax: 212.318.1793**
**www.forestelectric.net**

Wednesday, August 11, 2004
Mr. Karl Auwarter
Bank One
Mail Code DE-0112
201 N. Walnut Street
Wilmington, DE  19801

## RE:  <u>Notification of Change Letter</u>
CDC-II – Forest Electric Corp.

Dear Mr. Auwarter,

Be advised we have assigned **PI #** ~~80727~~ *80727*     **Superior Electric Service RFP20B**

## Rack Power & Access  Grounding –Pod A

## Total Cost of Change Order       <u>$ 1,380,288.00</u>

Please sign below to show your concurrence and approval with the above notification which is within the March 12, 2004 Budget.  If you have any question regarding this confirmation, please call me at your earliest convenience.

Respectfully,              Approved by:       Tishman Const. Corp. of MD
Forest Electric Corp.                   Agent for Bank One Building
                                Corp.

Paul Angerame              Robert L. Smith          Date   8.12 04
Vice President              Project Manager
Agent for Bank One Building Corp.   Agent for Bank One Building Corp.

                  Approved by:              Bank One

                  Karl Auwarter          Date   05/13/04
                  Operations Project – Management

**Datacom   Services  * Power Solutions  *  Technology  *  Facilities Management**

# *Forest Electric Corp.*

### *An EMCOR Company*

**Forest Electric Corp.**

Two Penn Plaza , Floor 4
New York, NY 10121
Phone: 212.318.1500
Fax: 212.318.1793
www.forestelectric.net

Monday, August 16, 2004
Mr. Karl Auwarter
Bank One
Mail Code DE-0112
201 N. Walnut Street
Wilmington, DE  19801

## RE: <u>Notification of Change Letter</u>
CDC-II – Forest Electric Corp.

Dear Mr. Auwarter,

Be advised we have assigned **PI #  80728**       **Furness Electric Company  RFP3B**
**Medium Voltage Equipment & Cabling**

| | |
|---|---|
| **Total Cost of Change Order** | **$ 140,172.84** |
| **Previously approved   PI-80708** | **(89,191.89)** |
| **Balance of  Change Order** | **$  50,980.95** |

Please sign below to show your concurrence and approval with the above notification which is within the March 12, 2004 Budget.  If you have any question regarding this confirmation, please call me at your earliest convenience.

Respectfully,              Approved by:        Tishman Const. Corp. of MD
Forest Electric Corp.                            Agent for Bank One Building
                                                 Corp.

                                                              E. 18.04

Paul Angerame              Robert L. Smith              Date
Vice President             Project Manager
Agent for Bank One Building Corp.  Agent for Bank One Building Corp.

              Approved by:                      Bank One

                                                 08/18/2004
              Karl Auwarter                      Date
              Operations Project – Management

*Datacom  Services  *  Power Solutions  *  Technology  *  Facilities Management*

TISH 007074

# Forest Electric Corp.

### An EMCOR Company

**Forest Electric Corp.**

Two Penn Plaza , Floor 4
New York, NY 10121
Phone: 212.318.1500
Fax: 212.318.1793
www.forestelectric.net

Tuesday, August 17, 2004
Mr. Karl Auwarter
Bank One
Mail Code DE-0112
201 N. Walnut Street
Wilmington, DE  19801

### RE:  <u>Notification of Change Letter</u>
CDC-II – Forest Electric Corp.

Dear Mr. Auwarter,

Be advised we have assigned **PI #  80730**          **AALCO    RFP5B**
**Equipment Rigging**

**Total Cost of Change Order**          **$ 97,109.42**

**See Attached list for details**

**AALCO Transport & Storage Co.**

Please sign below to show your concurrence and approval with the above notification which is within the March 12, 2004 Budget.  If you have any question regarding this confirmation, please call me at your earliest convenience.

Respectfully,                    Approved by:      Tishman Const. Corp. of MD
Forest Electric Corp.                               Agent for Bank One Building
                                                    Corp.

_____          _____      _____
Paul Angerame                  Robert L. Smith            Date
Vice President                 Project Manager
Agent for Bank One Building Corp.    Agent for Bank One Building Corp.


                               Approved by:               Bank One

                               _____      _____
                               Karl Auwarter              Date
                               Operations Project – Management


**Datacom   Services   •   Power Solutions   •   Technology   •   Facilities Management**

## B-0470

# *Forest Electric Corp.*

### *An EMCOR Company*

**Forest Electric Corp.**

Two Penn Plaza , Floor 4
New York, NY 10121
Phone: 212.318.1500
Fax: 212.318.1793
www.forestelectric.net

Tuesday, August 17, 2004
Mr. Karl Auwarter
Bank One
Mail Code DE-0112
201 N. Walnut Street
Wilmington, DE  19801

## RE:  <u>Notification of Change Letter</u>

CDC-II – Forest Electric Corp.
Pending Items   **- PI - 80704**

Dear Mr. Auwarter,

Be advised we have assigned **PI #  80704      Furness Electric Company   RFP14B
UPS Equipment & Cabling**

| | |
|---|---|
| **Total Cost of Change Order** | **$ 23,028.36** |
| **Previously approved  PI-80704** | **16,691.95** |
| **Balance of Change Order** | **$  6,336.41** |

Please sign below to show your concurrence and approval with the above notification and possible exposure to the owner construction contingency. If you have any question regarding this confirmation, please call me at your earliest convenience.

Respectfully,
Forest Electric Corp.

_____
Paul Angerame
Vice President
Agent for Bank One Building Corp.

Approved by:

_____
Robert L. Smith
Project Manager
Agent for Bank One Building Corp.

Tishman Const. Corp. of MD
Agent for Bank One Building
Corp.

6/18/04
Date

Approved by:

_____
Karl Auwarter
Operations Project – Management

Bank One

08/18/2004
Date

*Datacom  Services  •  Power Solutions  •  Technology  • Facilities Management*

**B-0471**

TISH 010985



# *Forest Electric Corp.*

### *An EMCOR Company*

**Forest Electric Corp.**

Two Penn Plaza , Floor 4
New York, NY 10121
Phone: 212.318.1500
Fax: 212.318.1793
www.forestelectric.net

Tuesday, August 17, 2004
Mr. Karl Auwarter
Bank One
Mail Code DE-0112
201 N. Walnut Street
Wilmington, DE 19801

## RE: <u>Notification of Change Letter</u>
CDC-II – Forest Electric Corp.

Dear Mr. Auwarter,

Be advised we have assigned **PI # 80729**      **Furness Electric Company  RFP16B**
**HVAC & Mechanical Systems**

| | |
|---|---|
| **Total Cost of Change Order** | **$ (287,213.69)** |
| **PI-80716** | **(300,000.00)** |
| **PI-80729** | **12,786.31** |
| **Balance of  Change Order** | **$ (287,213.69)** |

Please sign below to show your concurrence and approval with the above notification which is within the March 12, 2004 Budget.  If you have any question regarding this confirmation, please call me at your earliest convenience.

Respectfully,            Approved by:       Tishman Const. Corp. of MD
Forest Electric Corp.                      Agent for Bank One Building
                                                Corp.

_____        _____      8/18/04
Paul Angerame          Robert L. Smith            Date
Vice President         Project Manager
Agent for Bank One Building Corp.  Agent for Bank One Building Corp.

            Approved by:              Bank One

            _____         08/18/2004
            Karl Auwarter               Date
            Operations Project – Management

*Datacom   Services   •   Power Solutions   •   Technology   •  Facilities Management*

**B-0472**

**TISH 007100**

# *Forest Electric Corp.*

### *An EMCOR Company*

**Forest Electric Corp.**
**Two Penn Plaza , Floor 4**
**New York, NY 10121**
**Phone: 212.318.1500**
**Fax: 212.318.1793**
**www.forestelectric.net**

Wednesday, August 18, 2004
Mr. Karl Auwarter
Bank One
Mail Code DE-0112
201 N. Walnut Street
Wilmington, DE 19801

RECEIVED

AUG 1 9 2004

Tishman
CDC#2 Brandywine

### RE: <u>Notification of Change Letter</u>

CDC-II – Forest Electric Corp.
Pending Items  - PI-80715  02.17.1320

Dear Mr. Auwarter,

Be advised we have assigned **PI #  80715**    **Preferred Electric   RFP17B**
**Electrical Power Monitoring System.**

**Total Cost of Change Order**        **$ (131,102.77)**

| | | |
|---|---|---|
| **PI-80715** | **(200,000.00)** | C O F 1 |
| **PI-80715   (see attached list)** | **68,897.23** | C O F 2 |
| **Balance of  Change Order** | **$ (131,102.77)** | |

Please sign below to show your concurrence and approval with the above notification which is within the March 12, 2004 Budget.  If you have any question regarding this confirmation, please call me at your earliest convenience.

Respectfully,             Approved by:     Tishman Const. Corp. of MD
Forest Electric Corp.                    Agent for Bank One Building
                                             Corp.

Paul Angerame             Robert L. Smith          8.18.04
Vice President            Project Manager             Date
Agent for Bank One Building Corp.  Agent for Bank One Building Corp.

Approved by:                           Bank One

Karl Auwarter                          8/20/04
Operations Project – Management             Date

*Datacom  Services  •  Power Solutions  •  Technology  •  Facilities Management*

**B-0473**




## SINGLE PROJECT
## CONSTRUCTION SERVICES AGREEMENT
## CONTRACT NO. 8B

Pre-bid meetings will/will not be held. If applicable, the pre-bid meeting will occur at ———— A.M./P.M. on ————————, ——— at **CDC #2 – Governor Printz Blvd. Brandywine, DE 19802.**

When completed, return five (5) executed copies of this Single Project Construction Services Agreement if by U.S. mail addressed to Owner c/o **Forest Electric Corp., Two Penn Plaza, NY, NY 10121** Mail Code ————————, ————————————————; if hand delivered to Owner c/o —————————————————————— Floor, ————————————

**in each case for receipt by Owner by or before 3:00 P.M.** on ————————

Owner:
Banc One Building Corporation
1 Bank One Plaza
Mail Code IL1-0505
Chicago, IL 60670-0503

Owner's Project Manager:
Karl Wm. Auwarter, VP, Real Estate

Building Owner/Manager: None

Site:
**Bank One Core Data Center #2**
**4001 Governor Printz Blvd.**
**Wilmington, Delaware 19802**

Construction Manager:
Tishman Construction Corporation of Maryland
666 Fifth Avenue
New York, New York 10103-0256

Electrical Trade Manager:
Forest Electric Corp.
Two Penn Plaza
New York, NY 10121

Construction Contractor:
**Tangent Cable Systems, Inc.**
**3700 Washington Avenue**
**Wilmington, DE 19808**

Construction Contractor's Key Staff Members:
Superintendent: Lee Burkey
Assistant Superintendent: Joe Kirkner

Other Key Staff:

| Title | Name: |
|---|---|
| Project Mgr: | Bill Lane |
| Foreman : | Chris Brockson |
| : | |
| : | |
| : | |

Construction Contractor's Authorized Signatories:
1. Susan Burkey
2. Lee Burkey
3.
4.

This Single Project Construction Services Agreement is made as of the 2nd day of **December, 2003** ("**Agreement**") between Electrical Trade Manager and Construction Contractor. This Agreement, including all exhibits attached hereto, together with all drawings, specifications and modifications issued after the execution of this Agreement and delivered to Construction Contractor, are herein called the "**Contract**" and the "**Contract Documents**". Electrical Trade Manager and Construction Contractor agree to the terms and conditions set forth in the Contract Documents.

1

Single Project Construction Services Agreement 3/03/2003

ORIGINAL

1.   The project ("**Project**") consists generally of, and a general description of the Work is (and, if applicable, a more detailed description of the Work is set forth on <u>Exhibit C</u>), as follows: _____
     _____**Electrical Work as per RFP 8B (revised) – Security Systems**_____
     _____
     _____

2.   Construction Contractor acknowledges it received the plans and specifications that are listed on, and, as applicable, a more detailed description of the Work as set forth on, <u>Exhibit C</u> hereto.

3.   Construction Contractor's obligations under this Agreement ~~will/will not~~ (strike through one) require payment and performance bonds as set forth in Section 6.04 of the General Conditions attached hereto as <u>Exhibit G</u> ("**General Conditions**"). If no selection is clearly made in the preceding sentence, then payment and performance bonds <u>will</u> be required as set forth in Section 6.04 of the General Conditions.

4.   Liquidated damages will/~~will not~~ (strike through one) be applicable to the Project as set forth in Section 7.03 of the General Conditions. If required, the "**Per Day Liquidated Damage Amount**" is **$5,000 per day**.

5.   The "**Contract Sum**" is Two Million Six Hundred Thirty Thousand Dollars ($2,630,000.00). The Contract Sum (subject to additions and deductions by change orders as provided by the Contract Documents) includes all costs and expenses related to the Work incurred by or on behalf of Construction Contractor and any costs or expenses in excess of the Contract Sum in anyway related to the Work or the Contract Documents shall be paid by Construction Contractor. Additionally, upon final completion of the Work at the time of the final payment being made to Construction Contractor, all costs associated with unused allowances and contingencies will be adjusted and returned to the Owner.

6.   Written notice shall be deemed to be duly served if served to the Electrical Trade Manager or Construction Contractor, as the case may be, at the respective address set forth below in accordance with Section 6.03 of the General Conditions:

If to Construction Manager, addressed to:
Tishman Construction Corporation of
Maryland
666 Fifth Avenue
New York, New York  10103-0256
Attention: <u>**William Stanton**</u>

With a copy to Owner:

<u>**Bank One**</u>
<u>**301 N. Walnut Street**</u>
<u>**Wilmington, DE 19801**</u>
_____

Attention: <u>**Karl Auwarter**</u>

With a copy to:

<u>Forest Electric Corp.</u>
<u>4001 Governor Printz Blvd.</u>
<u>Wilmington, DE 19802</u>
_____

Attention: <u>**Paul Angerame**</u>

If to Construction Contractor, addressed to:
<u>Tangent Cable Systems, inc.</u>
<u>3700 Washington Avenue</u>
<u>Wilmington, DE  19808</u>
_____

Attention: Lee  Burkey

If to Electrical Trade Manager, addressed to:

<u>Forest Electric Corp.</u>
<u>Two Penn Plaza</u>
<u>New York, New York 10121</u>
Attention: <u>**Philip Altheim**</u>

2

TISH 005746

7.  Electrical Trade Manager hereby represents to Construction Contractor that (i) Owner has retained Electrical Trade Manager to act as Owner's construction managers to arrange for the construction of the Project; and (ii) Electrical Trade Manager has full power and authority and is duly authorized to execute and deliver this Contract with and to Construction Contractor upon the terms and conditions set forth herein.   All communications from Owner to Construction Contractor shall be delivered either (i) to Electrical Trade Manager with instructions to forward such communications to Construction Contractor, or (ii) directly to Construction Contractor with a simultaneous notification to Electrical Trade Manager.  All written approvals and actions required of or permitted to be taken by Owner under the Contract shall be effective if executed by either Owner or by Electrical Trade Manager acting on Owner's behalf, and Construction Contractor shall be permitted to rely on all such written approvals unless and until Owner (and not Electrical Trade Manager) notifies Construction Contractor in writing to the contrary. Construction Contractor shall be entitled to rely on information communicated through the Electrical Trade Manager and work with the Electrical Trade Manager until Owner provides written notice of the termination of such Electrical Trade Manager's responsibilities or a substitution of such Electrical Trade Manager.

This Agreement shall be effective only when (i) Electrical Trade Manager executes and delivers this Single Project Construction Services Agreement to Construction Contractor, (ii) all appropriate blanks contained herein are completed, and (iii) each of the Exhibits A, B, C, D, E, F, G and H (each of which is hereby incorporated herein) has been completed and attached hereto.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date set forth above.

CONSTRUCTION CONTRACTOR:                         OWNER:

FIRM:  TANGENT CABLE SYSTEMS, INC.              BANC ONE BUILDING CORPORATION,
                                                 an Illinois Corporation

                                                 By:    Forest Electric Corp. as Banc One Building
                                                        Corporation's agent and Electrical Trade
                                                        Manager
By: _____                    By: _____

Name: Lee Buckey                                 Name: Philip Axheim

Title: Secretary                                 Title: Chairman/CEO

**B-0476**

TISH 005747

## SINGLE PROJECT
## CONSTRUCTION SERVICES AGREEMENT
## CONTRACT NO. 15B

Pre-bid meetings will/will not be held. If applicable, the pre-bid meeting will occur at _____ A.M./P.M. on _____, _____ at CDC #2 – Governor Printz Blvd. Brandywine, DE 19802.

When completed, return five (5) executed copies of this Single Project Construction Services Agreement if by U.S. mail addressed to Owner c/o **Forest Electric Corp., Two Penn Plaza, NY, NY 10121** Mail Code _____; if hand delivered to Owner c/o _____, _____ Floor, _____ in each case for receipt by Owner by or before **3:00 P.M.** on _____

Owner:
Banc One Building Corporation
1 Bank One Plaza
Mail Code IL1-0505
Chicago, IL 60670-0503

Owner's Project Manager:
Karl Wm. Auwarter, VP, Real Estate

Building Owner/Manager: None

Site:
**Bank One Core Data Center #2**
**4001 Governor Printz Blvd.**
**Wilmington, Delaware 19802**

Construction Manager:
Tishman Construction Corporation of Maryland
666 Fifth Avenue
New York, New York 10103-0256

Electrical Trade Manager:
Forest Electric Corp.
Two Penn Plaza
New York, NY 10121

Construction Contractor:
**Superior Electric Service Company**
**36 Germay Drive**
**Wilmington, DE 19804**

Construction Contractor's Key Staff Members:
Superintendent: _____
Assistant Superintendent: _____

Other Key Staff:

| Title | Name: |
|---|---|
| _____: | _____ |
| _____: | _____ |
| _____: | _____ |
| _____: | _____ |

Construction Contractor's Authorized Signatories:
1. _____
2. _____
3. _____
4. _____

This Single Project Construction Services Agreement is made as of the **16th** day of **December, 2003** ("**Agreement**") between Electrical Trade Manager and Construction Contractor. This Agreement, including all exhibits attached hereto, together with all drawings, specifications and modifications issued after the execution of this Agreement and delivered to Construction Contractor, are herein called the "**Contract**" and the "**Contract Documents**". Electrical Trade Manager and Construction Contractor agree to the terms and conditions set forth in the Contract Documents.

1

ORIGINAL

TISH 005637

1.  The project ("**Project**") consists generally of, and a general description of the Work is (and, if applicable, a more detailed description of the Work is set forth on <u>Exhibit C</u>), as follows: _____
    _____ **Electrical Work as per RFP 15B – Site Lighting, Security & Fiber Conduit** _____
    _____
    _____

2.  Construction Contractor acknowledges it received the plans and specifications that are listed on, and, as applicable, a more detailed description of the Work as set forth on, <u>Exhibit C</u> hereto.

3.  Construction Contractor's obligations under this Agreement will/will not (strike through one) require payment and performance bonds as set forth in Section 6.04 of the General Conditions attached hereto as <u>Exhibit G</u> ("**General Conditions**"). If no selection is clearly made in the preceding sentence, then payment and performance bonds <u>will</u> be required as set forth in Section 6.04 of the General Conditions.

4.  Liquidated damages will/will not (strike through one) be applicable to the Project as set forth in Section 7.03 of the General Conditions. If required, the "**Per Day Liquidated Damage Amount**" is **$5,000 per day.**

5.  The "**Contract Sum**" is Six Hundred Nineteen Thousand Seven Hundred Seventy-Two Dollars ($619,772.00). The Contract Sum (subject to additions and deductions by change orders as provided by the Contract Documents) includes all costs and expenses related to the Work incurred by or on behalf of Construction Contractor and any costs or expenses in excess of the Contract Sum in anyway related to the Work or the Contract Documents shall be paid by Construction Contractor. Additionally, upon final completion of the Work at the time of the final payment being made to Construction Contractor, all costs associated with unused allowances and contingencies will be adjusted and returned to the Owner.

6.  Written notice shall be deemed to be duly served if served to the Electrical Trade Manager or Construction Contractor, as the case may be, at the respective address set forth below in accordance with Section 6.03 of the General Conditions:

    If to Construction Manager, addressed to:    If to Construction Contractor, addressed to:
    Tishman Construction Corporation of    <u>Superior Electric Service Company</u>
    Maryland    <u>36 Germay Drive</u>
    666 Fifth Avenue    <u>Wilmington, DE  19804</u>
    New York, New York  10103-0256
    Attention: <u>William Stanton</u>    Attention:

    With a copy to Owner:    If to Electrical Trade Manager, addressed to:

    <u>Bank One</u>    <u>Forest Electric Corp.</u>
    <u>301 N. Walnut Street</u>    <u>Two Penn Plaza</u>
    <u>Wilmington, DE 19801</u>    <u>New York, New York 10121</u>
        Attention: <u>Philip Altheim</u>
    Attention: <u>Karl Auwarter</u>

    With a copy to:

    <u>Forest Electric Corp.</u>
    <u>4001 Governor Printz Blvd.</u>
    <u>Wilmington, DE 19802</u>

    Attention: <u>Paul Angerame</u>

2

7.  Electrical Trade Manager hereby represents to Construction Contractor that (i) Owner has retained Electrical Trade Manager to act as Owner's construction managers to arrange for the construction of the Project; and (ii) Electrical Trade Manager has full power and authority and is duly authorized to execute and deliver this Contract with and to Construction Contractor upon the terms and conditions set forth herein.    All communications from Owner to Construction Contractor shall be delivered either (i) to Electrical Trade Manager with instructions to forward such communications to Construction Contractor, or (ii) directly to Construction Contractor with a simultaneous notification to Electrical Trade Manager. All written approvals and actions required of or permitted to be taken by Owner under the Contract shall be effective if executed by either Owner or by Electrical Trade Manager acting on Owner's behalf, and Construction Contractor shall be permitted to rely on all such written approvals unless and until Owner (and not Electrical Trade Manager) notifies Construction Contractor in writing to the contrary. Construction Contractor shall be entitled to rely on information communicated through the Electrical Trade Manager and work with the Electrical Trade Manager until Owner provides written notice of the termination of such Electrical Trade Manager's responsibilities or a substitution of such Electrical Trade Manager.

This Agreement shall be effective only when (i) Electrical Trade Manager executes and delivers this Single Project Construction Services Agreement to Construction Contractor, (ii) all appropriate blanks contained herein are completed, and (iii) each of the Exhibits A, B, C, D, E, F, G and H (each of which is hereby incorporated herein) has been completed and attached hereto.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date set forth above.

CONSTRUCTION CONTRACTOR:

FIRM:  SUPERIOR ELECTRIC SERVICE COMPANY

By: _____

Name: JIM FITZSIMMONS

Title: ____S : VP____

OWNER:

BANC ONE BUILDING CORPORATION,
an Illinois Corporation

By:    Forest Electric Corp. as Banc One Building
       Corporation's agent and Electrical Trade
       Manager.

By: _Philip Altheim_

Name: **Philip Altheim**

Title: **Chairman/CEO**

3

**B-0479**

TISH 005639

### SINGLE PROJECT
### CONSTRUCTION SERVICES AGREEMENT
### CONTRACT NO. 3B

Pre-bid meetings will/~~will not~~ be held.  If applicable, the pre-bid meeting will occur at _____ A.M./P.M. on _____, _____, at **CDC #2 – Governor Printz Blvd. Brandywine, DE 19802.**

When completed, return five (5) executed copies of this Single Project Construction Services Agreement if by U.S. mail addressed to Owner c/o **Forest Electric Corp., Two Penn Plaza, NY, NY 10121** ~~Mail Code~~ _____, _____; ~~if hand delivered to Owner c/o~~ _____ _____ ~~Floor,~~ _____ in each case for receipt by Owner by or before **3:00 P.M.** on _____.

Owner:
Banc One Building Corporation
1 Bank One Plaza
Mail Code IL1-0505
Chicago, IL  60670-0503

Construction Contractor:
**Peter D. Furness Electric Co., Inc.**
**1604 Todds Lane**
**Wilmington, DE  19899**

Owner's Project Manager:
Karl Wm. Auwarter, VP, Real Estate

Building Owner/Manager:  None

Construction Contractor's Key Staff Members:
Superintendent: _____
Assistant Superintendent: _____

Other Key Staff:
| Title | | Name: |
|---|---|---|
| _____ : | | _____ |
| _____ : | | _____ |
| _____ : | | _____ |
| _____ : | | _____ |
| _____ : | | _____ |

Site:
**Bank One Core Data Center #2**
**4001 Governor Printz Blvd.**
**Wilmington, Delaware 19802**
_____
_____

Construction Manager:
Tishman Construction Corporation of Maryland
666 Fifth Avenue
New York, New York  10103-0256

Construction Contractor's Authorized Signatories:
1. _____
2. _____
3. _____
4. _____

Electrical Trade Manager:
Forest Electric Corp.
Two Penn Plaza
New York, NY  10121

This Single Project Construction Services Agreement is made as of the **2nd** day of **October, 2003** (**"Agreement"**) between Electrical Trade Manager and Construction Contractor.  This Agreement, including all exhibits attached hereto, together with all drawings, specifications and modifications issued after the execution of this Agreement and delivered to Construction Contractor, are herein called the **"Contract"** and the **"Contract Documents"**.  Electrical Trade Manager and Construction Contractor agree to the terms and conditions set forth in the Contract Documents.

1

ORIGINAL

TISH 005555

1.   The project ("**Project**") consists generally of, and a general description of the Work is (and, if applicable, a more detailed description of the Work is set forth on <u>Exhibit C</u>), as follows: _____
     _____**Electrical Work as per RFP 3B – Medium Voltage Equipment & Cabling**_____
     _____
     _____

2.   Construction Contractor acknowledges it received the plans and specifications that are listed on, and, as applicable, a more detailed description of the Work as set forth on, <u>Exhibit C</u> hereto.

3.   Construction Contractor's obligations under this Agreement will/~~will not~~ (strike through one) require payment and performance bonds as set forth in Section 6.04 of the General Conditions attached hereto as <u>Exhibit G</u> ("**General Conditions**"). If no selection is clearly made in the preceding sentence, then payment and performance bonds <u>will</u> be required as set forth in Section 6.04 of the General Conditions.

4.   Liquidated damages will/~~will not~~ (strike through one) be applicable to the Project as set forth in Section 7.03 of the General Conditions. If required, the "**Per Day Liquidated Damage Amount**" is **$5,000 per day.**

5.   The "**Contract Sum**" is Two Million One Hundred Ninety-Nine Thousand Dollars ($2,199,000.00). The Contract Sum (subject to additions and deductions by change orders as provided by the Contract Documents) includes all costs and expenses related to the Work incurred by or on behalf of Construction Contractor and any costs or expenses in excess of the Contract Sum in anyway related to the Work or the Contract Documents shall be paid by Construction Contractor. Additionally, upon final completion of the Work at the time of the final payment being made to Construction Contractor, all costs associated with unused allowances and contingencies will be adjusted and returned to the Owner.

6.   Written notice shall be deemed to be duly served if served to the Electrical Trade Manager or Construction Contractor, as the case may be, at the respective address set forth below in accordance with Section 6.03 of the General Conditions:

| If to Construction Manager, addressed to: | If to Construction Contractor, addressed to: |
|---|---|
| Tishman Construction Corporation of Maryland<br>666 Fifth Avenue<br>New York, New York  10103-0256<br>Attention: <u>William Stanton</u> | <u>Peter D. Furness Electric Co., Inc.</u><br><u>1604 Todds Lane</u><br><u>Wilmington, DE  19802</u><br><br>Attention: |
| With a copy to Owner: | If to Electrical Trade Manager, addressed to: |
| <u>Bank One</u><br><u>301 N. Walnut Street</u><br><u>Wilmington, DE 19801</u><br><br>Attention: <u>Karl Anwarter</u> | <u>Forest Electric Corp.</u><br><u>Two Penn Plaza</u><br><u>New York, New York 10121</u><br>Attention: <u>Philip Altheim</u> |
| With a copy to: | |
| <u>Forest Electric Corp.</u><br><u>4001 Governor Printz Blvd.</u><br><u>Wilmington, DE 19802</u><br><br>Attention: <u>Paul Angerame</u> | |

2

TISH 005556

7.    Electrical Trade Manager hereby represents to Construction Contractor that (i) Owner has retained Electrical Trade Manager to act as Owner's construction managers to arrange for the construction of the Project; and (ii) Electrical Trade Manager has full power and authority and is duly authorized to execute and deliver this Contract with and to Construction Contractor upon the terms and conditions set forth herein.    All communications from Owner to Construction Contractor shall be delivered either (i) to Electrical Trade Manager with instructions to forward such communications to Construction Contractor, or (ii) directly to Construction Contractor with a simultaneous notification to Electrical Trade Manager.  All written approvals and actions required of or permitted to be taken by Owner under the Contract shall be effective if executed by either Owner or by Electrical Trade Manager acting on Owner's behalf, and Construction Contractor shall be permitted to rely on all such written approvals unless and until Owner (and not Electrical Trade Manager) notifies Construction Contractor in writing to the contrary. Construction Contractor shall be entitled to rely on information communicated through the Electrical Trade Manager and work with the Electrical Trade Manager until Owner provides written notice of the termination of such Electrical Trade Manager's responsibilities or a substitution of such Electrical Trade Manager.

This Agreement shall be effective only when (i) Electrical Trade Manager executes and delivers this Single Project Construction Services Agreement to Construction Contractor, (ii) all appropriate blanks contained herein are completed, and (iii) each of the Exhibits A, B, C, D, E, F, G and H (each of which is hereby incorporated herein) has been completed and attached hereto.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date set forth above.

CONSTRUCTION CONTRACTOR:                    OWNER:

FIRM:   PETER D. FURNESS ELECTRIC CO., INC.    BANC ONE BUILDING CORPORATION,
                                                an Illinois Corporation

                                                By:    Forest Electric Corp. as Banc One Building
                                                       Corporation's agent and Electrical Trade
                                                       Manager.

By:   _____                By:   _____

Name: _JOHN F HALIN_                           Name: **Philip Altheim**

Title: _PRESIDENT_                             Title: **Chairman/CEO**

3

**B-0482**                                                     TISH 005557

**ISHMAN**

bcc: J. Ryan (w/o attach)
     T. Keane (w/o attach)
     B. Smith
     A. Lowenthal
     B. Butler (w/o attach)
     Safe Contract File

Ϸ ꞏꞩ 16 2004

RECEIVED
CDC #2 Brandywine

February 12, 2004

Forest Electric Corp.
Two Penn Plaza, 4th floor
New York, New York 10121

Attn:   Philip Altheim

RE:        Bank One - Control Data Center #2
           Governor Printz Boulevard
           Brandywine, New Castle County, Delaware

TRADE:     TRADE MANAGER FOR ELECTRICAL WORK

Gentlemen:

Enclosed please find one (1) copy of executed *Contract* dated *September 12, 2003,* for the above referenced trade.

Very truly yours,

TISHMAN CONSTRUCTION CORPORATION OF MARYLAND

*[signature]*

Paul V. Welsing
Senior Purchasing Agent

PVW/kv

encl.

*Contract # 02.00-1320*
*Forest - Trade Mgr*

| | |
|---|---|
| ☑ B. Smith | ☐ PI |
| ☑ T. Keane | ☐ CO |
| ☐ B. Allocca | ☐ RFI |
| ☐ Acct. | ☑ Corresp. *Forest* |
| ☐ CDC #1 | ☑ Contract *Forest* |
| ☑ T. White | ☐ |
| ☐ | ☐ |
| ☑ *On Spread Sheet* | ☑ *Expedition* |

ORIGINAL

Tishman Construction Corporation of Maryland    666 Fifth Avenue, New York, NY  10103-0256    (212) 399-3600
                                                                                            Fax (212) 739-6089

TISH 009190



**TISHMAN**

February 12, 2004

**Bank One**
Mail Code DE1-0112
301 N. Walnut Street
Wilmington, DE  19801

Attn:  Karl Auwarter

RE:        **Bank One – Control Data Center #2**
           **Governor Printz Boulevard**
           **Brandywine, New Castle County, Delaware**

TRADE:     **TRADE MANAGER FOR ELECTRICAL WORK**

Gentlemen:

Enclosed please find one (1) copy of executed **Contract** dated **September 12, 2003** issued to **Forest Electric Corporation,** for the above referenced trade, for your use and information.

Very truly yours,

**TISHMAN CONSTRUCTION CORPORATION OF MARYLAND**

Paul V. Welsing
Senior Purchasing Agent

PVW/kv

Encl.

ORIGINAL

Tishman Construction Corporation of Maryland      666 Fifth Avenue. New York. NY  10103-0256      (212) 399-3600
                                                                                       Fax (212) 739-6089

TISH 009191



**SINGLE PROJECT**
**CONSTRUCTION SERVICES AGREEMENT**
**CONTRACT NO. 2 – TRADE MANAGER**

FEB 16 2004

RECEIVED
DC #2 Broadway

Pre-bid meetings will/ be held.  If applicable, the pre-bid meeting will occur at **CDC #2   4001 Governor Printz Blvd., Wilmington, DE 19802.**

When completed, return five (5) executed copies of this Single Project Construction Services Agreement if by U.S. mail addressed to Owner c/o **Tishman Construction Corporation of Maryland, 666 Fifth Avenue, NY, NY 10103** in each case for receipt by Owner by or before **3:00 P.M. on January 21, 2004.**

Owner:
Banc One Building Corporation
1 Bank One Plaza
Mail Code  IL1-0505
Chicago, IL  60670-0503

Owner's Project Manager:
Karl Wm. Auwarter, VP, Real Estate

Building Owner/Manager:  None

Site:
**Bank One Core Data Center #2**
**4001 Governor Printz Blvd.**
**Wilmington, DE 19802**
_____
_____

Construction Manager:
Tishman Construction Corporation of Maryland
666 Fifth Avenue
New York, New York  10103-0256

Electrical Trade Manager:
**Forest Electric Corp.**
**Two Penn Plaza**
**New York, New York 10121**
_____

Electrical Trade Manager's Key Staff Members:
Superintendent: _____Charles Caruso_____
Assistant Superintendent: ____Vsevolod Husar_____

Other Key Staff:
| Title | Name: |
|-------|-------|
| _____: | _____ |
| _____: | _____ |
| _____: | _____ |
| _____: | _____ |
| _____: | _____ |

Electrical Trade Manager's Authorized Signatories:
1. **Philip Altheim**_____
2. **Paul Angerame**_____
3. _____
4. _____

This Single Project Construction Services Agreement is made as of the **12th** day of **September 2003** ("**Agreement**") between Construction Manager and Electrical Trade Manager.  This Agreement, including all exhibits attached hereto, together with all drawings, specifications and modifications issued after the execution of this Agreement and delivered to Electrical Trade Manager, are herein called the "**Contract**" and the "**Contract Documents**".  Construction Manager and Electrical Trade Manager agree to the terms and conditions set forth in the Contract Documents.

1.    The project ("**Project**") consists generally of, and a general description of the Work is (and, if applicable, a more detailed description of the Work is set forth on <u>Exhibit C</u>), as follows:   __**Trade    manager    for    Electrical work**_____
_____
_____

2.    Electrical Trade Manager acknowledges it received the plans and specifications that are listed on, and, as applicable, a more detailed description of the Work as set forth on, <u>Exhibit C</u> hereto.

3.    Electrical Trade Manager's obligations under this Agreement will/will not (strike through one) require payment and performance bonds as set forth in Section 6.04 of the General Conditions attached hereto as

1

Single Project Construction Services Agreement  3/03/2003

ORIGINAL

**B-0485**

TISH 009192

Exhibit G ("**General Conditions**"). If no selection is clearly made in the preceding sentence, then payment and performance bonds <u>will</u> be required as set forth in *Section 6.04 of the General Conditions*.

4.    Liquidated damages will/will not (strike through one) be applicable to the Project as set forth in Section 7.03 of the General Conditions. If required, the "**Per Day Liquidated Damage Amount**" is <u>**$5,000 per day, but will be limited to no more than $500,000.00 aggregate for the Electrical Trade Manager. Liquidated Damages will only apply if enforced by Bank One.**</u>

5.    The "**Contract Sum**" is (check only one and fill in the applicable blank(s) with desired amount):

   __X__  The Cost of the Work plus (a) Electrical Trade Manager's Fee which is equal to __6__ % of the Cost of the Work plus (b) the cost of Electrical Trade Manager's general conditions per Schedule 8.01 ~~reimbursable for all on-site expenses~~. No retention on General Conditions. 10% Retainage on Fee.

   _____  The Cost of the Work plus (a) Electrical Trade Manager's Fee which is equal to $_____ plus (b) the cost of Electrical Trade Manager's general conditions items which shall not exceed _____% of the Work.

   _____  The Cost of the Work, which shall not exceed $_____, plus (a) Electrical Trade Manager's Fee which is equal to _____% of the Cost of the Work plus (b) the cost of Electrical Trade Manager's general conditions items which shall not exceed _____% of the Work.

   _____  The Cost of the Work, which shall not exceed $_____, plus (a) Electrical Trade Manager's Fee which is equal to $_____ plus (b) the cost of Electrical Trade Manager's general conditions items which shall not exceed _____% of the Work.

   Upon final completion of the Work at the time of the final payment being made to Electrical Trade Manager, all costs associated with unused allowances and contingencies will be adjusted and returned to the Owner.

6.    Written notice shall be deemed to be duly served if served to the Construction Manager or Electrical Trade Manager, as the case may be, at the respective address set forth below in accordance with *Section 6.03 of the General Conditions*:

| | |
|---|---|
| If to Construction Manager, addressed to: | If to Electrical Trade Manager, addressed to: |
| Tishman Construction Corporation of Maryland | <u>Forest Electric Corp.</u> |
| 666 Fifth Avenue | <u>Two Penn Plaza</u> |
| New York, New York 10103-0256 | <u>New York, New York 10121</u> |
| Attention: <u>William Stanton</u> | Attention: <u>Philip Althem</u> |
| With a copy to Owner: | With a copy to: |
| <u>Bank One</u> | EMCOR Group, Inc. |
| <u>301 N. Walnut Street</u> | 301 Merritt Seven Corporate Park |
| <u>Wilmington, DE 19801</u> | Norwalk, CT 06851 |
| | Attn: Contract Services |
| Attention: <u>Karl Auwarter</u> | |

7.    Construction Manager hereby represents to Electrical Trade Manager that (i) Owner has retained Construction Manager to act as Owner's construction manager to arrange for the construction of the Project; and (ii) Construction Manager has full power and authority and is duly authorized to execute and deliver this Contract with and to Construction Manager upon the terms and conditions set forth herein. All communications from Owner to Electrical Trade Manager shall be delivered either (i) to Construction

Single Project Construction Services Agreement 3/03/2003

**B-0486**

TISH 009193

Manager with instructions to forward such communications to Electrical Trade Manager, or (ii) directly to Electrical Trade Manager with a simultaneous notification to Construction Manager. All written approvals and actions required of or permitted to be taken by Owner under the Contract shall be effective if executed by either Owner or by Construction Manager acting on Owner's behalf, and Electrical Trade Manager shall be permitted to rely on all such written approvals unless and until Owner (and not Construction Manager) notifies Electrical Trade Manager in writing to the contrary. Electrical Trade Manager shall be entitled to rely on information communicated through the Construction Manager and work with the Construction Manager until Owner provides written notice of the termination of such Construction Manager's responsibilities or a substitution of such Construction Manager.

This Agreement shall be effective only when (i) Construction Manager executes and delivers this Single Project Construction Services Agreement to Electrical Trade Manager, (ii) all appropriate blanks contained herein are completed, and (iii) each of the Exhibits A, B, C, D, E, F, and G (each of which is hereby incorporated herein) has been completed and attached hereto.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date set forth above.

ELECTRICAL TRADE MANAGER:

FIRM:   **FOREST ELECTRIC CORP.**

By: _____

Name: _____

Title: _____

OWNER:

BANC ONE BUILDING CORPORATION,
an Illinois Corporation

Agent :  Tishman Construction Corporation of Maryland,
as Banc One Building Corporation's agent and
construction manager

By: _____

Name: **William Stanton**

Title: **Senior Vice President**

Single Project Construction Services Agreement 3/03/2003

**B-0487**

TISH 009194



February 12, 2004

**Bank One**
Mail Code DE1-0112
301 N. Walnut Street
Wilmington, DE 19801

Attn: Karl Auwarter

RE:      **Bank One - Control Data Center #2**
            **Governor Printz Boulevard**
            **Brandywine, New Castle County, Delaware**

TRADE:    **TRADE MANAGER FOR ELECTRICAL WORK**

Gentlemen:

Enclosed please find one (1) copy of executed *Contract* dated *September 12, 2003* issued to **Forest Electric Corporation,** for the above referenced trade, for your use and information.

Very truly yours,

TISHMAN CONSTRUCTION CORPORATION OF MARYLAND

Paul V. Welsing
*Senior Purchasing Agent*

PVW/kv

Encl.

**ORIGINAL**

Tishman Construction Corporation of Maryland     Fifth Avenue. New York. NY 10103-0256   (212) 399-3600
Fax (212) 739-6089

B-0488

TISH 008211

FFB 16 2004

RECEIVED

**SINGLE PROJECT**
**CONSTRUCTION SERVICES AGREEMENT**
**CONTRACT NO. 2 – TRADE MANAGER**

Pre-bid meetings will/ be held.  If applicable, the pre-bid meeting will occur at **CDC #2 2 4001 Governor Printz Blvd., Wilmington, DE 19802.**

When completed, return five (5) executed copies of this Single Project Construction Services Agreement if by U.S. mail addressed to Owner c/o **Tishman Construction Corporation of Maryland, 666 Fifth Avenue, NY, NY 10103** in each case for receipt by Owner by or before **3:00 P.M.** on **January 21, 2004**.

Owner:                                            Electrical Trade Manager:
Banc One Building Corporation                     **Forest Electric Corp.**
1 Bank One Plaza                                  **Two Penn Plaza**
Mail Code IL1-0505                                **New York, New York 10121**
Chicago, IL  60670-0503

Owner's Project Manager:                          Electrical Trade Manager's Key Staff Members:
Karl Wm. Auwarter, VP, Real Estate                Superintendent: _____Charles Caruso_____
                                                  Assistant Superintendent: _____Vsevolod Husar_____
Building Owner/Manager:  None

                                                  Other Key Staff:
Site:                                             Title:              Name:
**Bank One Core Data Center #2**                  _____:     _____
**4001 Governor Printz Blvd.**                    _____:     _____
**Wilmington, DE 19802**                          _____:     _____
                                                  _____:     _____

Construction Manager:                             Electrical Trade Manager's Authorized Signatories:
Tishman Construction Corporation of Maryland      1. **Philip Altheim**
666 Fifth Avenue                                  2. **Paul Angerame**
New York, New York  10103-0256                    3. _____
                                                  4. _____

This Single Project Construction Services Agreement is made as of the **12**th day of **September 2003** ("**Agreement**") between Construction Manager and Electrical Trade Manager.  This Agreement, including all exhibits attached hereto, together with all drawings, specifications and modifications issued after the execution of this Agreement and delivered to Electrical Trade Manager, are herein called the "**Contract**" and the "**Contract Documents**".  Construction Manager and Electrical Trade Manager agree to the terms and conditions set forth in the Contract Documents.

1.    The project ("**Project**") consists generally of, and a general description of the Work is (and, if applicable, a more detailed description of the Work is set forth on Exhibit C), as follows:   **Trade    manager    for Electrical work**

2.    Electrical Trade Manager acknowledges it received the plans and specifications that are listed on, and, as applicable, a more detailed description of the Work as set forth on, Exhibit C hereto.

3.    Electrical Trade Manager's obligations under this Agreement will/will not (strike through one) require payment and performance bonds as set forth in Section 6.04 of the General Conditions attached hereto as

1

ORIGINAL

**B-0489**

TISH 008212

Exhibit G ("General Conditions"). If no selection is clearly made in the preceding sentence, then payment and performance bonds will be required as set forth in Section 6.04 of the General Conditions.

4.    Liquidated damages will/will not (strike through one) be applicable to the Project as set forth in Section 7.03 of the General Conditions. If required, the **"Per Day Liquidated Damage Amount"** is **$5,000 per day, but will be limited to no more than $500,000.00 aggregate for the Electrical Trade Manager. Liquidated Damages will only apply if enforced by Bank One.**

5.    The **"Contract Sum"** is (check only one and fill in the applicable blank(s) with desired amount):

____X____  The Cost of the Work plus (a) Electrical Trade Manager's Fee which is equal to __6__% of the Cost of the Work plus (b) the cost of Electrical Trade Manager's general conditions per Schedule 8.01 reimbursable for all on-site expenses. No retention on General Conditions. 10% Retainage on Fee.

_____  The Cost of the Work plus (a) Electrical Trade Manager's Fee which is equal to $_____ plus (b) the cost of Electrical Trade Manager's general conditions items which shall not exceed _____% of the Work.

_____  The Cost of the Work, which shall not exceed $_____, plus (a) Electrical Trade Manager's Fee which is equal to _____% of the Cost of the Work plus (b) the cost of Electrical Trade Manager's general conditions items which shall not exceed _____% of the Work.

_____  The Cost of the Work, which shall not exceed $_____, plus (a) Electrical Trade Manager's Fee which is equal to $_____ plus (b) the cost of Electrical Trade Manager's general conditions items which shall not exceed _____% of the Work.

Upon final completion of the Work at the time of the final payment being made to Electrical Trade Manager, all costs associated with unused allowances and contingencies will be adjusted and returned to the Owner.

6.    Written notice shall be deemed to be duly served if served to the Construction Manager or Electrical Trade Manager, as the case may be, at the respective address set forth below in accordance with Section 6.03 of the General Conditions:

| If to Construction Manager, addressed to: | If to Electrical Trade Manager, addressed to: |
|---|---|
| Tishman Construction Corporation of Maryland | **Forest Electric Corp.** |
| 666 Fifth Avenue | **Two Penn Plaza** |
| New York, New York 10103-0256 | **New York, New York 10121** |
| Attention: **William Stanton** | Attention: **Philip Althem** |
| With a copy to Owner: | With a copy to: |
| **Bank One** | EMCOR Group, Inc. |
| **301 N. Walnut Street** | 301 Merritt Seven Corporate Park |
| **Wilmington, DE 19801** | Norwalk, CT 06851 |
| | Attn: Contract Services |
| Attention: **Karl Auwarter** | |

7.    Construction Manager hereby represents to Electrical Trade Manager that (i) Owner has retained Construction Manager to act as Owner's construction manager to arrange for the construction of the Project; and (ii) Construction Manager has full power and authority and is duly authorized to execute and deliver this Contract with and to Construction Manager upon the terms and conditions set forth herein. All communications from Owner to Electrical Trade Manager shall be delivered either (i) to Construction

2

**B-0490**

TISH 008213

Manager with instructions to forward such communications to Electrical Trade Manager, or (ii) directly to Electrical Trade Manager with a simultaneous notification to Construction Manager. All written approvals and actions required of or permitted to be taken by Owner under the Contract shall be effective if executed by either Owner or by Construction Manager acting on Owner's behalf, and Electrical Trade Manager shall be permitted to rely on all such written approvals unless and until Owner (and not Construction Manager) notifies Electrical Trade Manager in writing to the contrary. Electrical Trade Manager shall be entitled to rely on information communicated through the Construction Manager and work with the Construction Manager until Owner provides written notice of the termination of such Construction Manager's responsibilities or a substitution of such Construction Manager.

This Agreement shall be effective only when (i) Construction Manager executes and delivers this Single Project Construction Services Agreement to Electrical Trade Manager, (ii) all appropriate blanks contained herein are completed, and (iii) each of the Exhibits A, B, C, D, E, F, and G (each of which is hereby incorporated herein) has been completed and attached hereto.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date set forth above.

ELECTRICAL TRADE MANAGER:

FIRM:    **FOREST ELECTRIC CORP.**

OWNER:

BANC ONE BUILDING CORPORATION,
an Illinois Corporation

Agent :    Tishman Construction Corporation of Maryland,
as Banc One Building Corporation's agent and
construction manager

By: _____

Name: _____

Title: _____

By: _____

Name: **William Stanton**

Title: **Senior Vice President**

*Single Project Construction Services Agreement 3/03/2003*

3

**B-0491**

TISH 008214