IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation, | )<br>)<br>) |
| Plaintiff, | ) C. A. No. 05CV300 (JJF)<br>)<br>) |
| v. | )<br>) |
| BANC ONE BUILDING CORPORATION, an Illinois corporation; and FOREST ELECTRIC CORPORATION, a New York corporation, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**COMPENDIUM OF UNREPORTED CASES AND
LEGAL TREATISES CITED IN
CREEDON CONTROLS, INC.'S
ANSWERING BRIEF
IN OPPOSITION TO
BANC ONE BUILDING CORPORATION'S
MOTION FOR SUMMARY JUDGMENT
AND
FOREST ELECTRIC CORPORATION'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

Edward Seglias, Esq. (I. D. No. 2822)
Robert K. Beste, Jr., Esq. (I. D. No. 154)
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
1007 Orange Street, Nemours Bldg., Suite 1130
Wilmington, DE  19801
(302) 425-5089
Attorneys for Plaintiff, Creedon Controls, Inc.

RKB/msj
06894-0001