IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>BANC ONE BUILDING CORPORATION, an Illinois corporation, and FOREST ELECTRIC CORPORATION, a New York corporation,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  C. A. No. 05-300 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SECOND AMENDMENT TO RULE 16 SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties to this action, subject to the approval of the Court, that the Court's July 7, 2006 Amended Rule 16 Scheduling Order (D.I. # 114) (the "Amended Scheduling Order") is further amended as follows:

    4.    Subparagraph 4(e) of the Amended Scheduling Order is amended to provide that reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the Plaintiff by August 7, 2006 and from the Defendants by September 11, 2006.

| | |
|---|---|
| ASHBY & GEDDES | MARON & MARVEL. P.A. |
| /s/ Ricardo Palacio<br>Lawrence C. Ashby (#468)<br>Philip Trainer, Jr. (#2788)<br>Ricardo Palacio (#3765)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>(302) 654-1888 | /s/ Paul Bradley[*]<br>Paul Bradley, Esq. (#2156)<br>Chase Manhattan Centre<br>1201 North Market Street<br>Wilmington, DE 19801<br>(302) 425-5177<br><br>*Attorneys for Forest Electric Corporation* |

---

[*] Authorization on file with Ashby & Geddes.

*-and-*

| | |
|---|---|
| PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>Charles Patrizia, Esq.<br>Jodi A. Kleinick, Esq.<br>75 East 55th Street<br>New York, NY 10022<br>(212) 318-6000<br><br>*Attorneys for Banc One Building Corporation* | COHEN SEGLIAS PALLAS GREEHALL & FURMAN P.C.<br><br>   /s/ Robert K. Beste, Jr.*<br>Robert K. Beste, Jr., Esq. (#154)<br>Nemours Building, Suite 205<br>1007 Orange Street<br>Wilmington, DE 19801<br>(302) 425-5089<br><br>*Attorneys for Creedon Controls, Inc.* |

SO ORDERED this _____ day of August 2006

_____
Joseph J. Farnan, Jr.
United States District Court Judge

171858.1

---

\* Authorization on file with Ashby & Geddes.