## CERTIFICATE OF SERVICE

I, Ricardo Palacio, hereby certify that, on August 10, 2006, I caused a true and correct copy of the foregoing to be served upon the below listed counsel in the manner so indicated.

**Via Hand Delivery**
Paul Bradley, Esq.
Maron & Marvel
1201 North Market Street
Wilmington, DE 19899

**Via Hand Delivery**
Robert K. Beste, Jr., Esq.
Cohen Seglias Pallas Greehall & Furman P.C.
Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801

Ricardo Palacio (#3765)

171280.1