# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C. A. No. 05-300 (JJF) |
| BANC ONE BUILDING CORPORATION, an Illinois corporation, and FOREST ELECTRIC CORPORATION, a New York corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

### SECOND AMENDMENT TO RULE 16 SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties to this action, subject to the approval of the Court, that the Court's July 7, 2006 Amended Rule 16 Scheduling Order (D.I. # 114) (the "Amended Scheduling Order") is further amended as follows:

4. Subparagraph 4(e) of the Amended Scheduling Order is amended to provide that reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the Plaintiff by August 7, 2006 and from the Defendants by September 11, 2006.

| | |
|---|---|
| ASHBY & GEDDES | MARON & MARVEL. P.A. |
| /s/ Ricardo Palacio | /s/ Paul Bradley[*] |
| Lawrence C. Ashby (#468) | Paul Bradley, Esq. (#2156) |
| Philip Trainer, Jr. (#2788) | Chase Manhattan Centre |
| Ricardo Palacio (#3765) | 1201 North Market Street |
| 222 Delaware Avenue, 17th Floor | Wilmington, DE 19801 |
| P.O. Box 1150 | (302) 425-5177 |
| Wilmington, Delaware 19899 | |
| (302) 654-1888 | |
| | *Attorneys for Forest Electric Corporation* |

---

[*] Authorization on file with Ashby & Geddes.

DKT. NO. 133

DT. FILED 8-10-06

*-and-*

| | |
|---|---|
| PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>Charles Patrizia, Esq.<br>Jodi A. Kleinick, Esq.<br>75 East 55th Street<br>New York, NY 10022<br>(212) 318-6000<br><br>*Attorneys for Banc One Building Corporation* | COHEN SEGLIAS PALLAS GREEHALL & FURMAN P.C.<br><br>   /s/ Robert K. Beste, Jr.*<br>Robert K. Beste, Jr., Esq. (#154)<br>Nemours Building, Suite 205<br>1007 Orange Street<br>Wilmington, DE 19801<br>(302) 425-5089<br><br>*Attorneys for Creedon Controls, Inc.* |

SO ORDERED this _____ day of August 2006

_____
Joseph J. Farnan, Jr.
United States District Court Judge

171858.1

---

** Authorization on file with Ashby & Geddes.

## CERTIFICATE OF SERVICE

I, Ricardo Palacio, hereby certify that, on August 10, 2006, I caused a true and correct copy of the foregoing to be served upon the below listed counsel in the manner so indicated.

**Via Hand Delivery**
Paul Bradley, Esq.
Maron & Marvel
1201 North Market Street
Wilmington, DE 19899

**Via Hand Delivery**
Robert K. Beste, Jr., Esq.
Cohen Seglias Pallas Greehall & Furman P.C.
Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801

Ricardo Palacio (#3765)

171280.1

## Other Documents

1:05-cv-00300-JJF Creedon Controls, Inc. v. Banc One Building Corporation et al

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Palacio, Ricardo entered on 8/10/2006 at 4:47 PM EDT and filed on 8/10/2006
**Case Name:**       Creedon Controls, Inc. v. Banc One Building Corporation et al
**Case Number:**     1:05-cv-300
**Filer:**           Banc One Building Corporation
**Document Number:** 133

**Docket Text:**
PROPOSED ORDER Second Amendment to Rule 16 Scheduling Order re [114] Scheduling Order,, by Banc One Building Corporation. (Attachments: # (1) Certificate of Service)(Palacio, Ricardo)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=8/10/2006] [FileNumber=256844-0]
[be6d291d2eea6268656a700d16e0acf9c7552e9062a047f309d42ce28d57cfcd599b
f0d7241748d59f87595ba191ba3273bcb667a1fc9b8daf95549669cf7c6f]]
**Document description:** Certificate of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=8/10/2006] [FileNumber=256844-1]
[bc00fae39c442c5b25ee7259c0a583986795eaa532bb72126dfc1c36982bb089c7dd
ecd1876aff6cce12720537757c6b90cadc28ff3a6adaf3619ba10d25fd32]]

**1:05-cv-300 Notice will be electronically mailed to:**

Lawrence C. Ashby    lashby@ashby-geddes.com, dboggs@ashby-geddes.com

Robert K. Beste , Jr    rbeste@cohenseglias.com,

Paul A. Bradley    pab@maronmarvel.com

Ricardo Palacio    rpalacio@ashby-geddes.com,

Philip Trainer , Jr    ptrainer@ashby-geddes.com, dboggs@ashby-geddes.com

Jennifer Michele Zelvin    jzelvin@mccarter.com,