## ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

August 21, 2006

***VIA E-FILING & HAND DELIVERY***

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, Delaware 19801

    RE: *Creedon Controls, Inc. v. Banc One Building Corporation, et al.,*
           C.A. No. 05-300-JJF

Dear Judge Farnan:

    Enclosed please find a courtesy copy of Defendant Banc One Building Corporation's Reply Brief in Support of its Motion for Summary Judgment, which was filed via e-filing today.

Respectfully submitted,

Philip Trainer, Jr. (#2788)

PT,Jr./dlb
Enclosure
cc:   Paul Bradley, Esq. (*via e-filing*) *(w/ encl.)*
       Robert Beste, Esq. (*via e-filing*) *(w/ encl.)*