## AFFIDAVIT OF SERVICE

STATE OF DELAWARE        )
                         ) SS.
COUNTY OF NEW CASTLE     )

On this 21st day of August 2006, I personally caused to be served a copy of the foregoing **DEFENDANT BANC ONE BUILDING CORPORATION'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** upon counsel at the addresses and in the manner indicated:

**Via Hand Delivery**
Paul Bradley, Esq.
Maron & Marvel
1201 North Market Street
Wilmington, DE 19899

**Via Hand Delivery**
Robert K. Beste, Jr., Esq.
Cohen Seglias Pallas Greehall & Furman P.C.
Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801

_____
Diana L. Boggs

SWORN TO AND SUBSCRIBED before me this 21st day of August 2006.

_____
Notary Public

172336.1