IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | C.A. No. 05-CV-300-JJF |
| v. ) | |
| ) | |
| BANC ONE BUILDING ) | |
| CORPORATION, an Illinois corporation, ) | |
| and FOREST ELECTRIC ) | |
| CORPORATION, a New York Corporation, ) | |
| ) | |
| Defendant ) | |

**CERTIFICATE OF SERVICE**

I, Paul Bradley, Esquire, certify that a true and correct copy of Defendant Forest Electric Corp.'s Reply Brief in Support of Its Motion for Summary Judgment were served on all counsel of record this 21st day of August, 2006 via electric filing.

MARON & MARVEL, P.A.

__/s/ *Paul A. Bradley*_____
Paul A. Bradley (DE ID No. 2156)
1201 North Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19801
(302) 425-5177
Attorney for Defendant
Forest Electric Corp.

{99999.00936 / W0067576}