IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | C.A. No. 05-CV-300-JJF |
| v. ) | |
| ) | |
| BANC ONE BUILDING ) | |
| CORPORATION, an Illinois corporation, ) | |
| and FOREST ELECTRIC ) | |
| CORPORATION, a New York Corporation, ) | |
| ) | |
| Defendant ) | |

**CERTIFICATE OF SERVICE**

I, Paul Bradley, Esquire, certify that a true and correct copy of Defendant Forest Electric Corp.'s Second Supplemental Appendix in Support of Defendant's Motion for Summary Judgment (pages 000324-000367) were served on all counsel of record this 21st day of August, 2006 via electric filing.

MARON & MARVEL, P.A.

/s/ *Paul A. Bradley*
Paul A. Bradley (DE ID No. 2156)
1201 North Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19801
(302) 425-5177
Attorney for Defendant
Forest Electric Corp.

{99999.00936 / W0067575}