**COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC**

Robert K. Beste, Jr.
Attorney At Law

Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801

T: 302.425.5089 | F: 302.425.5097
rbeste@cohenseglias.com
www.cohenseglias.com

August 24, 2006

**BY ELECTRONIC FILING AND BY HAND**
The Honorable Joseph J. Farnan, Jr.
U. S. District Court - District of Delaware
844 N. King Street, Room 4209
Wilmington, DE 19801

    RE:    **Creedon Controls, Inc. v. Banc One Building Corporation, and Forest Electric Corporation; District Court Case No. 05CV300 (JJF)**

Dear Judge Farnan:

    Briefing has now been completed, on both the Banc One Motion for Summary Judgment, and the Forest Electric Corporation Motion for Partial Summary Judgment. This office represents Plaintiff Creedon Controls, Inc. There are numerous factual and legal issues, and we believe oral argument may be of some assistance to the Court, in resolving these outstanding arguments. Plaintiff accordingly requests the Court grant oral argument.

                      Respectfully submitted,

                      ROBERT K. BESTE, JR.

RKB/msj
cc:    Paul A. Bradley, Esq. (via e-filing & First-Class Mail)
        Philip Trainer, Jr., Esq. (via e-filing & First Class Mail)
        Creedon Controls, Inc. (by First-Class Mail)