IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware Corporation, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civil Action No. 05-300-JJF <br> : |
| BANC ONE BUILDING CORPORATION, an Illinois Corporation; and FOREST ELECTRIC CORPORATION, a New York Corporation, | : <br> : <br> : <br> : <br> : |
| Defendants. | : |

**O R D E R**

WHEREAS, the Court granted Defendant's request to postpone the September 7, 2006 Pretrial Conference (D.I. 134);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Wednesday, November 1, 2006 at 12:30 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

September 18, 2006
DATE

[signature]
UNITED STATES DISTRICT JUDGE