

**COHEN SEGLIAS PALLAS GREENHALL &FURMAN PC**

Robert K. Beste, Jr.
Attorney At Law

Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801

T: 302.425.5089 I F: 302.425.5097
rbeste@cohenseglias.com
www.cohenseglias.com

September 19, 2006

**BY ELECTRONIC FILING AND BY HAND**
The Honorable Joseph J. Farnan, Jr.
U. S. District Court - District of Delaware
844 N. King Street, Room 4209
Wilmington, DE  19801

  RE: **Creedon Controls, Inc. v. Banc One Building Corporation, and Forest Electric Corporation; District Court Case No. 05CV300 (JJF)**

Dear Judge Farnan:

  This office represents Plaintiff in the captioned action. We are in receipt of Your Honor's Order, dated September 19, 2006 (D.E. No. 144), rescheduling the Pre-Trial Conference to Wednesday, November 1, 2006, at 12:30 p.m. Regrettably, Plaintiff must request the Pre-Trial Conference be rescheduled. Mr. Seglias, lead counsel in this matter, is in a seven-day Arbitration, throughout that period, scheduled with multiple parties and multiple expert witnesses, in a matter known as <u>Quandel vs. Karchner</u>, Case No. 14-y-110-00018-04.

  Plaintiff has always been desirous of having this matter move forward as quickly as possible; but, at the same time, is mindful of the requirements of D. Del. LR 16.4(b), requiring Mr. Seglias' attendance at the Pre-Trial Conference. Plaintiff also believes that Mr. Seglias' attendance at the Pre-Trial Conference is imperative, and must therefore request the matter be rescheduled at a time convenient to the Court.

           Respectfully submitted,

           ROBERT K. BESTE, JR.

RKB/msj
cc: Paul A. Bradley, Esq. (via e-filing & First-Class Mail)
   Philip Trainer, Jr., Esq. (via e-filing & First Class Mail)
   Creedon Controls, Inc. (by First-Class Mail)
   Edward Seglias, Esq. (via facsimile)