IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware Corporation, : | |
| Plaintiff, : | |
| v. : | Civil Action No. 05-300-JJF |
| BANC ONE BUILDING CORPORATION, an Illinois Corporation; and FOREST ELECTRIC CORPORATION, a New York Corporation, : | |
| Defendants. : | |

### O R D E R

WHEREAS, Plaintiff has notified the Court of a conflict with the scheduling of the November 1, 2006 Pretrial Conference (D.I. 145);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The Pretrial Conference set for November 1, 2006 at 12:30 p.m. is **CANCELLED**.

2) A Pretrial Conference will be held on **Thursday, January 11, 2007 at 2:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

3) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel

should be available during the 120 day period for trial.

_September 25, 2006_
        DATE

_[signature] Joseph J. Farnan Jr._
UNITED STATES DISTRICT JUDGE