IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> BANC ONE BUILDING CORPORATION, an Illinois corporation, and FOREST ELECTRIC CORPORATION, a New York corporation, <br><br> Defendants. | C.A. NO. 05-CV-300-JJF |

**DEFENDANT BANC ONE BUILDING CORPORATION'S NOTICE OF EXPERT DEPOSITION OF DENNIS C. LINK**

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant Banc One Building Corporation shall, by and through its counsel, take the deposition upon oral examination, under oath, of Dennis C. Link, Karden Construction Services, Inc., at the offices of Ashby & Geddes, 222 Delaware Avenue, 17th Floor, Wilmington, Delaware. The deposition will take place on November 2, 2006 beginning at 9:30 a.m., and will continue from day to day, until completed or adjourned.

**PLEASE TAKE FURTHER NOTICE** that the deposition will be taken before a notary public or other officer authorized to administer oaths. The deposition shall be recorded by stenographic means as well as by videotape.

Dated: October 24, 2006

**ASHBY & GEDDES, P.A.**

*/s/ Ricardo Palacio*
Philip Trainer, Jr. (# 2788)
Ricardo Palacio (#3765)
222 Delaware Avenue
17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302)-654-1888

*Attorneys for Defendant Banc One Building Corporation*

174363.1