## CERTIFICATE OF SERVICE

I, Ricardo Palacio, hereby certify that, on October 30, 2006, I caused a true and correct copy of the foregoing **DEFENDANT BANC ONE BUILDING CORPORATION'S RE-NOTICE OF EXPERT DEPOSITION OF DENNIS C. LINK** to be served upon the below listed counsel in the manner so indicated.

**Via Hand Delivery**
Paul Bradley, Esq.
Maron Marvel Bradley & Anderson, P.A.
1201 North Market Street, Suite 900
Wilmington, DE 19899

**Via Hand Delivery**
Robert K. Beste, Jr., Esq.
Cohen Seglias Pallas Greehall & Furman P.C.
Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801

Ricardo Palacio (#3765)

171930.1