## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., Esquire, do hereby certify that on the ___1st___ day of ___November___,

2006, the Notice of Expert Deposition of Walter A. Wachtel, P.E., of Walter A.Wachtel, P.E. &

Associates," was provided to the following, via electronic filing and by First-Class mail:

Paul A. Bradley, Esquire
Maron & Marvel, P.A.
1201 N. Market Street, Suite 900
Wilmington, DE 19801

Lawrence C. Ashby, Esquire
Ricardo Palacio, Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.

Robert K. Beste, Jr., Esq. (I.D. No. 154)
Edward Seglias, Esq. (I.D. No. 2822)
1007 Orange Street
Nemours Building, Suite 1130
Wilmington, DE 19801
Phone: (302) 425-5089
Attorneys for Plaintiff, Creedon Controls,
Inc.

RKB/msj
06894-0001