IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF EXPERT DEPOSITION
## OF JAMES B. FRENCH

TO:  Paul A. Bradley, Esquire                Lawrence C. Ashby, Esq./Ricardo Palacio, Esq.
     Maron & Marvel, P.A.                    Ashby & Geddes
     1201 N. Market Street                   222 Delaware Avenue
     Suite 900                               P. O. Box 1150
     Wilmington, DE  19801                   Wilmington, DE  19899

PLEASE TAKE NOTICE, that pursuant to the Federal Rules of Civil Procedure, Plaintiff, Creedon Controls, Inc., will take the oral deposition, under oath, of JAMES B. FRENCH, of Navigant Consulting, Inc., on Wednesday, December 20, 2006, beginning at 9:00 a.m., at the offices of Cohen, Seglias, Pallas, Greenhall & Furman, P.C., located at 1007 Orange Street, Suite 1130, Nemours Building, Wilmington, DE  19801.

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

_____
Edward Seglias, Esq. (I. D. No. 2822)
Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange St., Nemours Bldg., Suite 1130
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff, Creedon Controls, Inc.

Date: Nov. 3, 2006

cc:  Wilcox & Fetzer, Court Reporters
RKB/msj
(06894-0001) Doc. #409