## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., Esquire, do hereby certify that on the 3rd day of November, 2006, the "Notice of Expert Deposition of James B. French" was provided to the following, via electronic filing and by First-Class mail:

Paul A. Bradley, Esquire
Maron & Marvel, P.A.
1201 N. Market Street, Suite 900
Wilmington, DE  19801

Lawrence C. Ashby, Esquire
Ricardo Palacio, Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE  19899

                                                      COHEN, SEGLIAS, PALLAS,
                                                      GREENHALL & FURMAN, P.C.

                                                      Robert K. Beste, Jr., Esq. (I.D. No. 154)
                                                      Edward Seglias, Esq. (I.D. No. 2822)
                                                      1007 Orange Street
                                                      Nemours Building, Suite 1130
                                                      Wilmington, DE  19801
                                                      Phone: (302) 425-5089
                                                      Attorneys for Plaintiff, Creedon Controls, Inc.

RKB/msj
06894-0001