IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) ) ) |
| | ) |
| Defendants. | ) |

## RE-NOTICE OF EXPERT DEPOSITION
## OF WALTER A. WACHTER

TO:   Paul A. Bradley, Esquire            Lawrence C. Ashby, Esq./Ricardo Palacio, Esq.
      Maron & Marvel, P.A.                Ashby & Geddes
      1201 N. Market Street               222 Delaware Avenue
      Suite 900                           P. O. Box 1150
      Wilmington, DE  19801               Wilmington, DE  19899

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiff, Creedon Controls, Inc., will take the oral deposition, under oath, of **WALTER A. WACHTER**, of Walter A. Wachter, P.E. & Associates, on Monday, January 15, 2007, beginning at 9:00 a.m., at the offices of Cohen, Seglias, Pallas, Greenhall & Furman, P.C., located at 1007 Orange Street, Suite 1130, Nemours Building, Wilmington, DE  19801.

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

Edward Seglias, Esq. (I. D. No. 2822)
Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange St., Nemours Bldg., Suite 1130
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff, Creedon Controls, Inc.

Date: 11/21/06

cc: Wilcox & Fetzer, Court Reporters
RKB/msj
(06894-0001) Doc. #415