**COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC**

Robert K. Beste, Jr.
Attorney At Law

Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801
T: 302.425.5089 | F: 302.425.5097
rbeste@cohenseglias.com
www.cohenseglias.com

December 7, 2006

**By Electronic Filing**
The Honorable Joseph J. Farnan, Jr.
U. S. District Court - District of Delaware
844 N. King Street, Room 4209
Wilmington, DE 19801

      RE: **Creedon Controls, Inc. v. Banc One Building Corporation, and Forest Electric Corporation; Case No. 05CV300 (JJF)**

Dear Judge Farnan:

      This office represents Plaintiff, Creedon Controls, Inc. ("Creedon") in the captioned action. We are in receipt of Mr. Trainer's letter to Your Honor, dated December 6, 2006.

      It has always been our understanding that applications to the Court were to be made by motion, filed in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice. See, for example, paragraph 8 of the Scheduling Order in this matter, dated July 29, 2005 (D.E. 9). Although Creedon has much to say about Defendants' tactics in this matter, it feels constrained not to create a further, inappropriate chain of communications with the Court. Of course, if the Court wishes further response, Creedon would be pleased to provide its position in this matter. It is requested, however, that the parties be required to conduct themselves in accordance with the Scheduling Order and the rules of this Court.

      Respectfully submitted,

ROBERT K. BESTE, JR.

RKB/msj
cc: Clerk of Court, District Court (by Hand)
     Paul A. Bradley, Esq. (by e-filing & First-Class Mail)
     Philip Trainer, Jr., Esq. (by e-filing & First Class Mail)
     Edward Seglias, Esq. (by facsimile)
     Creedon Controls, Inc. (by First-Class Mail)

06894-01 (Doc.#417)