# EXHIBIT "B"

## EXHIBIT "B" TO PRETRIAL STIPULATION AND ORDER

## BOBC EXHIBITS[1]

**Description** | **Objections and Reasons**

| Description | Objections and Reasons |
|---|---|
| 1. Invitation to Bid<br>FE 004010-004038 | CCI: No objection. |
| 2. Bid Form<br>FE000168-000170 | CCI: No objection. |
| 3. Columnar Take-off sheet<br>CL 1287-1288 | CCI: No objection. |
| 4. Job #2357 Form<br>000669-000672 | CCI: No objection. |
| 5. Angerame letter dated 10/2/03, with 10/15/03 dated signature<br>FE 003282 | CCI: No objection. |
| 6. Angerame letter dated 10/2/03 (rev. 10/31/03) w/ 11/5/03 signature of P. Creedon<br>FE 003284-003289 | CCI: No objection. |
| 7. Letter C. Doble to P. Angerame dated 4/6/04<br>005675-005676 | CCI: No objection. |
| 8. Single Project Construction Services Agreement BOBC-FEC<br>BOBC 03932-03996 | CCI: No objection. |
| 9. Pre-Qualification Questionnaire<br>FE 003131 – FE 003148 | CCI: No objection. |
| 10. Creedon Controls, Inc. Financial Statements<br>FE 003200-FE003219 | CCI Objection:<br>• F.R.E. 402. |
| 11. Letter P. Angerame to Tishman, 10/2/03<br>BOBC 0718-0725 | CCI: No objection. |

---

[1] BOBC reserves the right to proffer other documents listed by CCI and/or FEC. BOBC reserves the right to proffer exhibits listed without Bates Nos., or with different numbers that are not specifically listed herein.

| | |
|---|---|
| 12. Letter P. Angerame to P. Creedon<br>8/11/04<br>CL 1054 | CCI Objection:<br>• F.R.E. 402, 802, 805 |
| 13. Letter P. Angerame to P. Creedon<br>8/12/04<br>FE 001900 | CCI Objection:<br>• CCI objects to the use of the document without the specified attachment to the exhibit.<br>• CCI further objects on the basis of F.R.E. 402, 802, and 805. |
| 14. Interim Financials to 11/30/04<br>CL 0771-0777 | CCI Objection:<br>• Although sequentially numbered, CL0771, CL0772, and CL0773-0777 should not be referenced as single documents. They are three distinct and separate documents. |
| 15. IBEW 313 Monthly Transmittal Sheet<br>GG 00030-137 | CCI: No objection. |
| 16. Schedule of Jobs and Contracts in Progress;<br>CJW 033, 062-63, 095-96, 102, 116, 110, 039, 126 | CCI Objection:<br>• F.R.E. 402 |
| 17. Financial Analysis, 12/31/03;<br>CJW 147-205 | CCI Objection:<br>• F.R.E. 402 |
| 18. BOBC's Amended Answer to the Complaint; and supporting Affidavits | CCI Objection:<br>• Introduction of such documents is precluded, since prior filings were judicial admissions. |
| 19. BOBC's Answer to Amended Complaint; and supporting Affidavits | CCI Objection:<br>• Introduction of such documents is precluded, since prior filings were judicial admissions. |
| 20. Jim French Expert Report | CCI Objection:<br>• F.R.E. 402, 802, 805, 901 |
| 21. Creedon financial files produced by Wilmington Trust | CCI reserves all objections until the documents are specifically identified. CCI further objects on the basis of relevancy, F.R.E. 402. |

Each party reserves all objections to any documents not listed, or to the submission of documents without Bates Number(s), or with different Bates Number(s) than listed.

Doc. No. 459; 06894-0001
1/9/07