

**COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC**

Robert K. Beste, Jr.
Attorney At Law

Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801

T: 302.425.5089 | F: 302.425.5097
rbeste@cohenseglias.com
www.cohenseglias.com

January 9, 2007

**BY ELECTRONIC FILING and BY HAND**
The Honorable Joseph J. Farnan, Jr.
U. S. District Court - District of Delaware
844 N. King Street, Room 4209
Wilmington, DE  19801

      RE:    **Creedon Controls, Inc. v. Banc One Building Corporation, and
            Forest Electric Corporation; District Court Case No. 05CV300 (JJF)**

Dear Judge Farnan:

      Enclosed please find two (2) copies of the Pretrial Stipulation and Order that was filed electronically this date, in the above matter.

                               Respectfully submitted,

                               ROBERT K. BESTE, JR.

RKB/msj
Enclosures
cc:    Paul A. Bradley, Esq. (via e-filing)
       Philip Trainer, Jr., Esq. (via e-filing)
       Creedon Controls, Inc. (by First-Class Mail)
       Edward Seglias, Esq. (via facsimile)
06894-0001; Doc. #462

Philadelphia ǀ Pittsburgh ǀ Wilmington
Harrisburg ǀ New Jersey