IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) ) ) |
| | ) |
| Defendants. | ) |

<u>**RE-NOTICE OF EXPERT DEPOSITION
OF WALTER A. WACHTER, P.E.**</u>

TO:   Paul A. Bradley, Esq.                                    Lawrence C. Ashby, Esq./Philip Trainer, Jr., Esq.
         Maron, Marvel, Bradley &                            Ashby & Geddes
         Anderson, P.A.
         1201 N. Market Street, Ste. 900               500 Delaware Avenue, 8th Floor
         Wilmington, DE  19801                             Wilmington, DE  19801

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiff, Creedon Controls, Inc., will take the oral deposition, under oath, of **WALTER A. WACHTER, P.E., of WALTER A. WACHTER, P.E. & ASSOCIATES**, on Friday, February 16, 2007, beginning at 9:00 a.m., at the offices of Cohen, Seglias, Pallas, Greenhall & Furman, P.C., at 1007 Orange Street, Suite 1130, Nemours Building, Wilmington, DE  19801.

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

_/s/ Robert K. Beste_
Edward Seglias, Esq. (I. D. No. 2822)
Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange St., Nemours Bldg., Suite 1130
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff, Creedon Controls, Inc.

Date: 1/18/07

cc: Wilcox & Fetzer, Court Reporters

RKB/msj
(06894-0001) Doc. #463

## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., Esquire, do hereby certify that on the __18th__ day of __January__, 2007, the "Re-Notice of Expert Deposition of Walter A. Wachter, P.E." was provided to the following, via electronic filing and by First-Class mail:

Paul A. Bradley, Esquire
Maron, Marvel, Bradley & Anderson, P.A.
1201 N. Market Street, Suite 900
Wilmington, DE  19801

Lawrence C. Ashby, Esq./Philip Trainer, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801

COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.

_/s/ Robert K. Beste_
Robert K. Beste, Jr., Esq. (I.D. No. 154)
Edward Seglias, Esq. (I.D. No. 2822)
1007 Orange Street
Nemours Building, Suite 1130
Wilmington, DE  19801
Phone: (302) 425-5089
Attorneys for Plaintiff, Creedon Controls, Inc.

RKB/msj
06894-0001; Doc. #463