IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) |
| | ) |
| Defendants. | ) |

### RE-NOTICE OF EXPERT DEPOSITION
### OF JAMES B. FRENCH

TO:  Paul A. Bradley, Esquire            Lawrence C. Ashby, Esq./Philip Trainer, Esq.
      Maron, Marvel, Bradley &            Ashby & Geddes
      Anderson, P.A.
      1201 N. Market Street, Ste. 900       500 Delaware Avenue, 8th Floor
      Wilmington, DE  19801                Wilmington, DE  19801

     PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiff, Creedon Controls, Inc., will take the oral deposition, under oath, of **JAMES B. FRENCH, of Navigant Consulting, Inc.**, on Monday, February 19, 2007, beginning at 9:00 a.m., at the offices of Cohen, Seglias, Pallas, Greenhall & Furman, P.C., located at 1007 Orange Street, Suite 1130, Nemours Building, Wilmington, DE  19801.

                                          **Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

                                          Edward Seglias, Esq. (I. D. No. 2822)
                                          Robert K. Beste, Jr., Esq. (I.D. No. 154)
                                          1007 Orange St., Nemours Bldg., Suite 1130
                                          Wilmington, DE 19801
                                          (302) 425-5089

Date: 1/18/07                          Attorneys for Plaintiff, Creedon Controls, Inc.
cc: Wilcox & Fetzer, Court Reporters

RKB/msj
(06894-0001) Doc. #464

## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., Esquire, do hereby certify that on the ___18th___ day of January, 2007, the "Re-Notice of Expert Deposition of James B. French" was provided to the following, via electronic filing and by First-Class mail:

Paul A. Bradley, Esquire
Maron, Marvel, Bradley & Anderson, P.A.
1201 N. Market Street, Suite 900
Wilmington, DE 19801

Lawrence C. Ashby, Esq./Philip Trainer, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.

_____
Robert K. Beste, Jr., Esq. (I.D. No. 154)
Edward Seglias, Esq. (I.D. No. 2822)
1007 Orange Street
Nemours Building, Suite 1130
Wilmington, DE 19801
Phone: (302) 425-5089
Attorneys for Plaintiff, Creedon Controls, Inc.

RKB/msj
06894-0001
Doc. #464