IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-300-JJF |
| BANC ONE BUILDING CORPORATION, an Illinois corporation, and FOREST ELECTRIC CORPORATION, a New York corporation | : |
| Defendants. | : |

**ORDER**

At Wilmington, the ___ day of January 2007, for the reasons stated in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant Banc One Building Corporation's Motion For Summary Judgment is **GRANTED**. (D.I. 115).

2. Defendant Forest Electric Corporation's Motion For Partial Summary Judgment is **DENIED**. (D.I. 120).

_____
UNITED STATES DISTRICT COURT