IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. 05CV300 (JJF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) ) ) |
| | ) |
| Defendants. | ) |

## O R D E R

AND NOW, TO-WIT, this ____ day of _____, 2007, after consideration of Plaintiff Creedon Controls, Inc.'s Motion for Reargument,

IT IS ORDERED that the Opinion and Order of this Court dated January 22, 2007 did not grant summary judgment to Banc One Building Corporation with respect to the allegations in Counts I and V. The Motion for Summary Judgment by Banc One Building Corporation is denied as to Count V. Since the Motion did not address Count I, summary judgment on that count has not been entered

_____
District Judge