## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., certify that I am not less than 18 years of age, and that service of "Plaintiff's Motion for Reargument," was made both electronically and by First-Class Mail, on January 31, 2007, upon:

Paul A. Bradley, Esquire
Maron & Marvel, P.A.
1201 N. Market Street, Suite 900
Wilmington, DE 19801

Philip Trainer, Jr., Esquire
Ashby & Geddes
500 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

          **Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

          _____
          Robert K. Beste, Jr., Esq. (I.D. No. 154)
          Edward Seglias, Esq. (I.D. No. 2822)
          1007 Orange Street
          Nemours Building, Suite 1130
          Wilmington, DE 19801
          (302) 425-5089
          Attorneys for Plaintiff Creedon Controls, Inc.

RKB/msj
06894-0001
Doc. #470