IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CREEDON CONTROLS, INC., a  :
Delaware corporation       :
                           :
          Plaintiff,       :
                           :
     v.                    :   Civil Action No. 05-300-JJF
                           :
BANC ONE BUILDING CORPORATION,:
an Illinois corporation, and :
FOREST ELECTRIC CORPORATION, :
a New York corporation     :
                           :
          Defendants.      :

### JUDGMENT IN A CIVIL CASE

At Wilmington, this 24th day of January 2007, for the reasons discussed in the Memorandum Opinion issued on the 22nd of January 2007 (D.I. 162);

IT IS HEREBY ORDERED that judgment is entered in favor of Defendant Banc One Building Corporation and against Plaintiff Creedon Controls, Inc. on all of Plaintiff's claims.

_____
UNITED STATES DISTRICT JUDGE

_____
(By) Deputy Clerk