

**COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC**

Robert K. Beste, Jr.
Attorney At Law

Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801

T: 302.425.5089 | F: 302.425.5097
rbeste@cohenseglias.com
www.cohenseglias.com

March 22, 2007

**BY ELECTRONIC FILING**
**and BY HAND**
The Honorable Joseph J. Farnan, Jr.
U. S. District Court - District of Delaware
844 N. King Street, Room 4209
Wilmington, DE 19801

    RE:    **Creedon Controls, Inc. v. Banc One Building Corporation, and Forest Electric Corporation; District Court Case No. 05CV300 (JJF)**

Dear Judge Farnan:

    This office represents Plaintiff, Creedon Controls, Inc., in the captioned action.

    We write to Your Honor for the purpose of seeking trial dates for this matter. At the conclusion of the hearing before Your Honor on January 11, 2007, Your Honor indicated that trial would be bifurcated into a liability hearing in April, 2007, and a damages hearing in May, 2007. The bifurcation may not be necessary, in light of Your Honor's Opinion of January 22, 2007. Nonetheless, it does appear that trial will be necessary, and Plaintiff requests that trial be scheduled in this matter at the Court's earliest convenience.

                              Respectfully submitted,

                              ROBERT K. BESTE, JR.

RKB/msj
cc:    Paul A. Bradley, Esq. (via e-filing)
        Philip Trainer, Jr., Esq. (via e-filing)
        Creedon Controls, Inc. (by First-Class Mail)
06894-0001; Doc. #476