

**Paul A. Bradley**
Attorney At Law

Email Address:
pab@maronmarvel.com

MARON MARVEL BRADLEY & ANDERSON, P.A.

1201 N. MARKET STREET
WILMINGTON, DELAWARE 19801
(302) 425-5177 | (302) 425-0180 *fax*

*Mailing Address:*
P.O. Box 288
Wilmington, Delaware 19899

March 27, 2007

**VIA EFILE AND HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street
Room 4209
Wilmington, DE 19801

      Re:   Creedon Controls, Inc. v. Banc One Building, et al.
             **C.A. No. 05-CV-300-JJF**

Dear Judge Farnan:

    I represent defendant Forest Electric Corporation in the above captioned matter. I am responding to plaintiff counsel's March 22, 2007 letter in which he requests a trial date at the Court's earliest convenience.

    A mediation is scheduled before the Honorable Mary Pat Thynge on May 8, 2007. In addition, the Court stated at the pre-trial conference that the trial would be bifurcated with liability issues tried first and a damages trial 60 or 90 days following the verdict if necessary. Last, I am scheduled to be away from June 8 – 18, 2007 as I advised the Court and counsel at the pre-trial conference. In the event the trial is scheduled after that time I would request a brief period of time after I return before the trial commences.

                                Respectfully submitted,

                                Paul A. Bradley

PAB/leg

cc:  Robert K. Beste, Jr. Esquire – Via Efile
      Philip Trainer, Jr., Esquire – Via Efile
      Clerk of the Court