IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CREEDON CONTROLS, INC., a          :
Delaware corporation               :
                                   :
        Plaintiff,                 :
                                   :
    v.                             :    Civil Action No. 05-300-JJF
                                   :
BANC ONE BUILDING CORPORATION,:
an Illinois corporation, and       :
FOREST ELECTRIC CORPORATION,       :
a New York corporation             :
                                   :
        Defendants.                :

## ORDER

WHEREAS, the Court understands that the parties have reached

a settlement in the above-captioned matter;

NOW THEREFORE IT IS HEREBY ORDERED that:

1.    The above-captioned action is **DISMISSED**

2.    Any party may seek leave to vacate this Order and

reopen this action if the settlement is not consummated.


June  |  , 2007
     DATE                          UNITED STATES DISTRICT JUDGE